E-FILED
Tuesday, 14 December, 2004  03:09:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FABIAN SANTIAGO
     vs.
ROGER E. WALKER, JR. ET. AL.,

Civil No. 04-1429

**FILED**
DEC 13 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

PLAINTIFF'S PETITION AND DECLARATION FOR LEAVE TO PROCEED WITHOUT PREPAYMENT OF FEES, COSTS

1. The Plaintiff has been incarcerated continually since 1996 and has not been employed by the I.D.O.C. for 3½ to 4 years.

2. Plaintiff is completely dependent and only means of support are his Grandmother: Ms. Carmen Cresto.

3. Although Plaintiff has no dependents, children, etc. he does however have debts and obligations to pay various filing fee payments for the pursuit of civil and criminal litigation and the costs of having to provide numerous copies for submission in such litigation.

4. Plaintiff does not own any real estate, stocks, bonds, notes, automobiles, etc. and has submitted a copy of his trust fund account consisting of a balance of 82.01 as of Oct. 12, 2004.

5. Plaintiff has not received any settlements or an award of damages within the last six (6) months from any of his pending litigations.

1 of 2

4. Plaintiffs cause before the court is not frivolous or malicious but colorable and meritorious and plaintiff believes he is entitled to relief.

I, FABIAN SANTIAGO, hereby declare under penalty of perjury and file that the accounts cited to herein are true and correct in substance and fact.

Respectfully submitted,

b1 /s/ _____

FABIAN SANTIAGO
#B-79716
Box 99
Pontiac, Il 61764

Executed on Oct. 16, 2004

(2 of 2)

CERTIFICATE

( TO BE COMPLETED FOR PRISONERS ONLY.  THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ _82.01 as of 10/12/04_ in his trust fund account at this correctional center where is confined.  I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution: _____

_Janet Jones_
Authorized Officer

_Pontiac Corr Center_
Institution

_Acct Clerk II_
Title

_10/12/04_
Date

IMPORTANT:

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

Date: 10/12/2004  
Time: 10:30am  
d_list_inmate_trans_statement_composite

1:04-cv-01429-HAB-JAG     # 1     Page 4 of 9

**Pontiac Correctional Center**  
**Inmate Trust Fund**  
Inmate Transaction Statement

Page 6

REPORT CRITERIA - Date: 04/12/2004 thru End;   Inmate: B79716;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B79716  Santiago, Fabin**               **Housing Unit: PON-N -07-49**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/27/04 | Disbursements | 81 Legal Postage | 271318 | Chk #52334 | 392700, DOC: 523 Fund Reimburs, Inv. Date: 09/22/2004 | -3.13 | 76.15 |
| 09/27/04 | Disbursements | 81 Legal Postage | 271318 | Chk #52334 | 392702, DOC: 523 Fund Reimburs, Inv. Date: 09/22/2004 | -1.29 | 74.86 |
| 10/05/04 | Point of Sale | 60 Commissary | 279728 | 168914 | Commissary | -11.22 | 63.64 |
| 10/06/04 | AP Correction | 88 B79716 Misc | 280520 | Chk #52260 Voided | 09-18-04 - ILLINOIS SUPREME CO | 25.00 | 88.64 |

|  |  |
|---|---|
| **Total Inmate Funds:** | 88.64 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 6.63 |
| **Funds Available:** | 82.01 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | | Amount |
|---|---|---|---|---|---|---|
| 09/29/2004 | 393804 | Disb | B79716 Legal Postage | 99999 | DOC: 523 Fund Re | $0.37 |
| 09/30/2004 | 394071 | Disb | B79716 Legal Postage | 99999 | DOC: 523 Fund Re | $0.37 |
| 09/30/2004 | 394084 | Disb | B79716 Legal Postage | 99999 | DOC: 523 Fund Re | $1.98 |
| 10/01/2004 | 394314 | Disb | B79716 Library | 2 | DOC - Library Cop | $1.05 |
| 10/08/2004 | 394485 | Disb | B79716 Legal Postage | 99999 | DOC: 523 Fund Re | $0.60 |
| 10/08/2004 | 394486 | Disb | B79716 Legal Postage | 99999 | DOC: 523 Fund Re | $0.60 |
| 10/08/2004 | 394501 | Disb | B79716 Legal Postage | 99999 | DOC: 523 Fund Re | $0.37 |
| 10/08/2004 | 394514 | Disb | B79716 Legal Postage | 99999 | DOC: 523 Fund Re | $1.29 |
| | | | | | **Total Restrictions:** | **$6.63** |

