ILLINOIS DEPARTMENT OF CORRECTIONS

Exhibit B    E-FILED

**Administrative Review Board**
**Return of Grievance or Correspondence**

Tuesday, 14 December, 2004 03:11:31 PM
Clerk, U.S. District Court, ILCD

Offender: ___Santiago___ ___Jabin___ ___B79716___
          Last Name       First Name      MI    ID#

Facility: ___Pontiac___

☐ Grievance (Local Grievance # (if applicable): ___9/27/03___ )    or    ☒ Correspondence
Received: ___9 , 30 , 03___    Regarding: ___Retaliation — mail handling___
          Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional Information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
                                                                        Office of Inmate Issues
                                                                        1301 Concordia Court
                                                                        Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:   Illinois Prisoner Review Board
                        319 E. Madison St., Suite A
                        Springfield, IL   62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ___/___/___.
                                                Date

☐ No justification provided for additional consideration.

**Other (specify):** ___You must provide the above to appeal to ARB___
☒ ___grievance regarding mailroom was handled 8/14/03___

Completed by: _____    ___Sttle___    ___10 , 1 , 03___
              Print Name                   Signature         Date

Distribution:   Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

RECEIVED

SEP 3 0 2003

OFFICE OF
INMATE ISSUES

To: Mr. Walker                                              9/27/03

      I contacted your office several weeks ago concerning various assaults and acts of retaliation against me by prison guards at the Pontiac C.C.

On 9/3/03 I filed a petition to be filed with the Livingston County Court, requesting a restraining order against prison Employees. "My petition never made it out of this facility." I have filed numerouse emergency grievances directly to Warden Notes office bringing these matters to his attention, yet no action has been taken to correct these problems, I currently have "3" pending litigations before the courts. And at this very moment, "I am under a court mandated deadline."

But the warden continues to allow or sanction trust fund officials to impead or prevent my legal documents from being filed with the court. Considering that I have a court deadline and a well established right to have access to the courts, which is blatantly being violated by prison officials.

I am requesting that your office immediately look into this matter.

Thank you,

               Fabian Santiago
               #B-79116
               P.O. Box 99
               Pontiac, IL 61764



**Illinois**
**Department of**
**Corrections**

EXHIBIT (D)

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

November 25, 2003

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance received on November 21, 2003, regarding Mailroom (Mailing of Correspondence 9/3/03 and ongoing), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

You allege in your grievance that Mailroom staff are not mailing out your documents and are preventing you from seeking legal recourse, as you allege your documents are not being mailed out.

The Grievance officer's report (035464) and subsequent recommendation dated November 10, 2003 and approval by the Chief Administrative Officer on November 12, 2003 have been reviewed.

Per the Grievance officer's report, Mailroom staff stated they did not receive the items you refer to and are not withholding or denying any outgoing mail correspondence.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD:  _____
Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED:  _____
Roger E. Walker Jr.
Director

cc:    Warden Stephen D. Mote, Pontiac Correctional Center
Fabian Santiago, Register No. B79716
Chron. File

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

| Date: 10/21/2003 | Committed Person: (Please Print) FABIAN SANTIAGO | ID#: B-79716 |
|---|---|---|
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. | |

### NATURE OF GRIEVANCE:

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): Trust Fund Office

- [ ] Disciplinary Report: ___/___/___  
  Date of Report                    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: For over a Month and a half Now Mail room and Trust Fund Staff "Who handle Money voucher correspondences" have not provided me with the Money voucher receipts to my Mailings. I have sent out numerous letters and packages. The Majority which have been legal Mailings. But I have only received 3 Money voucher receipts, "With the exception of publication subscription receipts."

According to my inmate transaction statement Many of my Mailings (Not All) have been charged to my account but there is no way to verify exactly which ones.

