E-FILED
Tuesday, 14 December, 2004 03:12:18 PM
Clerk, U.S. District Court, ILCD

1 of 6

ILLINOIS DEPARTMENT OF CORRECTIONS

# COMMITTED PERSON'S GRIEVANCE

**Date:** JAN. 30, 2004 **Committed Person:** (Please Print) FABIAN SANTIAGO **ID#:** B-79716

**Present Facility:** PONTIAC. C.C. **Facility where grievance issue occurred:** PONTIAC. C.C.

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☑ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☑ Other (specify): INTERNAL AFFAIRS
- ☐ Disciplinary Report: ___ / ___ / ___ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** For Months Now, Since I've Been in the Custody of the Pontiac C.C. I have Been having Serious difficulties with Prison Officals Mishandling, distroying, Lossing or unreasonably delaying forwarding My Mail out of this institution and delivering such Mailings to Me.
I have filed over a dozen Emergency grievances directly to Warden Mote Regarding such Abuses, yet Little or no steps have been taken to Correct and Prevent such incidents from Continuing.
Many of the Emergency grievances I have filed to Warden Mote over the Months Concerning the Mishandling of My Mail and staff Misconduct have simply disappeared off the face of the [redacted] Earth.

**Relief Requested:** Page "5" Five States Relief

☑ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Committed Person's Signature B-79716 ID# 1, 30, 04 Date

**(Continue on reverse side if necessary)**

This Grievance Consist of "5" Five Pages And "1" one Exhibits

## Counselor's Response (if applicable)

**Date Received:** ___ / ___ / ___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Exhibits (F)

Print Counselor's Name ______ Counselor's Signature ______ Date of Response ___ / ___ / ___

## EMERGENCY REVIEW

**Date Received:** ___ / ___ / ___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ______ Date ___ / ___ / ___

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE (Continued)**

It would seem that prison officals at the Pontiac C.C. have literally set up this facility as the Bermuda triangle and have exploited the institutional mailing system to intercept the mailings of inmates, in order to prevent inmate from speaking out and communicating to their relatives, friends, love ones and the courts as to the heinous abuses which take place at this facility on a dailey basis and to distroy the grievances of inmates so that their is no documentation of such incidents.

The grievances that are reviewed by prison officals are all to often simply rubber stamped denied by officals no matter how blatant or obvious such abuses are against inmates. Such practices have now been clearly adopted as the unwritten protocol of the I.d.o.c. Their are literally hundreads of mailings which are sent to inmates at this institution that are forwarded directly to internal affairs for inspection. Much of the mail of inmates which is forwarded to internal affairs for review is in no way considered contraband. Many of these inmates are not even under investigation, suspected of any wrong doing, known to have ingaged in dangerous communication, planned prison escapes or attempted to conduct drug deals through the mail.

I am such an inmate who falls under this catagory therefore giveing prison officals no excuse or real justification to implement such practices against me. yet my mail has been delivered to me 3 1/2 weeks to 1 1/2 months from the date of the post mark because of internal affairs intercepting and reading every single one of my mailings. Such delays in the delivery of my mail are absolutely rediculouse and unexceptable.

Internal affairs can not simply invoke a security concern as an excuse to over ride the fact that their is "no justification" to carry out such action. Prison officals must suspect me of wrong doing "before" implimenting such action, and if I am suspected of wrong doing, officals must serve me with an investigation or disciplinary ticket. Failure to do so would be a blatant violation of my due process rights.

The fact of the matter is that, prison officals have implimented such tactics against me not out of a security concern but rather out of spite, harassment and retribution against me because I have spoken out against the currupt and illegal practices of the employees of the I.d.o.c., documented such heinous abuses through the established grievance procedure, have litigations against the I.d.o.c. and because I have cooperated with law enforcement to indict prison guards who brutally assaulted me.

I AM REQUESTING UNDER THE FREEDOM OF INFORMATION ACT THAT I BE PROVIDED THE FULL NAMES AND BADGE NUMBER'S OF ANY AND ALL INTERNAL AFFAIRS STAFF MEMBERS WHICH WERE ASSIGNED TO OR DIRECTLY INVOLVED IN HAVING MY MAIL INTERCEPTED AND SEARCHED. SO THAT SUCH STAFF MEMBERS ARE FULLY HELD RESPONCABLE FOR THE MISHANDLING AND UNREASONABLE DELAY OF THE DELIVERY OF MY MAIL.

ON 12/26/03 I PERSONALLY HANDED LT. BREWER A PACKAGE CONTAINING SOME LEGAL DOCUMENTS AND (2) MONEY VOUCHERS ATTACHED.

ONE OF THE VOUCHERS WAS FOR POSTAGE AND THE OTHER FOR A 25.00 FILING FEE PACKAGE PAYMENT. I RECEIVED NOTIFICATION THAT MY DOCUMENTS HAD BEEN FORWARDED OUT OF THE FACILITY BUT NO SUCH NOTIFICATION THAT THE FILING FEE HAD BEEN ISSUED TO THE COURT. TWO WEEKS LATER I RECEIVED MY DOCUMENTS "BACK" FROM THE FIRST DISTRICT APPEALS COURT CLERK INFORMING ME THAT MY DOCUMENTS COULD NOT BE FILED WITH THE COURT UNTILL I FIRST PAID THE FILING FEE.

I THEN SENT MY DOCUMENTS OUT FOR THE SECOND TIME TO THE COURT WITH THE FILING FEE IN A SEPARATE ENVELOPE. ON JAN 24, 2004 I FINALLY RECEIVED NOTIFICATION THAT THE TRUST FUND OFFICE HAD ISSUED MY "FIRST" FILING FEE PAYMENT.