Date: 10/12/2004  
Time: 10:30am  
d_list_inmate_trans_statement_composite

1:04-cv-01429-HAB-JAG    # 1    Page 5 of 9

Pontiac Correctional Center  
Inmate Trust Fund  
Inmate Transaction Statement

Page 5

REPORT CRITERIA - Date: 04/12/2004 thru End; Inmate: B79716; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: B79716 Santiago, Fabin**  
**Housing Unit: PON-N -07-49**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/15/04 | Disbursements | 84 Library | 259318 | Chk #52097 | 391191 - DOC: Library Copies | -16.35 | 156.16 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 390329 - DOC: Postage | -.83 | 155.33 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 390331 - DOC: Postage | -1.52 | 153.81 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 390355 - DOC: Postage | -.83 | 152.98 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 391296 - DOC: Postage | -.60 | 152.38 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 391304 - DOC: Postage | -.60 | 151.78 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 391323 - DOC: Postage | -.83 | 150.95 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 391325 - DOC: Postage | -.83 | 150.12 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 391337 - DOC: Postage | -.37 | 149.75 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 391297 - DOC: Postage | -.60 | 149.15 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 390522 - DOC: Postage | -.37 | 148.78 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 391324 - DOC: Postage | -1.06 | 147.72 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 390378 - DOC: Postage | -1.52 | 146.20 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 390328 - DOC: Postage | -3.95 | 142.25 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 390330 - DOC: Postage | -1.06 | 141.19 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 390332 - DOC: Postage | -3.95 | 137.24 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 390354 - DOC: Postage | -.37 | 136.87 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 391436 - DOC: Postage | -1.75 | 135.12 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 386803 - DOC: Postage | -.37 | 134.75 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 386804 - DOC: Postage | -.37 | 134.38 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 386805 - DOC: Postage | -1.75 | 132.63 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 386806 - DOC: Postage | -1.06 | 131.57 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 386807 - DOC: Postage | -1.75 | 129.82 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 387352 - DOC: Postage | -.37 | 129.45 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 387584 - DOC: Postage | -.37 | 129.08 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 387624 - DOC: Postage | -.37 | 128.71 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 387948 - DOC: Postage | -.37 | 128.34 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 387949 - DOC: Postage | -.37 | 127.97 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 387950 - DOC: Postage | -.37 | 127.60 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 387951 - DOC: Postage | -.37 | 127.23 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 388023 - DOC: Postage | -1.98 | 125.25 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 388024 - DOC: Postage | -3.95 | 121.30 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 388146 - DOC: Postage | -.37 | 120.93 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 388905 - DOC: Postage | -1.06 | 119.87 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 388906 - DOC: Postage | -.37 | 119.50 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 388907 - DOC: Postage | -.37 | 119.13 |
| 09/20/04 | Disbursements | 88 B79716 Misc | 264318 | Chk #52260 | 09-18-04, ILLINOIS SUPREME COU, Inv. Date: 09/18/2004 | -25.00 | 94.13 |
| 09/27/04 | Disbursements | 84 Library | 271318 | Chk #52323 | 391791, DOC: Library Copies, Inv. Date: 09/16/2004 | -4.80 | 89.33 |
| 09/27/04 | Disbursements | 84 Library | 271318 | Chk #52323 | 392896, DOC: Library Copies, Inv. Date: 09/22/2004 | -4.30 | 85.03 |
| 09/27/04 | Disbursements | 81 Legal Postage | 271318 | Chk #52324 | 391604, DOC: Postage, Inv. Date: 09/16/2004 | -.60 | 84.43 |
| 09/27/04 | Disbursements | 81 Legal Postage | 271318 | Chk #52324 | 391501, DOC: Postage, Inv. Date: 09/15/2004 | -.60 | 83.83 |
| 09/27/04 | Disbursements | 81 Legal Postage | 271318 | Chk #52334 | 392699, DOC: 523 Fund Reimburs, Inv. Date: 09/22/2004 | -3.95 | 79.88 |
| 09/27/04 | Disbursements | 81 Legal Postage | 271318 | Chk #52334 | 392696, DOC: 523 Fund Reimburs, Inv. Date: 09/22/2004 | -.60 | 79.28 |