Relief Requested: _____
                  Page (2) states Relief

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    _____    ___/___/___
Committed Person's Signature       ID#         Date
(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: 10 / 22 / 03
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ATTACHED ARE BOTH TRUST FUND STATEMENTS SHOWING YOUR POSTAGE ACTIVITY AND OUTGOING AND INCOMING LEGAL MAIL. MAILROOM STATES THEY DID NOT RECEIVE THE ITEMS YOU REFER TO NOT HAVING GONE OUT AND BY THE LEGAL LOG ATTACHED ARE NOT WITHOLDING OR DENYING ANY MAIL CORRESPONDENCE

WESLEY G. WILES          [signature] Wesley G. Wiles      10 / 24 / 03
Print Counselor's Name        Counselor's Signature       Date of Response

BY YOU OR ANY OTHER                          OFFENDER UNLESS
Date    THEY DON'T HAVE FUNDS

### EMERGENCY REVIEW

Received: ___/___/___    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____    ___/___/___
Chief Administrative Officer's Signature       Date

ILLINOIS DEPARTMENT OF CORRECTIONS
GRIEVANCE TO COMMITTED PERSON'S GRIEVANCE

## Grievance Officer's Report

Date Received: 10 / 28 / 03    Date of Review: 11 / 10 / 03    Grievance # (optional): 035964

Committed Person: SANTIAGO, FABIAN    ID#: B34716

Nature of Grievance: MAIL HANDLING

Facts Reviewed: THE GRIEVANCE OFFICER HAS REVIEWED THE OFFENDER'S GRIEVANCE. THE OFFENDER REFERENCES SPECIFICALLY THE HANDLING OF LEGAL MAIL AND DEDUCTIONS FROM THE OFFENDER'S TRUST FUND ACCOUNT FOR THE COST OF SUCH MAIL. PER THE COUNSELOR'S RESPONSE (DATED 10/24/03) THE MAIL ROOM INDICATED THEY DID NOT RECEIVE THE ITEMS YOU REFERENCE TO NOT HAVING CAME OUT BY THE LEGAL LOG "THERE ARE NOT WITHHOLDING OR DENING ANY MAIL CORRESPONSE."

Recommendation: BASED UPON A TOTAL REVIEW OF THE INFORMATION AVAILABLE, IT IS MY OPINION THE OFFENDER'S ISSUE WAS FULLY ADDRESSED. IT IS RECOMMENDED THIS GRIEVANCE BE DENIED.

COUNSELOR PERONA
Print Grievance Officer's Name

Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: _____    ☑ I concur    ☐ I do not concur    ☐ Remand

Comments: _____

Chief Administrative Officer's Signature

11 / 12 / 03
Date

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature

RECEIVED

ID#                    Date

NOV 17 2003

FOR THE CORP CENTER
RECORD OFFICE

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE (Continued)**

THE Money Voucher's Attached to My Mailings Have the Name And
Address to their destinations. So it is necessary for me to
be afforded such receipts. I have sent out a 'certified letter" to:
The Leilingston County Prosecutors office, (2) Packages to: the Leilingston
County Courthouse, (1) Package each to: The United State Support Court,
Attorney Generals office and U.S. Department of Justice-Washington d.c.
I've also sent various letters to my relatives concerning the illegal
and corrupt practices of prison guards at the Pontiac c.c. And
there have been instances where I have sent out 3 Letters taped
together with one Money Voucher.
And have sent out (1) letter to my relatives and (2) letters to
publication companies and (1) Legal Pamphlet the Money Voucher receipt
it would indicate that I was only charged for (2) letters.
The letters to my relatives are not leaving this facility. And
certain Legal Packages of mine to the courts and Law enforcement
are being intercepted and prevented from leaving. This institution.
Ever since Warden Mote and his staff was made aware I was
seeking litigation against the Pontiac c.c. I have been held incommun-
icado from my relatives and the courts.
My Mote has been fully aware of Pontiac Staff, Mail room and
trust fund officials destroying the Mailings of inmates and
claiming they never received them.
Regardless of how the Warden and staff May feel about my communi-
cation with my relatives or the courts they have no right to retali-
ate against me and have me held (incommunicado)