PRISON STAFF ARE WELL AWARE THAT LEGAL MAIL IS FIRST PRIORITY. YET BECAUSE OF TRUST FUND OFFICALS REFUSING TO PROCESS AND SEND OUT MY FILING FEE AT THE SAME TIME AS MY DOCUMENTS THE COURT CLERK REFUSED TO FILE MY DOCUMENTS, FORWARDED MY PLEADING BACK TO ME, ALMOST CAUSED ME TO MISS A COURT DEADLINE,

caused me to be charged for the additional postage to send out my documents the second time, and resulted in me having to send out a second filing fee payment because the first payment to the court wasn't issued until a month later.

I am now attempting to have prison officals squash the second filing fee payment I made to: The Court Clerk of the First District Appeals Court, 160 North. lasalle st Chicago, Il 60601.

Such confusions, misunderstandings and delays could of easily been avoided if Trust Fund officals had immediately issued the filing fee payment and forwarded my documents out of this facility at the same time, as they (Trust Fund staff) are required to do. The matters which I have given account to in this grievance are in no way isolated. Their is literally a systematic breakdown of the institutional mailing system at this facility.

God only knows what other mailings of mine have been distroyed, lossed or are currently being withheld from me by internal affairs. The fact that, such abuses have been brought to the attention of Warden Mote on numerous occations, and his refusal to correct and prevent such incidents from continuing clearly establishes Warden Motes deliberate indifference in allowing, condoning and or sactioning these abuses. The current staff members on the Publications Review Committee need to be reassigned because the officals have been known to take 4 to 7 weeks to return the publications of inmates

# Relief Being Requested

1. Warden Stephen Motes employment with the I.d.o.c. Be terminated.

2. I Be Afforded the Full Names and Badge Numbers of Any and All Internal Affairs Staff involved with the interception and Review of My Mailings.

3. Any and All Mailings Currently Being Withheld From Me By prison officals Be immediately Afforded to Me. And Any Future Mailings of Mine Be immediately delivered to Me or Forwarded out of this Facility.

4. Trust Fund officals Be directed to immediately issue Any Court Filing Fees "togeather" with Any Legal documents to prevent Any Further Confusions or inmates Missing their Court deadlines.

5. My second Court Filing Fee payment to the: First district Appeals Court, 160 North Lasalle St, Chicago, Il 60601 Be (squashed and terminated). This Filing Fee has Already Been paid.

EDWARD R. HAMILTON *Bookseller*, Falls Village, CT 06031-5000 Refund Check Stub

From your order received January 12, 2004 for 3 items and $45.35:

3 items were shipped January 14.

| | |
|---|---|
| Overpayment | 1.00 |
| Total Refund | $1.00 |

EXHIBITE (A)

I RECEIVED NOTIFICATION FROM EDWARD R. HAMILTON BOOK SELLER THAT MY BOOKS WERE SHIPPED TO THE PONTIAC C.C. ON JAN. 14, 2004 BUT I DID NOT ACTUALLY RECEIVE MY BOOKS FROM THE MAIL ROOM UNTIL: (STILL NOT RECEIVED) FINALLY RECEIVED ON 2/12/04 SUCH UNREASONABLE DELAYS IN THE DELIVERY OF MY MAILINGS ARE ABSOLUTELY REDICULOUS AND IT IS OBVIOUS THAT EITHER THE CURRENT MAIL ROOM STAFF OR MAIL ROOM SUPERVISOR NEEDS TO BE REASSIGNED.

TO: MAIL ROOM STAFF

FEB. 2, 2004

EDWARD R. HAMILTON BOOK SELLER SENT ME NOTIFICATION THAT THEY SENT ME (3) BOOKS TO THIS FACILITY (THREE WEEKS AGO) WHY IS IT TAKING YOU PEOPLE SO LONG TO SEND ME MY BOOKS? THESE MATERIALS DO NOT CONSIST OF PORNOGRAPH SO THERES NO EXCUSE FOR YOU'SE TO BE HOLDING THEM FOR SO LONG.

FABIAN SANTIAGO
#B-79716

We are behind do to Staff Shortage

N-736

EXHIBITE (J)

1 07 9

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: March 3, 2004 | Committed Person: (Please Print) FABIAN SANTIAGO | ID#: B-79716 |
|---|---|---|
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. | |

**NATURE OF GRIEVANCE:**

- ☒ Personal Property
- ☒ Mail Handling
- ☐ Restoration of Good Time
- ☐ Disability
- ☒ Staff Conduct
- ☐ Dietary
- ☐ Medical Treatment
- ☒ Other (specify): Retaliation
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Disciplinary Report: __/__/__ Date of Report; ____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** The North unit at the Pontiac C.C. is the most restricted unit in this entire facility. Their are no audio visual privileges and inmates are only afforded the most basic of essentials, such as court documents, 25 regular magazines, under clothing, and hygenic products. Warden Mote is well aware that I was brutally assaulted at the Menard C.C. by Sgt. Childer's and brought up on completely false disciplinary charges and immediately transfered to the Pontiac C.C. where several of Sgt. Childer's personal prison guard friends continued to carry out assaults and acts of retribution against me.

**Relief Requested:** Page (5) five states relief

☒ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Committed Person's Signature — B-79716 ID# — 3, 3, 04 Date

**(Continue on reverse side if necessary)**

**Counselor's Response (if applicable)**

Date Received: __/__/__

☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Exhibit (G)

Print Counselor's Name — Counselor's Signature — Date of Response __/__/__

**EMERGENCY REVIEW**

Date Received: __/__/__

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature — Date __/__/__

Distribution: Master File; Committed Person

DOC 0046 (Eff.10/2001)
(Replaces DC 5657)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE (Continued)

These altercations were the result of the Illinois State Police and now the Federal Bureau of Investigation conducting an inquiry into this matter for possible criminal charges against these prison guards. Because I have reported and documented these heinous abuses through the established grievance procedure, have brought such incidents to the attention of law enforcement and have initiated litigation against the Menard and Pontiac C.C.