1:04-cv-01429-HAB-JAG    # 1    Page 6 of 9

REPORT CRITERIA  -  Date: 04/12/2004 thru End;    Inmate: B79716;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B79716 Santiago, Fabin**                    **Housing Unit: PON-N -07-49**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/31/04 | Disbursements | 84 Library | 244360 | Chk #52036 | 388390 - DOC: Library Copies | -6.40 | 187.15 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 388907 - DOC: Postage | -.37 | 186.78 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 388906 - DOC: Postage | -.37 | 186.41 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 388023 - DOC: Postage | -1.98 | 184.43 |
| 08/31/04 | Disbursements | 80 Postage | 244360 | Chk #52037 | 387948 - DOC: Postage | -.37 | 184.06 |
| 08/31/04 | Disbursements | 80 Postage | 244360 | Chk #52037 | 387949 - DOC: Postage | -.37 | 183.69 |
| 08/31/04 | Disbursements | 80 Postage | 244360 | Chk #52037 | 387950 - DOC: Postage | -.37 | 183.32 |
| 08/31/04 | Disbursements | 80 Postage | 244360 | Chk #52037 | 387951 - DOC: Postage | -.37 | 182.95 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 388024 - DOC: Postage | -3.95 | 179.00 |
| 08/31/04 | Disbursements | 80 Postage | 244360 | Chk #52037 | 388146 - DOC: Postage | -.37 | 178.63 |
| 08/31/04 | Disbursements | 80 Postage | 244360 | Chk #52037 | 387352 - DOC: Postage | -.37 | 178.26 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 388905 - DOC: Postage | -1.06 | 177.20 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 386804 - DOC: Postage | -.37 | 176.83 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 386806 - DOC: Postage | -1.06 | 175.77 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 386803 - DOC: Postage | -.37 | 175.40 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 386805 - DOC: Postage | -1.75 | 173.65 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 386807 - DOC: Postage | -1.75 | 171.90 |
| 08/31/04 | Disbursements | 80 Postage | 244360 | Chk #52037 | 387584 - DOC: Postage | -.37 | 171.53 |
| 08/31/04 | Disbursements | 80 Postage | 244360 | Chk #52037 | 387624 - DOC: Postage | -.37 | 171.16 |
| 09/07/04 | Point of Sale | 60 Commissary | 251728 | 166670 | Commissary | -14.64 | 156.52 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 386803 - DOC: Postage | .37 | 156.89 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 386804 - DOC: Postage | .37 | 157.26 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 386805 - DOC: Postage | 1.75 | 159.01 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 386806 - DOC: Postage | 1.06 | 160.07 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 386807 - DOC: Postage | 1.75 | 161.82 |
| 09/15/04 | AP Correction | 80 Postage | 259560 | Chk #52037 Voided | 387352 - DOC: Postage | .37 | 162.19 |
| 09/15/04 | AP Correction | 80 Postage | 259560 | Chk #52037 Voided | 387584 - DOC: Postage | .37 | 162.56 |
| 09/15/04 | AP Correction | 80 Postage | 259560 | Chk #52037 Voided | 387624 - DOC: Postage | .37 | 162.93 |
| 09/15/04 | AP Correction | 80 Postage | 259560 | Chk #52037 Voided | 387948 - DOC: Postage | .37 | 163.30 |
| 09/15/04 | AP Correction | 80 Postage | 259560 | Chk #52037 Voided | 387949 - DOC: Postage | .37 | 163.67 |
| 09/15/04 | AP Correction | 80 Postage | 259560 | Chk #52037 Voided | 387950 - DOC: Postage | .37 | 164.04 |
| 09/15/04 | AP Correction | 80 Postage | 259560 | Chk #52037 Voided | 387951 - DOC: Postage | .37 | 164.41 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 388023 - DOC: Postage | 1.98 | 166.39 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 388024 - DOC: Postage | 3.95 | 170.34 |
| 09/15/04 | AP Correction | 80 Postage | 259560 | Chk #52037 Voided | 388146 - DOC: Postage | .37 | 170.71 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 388905 - DOC: Postage | 1.06 | 171.77 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 388906 - DOC: Postage | .37 | 172.14 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 388907 - DOC: Postage | .37 | 172.51 |