**relief being requested**

Mail room and trust fund officials should be with all and any Money/
Voucher receipts immediately after charging me for such Mailings

I be provided with the Money Voucher receipts of Photo copies of
the Money Voucher to the following Mailings: (description)

| | | | |
|---|---|---|---|
| 328884 - doc postage | $1.71 | - Mailed on | 9/3/03 |
| 333111 - doc postage | $5.11 | - Mailed on | 10/3/03 |
| 334735 - doc postage | $5.34 | - Mailed on | 10/3/03 |

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 10/9/2003 | Committed Person: (Please Print) FABIAN SANTIAGO | ID#: B-79716 |
|---|---|---|

Present Facility: PONTIAC. C.C.   Facility where grievance issue occurred: PONTIAC. C.C.

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): DENIAL OF ACCESS TO COURT

- [ ] Disciplinary Report: ____/____/____
  Date of Report                Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 9/2/2003 I filed an emergency grievance directly to Warden Mote's office regarding C/O Smithson continuing in his acts of retribution against me.
I know for a fact, Warden Mote's office received my grievance of 9/2/03 because C/O Smithson contributed me about the matter.
I requested that Warden Mote direct law library staff to provide me with the necessary materials and assistance to file my pleadings with the Livingston County Court requesting an order of protection against C/O Smithson and inmates other C/O from continuing to carry out assaults and acts of retaliation against me.

Relief Requested: ____ I ask the five (5) states relief

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature        B-79716        10, 9, 03
                                    ID#              Date
(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ____/____/____
[ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ____ Exhibit (C)

Print Counselor's Name        Counselor's Signature        Date of Response

**EMERGENCY REVIEW**

Date Received: ____/____/____
Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature        Date

On 9/3/03 I forwarded my petition which was to be filed with the Livingston County Court, to my relatives so they could pay the filing fee. I requested in my petition that the Livingston County Court issue an order of protection and that certain safeguards and provisions be enacted upon law library and mail room staff. Yet my petition never made it outside of this facility. On 9/2/2003 I filed an emergency grievance directly to Warden Notes office notifying him of the situation and making him aware that I had "re-written" my petition to the Livingston County Court and that Mr. Notes needed to take the necessary action to insure my documents were finally filed with the court. On 9/24/03 I re-forwarded my re-written petition to the Livingston County Court and (2) packages to:

The United States Supreme Court (and) Lisa Madison Attorney General. I also forwarded letters to my relatives and a certified package informing the Livingston County Prosecutors office. All of the above mentioned packages and correspondences were mailed with money vouchers attached. But I have received no money voucher receipts or any indication that my mailings were forwarded out of this facility despite my withdrawals in replies to mail room and trust fund officials. I have written over a half dozen letters and emergency grievances directly to Warden Notes concerning these incidents, yet Mr. Notes has refused to take the necessary action to insure I am given access to the court.

Which further supports Mr. Notes negligence and deliberate indifference towards Mr. Notes negligence, I have personally brought these matters to the attention of my assigned counselor Mr. Wesley Wiles and Mr. Notes can not claim ignorance to these abuses I have 3 pending litigations in the state and federal courts and am currently on a "court deadline." It is crystal clear that, as soon as Mr. Notes was made aware that I was seeking litigation against him and various officials here at the Pontiac C.C. he made every effort to stonewall and sabotage my attempts to bring these matters to the attention of the Livingston County Court, by having my legal documents intercepted and prevented from leaving this institution. Not only has Mr. Notes allowed and/or sanctioned my efforts to bring such matters to the Livingston County Court, But I am being denied my right to access and communicate with any and all courts, including filing the necessary pleadings in my criminal case which I am currently under a court deadline.

Mr. Mote can not claim these actions are being implemented against me as a means to maintain the safety and security of the facility. Because if that were the case, I would have no problem faxing my legal documents in the presence of internal affairs, the chief of security or the like if neccessary, just to insure my legal documents are forwarded out of this facility and filed with the court immediately.