Warden Mote has held a personal vendetta and has calculatingly targeted me for retribution. I have had numerous legal documents, grievances, packages and legal as well as regular correspondences destroyed, lossed and prevented from leaving this facility. These practices have been implemented as a means of preventing inmates from documenting such incidents and seeking redress from the courts. Warden Mote has been known to use internal affairs to investigate such instances in order to downplay such abuses. Because 9 out of 10 times internal affairs will make little or no effort to truely expose such abuses. And because of Warden Motes sadistic intent of concealing and condoning of sactioning these abuses they have become an everyday event plaguing this institution.

during the first two weeks of February I forwarded (4) letters to my relatives which all had money vouchers attached for postage. These letters were in regard to my relatives handling some legal affairs of mine. dispite me sending these letters out over (3) weeks ago I have never received any money voucher receipts or any confirmation that such mailings were sent out.

I then forwarded several letters including my last letter dated Feb.-26, 2004 to Warden Motes office, demanding that Warden Mote place an end to having my mailings intercepted and prevented from leaving this facility. Because Warden Mote had no [illegible] right to sabatage my litigations by preventing me from communicating with my relatives and impeading my efforts to address my legal affairs. Because of the frustration and agrevation being caused by Warden Mote and the serious confusions and misunderstandings that resulted between me and my relatives I resorted to using some curse words.

And on March 1, 2004 Asst. Warden Melvin issued a directive to cellhouse staff out of retaliation against me to strip me of my property because of my letter to Warden Mote of Feb. 26, 2004.

It seems that the counselors, grievance officers, law library and mail room staff only receive mailings which are convenient for them. What I would like to know is that, if the Wardens office received my letter of Feb. 26, 2004 with no problem, then where the hell are all the other grievances, legal documents and packages I've forwarded through the institutional mail?

On March 1, 2004 C/O Joss informed me that he had been given order's to strip me of my property, I ended up being left with nothing more than the boxer's I was wearing, some toothpaste, toothbrush, a soap and face towel. I informed C/O Joss that I had various pending litigation and at least needed some paper and pen to finish drawing up some motion's and some legal documents. C/O Joss stated that he would inform Lt. Hobart of my needs, but I was never provided with such materials or a shake down or property receipt.

Warden Mote is fully aware of the pending litigations that I have, yet refuse to instruct Asst. Warden Melvin to insure that I was left with at least some legal materials.

Warden Mote and his officals have become so confortable with violating the rights of inmates and leading themselves to believe that they are beyound reproach and all law and authority that they blatantly refuse to even follow the very rules and regulations of I.d.o.c.

The regulation's of the I.d.o.c. clearly outline and strictly prohibite prison officals from confiscating the already very limited items inmates are afforded in the segregation unit. Such items may only be confiscated if an inmate has received (3) disciplinary tickets within 30 days or possess an immediate threat to his own or the health and safety of staff. Considering that I have not received any disciplinary infraction within the last (7) months or made any threats of violence against Warden Mote and that the letter I wrote to Warden Mote was already 5 days old. Their was no immediate threat to anyone

And Warden Mote and Assistant Warden Melvins actions against me could not be anymore evident or obvious in their retaliatory intent and nature.

Not only has Warden Mote Allowed and Condoned prison guards Assaulting and Carrying out Acts of Retribution Against Me But he himself (Mr. Mote) has used every ploy and tactic imaginable to Committe Reprisal and Harassment Against Me in the hopes of provocking Me into reacting violently towards staff so Warden Mote can have an excuse and Justification For implimenting such Abuses Against Me. These Actions Against Me are simply A Means of getting Me into A Confrontation, so Warden Mote can continue to have Me held incommunicado and unable to pursue My Litigations Against Warden Mote and the I.D.O.C.

These Abuses Constitute Officials Acts of Misconduct which is A Class (3) Felony offence. Mr. Mote is nothing More than A Currupt officals using prison guards to carry out his dirty work Against inmates who speak out Against his egregious Abuses. And I don't see how the Hell prison officals in Spring-Field could Allow such Actions to go on unchecked for so long. Warden Mote is long over due in being removed As the chief Administrative officer of the pontiac.c.c.

Their is no possibility for Me to receive A Fair review of the grievances that I have Filed Because Many of them involve Warden Mote, and I.D.O.C. employees are ForBidden From reviewing any Matter which involves their own Misconduct And even if Warden Mote were not presiding over such Matters He can easily influence his subordinates to review such issues according to how he sees Fit.

If Warden Mote Actually Believes that the Actions He has taken Against Me were warranted and Appropriate this would truely show Beyound Any shadow of A doubt the sadistic, Malicious And warped Fram of Mind this Man Actually lives in.

# Relief Be Requested

1. Warden Motes employment with the I.D.O.C. be terminated
2. Asst. Warden Melvin be suspended for (3) days without pay
3. Prison officals immediately cease from targetting me for retribution.
4. Any and all mailings currently being withheld from me be immediately afforded to me
5. Any and all of my mailings be immediately forwarded to their destinations without further delay.
6. I be compensated in the amount of 50,000 for actual, emotional, phsycological and punitive damages.
7. Warden Mote cease from destroying or withholding the emergency grievances that I filed with his office and respond to such issues, including the last grievance that I filed dated Jan. 30, 2004

Exhibit B (H)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

**Offender:** Santiago (Last Name) Fabin (First Name) ____ (MI) B79716 (ID#)

**Facility:** Pontiac

☒ Grievance (Local Grievance # (if applicable): 037112) or ☐ Correspondence

Received: 6, 21, 04 (Date) Regarding: Mailroom Staff - grievance process.

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☒ This office previously addressed this issue on 4, 5, 04 (Date); 11-25-03; 10-24-03; 9-10-03

☒ No justification provided for additional consideration. Duplicate issues.

**Other** (specify): Additionally you reference other offenders having mail problems. You need to file grievances solely for yourself. Thank you.