Date: 10/12/2004
Time: 10:30am
d_list_inmate_trans_statement_composite

1:04-cv-01429-HAB-JAG    # 1    Page 7 of 9

Pontiac Correctional Center
Inmate Trust Fund
Inmate Transaction Statement

Page 3

REPORT CRITERIA  -  Date: 04/12/2004 thru End;    Inmate: B79716;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B79716  Santiago, Fabin**    **Housing Unit: PON-N -07-49**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 07/12/04 | Disbursements | 81 Legal Postage | 194360 | Chk #51246 | 378523 - DOC: Postage | -1.06 | 537.75 |
| 07/12/04 | Disbursements | 81 Legal Postage | 194360 | Chk #51246 | 378525 - DOC: Postage | -.37 | 537.38 |
| 07/12/04 | Disbursements | 81 Legal Postage | 194360 | Chk #51246 | 378527 - DOC: Postage | -1.29 | 536.09 |
| 07/12/04 | Disbursements | 80 Postage | 194360 | Chk #51246 | 378947 - DOC: Postage | -.37 | 535.72 |
| 07/12/04 | Disbursements | 81 Legal Postage | 194360 | Chk #51246 | 377072 - DOC: Postage | -.37 | 535.35 |
| 07/12/04 | Disbursements | 80 Postage | 194360 | Chk #51246 | 380666 - DOC: Postage | -.37 | 534.98 |
| 07/12/04 | Disbursements | 80 Postage | 194360 | Chk #51246 | 380822 - DOC: Postage | -.37 | 534.61 |
| 07/13/04 | Disbursements | 88 B79716 Filing Fee Payment | 195360 | Chk #51339 | 07/13/2004 - Livingston County | -78.00 | 456.61 |
| 07/13/04 | Point of Sale | 60 Commissary | 195728 | 162470 | Commissary | -24.39 | 432.22 |
| 07/19/04 | Disbursements | 80 Postage | 201320 | Chk #51376 | 382398 - DOC: Postage | -4.90 | 427.32 |
| 07/19/04 | Disbursements | 81 Legal Postage | 201320 | Chk #51376 | 382104 - DOC: Postage | -.83 | 426.49 |
| 07/19/04 | Disbursements | 81 Legal Postage | 201320 | Chk #51376 | 382106 - DOC: Postage | -3.95 | 422.54 |
| 07/19/04 | Disbursements | 81 Legal Postage | 201320 | Chk #51376 | 381958 - DOC: Postage | -2.21 | 420.33 |
| 07/19/04 | Disbursements | 81 Legal Postage | 201320 | Chk #51376 | 382105 - DOC: Postage | -.37 | 419.96 |
| 07/26/04 | Disbursements | 81 Legal Postage | 208360 | Chk #51435 | 383005 - DOC: Postage | -.37 | 419.59 |
| 07/26/04 | Disbursements | 81 Legal Postage | 208360 | Chk #51435 | 383340 - DOC: Postage | -1.29 | 418.30 |
| 07/26/04 | Disbursements | 81 Legal Postage | 208360 | Chk #51435 | 383339 - DOC: Postage | -.60 | 417.70 |
| 07/26/04 | Disbursements | 81 Legal Postage | 208360 | Chk #51435 | 383173 - DOC: Postage | -.60 | 417.10 |
| 07/26/04 | Disbursements | 81 Legal Postage | 208360 | Chk #51435 | 383004 - DOC: Postage | -1.52 | 415.58 |
| 07/26/04 | Disbursements | 81 Legal Postage | 208360 | Chk #51435 | 383006 - DOC: Postage | -.60 | 414.98 |