Mr. Mote is fully aware of law library staff distroying the legal documents of inmates and claiming they never received such mailings, of prison guards brutally assaulting inmates and having inmates brought up on completely false disciplinary charges and of counselors, the grievance officers and wardens office distroying the grievances of inmates and claiming they never received them.

Mr. Mote has even resorted to using internal affairs to investigate these matters in order to downplay and conseal these incidents (because of the liability involved) instead of exposing and correcting such egregious and henious abuses. Inmates who have spoken out, let alone sought to bring such matters to the attention of the courts have been immediately and calculating targeted by prison officals for retrisal, in order to discourage and prevent inmates from seeking relief from the courts or expose the current and illegal acts of misconduct which have plagued and are being implemented at the Pontiac C.C. on a dailey basis.

4 of 5

The State And Federal Courts have clearly established that the Most
Fundamental Right which A Prisoner holds is "Access to the Courts"
which May Not Bee inpeaded or Violated in Any/way By Prison
Officials. Employees At the Pontiac. C.C. have Becone so Contortable
with Violating the Rights of inNates that, they Rutenly intercept,
open, search, And Read Legal doccuments outside the Presence of
inmates. Then claim some Mishap or distroy such doccuments then claim
they Never Recenied them.
When these Matters Are Finally Brought Before the Court. The Judge
is going to want to know why the hell did Mr. Mote Stonewall My
Efforts to seek Redress From the Courts For so Long,?
And why the hell did I have to "Re-write" My pleadings so Many
time Before My doccuments were Finally filed with the court?
I have Been incarcerated for eight years of My Life And without
A dublt, Mr. Mote is the Most Curropt Official I have ever encountered
Mr. Motes Actions Constitute Offical Acts of Misconduct, which is
A Class (3) felony.
Not only has Mr. Mote Sabataged My Efforts to Cummunicate with
the Courts, But in doing so, has Condoned And Allowed these incidents
Retaliation to Continue Against Me.
This Man has no Business As An Employee of the I.d.o.c.
Let Alone As the Chief Administrative Officer And is Long over
due in Needing to Be indicted And Criminally Prosecuted.
Considering that My Cummunication is Being Prodoted to the County
Prosecutor's Office these Actions May Also Warrent Obstruction of
Justice on the Part of Prison Officals.

Relief Being Requested

1. My documents of correspondence to: The Ledingston County Court, The United States Supreme Court, The Attorney Generals office And Ledingston County Prosectors office Be immediately Located And forwarded to their destinations.

2. Mr. Note Be suspended for 29 days without pay And remolved As the Chief Administrative officer.

3. If Prison officals Are going to "claim" they dont have my documents, That I Be provided with double the supplies to Re-write All of my pleadings And that Law Library staff Be directed Not to charge me for Any copies. Because I was already charged the first time.

4. Mr. Note immediately Afford me my right to communicate with the Court And take the necessary Action to insure my documents Are mailed out of this facility.

5. I Be compensated in the Amount of 500,000 for having to endure these continuing Acts of Retaliation, being denied Access to the Courts And having my mailings lost, distroyed or unreasonably delayed.



**Illinois** Exhibit (d)
**Department of**
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

November 25, 2003

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance received on November 21, 2003, regarding Staff Conduct (Counselor Wiles 10/5/03), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

You allege in your grievance that on October 5, 2003 you gave Counselor Wiles a grievance regarding Warden Mote that was never returned to you. You also allege that Counselor Wiles is trying to prevent you from mailing to the Livingston County Court.

The Grievance officer's report (035488) and subsequent recommendation dated November 10, 2003 and approval by the Chief Administrative Officer on November 14, 2003 have been reviewed.