Completed by: ____ (Print Name) S Hile (Signature) 6, 24, 04 (Date)

Distribution: Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

1:04-cv-01429-HAB-JAG # 1-4 Page 14 of 33

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

**Grievance Officer's Report**

**Date Received:** April 29, 2004 **Date of Review:** May 31, 2004 **Grievance # (optional):** 37112

**Committed Person:** Santiago **ID#:** B79716

**Nature of Grievance:** Mail Handling/ Staff Conduct

**Facts Reviewed:** Offender states he has only been in Pontiac CC for 8 months. Now and long before being transferred to Pontiac there has been "lituraly hundreds," of incidents of Mailroom staff mishandling mail. Offender accuses the mailroom staff of destroying and lossing inmate correspondences, packages and legal documents. He further claims the relatives of many inmates have called this facility inquiring as to why their mailing have not been received. States he has filed several grievances (which have not been answered) in reference to this and informed his counselors and the warden. He states this mail mishandling has interfered with his access to the courts. Offender request that all parties mentioned be disciplined and the problem corrected.

Offender sent this grievance to the Warden as an emergency on 3/19/04. Warden's response stated an emergency was not subtantiated and the offender should submit this grievance in the normal manner.

On 4/5/04 Counselor McNabb informed this offender that he could not address "literally hundreds" of incidents and that this offender's complaints were too general. He also informed offender that grievances prior to Pontiac should be sent to the ARB.

On 4/23/04 this Grievance Office sent grievance back to this offender with attached memo requesting additional specific information. April 29, 2004 this grievance was received back in this office without any additional specific information.

This Grievance Officer contacted Mailroom staff who denied the offender's allegations.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be DENIED; as the offender's allegations of staff misconduct are not substantiated.

Katina Livingston — [signature]

Print Grievance Officer's Name — Grievance Officer's Signature

**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

**Chief Administrative Officer's Response**

**Date Received:** ____________ ☒ I concur ☐ I do not concur ☐ Remand

**Comments:**

RECEIVED

JUN 21 2004

OFFICE OF INMATE ISSUES

[signature] 6.1.04

Chief Administrative Officer's Signature — Date

**Committed Person's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

[signature] B-79716 6/13/04

Committed Person's Signature — ID# — Date

Printed on Recycled Paper

1 07 4

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

**Date:** March 15, 2004 **Committed Person:** (Please Print) Fabian Santiago **ID#:** B-79716

**Present Facility:** Pontiac C.C. **Facility where grievance issue occurred:** Pontiac C.C.

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☑ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ Other (specify): Denial of Access to Courts

☐ Disciplinary Report: __/__/__ Date of Report ____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I have been in the custody of the Pontiac C.C. for eight (8) months now and long before I was even transferred to this facility there have been literally hundreds of incidents of mail room staff mishandling, destroying and losing the correspondences, packages and legal documents of inmates.
The relatives of many inmates have called this facility wondering as to why their sons, loved one's, friend's have not received their mailings consisting of book's, magazines, letter's, etc. And prison officals have lied their asses off to the relatives of inmates claiming that their is only a week backup delay for inmates to receive their

**Relief Requested:** Page four (4) states relief

☑ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] B-79716 3/15/04
Committed Person's Signature ID# Date

**(Continue on reverse side if necessary)**

**Counselor's Response** (If applicable)

**Date Received:** __/__/__ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Exhibit (F)

Print Counselor's Name — Counselor's Signature — Date of Response __/__/__

**EMERGENCY REVIEW**

**Date Received:** __/__/__ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

RECEIVED
JUN 21 2004
OFFICE OF INMATE ISSUES

Chief Administrative Officer's Signature — Date __/__/__

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE (Continued)**

Mailings due to staff shortage. But the reality of the circumstances are that there is a systematic break down of the mailing system at this institution where numerous mailings are distroyed and lost on a daily basis. In the eight (8) month I have been at the Pontiac C.C. over two (2) dozen of my correspondences, packages, legal documents, etc. have either been distroyed or lossed by mail room staff. In the first two (2) week's of February alone, I sent out five (5) letter's to my relatives and one (1) legal letter to the University research services (concerning my criminal case). All of these letters had money vouchers attached for postage. But I never received any money voucher receipts or varification that my letters were mailed out of the institution, because my letters never made it out of this facility.

It was not until the month of March in which I received my relatives and the university research services that such mailings finally made it out of the institution. Many of the correspondences, packages, magazines, etc. which I do receive are often over a month and half late. Warden Mote and his administration has been fully aware of the systemic breakdown plaguing the institutional mailing system and instead of addressing and correcting these problems prison officials have used every lie and excuse imaginable to conceal and downplay these abuses.

I forwarded a grievance dated 10/9/2003 to Counselor Wikes, who claim's he (Mr. Wikes) never received it. I then personally handed Counselor Wikes an additional copy of my grievance dated 10/9/2003. The last time I seen Counselor Wikes (who is no longer my counselor) he notified me that he had responded to my grievance of 10/9/2003 and forwarded to the grievance officer for review. But I have yet to receive any response from the grievance officer regarding my grievance of 10/9/2003 despite the fact that this grievance was filed over five month's ago.

I also forwarded two (2) grievances dated 10/10/2003 and 12/29/2003 to the grievance officer which I have yet to receive any response to. I also forwarded an emergency grievance dated Jan. 30, 2004 to Warden Mote's office which has yet to be returned to me.

My grievance dated March 3, 2004 was also forwarded to the head counselor for review, but has yet to be addressed and returned to me.

RECEIVED
JUN 21 2004
OFFICE OF INMATE ISSUES

Mrs. Emily Ruskin and Mrs. Ruth Gregory are the two (2) counselors assigned to seven (7) gallery where I am being housed. These counselors only come to the cellhouse once a month and when they finally do come, they come completely unprepared without so much as a p-96 and grievance forms. Considering that law library and cellhouse staff will not provide inmates with grievance forms, these counselors are the only means in which to obtain such forms. These counselors spent an average of 10 to 15. min. interviewing the entire gallery which consist of an average of 50 inmates. These counselors completely ignore and disregard the concerns of inmates.