| 07/26/04 | Disbursements | 81 Legal Postage | 208360 | Chk #51435 | 382484 - DOC: Postage | -.37 | 414.61 |
| 07/26/04 | Mail Room | 01 MO/Checks (Not Held) | 208259 | 086478 | Crespo, Carmen | 40.00 | 454.61 |
| 07/26/04 | Disbursements | 73 Court Ordered Fees | 208320 | Chk #51451 | 0006569 - U.S. District Court | -8.00 | 446.61 |
| 08/02/04 | Disbursements | 88 B79716 | 215360 | Chk #51572 | 08/02/2004 - Crespo, Carmen | -200.00 | 246.61 |
| 08/02/04 | Disbursements | 80 Postage | 215360 | Chk #51593 | 384242 - DOC: Postage | -.83 | 245.78 |
| 08/02/04 | Disbursements | 81 Legal Postage | 215360 | Chk #51593 | 384330 - DOC: Postage | -.37 | 245.41 |
| 08/02/04 | Disbursements | 81 Legal Postage | 215360 | Chk #51593 | 383804 - DOC: Postage | -.37 | 245.04 |
| 08/02/04 | Disbursements | 81 Legal Postage | 215360 | Chk #51593 | 384129 - DOC: Postage | -.37 | 244.67 |
| 08/02/04 | Disbursements | 81 Legal Postage | 215360 | Chk #51593 | 384130 - DOC: Postage | -.60 | 244.07 |
| 08/09/04 | Disbursements | 84 Library | 222360 | Chk #51668 | 385383 - DOC: Library Copies | -2.20 | 241.87 |
| 08/09/04 | Disbursements | 81 Legal Postage | 222360 | Chk #51669 | 385083 - DOC: Postage | -.60 | 241.27 |
| 08/09/04 | Disbursements | 80 Postage | 222360 | Chk #51669 | 385567 - DOC: Postage | -.37 | 240.90 |
| 08/09/04 | Disbursements | 80 Postage | 222360 | Chk #51669 | 385569 - DOC: Postage | -.37 | 240.53 |
| 08/09/04 | Disbursements | 80 Postage | 222360 | Chk #51669 | 385153 - DOC: Postage | -.37 | 240.16 |
| 08/09/04 | Disbursements | 81 Legal Postage | 222360 | Chk #51669 | 385094 - DOC: Postage | -1.52 | 238.64 |
| 08/09/04 | Disbursements | 81 Legal Postage | 222360 | Chk #51669 | 384790 - DOC: Postage | -1.06 | 237.58 |
| 08/09/04 | Disbursements | 81 Legal Postage | 222360 | Chk #51669 | 384792 - DOC: Postage | -.37 | 237.21 |
| 08/09/04 | Disbursements | 81 Legal Postage | 222360 | Chk #51669 | 384791 - DOC: Postage | -.83 | 236.38 |
| 08/09/04 | Disbursements | 80 Postage | 222360 | Chk #51669 | 385568 - DOC: Postage | -.37 | 236.01 |
| 08/09/04 | Point of Sale | 60 Commissary | 222756 | 164442 | Commissary | -31.34 | 204.67 |
| 08/16/04 | Disbursements | 80 Postage | 229360 | Chk #51769 | 386576 - DOC: Postage | -.37 | 204.30 |
| 08/16/04 | AP Correction | 80 Postage | 229560 | Chk #51769 Voided | 386576 - DOC: Postage | .37 | 204.67 |
| 08/16/04 | Disbursements | 80 Postage | 229360 | Chk #51810 | 386576 - DOC: Postage | -.37 | 204.30 |
| 08/19/04 | Disbursements | 88 B79716 | 232360 | Chk #51862 | 08/19/2004 - Paper Wings | -5.00 | 199.30 |
| 08/31/04 | Disbursements | 84 Library | 244360 | Chk #52036 | 386736 - DOC: Library Copies | -5.75 | 193.55 |