Per the Grievance officer's report, Counselor Wiles was contacted and stated that all paperwork was returned to you and the mailroom advised that they never received copies of your lawsuit.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Charges of staff misconduct could not be substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD:

Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED:

Roger E. Walker Jr.
Director

cc:   Warden Stephen D. Mote, Pontiac Correctional Center
      Fabian Santiago, Register No. B79716
      Chron. File

## Grievance Officer's Report

Date Received: 10, 28, 03    Date of Review: 11, 10, 03    Grievance # (optional): 035488

Committed Person: FABIAN SANTIAGO    ID#: B79716

Nature of Grievance: STAFF CONDUCT

Facts Reviewed: This Grievance officer Reviewed Abuve offender's
Grievance of Staff misconduct By Counselor Wiles in
not forwarding a Grievance of his concerning Warden mote
back to the offender in Regards to litigation which he alleges
"never made it outside the Facility." Offender also indicates
counselor Wiles is trying to further delay and prevent his
communication with the court. Offender also states the counselors,
Grievance Officers and Warden's office has been known to destroy
grievances of inmates.

This Grievance Officer also Reviewed Counselor Response By
E. Ruskin who indicates Counselor Wiles stated He sent all
the paperwork to the offender and a copy of the grievance. Mailroom
never received copies of the lawsuit

Recommendation: Based upon a total Review of all available information
its the Recommendation of this Grievance officer that the offender's
grievance Be denied as the offender's allegations of staff
misconduct cannot be substantiated.

P. Hastings    coII
Print Grievance Officer's Name    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: _____    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments: _____

Chief Administrative Officer's Signature    11, 14, 03
Date

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL, 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature    ID#

RECEIVED
NOV 11 8 2003
PURITAC CARE DELLER
RECORDS OFFICE

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 10/10/2003 | Committed Person: (Please Print) FABIAN SANTIAGO | ID#: B-79716 |
|---|---|---|
| Present Facility: PONTIAC.C.C. | | Facility where grievance issue occurred: PONTIAC.C.C. |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___
  Date of Report        Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

**Brief Summary of Grievance:** On 10/5/03 I forwarded a grievance dated 10/3/03 to my Assigned Counselor Mr. Wesley Wiles concerning Mr. Hotz having Mail room staff interrupting my legal mailings in order to prevent Mr. Fron having my documents filed with the legal system, correctly, correct an setting in purtule relief Against Mr. Hotz And The Pontiac.C.C.

I forwarded several letters to Mr. Wiles usually about my grievance dated 10/3/03 And Mr. Wiles sent me a letter stating he had responded to my grievance And mailed it back to me. But I never received my grievance back dated 10/3/03 from Mr. Wiles.

**Relief Requested:** Mr. Wiles be sustained for 3 days without any penalties as my counselor, reinstated from distroying the grievances of inmates And all counselor be mandated to do their jobs And make their periods once a week.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    _____    ___/___/___
Committed Person's Signature        ID#        Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 10, 22, 03

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Counselor Wiles was contacted and stated he sent you all the paperwork you requested with a copy of the grievance. Mail room never received copies of your lawsuit.

Emily Ruskin                    10, 27, 03
Print Counselor's Name        Counselor's Signature        Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____    ___/___/___
Chief Administrative Officer's Signature        Date

Distribution: Master File; Committed Person        Page 1        DOC 0046 (Eff.10/2001)
(Replaces DC 5657)
Printed on Recycled Paper



8-12-03

Library records indicate that no guidance was received from you on July 30, 31 and Aug. 1, 2003.

SANTIAGO
B 79716

THEY DIDN'T MAKE IT TO THE MAIL ROOM YET
10/1/03

Court deadline

PACKAGES SENT OUT ON 9/24/03

① U.S. SUPREME COURT
② ATTORNEY GENERAL
③ LEVINGSTON COUNTY COURT

DID NOT RECENE MONEY VOUCHER RECEIPTS
(NO VARIFICATION FOR PACKAGES BEING SENT OUT)

**Rod R. Blagojevich**
Governor

# Illinois $Exhibit(B)$
## Department of
## Corrections

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

April 5, 2004

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance received on April 2, 2004, regarding Mailroom (Delivery 12/24/03) and Grievance Process (Ongoing) and Staff Conduct (Law Library Ongoing), which were alleged to have occurred at Pontiac Correctional Center. This office has determined the issues will be addressed without a formal hearing.