037112

MAR 1 8 2004

I am not asking Mrs. Ruskin and Mrs. Gregory for any personal favors, because it is within their job discriptions to look into such matters. Warden Mote has refused to correct the problems plaguing the institutional mailing system because they (prison officials) have exploited such abuses to their own advantage,

so they can destroy the grievances, legal documents of inmates and claim that inmates have not exhausted their administrative remedies. Such practices are a blatant violation of the due process rights of inmates and denial of access to the courts, considering that inmates must first exhaust their administrative remedies before seeking redress from the courts.

It is a wide spread and known practice for the counselors, grievance officers and wardens office to destroy the grievances of inmates and claim they never received them.

law library staff need to be directed to provide me with additional copies of my grievances dated 10/9/03, 10/10/03, 12/29/2003, 1/30/04, 3/3/04 and that the counselor be mandated to personally recover these grievances, respond and submitte them to the grievance officer for review. so administrative officals can no longer claim they never received such grievances.

RECEIVED

JUN 2 1 2004

OFFICE OF INMATE ISSUES

# Relief Being Requested

0 3 7 1 12

1. Warden Mote's Employment with the I.D.O.C. be terminated.

2. Warden Mote cease from assisting, directing or allowing mail room staff from destroying my mailings.

3. Mail room supervisor be suspended and re-assigned.

4. Any and all of my mailings being withheld from me by mail room staff be immediately afforded to me.

5. Any and all of my mailings which are to be forwarded out of the facility be immediately mailed to their destinations.

6. Library staff be directed to provide me with additional copies of my grievances dated 10/9/03, 10/10/03, 12/29/03, 1/30/04, 3/3/04.

7. Counselor be directed to personally recover, respond and submitte my grievances (mentioned above) to the grievance officer

8. Mail room staff be directed to start issuing mail seven (7) days a week untill all mailing backups are finally resolved.

Illinois
Department of
Corrections

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

Exhibit B(I)

June 3, 2004

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance received on June 2, 2004, regarding Staff Conduct (C/O Doss 3/1/04 and 3/22/04), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your written grievance regarding allegations that C/O Doss continues to harass you; deny you hygiene products; ample time in the shower; tampers with your food tray and basically has a grudge against you.

The Grievance officer's report (036981) and subsequent recommendation dated May 20, 2004 and approval by the Chief Administrative Officer on May 21, 2004 have been reviewed.

Per the Grievance officer's report, C/O Doss denies the allegations and further denies taking extra steps to deprive Inmate Santiago of his property.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Charges of staff misconduct could not be substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: Sherry Hile
Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED: Roger E. Walker Jr.
Roger E. Walker Jr.
Director

cc: Warden Stephen D. Mote, Pontiac Correctional Center
Fabian Santiago, Register No. B79716
Chron. File

14 JUN 2004

ILLINOIS DEPARTMENT OF CORRECTIONS

RESPONSE TO COMMITTED PERSON'S GRIEVANCE

## Grievance Officer's Report

**Date Received**: April 16, 2004 **Date of Review**: May 20, 2004 **Grievance #** (optional): 036981

**Committed Person:** Santiago, Fabian **ID#:** B79716

**Nature of Grievance:** Staff Conduct

**Facts Reviewed:** Offender Santiago states CO Doss took his (Santiago) property on 3/1/04, by order of Assistant Warden Melvin. The offender states that since that date to officer has been harassing him (Santiago). The offender claims the officer is tampering with food trays, he (Santiago) has been forced to shower in inhumane and unsanitary conditions, and the officer has torn up his (Santiago) cell during shakedowns.

The Counselor's response states that CO Doss stated he followed the odor to collect the offender's property. The officer denied harassing the offender. The offender's property was logged and returned. The officer denied taking extra steps to deprive the offender of his (Santiago) property.

This Grievance Officer confirmed and concurs with the Counselor's response. The restriction of property was an administrative decision, therefore no further action is warranted.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be DENIED, as the offender's allegations of staff misconduct are not substantiated.

Teri Kennedy

Print Grievance Officer's Name — Grievance Officer's Signature [signed]

**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

## Chief Administrative Officer's Response

**Date Received:** ____________ [X] I concur ☐ I do not concur ☐ Remand

**Comments:**

[signature]

Chief Administrative Officer's Signature — Date: 5-21-04

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

Committed Person's Signature — ID# — Date

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

369 81

| | | |
|---|---|---|
| **Date:** March 22, 2004 | **Committed Person:** (Please Print) FABIAN SANTIAGO | **ID#:** B-79716 |
| **Present Facility:** Pontiac C.C. | **Facility where grievance issue occurred:** Pontiac C.C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☒ Other (specify): Retaliation
- ☐ Disciplinary Report: ___ / ___ / ___ Date of Report ___ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** D[redacted] issued a directive to Cellhouse staff to strip me of my property because I had been writing warden Mote complaining about my letters to my relatives being distorted and preventing my mailings from leaving this institution [redacted] was the officer who carried out the order of having my property removed on March 1, 2004

And ever since the incident [redacted] has lead himself to believe that since the warden's office issued orders to remove my property that he [redacted] has the green light and free rein to harass and target me for retribution.

**Relief Requested:** Stephen Mote be removed as warden for his deliberate indifference and continuously allowing C/O to target and retaliate against me. C/o does be suspended and directed to cease from any further reprisal against me

☒ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Committed Person's Signature | B-79716 ID# | 3, 22, 04 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

**Date Received:** 4, 5, 04

☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** C/O [illegible] state he followed order to collect your property. He denies harrassing you. Your property was logged and retained. He denies taking extra step to deprive you of property.