Date: 10/12/2004
Time: 10:30am
d_list_inmate_trans_statement_composite

1:04-cv-01429-HAB-JAG     # 1     Page 8 of 9

Pontiac Correctional Center
Inmate Trust Fund
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 04/12/2004 thru End;    Inmate: B79716;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B79716  Santiago, Fabin**            **Housing Unit: PON-N -07-49**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| 05/17/04 | AP Correction | 81 Legal Postage | 138560 | Chk #50419 Voided | 373701 - DOC: Postage | .37 | 600.30 |
| 05/17/04 | AP Correction | 80 Postage | 138560 | Chk #50419 Voided | 373744 - DOC: Postage | .37 | 600.67 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138360 | Chk #50422 | 373293 - DOC: Postage | -1.52 | 599.15 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138360 | Chk #50422 | 373292 - DOC: Postage | -3.95 | 595.20 |
| 05/17/04 | Disbursements | 80 Postage | 138360 | Chk #50422 | 373527 - DOC: Postage | -1.52 | 593.68 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138360 | Chk #50422 | 373701 - DOC: Postage | -.37 | 593.31 |
| 05/17/04 | Disbursements | 80 Postage | 138360 | Chk #50422 | 373744 - DOC: Postage | -.37 | 592.94 |
| 05/24/04 | Disbursements | 81 Legal Postage | 145360 | Chk #50504 | 374792 - DOC: Postage | -1.98 | 590.96 |
| 05/24/04 | Disbursements | 80 Postage | 145360 | Chk #50504 | 374651 - DOC: Postage | -.37 | 590.59 |
| 05/24/04 | Disbursements | 80 Postage | 145360 | Chk #50504 | 374869 - DOC: Postage | -.37 | 590.22 |
| 05/24/04 | Disbursements | 80 Postage | 145360 | Chk #50504 | 374893 - DOC: Postage | -.37 | 589.85 |
| 05/24/04 | Disbursements | 88 B79716 | 145360 | Chk #50526 | 05/24/2004 - Globe | -21.16 | 568.69 |
| 05/25/04 | Mail Room | 01 MO/Checks (Not Held) | 146259 | 547094 | Crespo, Carmen | 50.00 | 618.69 |
| 05/25/04 | Disbursements | 73 Court Ordered Fees | 146320 | Chk #50544 | 0006569 - U.S. District Court | -10.00 | 608.69 |
| 06/02/04 | Disbursements | 88 B79716 | 154360 | Chk #50670 | 06/02/2004 - King Harris Publi | -12.00 | 596.69 |
| 06/07/04 | Point of Sale | 60 Commissary | 159705 | 159557 | Commissary | -14.84 | 581.85 |
| 06/07/04 | Disbursements | 84 Library | 159360 | Chk #50730 | 375733 - DOC: Library Copies | -5.65 | 576.20 |
| 06/07/04 | Disbursements | 81 Legal Postage | 159360 | Chk #50731 | 375446 - DOC: Postage | -1.75 | 574.45 |
| 06/07/04 | Disbursements | 80 Postage | 159360 | Chk #50731 | 376506 - DOC: Postage | -.37 | 574.08 |
| 06/07/04 | Disbursements | 80 Postage | 159360 | Chk #50731 | 375869 - DOC: Postage | -.37 | 573.71 |
| 06/07/04 | Disbursements | 81 Legal Postage | 159360 | Chk #50731 | 375783 - DOC: Postage | -.37 | 573.34 |
| 06/07/04 | Disbursements | 81 Legal Postage | 159360 | Chk #50731 | 375789 - DOC: Postage | -.83 | 572.51 |
| 06/07/04 | Disbursements | 81 Legal Postage | 159360 | Chk #50731 | 375947 - DOC: Postage | -.37 | 572.14 |
| 06/07/04 | Disbursements | 81 Legal Postage | 159360 | Chk #50731 | 375447 - DOC: Postage | -2.43 | 569.71 |
| 06/07/04 | Disbursements | 81 Legal Postage | 159360 | Chk #50731 | 375948 - DOC: Postage | -.37 | 569.34 |
| 06/07/04 | Disbursements | 80 Postage | 159360 | Chk #50731 | 375881 - DOC: Postage | -5.03 | 564.31 |
| 06/07/04 | Disbursements | 81 Legal Postage | 159360 | Chk #50731 | 375243 - DOC: Postage | -.37 | 563.94 |
| 06/07/04 | Disbursements | 81 Legal Postage | 159360 | Chk #50731 | 376811 - DOC: Postage | -.37 | 563.57 |
| 06/10/04 | Point of Sale | 60 Commissary | 162767 | 159912 | Commissary | 14.84 | 578.41 |
| 06/10/04 | Point of Sale | 60 Commissary | 162767 | 159946 | Commissary | -14.84 | 563.57 |
| 06/15/04 | Disbursements | 84 Library | 167360 | Chk #50862 | 377014 - DOC: Library Copies | -4.00 | 559.57 |
| 07/12/04 | Disbursements | 84 Library | 194360 | Chk #51245 | 381343 - DOC: Library Copies | -10.40 | 549.17 |
| 07/12/04 | Disbursements | 84 Library | 194360 | Chk #51245 | 379433 - DOC: Library Copies | -2.70 | 546.47 |
| 07/12/04 | Disbursements | 81 Legal Postage | 194360 | Chk #51246 | 379469 - DOC: Postage | -2.67 | 543.80 |
| 07/12/04 | Disbursements | 81 Legal Postage | 194360 | Chk #51246 | 378522 - DOC: Postage | -.83 | 542.97 |
| 07/12/04 | Disbursements | 81 Legal Postage | 194360 | Chk #51246 | 378524 - DOC: Postage | -.37 | 542.60 |
| 07/12/04 | Disbursements | 81 Legal Postage | 194360 | Chk #51246 | 378526 - DOC: Postage | -.37 | 542.23 |
| 07/12/04 | Disbursements | 80 Postage | 194360 | Chk #51246 | 377940 - DOC: Postage | -.37 | 541.86 |
| 07/12/04 | Disbursements | 80 Postage | 194360 | Chk #51246 | 379803 - DOC: Postage | -.37 | 541.49 |
| 07/12/04 | Disbursements | 80 Postage | 194360 | Chk #51246 | 381219 - DOC: Postage | -.37 | 541.12 |
| 07/12/04 | Disbursements | 81 Legal Postage | 194360 | Chk #51246 | 378822 - DOC: Postage | -.37 | 540.75 |
| 07/12/04 | Disbursements | 80 Postage | 194360 | Chk #51246 | 378570 - DOC: Postage | -.37 | 540.38 |
| 07/12/04 | Disbursements | 81 Legal Postage | 194360 | Chk #51246 | 379470 - DOC: Postage | -.83 | 539.55 |
| 07/12/04 | Disbursements | 80 Postage | 194360 | Chk #51246 | 377888 - DOC: Postage | -.37 | 539.18 |
| 07/12/04 | Disbursements | 80 Postage | 194360 | Chk #51246 | 380451 - DOC: Postage | -.37 | 538.81 |