You allege in your grievance that Mailroom staff are opening your legal mail and withholding your mail from you for periods at a time. You further allege that staff are preventing you from exhausting your legal remedies by not answering your grievances and that Library staff are not aiding you to exhaust your remedies.

The Grievance officer's report (036259) and subsequent recommendation dated March 11, 2004 and approval by the Chief Administrative Officer on March 12, 2004 have been reviewed.

As you do not mention a specific date or name specific staff that has hindered you in exhausting your remedies, this office cannot address the issue regarding the Grievance Process or Library Staff. Inmate Santiago is encouraged to file a grievance as outlined in Department Rule 504 F, relating *specific* incidents with regards to the grievance process and law library staff.

As for the issue of Mailroom Staff disregarding mailroom procedures, based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Additionally, charges of staff misconduct could not be substantiated. It is, therefore, recommended the grievance be denied. However, Warden Mote is to reiterate to staff Department Rule 525, as it relates to Offender Mail procedures.

FOR THE BOARD:

Sherry Hile
Administrative Review Board
Office of Inmate Issues

**I concur. Warden Mote is to proceed accordingly.**

Roger E. Walker Jr.
Director

cc:     Warden Stephen D. Mote, Pontiac Correctional Center
Fabian Santiago, Register No. B79716
Chron. File

APR 2 3 2004

## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

### Grievance Officer's Report

Date Received: 1-23-04    Date of Review: 3-11-04    Grievance # (optional) 0360259

Committed Person: Fabian Santiago    ID#: B79716

Nature of Grievance: Mail Handling
Staff Conduct - grievances, law library assistance

Facts Reviewed: Offender's grievance was reviewed. He states that on 12/24/03, he had legal mail which required his signature, that it had already been opened outside of his presence, that staff destroy and lose originals of grievances, that the law library staff are supposed to help prepare meaningful papers with the courts but are reluctant to assist offenders. The counselor's response was reviewed and states that the mail room was contacted and noted that the offender did not receive legal mail on date listed, that mail is delivered as quickly as they receive it, that the holiday season affected the normal running of the mail office, that mail these staff do not have time to read legal mail, that there is no interfering or delaying of offender's mail per Internal Affairs, that grievances are processed/logged as they are received, per the guideline office and that the paralegals are assisting the offender in documented in the offender's file in the law library.

Recommendation: Based on the above, it is the recommendation of the Grievance Officer that the Grievance be DENIED as the offender's allegations of staff misconduct are not substantiated.

Jennifer Melvin
Print Grievance Officer's Name
Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: _____    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments: _____

Chief Administrative Officer's Signature      3-12-04
Date

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature    B-79716    3-28-04
ID#    Date

This grievance was not received by grievance until MARCH 28th

INTERNAL AFFAIRS WAS CONTACTED IN REGARDS TO THE
POSSIBELITY OF INTERFERING OR DELAYING YOUR MAIL AND
THEY ASSURED ME THAT THEY HAVE NO REASON TO DELAY, HOLD
OR EVEN RECEIVE YOUR MAIL FOR REVIEW. THE GRIEVANCE
YOU GAVE THIS COUNSELOR 10/03 WAS HANDLED AS YOU REQUESTED
THAT WAS TO RESPOND AND FORWARD TO GRIEVANCE OFFICE DUE
TO YOUR PARANOIA AND FEAR OF STAFFS MISHANDLING OF YOUR
MAIL. I CONTACTED THE LAW LIBRARY AND PERSONALLY REVIEWED
YOUR FILE, ALL REQUESTS ARE DOCUMENTED, AND YOUR FILE
IS QUITE FULL OF REQUESTS SO YOUR CLAIM TO NOT RECEIVING
ASSISTANCE IS INACCURATE AND UNJUSTIFIED. PARA-LEGALS
DO NOT GIVE OR PROVIDE ADVICE, JUST SERVICES AND
ON YOUR BEHALF IT IS BEING MET. THE GRIEVANCE OFFICE
WAS CONTACTED REGARDING YOUR CONCERN ABOUT GRIEVANCES
BEING ACCEPTED AND WAS ASSURRED THIS WOULD BE. A COPY
OF YOUR GRIEVANCE LOG IS AVAILABLE BY REQUEST BY
WRITING THEM AND ASKING.