[signature] Print Counselor's Name | [signature] Counselor's Signature | 4, 15, 04 Date of Response

**EMERGENCY REVIEW**

**Date Received:** 03 26, 04

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

[stamp: Pontiac Corr. Center Grievance Office, MAR 2004]

[signature: Stephen D. Mote] Chief Administrative Officer's Signature | 03 26, 04 Date

Distribution: Master File; Committed Person

DOC 0046 (Eff. 10/2001) (Replaces DC 5657)

Printed on Recycled Paper

For the past several weeks now, every time C/o doss has ran the showers on Friday or Saturday the shower area has been covered in filthy standing water, the showers covered in film and scum and the floors riddled with dirty empty packages of shampoo and soap boxes. yet C/o doss has refused to allow the inmate workers to clean or even sweep the shower area despite the inhuman and insanity conditions that accumulate from so many men washing their bodies. This C/o has even refused to afford me nail clippers to attend to my hygein needs. C/o doss has continuely for the past several weeks demanded and ordered me to leave the shower area after only about a 5 min. periods. despite the fact that, I have made it loud and clear to C/o doss that showers are only afforded once every week and inmates are to be given at the very least 10 to 15 min shower periods.

Because of these instances and C/o dosses refusal to comply with the rules and regulations of the I.D.O.C. and perform his duties their has been a personal grudge held against me by this C/o. on March 22, 2004 C/o doss informed me that I was schulded to see the Administrative Review Board, and after being handcuffed and secured C/o doss begins to search my cell and throw my mattress around. I then protest C/o dosses methoides, in which he is searching my cell, C/o doss then begins to verbally abuse and disrespect me and use the (excuse) that my cell was not in compliance. despite the fact that I am probably one of the most hygenic and well organized inmates in this entire dungeon. C/o doss then escort's me down to the cage area where he (C/o doss) starts to brag to Lt. Hobart that he's going to start taking up more cell's.

during the lunch hour C/o doss hands me my tray which only had about 4 spoon fulls of food and looked as it someone had emptied the majority of the food portion out. once C/o doss entered my cell to search and started to throw my mattress around he was obligated to afford me a shake down slip, yet I never received one. it is also clear that C/o doss is now tampering with my food trays.

I am only afforded the most basic of property items in the segregation unit such as legal supplies and hygenic products, yet C/o doss wants to make it seem as it I've got kilos and rocket launchures hidden in my god damn cell.

I am not going to be left as a target to C/o dosses acts of retribution against me, simply because C/o doss is looking to kiss ass, impress and win favor with Lt. Hobart, and because warden mote has refused to place an end to such abuses against me. It amazies me that even in the face of a criminal investigation being headed by the F.B.I. into the assaults and incidents of retribution against me that warden mote continues to allow and condone prison guards targeting and provoking me into physical confrontations.



Exhibit B (J)

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

July 26, 2004

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance received on July 23, 2004, regarding Mailroom (Delivery/Processing 5/5/04) and Staff Conduct (Warden Mote), which were alleged to have occurred at Pontiac Correctional Center. This office has determined the issues will be addressed without a formal hearing.

This office has reviewed your written grievance regarding allegations that Mailroom staff are deliberately losing your mail and that Warden Mote covers up their indiscretions.

The Grievance officer's report (037314) and subsequent recommendation dated July 9, 2004 and approval by the Chief Administrative Officer on July 13, 2004 have been reviewed.

Per the Grievance officer's report, Mailroom staff contacted advised that offenders' mail is processed as soon as it is received. And that there is nothing they can do if a letter is not contained in either the incoming or outgoing envelope.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Charges of staff misconduct could not be substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: Sherry Hile
Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED: Roger E. Walker
Roger E. Walker Jr.
Director

cc: Warden Stephen D. Mote, Pontiac Correctional Center
Fabian Santiago, Register No. B79716
Chron. File

31 AUG 2004

## Grievance Officer's Report

**Date Received:** 5 / 21 / 04 **Date of Review:** 7 / 9 / 04 **Grievance # (optional):** 037314

**Committed Person:** Fabian Santiago **ID#:** B 79716

**Nature of Grievance:** Mail handling: Offender states he mailed out a letter w/ P-96 for postage he received the envelope + P-96 back stating 'no contents in envelope' when arrived in mail room. Also found by audit #550.00 was placed on acct. but never received any letter that came with it.

**Facts Reviewed:** Counselor McNabb responded on 5-19-04: Since non-legal mail is not recorded, I can not track the letter you state was lost. I can also not track the incoming letter.

Grievance Officer concurs with Counselors response. There is no way to track down stated letters. Mail room states they send mail to offenders as soon as it is processed and there is nothing they can do if there is not a letter in an envelope.

**Recommendation:** Grievance Officer recommends grievance be Denied based on above

N. Osman — Print Grievance Officer's Name
N. Osman — Grievance Officer's Signature

**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

## Chief Administrative Officer's Response

**Date Received:** ____ [X] I concur [ ] I do not concur [ ] Remand

**Comments:**

[signature] — Chief Administrative Officer's Signature 7 / 13 / 04 — Date

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

[signature] — Committed Person's Signature B-79716 — ID# 7 / 18 / 04 — Date

ILLINOIS DEPARTMENT OF CORRECTIONS

## COMMITTED PERSON'S GRIEVANCE

| | | |
|---|---|---|
| Date: 5/7/2004 | Committed Person: (Please Print) FABIAN SANTIAGO | ID#: B-79716 |
| Present Facility: PONTIAC, C.C. | Facility where grievance issue occurred: PONTIAC. C.C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☑ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ Other (specify): ____
- ☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** ON 5/5/2004 I, FORWARDED ONE LETTER ADDRESSED TO MRS. CARMEN CRESPO (RELATIVE) AND ON THE VERY NEXT DAY 5/6/2004 I RECEIVED AN EMPTY ENVELOPE BACK WITH A MONEY VOUCHER STAPLED TO THE ENVELOPE, INDICATING THAT MAIL ROOM STAFF RECEIVED NO LETTER INSIDE THE ENVELOPE.
(PLEASE SEE EXHIBITE (A) MONEY VOUCHER WITH MAIL ROOM STAFF NOTE WRITTEN.) I HAD TO RE-WRITE AND SEND A NEW LETTER OUT TO MRS. CRESPO, BECAUSE MAIL ROOM STAFF EITHER DISTROYED OR LOST MY LETTER. ON 5/7/2004 I RECEIVED AN AUDIT TRANSACTION SHEET FROM THE INMATE TRUST FUND OFFICE, AND NOTICED THAT ON 4/13/2004 550.00 HAD BEEN