Date: 10/12/2004　　　　　　　　　　　Pontiac Correctional Center　　　　　　　　　　Page 1
1:04-cv-01429-HAB-JAG　　# 1　　Page 9 of 9
Time: 10:30am　　　　　　　　　　　　　Inmate Trust Fund

d_list_inmate_trans_statement_composite　　Inmate Transaction Statement

REPORT CRITERIA - Date: 04/12/2004 thru End;　　Inmate: B79716;　　Active Status Only ? : No;　　Print Restrictions ? : Yes;　　Transaction Type: All Transaction Types;　　Print Furloughs / Restitutions ? : Yes;　　Include Inmate Totals ? : Yes;　　Print Balance Errors Only ? : No

**Inmate: B79716 Santiago, Fabin**　　　　**Housing Unit: PON-N -07-49**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | 191.79 |
| 04/12/04 | Point of Sale | 60 Commissary | 103734 | 155190 | Commissary | -14.98 | 176.81 |
| 04/13/04 | AP Correction | 88 B79716 Misc. | 104520 | Chk #45991 Voided | 08/15/03 - Crespo, Carmen | 550.00 | 726.81 |
| 04/19/04 | Disbursements | 81 Legal Postage | 110360 | Chk #49903 | 368262 - DOC: Postage | -.83 | 725.98 |
| 04/19/04 | Disbursements | 81 Legal Postage | 110360 | Chk #49903 | 368261 - DOC: Postage | -.37 | 725.61 |
| 04/19/04 | Disbursements | 80 Postage | 110360 | Chk #49903 | 369345 - DOC: Postage | -.37 | 725.24 |
| 04/19/04 | Disbursements | 80 Postage | 110360 | Chk #49903 | 368324 - DOC: Postage | -.37 | 724.87 |
| 04/19/04 | Disbursements | 81 Legal Postage | 110360 | Chk #49903 | 369093 - DOC: Postage | -1.29 | 723.58 |
| 04/19/04 | Disbursements | 81 Legal Postage | 110360 | Chk #49903 | 369098 - DOC: Postage | -1.29 | 722.29 |
| 04/19/04 | Disbursements | 80 Postage | 110360 | Chk #49903 | 368421 - DOC: Postage | -.37 | 721.92 |
| 04/19/04 | Disbursements | 81 Legal Postage | 110360 | Chk #49903 | 369097 - DOC: Postage | -2.90 | 719.02 |
| 04/26/04 | Disbursements | 84 Library | 117360 | Chk #50039 | 369957 - DOC: Library Copies | -4.55 | 714.47 |
| 04/26/04 | Disbursements | 81 Legal Postage | 117360 | Chk #50040 | 370196 - DOC: Postage | -.37 | 714.10 |
| 04/26/04 | Disbursements | 81 Legal Postage | 117360 | Chk #50040 | 369773 - DOC: Postage | -.83 | 713.27 |
| 04/26/04 | Disbursements | 81 Legal Postage | 117360 | Chk #50040 | 369777 - DOC: Postage | -.37 | 712.90 |
| 04/26/04 | Disbursements | 81 Legal Postage | 117360 | Chk #50040 | 370381 - DOC: Postage | -.60 | 712.30 |
| 04/26/04 | Disbursements | 81 Legal Postage | 117360 | Chk #50040 | 370382 - DOC: Postage | -1.29 | 711.01 |
| 04/26/04 | Disbursements | 80 Postage | 117360 | Chk #50040 | 370115 - DOC: Postage | -.37 | 710.64 |
| 04/26/04 | Disbursements | 80 Postage | 117360 | Chk #50040 | 370116 - DOC: Postage | -.37 | 710.27 |
| 05/10/04 | Disbursements | 81 Legal Postage | 131360 | Chk #50211 | 371822 - DOC: Postage | -.37 | 709.90 |