036949

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 12/29/2003 | Committed Person: (Please Print) FABIAN SANTIAGO | ID#: B-79716 |
|---|---|---|

| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): SURVEILANCE Procedure

- [ ] Disciplinary Report: _____
  Date of Report _____  Facility where issued

JAN - 5 2004

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On the date of 12/24/2003 C/O GASPER notified me that I had some legal mail which required my signature. I then witnessed C/O GASPER pretend to open the package in front of me, despite the fact that the package had already been open outside of my presence and willful taped back together. The package which I received was from the ILL. supreme court and clearly marked LEGAL MAIL. Prison OFFICALS at the Pontiac C.C. systematically open, search and read the legal documents of inmates outside the presence of inmates and often loss some if not all of the legal materials of inmates and then claim complete inocence to such abuses which is a blatant violation of the inmates priviliged comunication.

Relief Requested: I ask 6 and 7 state relief.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| [signature] | B-79716 | 12/30/2003 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

| Date Received: 1/20/04 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: I CONTACTED THE MAIL ROOM REGARDING YOUR LEGAL MAIL. YOU DID NOT RECEIVE LEGAL MAIL ON THAT DATE. MAIL FROM CLERK'S ARE NOT LEGAL. THEY STATE THEY DELIVER MAIL AS QUICKLY AS THEY RECEIVE IT. THE HOLIDAYS DID POSE A PROBLEM WITH VACATIONS AND STAFF SHORTAGES BUT ADDITIONAL STAFF WAS SENT TO ASSIST

| WESLEY G. WILES | Wesley G. Wiles | 1/21/04 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

**EMERGENCY REVIEW**

AND SOME MINOR PROBLEMS MIGHT HAVE BEEN RESULTED. DUE TO THE VOLUME OF MAIL STAFF DOES NOT

| Date Received: 1/5/04 | Is this determined to be of an emergency nature? [ ] Yes; expedite emergency grievance [x] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
|---|---|

HAVE THE LUXURY OF TIME TO READ LEGAL MAIL THE DR'S (EXPLICITLY) STATE SEG COUNSELORS ARE TO SEE THEIR CASELOADS ONCE EVERY 30 DAYS

| [signature] | 1/05/04 |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Committed Person  Page 1  DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)
Printed on Recycled Paper

JAN - 5 2004

to this very day. Mr. Wiles has used every ploy and tactic imaginable to stonewalle and prevent me from exhausting my administrative remedies, so I am unable to raise such issues in a court of law. Mr. Wiles can only claim he didn't receive my grievances so many times, before such an excuse starts to become increadable, unbelievable and absolutely rediculous.

Moreover, the grievance officers at the Pontiac.C.C have been refusing to review the "copies" of inmate grievances claiming they will only review the originals of such grievances. The grievance officers are well aware of the counselors and mail room staff distroying and lossing the originals of the grievances inmates have been filing.

So the grievance officers have refused to review the copies of inmate grievances as a means to further unreasonably delay the grievance procedure and prevent inmates from exhausting their administrative remedies.

Regardless of wether or not a grievance is the original or a copy, as long as an inmate has filed a grievance on proper grievance form and the grievance is legiable prison officals "must" make a good faith effort to review such matters. Instead of looking for whatever vague excuse imaginable to dismiss the grievance and prevent inmates from exhausting their administrative remedies and seeking redress from the courts.

JAN - 5 2004

The Law Library staff at the Pontiac.C.C. have continually demanded and insisted that I send all of my legal documents and grievances through the institutional mail to them. Despite the fact that it is within the Law Library staffs job description and obligation to personally visit the cellhouse once a week and recover the legal documents of inmates.