**Relief Requested:** PAGE FOUR (4) STATES RELIEF

☑ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Committed Person's Signature — B-79716 ID# — 5, 7, 04 Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: EXHIBITE (B)

Print Counselor's Name ______ Counselor's Signature ______ Date of Response ___/___/___

### EMERGENCY REVIEW

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ______ Date ___/___/___

COMMITTED PERSON'S GRIEVANCE (Continued)
1:04-cv-01429-HAB-JAG # 1-4 Page 26 of 33

Accredited to My Account By Mrs. Crespo. I Never Received Any letter or package From My Relatives indicating that they had sent Me the 550.00 or Any notification From Mail Room Staff of such Funds Being Accredited to My Account. If it were not For the transaction sheet, I would never have Been Made Aware of the Funds Being placed on My Account. It has Been About A Month now since My Relative's sent Me the 550.00 And I Have yet to Receive the letter or package which the Funds were sent in.

In the Ten (10) Months I have Been in the Custody of the Pontiac C.C. I have had disposed of lossed over An Amount of two dozen packages, letters, etc. Not only to My Relatives But to the Courts And public officials.

I have Filed over A dozen Emergency grievances directly to Warden Mote concerning the mishandling of My Mail Alone And internal Affairs has Also Been Aware of the literally hundreds of Com-plaints And incidents involving Mail Room staff disposing And lossing the Mail of inmates. Yet Warden Mote has Refused to take the Appropriate Action And has instead Covered such Abuses And Harbored such staff members Because of the liabilities involved, which has only resulted in Even More incidents of inmate Mail Being disposed.

I Am Currently Communicating with My Relatives to Retain the services of An Attorney to help Assist Me in seeking Civil Action Against Warden Mote And this May very well Be A Contributing Factor As to why My Mail is Being disposed And unreasonably delayed From Being delivered to Me.

Many of the packages inmates do Receive containing Books, Magazines, etc. Are often Forwarded to personal property staff who often take A Month And A half to two Months Before they Finally Afford inmates their Mailings, which is Absolutely Ridiculous And unacceptable.

God only knows how Many of My Mailings which have Been Forwarded to Me At this institution have Been disposed of is Currently Being withheld From Me.

It is Because of Warden Motes indifference that Corruption, Cover ups And staff Misconduct have Become the norm And have plagued this Facility.

So Warden Mote is long over due in needing to Be Relieved As the Chief Administrative officer.

Distribution: Master File; Committed Person Page 2 DOC 0046 (Eff.10/2001) (Replaces DC 5657)
Printed on Recycled Paper

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

# REQUEST FOR PAYMENT

Date: 5/4/2004

Name (print): FABIAN SANTIAGO I.D. No.: B-79716 Housing Unit: N-736

Please pay to: ____

Address: ____

City: ____ State: ____ Zip: ____

The sum of ____ dollars and ____ cents

and charge to my account, for ONE letter to: CARMEN CRESPO

☐ APPROVED

☐ NOT APPROVED ____ Inmate Signature ____ ID No.

____ Assistant Warden/Superintendent/Designee ____ Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

[signature] Inmate Signature

ID No. B-79716

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $ ____

Less amount of payment $ ____

Current balance after payment $ ____

Check No. ____ Date ____

____ Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of ____ dollars ____ cents

☐ Postage Paid No Contents in Envelope when arrived in mail Room

**FOR JUVENILE DIVISION USE ONLY**

Received by: ____ (Staff) ____ Date

Received by: ____ (Youth) ____ Date

DC 828 (09/01) IL 426-0207

EXHIBITS (A)

Money Voucher and Note from Mail Room Staff indicating no letter was in the envelope I sent out on 5/5/2004

3 of 4

## Relief Being Requested

1. Warden Nute's employment with the I.D.O.C. be terminated for condoning such abuses and refusing to correct and place an end to such incidents.

2. Mail Room and Personal Property supervisors be suspended and re-assigned for allowing such breakdowns in their assignments.

3. I be afforded any and all mail currently being withheld from me by Mail Room and Personal Property staff.

4. Prison officials at the Pontiac C.C. take the neccessary action to place an end to such abuses.

To: Head of Internal Affairs

5/13/2004

Re: destruction of Mail Being held incommunicado from relatives

I sent out for an audit of my trust fund account and noticed that on 4/13/2004 five hundred and fifty dollars had been accredited to my account by Mrs. Carmen Crespo. I never received any letter or package from my relatives notifying me that they had sent me the 550.00. I've also written to mail room staff and they claim not to possess such a mailing.
On 5/5/2004 and on 5/6/2004 I sent out two (2) letters to Mrs. Crespo with money vouchers attached for postage, yet none of these letters made it outside of this facility.
On 5/12/2004 I sent out yet another letter to Mrs. Crespo (in the same manner) but I have yet to receive any notification of this correspondence leaving the institution.
I have been (attempting) to communicate with my relatives to retain the services of an attorney to seek civil action against Warden Mote and various other staff members, so this may very well be a major factor as to why my mail is being disrupted and the prevention of my communication with my relatives.
In the ten (10) months I have been at the Pontiac C.C. I have had dozens of letters, packages, etc. destroyed or lossed which never made it to my relatives or the courts, etc. And despite the numerous grievances I have filed regarding these matters, no action has been taken to place an end to these abuses. This is a controlled environment (facility) so it would not prove to be an impossible task to prevent such incidents from continuing. Within the last (60) days alone I have had over a half dozen correspondences destroyed or lossed which I attempted to forward to Mrs. Crespo.

Within the last (60) days the majority of these mailings were handed to C/O Paul or C/O Andrews who usually work the gallery on the second shift and I seriously doubt these two (2) staff members are destroying my mail.