| 05/10/04 | Disbursements | 81 Legal Postage | 131360 | Chk #50211 | 371824 - DOC: Postage | -.83 | 709.07 |
| 05/10/04 | Disbursements | 81 Legal Postage | 131360 | Chk #50211 | 371821 - DOC: Postage | -.37 | 708.70 |
| 05/10/04 | Disbursements | 81 Legal Postage | 131360 | Chk #50211 | 371823 - DOC: Postage | -.37 | 708.33 |
| 05/10/04 | Disbursements | 81 Legal Postage | 131360 | Chk #50211 | 372735 - DOC: Postage | -.83 | 707.50 |
| 05/10/04 | Disbursements | 81 Legal Postage | 131360 | Chk #50211 | 372706 - DOC: Postage | -.37 | 707.13 |
| 05/10/04 | Disbursements | 81 Legal Postage | 131360 | Chk #50211 | 372736 - DOC: Postage | -1.06 | 706.07 |
| 05/10/04 | Disbursements | 81 Legal Postage | 131360 | Chk #50211 | 370863 - DOC: Postage | -.37 | 705.70 |
| 05/10/04 | Disbursements | 81 Legal Postage | 131360 | Chk #50211 | 370865 - DOC: Postage | -.60 | 705.10 |
| 05/10/04 | Disbursements | 81 Legal Postage | 131360 | Chk #50211 | 370864 - DOC: Postage | -.83 | 704.27 |
| 05/10/04 | Disbursements | 81 Legal Postage | 131360 | Chk #50211 | 370866 - DOC: Postage | -1.29 | 702.98 |
| 05/10/04 | Disbursements | 81 Legal Postage | 131360 | Chk #50211 | 371408 - DOC: Postage | -.37 | 702.61 |
| 05/10/04 | Point of Sale | 60 Commissary | 131734 | 157472 | Commissary | -14.94 | 687.67 |
| 05/12/04 | Disbursements | 88 B79716 | 133360 | Chk #50277 | 04/12/2004 - Prison Legal News | -8.00 | 679.67 |
| 05/12/04 | Disbursements | 88 B79716 | 133360 | Chk #50278 | 04/12/2004 - Paper Wings | -55.00 | 624.67 |
| 05/14/04 | Disbursements | 88 B79716 | 135360 | Chk #50404 | 05/14/2004 - Popular Mechanics | -9.00 | 615.67 |
| 05/14/04 | Disbursements | 88 B79716 | 135360 | Chk #50405 | 05/14/2004 - Playboy | -15.00 | 600.67 |
| 05/17/04 | Disbursements | 80 Postage | 138360 | Chk #50419 | 373744 - DOC: Postage | -.37 | 600.30 |
| 05/17/04 | Disbursements | 80 Postage | 138360 | Chk #50419 | 373527 - DOC: Postage | -1.52 | 598.78 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138360 | Chk #50419 | 373701 - DOC: Postage | -.37 | 598.41 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138360 | Chk #50419 | 373292 - DOC: Postage | -3.95 | 594.46 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138360 | Chk #50419 | 373293 - DOC: Postage | -1.52 | 592.94 |
| 05/17/04 | AP Correction | 81 Legal Postage | 138560 | Chk #50419 Voided | 373292 - DOC: Postage | 3.95 | 596.89 |
| 05/17/04 | AP Correction | 81 Legal Postage | 138560 | Chk #50419 Voided | 373293 - DOC: Postage | 1.52 | 598.41 |
| 05/17/04 | AP Correction | 80 Postage | 138560 | Chk #50419 Voided | 373527 - DOC: Postage | 1.52 | 599.93 |