Yet these are in no way the practices being implement at the Pontiac.C.C. These staff members are the lazyiest, most incompetent and deliberately indifferent law library staff I have ever had any encounter with. These staff members are sapase to help inmates prepare meaningful papers with the courts.

Yet these staff members are reluctant to even come to the cellhouse to assist inmates and when these staff finally do come to the cellhouse they often leave the majority of all inmates without any assistence whatsoever. They often give inmates the wrong advice, ignore the request of inmates or sabatage the attempts of inmates to seek redress from the courts.

In fact, this is the second time I have had to file this very grievance. Because the first time I sent my grievance to the Law Library it mysteriously disappeared. I have lost over a dozen packages, correspondences, documents, affiduavits, grievances, etc. Which I have sent to the Law Library for copying. Yet Law Library have the audasity to continue to insist that I send them my legal pleadings through the

JAN - 5 2004

5 of 7

institutional mail. Prison officals at the Pontiac c.c. have continually and calculatingly exploited the grievance procedure and institutional mailing system at this facility in order to prevent inmates from exhausting there administrative remedies and seeking redress from the courts.

There are literally hundreds of incidents which take place at the law library alone where the documents of inmates are routenily distroyed or lossed.

And the fact the warden note has flat out refused to appropreately address this matter clearly establishes his deliberately indifference in allowing and or sactioning such abuses.

Relief Being Requested

RECEIVED

JAN - 5 2004

1. Warden Note Be suspended For 29 days Without Pay And Removed As the Chief Administrative Officer.

2. Counselor Wesley Wiles Be Suspend For 3 days Without Pay And directed to Review My Grievance Of 10/9/2003 And Prevented From Causing Me Any Further Unreasonable delays.

3. The Grievance Officers Be directed to Review And Respond to Any And All Grievances Which Are Legiable And Written on the Proper Form, Regardless Of Whether or Not the Grievance is the Original Or A Copy.

4. Prison Officals And Mail Room Staff Cease From Further Unreasonabley delaying the delivery Of My Mail And Violating My Prividleged, Confidential Legal Communication And Any And All Mail Being Currently Witheld From Me By Officals Be Immediately Provided to Me

10/5/2003

I FORWARDED to YOU A GRIEVANCE dated 10/3/03 CONCERNING MY legal MAILINGS Being PREVENTED FROM leaving this FACILITY

I AM REQUESTING A RESPONCE ~~that~~ to that GRIEVANCE AND would LIKE to KNOW IF YOU'VE SUBMITTED ME to PURCHASE those Clothing ITEMS on SPECIAL Shop.

FABIAN SANTIAGO
# B-79716
N-808

I HAVE RETURNED THAT GRIEVANCE TO YOU, ALONG WITH IT WAS A COPY OF ALL YOUR LEGAL MAIL INCOMING AND OUTGOING CORRESPONDENCE

NEVER RECEIVED

Exhibit (A)

COUNSELOR DILES, CLAIMS HE RESPONDED AND FORWARDED MY GRIEVANCE BACK TO ME, YET GRIEVANCE OFFICER AS ALSO CLAIMS COUNSELOR DILES RESPONDED AND FORWARDED MY GRIEVANCE TO THE GRIEVANCE OFFICERS OFFICE, YET I NEVER RECEIVED A RESPONSE TO MY GRIEVANCE BY THE COUNSELOR OF GRIEVANCE OFFICER.

## INFORMATION NOT PROVIDED

DATE: /2-30-03

TO: _____ ID#_____    Location:_____

**FROM: LIBRARY**

*The information you requested was not sent to you for the following reason(s):*

Not available; not allowable; more information needed; unreadable request:

The library has no record of a 5
page grievance received.

You will need to write to the
Clerk to find out what the filing
fee is.

*The caselaw listed below was not sent to you for the following reason(s):*

Not available; not allowable; more information needed; incorrect citation; unreadable request;