The only other employees who have any contact with my mail is C/O McBerny who works the cage in the cellhouse most of time and mail room staff. So it would seem more than likely that mail room staff or C/O McBerny have been engaging in the destruction of my mailings.

Warden Mote and internal affairs need to stop concealing such abuses because they are bound to be exposed.

Fabian Santiago
#B-79716
N-736

C.C.

## Grievance Officer's Report

**Date Received:** June 15, 2004 **Date of Review:** October 11, 2004 **Grievance # (optional):** 038686

**Committed Person:** Santiago **ID#:** B79716

**Nature of Grievance:** Staff Conduct

**Facts Reviewed:** Offender states on 6/02/04 C/O Paul returned a letter to him, which he had mailed out the day before. C/O Paul informed the offender that C/O McBurney refused to forward the letter to the mailroom because the offender had been arguing with his relatives in the content of the letter. He states he has mailed out numerous letters that never leave the facility. He states that C/O McBurney is destroying his letters.

This Grievance Officer contacted C/O Paul who denies the incident ever took place. This Grievance Officer contacted C/O McBurney who stated he does not recall such an incident ever occurring. He denies the offender's allegations of destroying mail.

Exhibit (K)

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be DENIED, as the offender's allegation of staff misconduct is not substantiated. There is no evidence to verify the alleged incident ever occurred.

Carrie Melvin — Print Grievance Officer's Name

Carrie Melvin — Grievance Officer's Signature

**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

## Chief Administrative Officer's Response

**Date Received:** 10/12/04 ☒ I concur ☐ I do not concur ☐ Remand

**Comments:**

Michael P. Melvin — Chief Administrative Officer's Signature

10/12/04 — Date

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

[signature] — Committed Person's Signature

B-79716 — ID#

10/19/04 — Date

**COMMITTED PERSON'S GRIEVANCE** 038080

| Date: June 7, 2004 | Committed Person: (Please Print) Fabian Santiago | ID#: B-79716 |
|---|---|---|
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☑ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ Other (specify):
- ☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

RECEIVED JUN - 7 2004 WARDEN'S OFFICE

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

(2 page exhibit)

**Brief Summary of Grievance:** On the above date C/O [illegible] - the seven (7) gallery officer - returned a letter back to me which I had mailed out the day before 6/1/04 to Mrs. Carmen Cerezo. They C/O notified me that C/O McBride (who works the Cellhouse Cage where all mail is stored until it is taken to the mailroom) was refusing to forward my letter to the mailroom, because I had been arguing with my relatives. I had been arguing with my relatives about various personal matters (which were none of C/O McBride's fucken business) including discussing some of my legal affairs with my relatives - retaining the services of an attorney for

**Relief Requested:** C/O McBride be suspended and directed to cease from disturbing, tampering with my mail or retaliating against me

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] — Committed Person's Signature | B-79716 — ID# | 6, 2, 04 — Date

(Continue on reverse side if necessary)

**Counselor's Response** (If applicable)

Date Received: 6, 14, 04 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: I am sorry, but I cannot read your writing.

RECEIVED JUL 3 0 2004 OFFICE OF INMATE ISSUES

[signature] — Print Counselor's Name | [signature] — Counselor's Signature | 6, 14, 04 — Date of Response

**EMERGENCY REVIEW**

Date Received: 06, 08, 04 Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☒ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Stephen D Mote — Chief Administrative Officer's Signature | 06, 08, 04 — Date

RECEIVED JUN 2 ... Pontiac Corr. Ctr. Grievance Off. ... RECEIVED JUL 2 ... PONTIAC CORR CENTER RECORD OFFICE

Distribution: Master File; Committed Person

DOC 0046 (Eff. 10/2001) (Replaces DC 5657)

Printed on Recycled Paper

COMMITTED PERSON'S GRIEVANCE (Continued)

1:04-cv-01429-HAB-JAG # 1-4 Page 33 of 33

Civil Action against the Pontiac C.C. C/O McBerney sits in that case for eight (8) hours a day bored out of his fucked mind, with nothing else better to do but to pry into the personal-family affairs of inmates. These racist Ku Klux Klan fucked prison guards have the audacity to focus on the difficulties I am having with my relatives when they (guards) roam freely throughout this prison brutally beating and having inmates brought up on false disciplinary ch. which has already resulted in two (2) inmates being beaten to death and conditions so intolerable in this facility that inmates have committed suicide.

If my relative's ever feel I shouldn't be writing them about my disputes with them, all they have to tell me is to stop contacting them and they never have to worry about me wasting my time with them again. But the fact of the matter is that my relatives have called this prison on (my behalf) to complain about staff abuse against me. Within the last (14) days alone I've sent out (3) letters to my relatives and (1) letter to Mr. Hardesty of the Federal Bureau of Investigation, which never left this facility. This doesn't even include the dozen's of other mailing I've lost within the last few months, so it is crystal clear C/O McBerney has been directly involved in the destruction of my mail. It is only because of so many complaints that I have filed that, C/O McBerney decided to finally start returning my mail. C/O McBerney is not even a damn employee of the mailroom, so he has no business snooping through my mail, let alone refusing to send it out. It is because of C/O McBerney, destroying, withholding or refusing to forward my mail out of the institution that I am unable to communicate with my relatives to attend to my legal matters.

I have lost count of all of the grievances that I have filed to Warden Mote's office concerning such abuses, in which no steps have been taken to correct these ongoing incident's. I can assure Mr. Mote and C/O McBerney that I intend on doing every necessary to have them held responsible for these abuse, including having my relatives testify in court as to these matters. My personal and legal affairs are not for the entertainment of some racist hillbilly who has no business of life and seems to believe that 'sticking' his nose into my affairs and destroying my mail is some hobby. These prison guards often boast about how much they know about the lives of inmates from reading our mail. So they do it out of spite, to pry and retaliate against inmates, using the excuse that its for security purposes.

Distribution: Master File; Committed Person Page 2 DOC 0046 (Eff.10/2001) (Replaces DC 5657)

Printed on Recycled Paper