E-FILED
Tuesday, 14 December, 2004 03:12:53 PM
Clerk, U.S. District Court, ILCD

## Grievance Officer's Report

Date Received: August 4, 2004 **Date of Review:** September 1, 2004 **Grievance # (optional):** 1047926

**Committed Person:** Fabian Santiago **ID#:** B79716

**Nature of Grievance:** PUblcation Review Committee

**Facts Reviewed:** Grievance officer concurs with counselors response. Offender Santiago is grieving the handling and denial of publications ... outside vendor. Grievance officer contacted member of Publication Review Committee and inquired about the handling of offender ... publications. Grievance witnessed offender Santiago received 2 shipments of magazines from the vendor. An initial shipment of 2 ... received and the request for offenders disposition was requested and sent back. 1 other shipment arrived of 10 other magazines the ... magazines was due to the fact 5 were on the automatic denial list and 5 were sent a notice of disposition of mail back or forward to ... final review. The difference in the postage to mail items back to the vendor and postage paid by the vendor is justified by the bulk ... rate paid by the vendor compared to the first class rate offenders are charged to return them. Grievance notes that offender Santiago has ... magazines.

ExhiBit (L)

**Recommendation:** Based on counselors response and research cited above by grievance officer that the magazine order was separated in order to ... differences in review time frames and the explanation of differences in postal rates that all departmental rules and guidelines in ... processing by the Publication Review Committee were handled in accordance to procedures this grievance is without foundation.

Emily Ruskin — Print Grievance Officer's Name

Emily Ruskin — Grievance Officer's Signature

**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

### Chief Administrative Officer's Response

Date Received: ______ ☒ I concur ☐ I do not concur ☐ Remand

Comments:

[signature] — Chief Administrative Officer's Signature

9.3.04 — Date

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

[signature] — Committed Person's Signature

B-79716 — ID#

9/11/04 — Date

ILLINOIS DEPARTMENT OF CORRECTIONS

# COMMITTED PERSON'S GRIEVANCE

**Date:** July 16, 2004 **Committed Person:** (Please Print) FABIAN SANTIAGO **ID#:** B-79716

**Present Facility:** PONTIAC C.C. **Facility where grievance issue occurred:** PONTIAC C.C.

RECEIVED JUL 19 ... GRIEVANCE OFFICE

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [x] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [x] Other (specify): CENSORSHIP/CONFISCATION OF PUBLICATIONS
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Disciplinary Report: ____ / / ____ Date of Report ____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I FILED A GRIEVANCE DATE JUNE 25, 2004 CONCERNING THE [redacted] FORWARDING ME TWELVE (12) MAGAZINES TO THIS INSTITUTION ON JUNE 1, 2004 WHICH MAILROOM STAFF WERE WITHOLDING AND HAD NOT DELIVERED TO ME.
PLEASE SEE LETTER FROM PAPER WINGS CO. MY GRIEVANCE OF JUNE 25, 2004 IS DOCUMENTED WITH THE PONTIAC C.C. AND SHOULD BE TAKEN INTO CONSIDERATION.
ON JULY 7, 2004, I RECEIVED NOTIFICATION FROM THE PUBLICATION REVIEW COMMITTEE THAT THEY HAD CONFISCATED TWO (2) MAGAZINES FROM ME OUT OF THE TWELVE (12) MAGAZINES THAT THE

**Relief Requested:** PAGE THREE (3) STATES RELIEF

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Committed Person's Signature — B-79716 ID# — 7, 16, 04 Date

(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

**Date Received:** 7 / 18 / 04

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** ① Postage is charged accordingly with the weight of the package ② Ex. C was a notification of denial Ex. D- was a request for action by you. that's why the magazine became "separated". You must grieve the decision of the Review Committee to the Grievance officer. See no violation of procedures.

[name] Print Counselor's Name — [signature] Counselor's Signature — 7 27, 04 Date of Response

## EMERGENCY REVIEW

**Date Received:** 7, 20, 04

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Stephen D. Mote — Chief Administrative Officer's Signature — 7, 20, 04 Date

Printed on Recycled Paper

## Relief Being Requested

1. Warden Mote's employment with the I.D.O.C. be terminated for continuely condoning and concealing staff abuse.

2. Publications Review Committee be mandated to implement (All) three element clearly established by the U.S. Supreme Court before confiscating such publications. (Not just (1) of some)

3. All further acts of retribution against me be placed to an end. especial by mail room staff

4. I be reimburst for the over charge of postage. Exhibite (A)

5. The ten (10) publications confiscated from me by the publications review committe / mail room staff be returned to me. Exhibite (C) and (d)

**REQUEST FOR PAYMENT** DEPARTMENT OF CORRECTIONS

Date: 7/7/04

Name (print): FABIAN SANTIAGO I.D. No.: B-79716 Housing Unit: N-749

Please pay to: PAPER WINGS

Address: P. O. BOX 11855

City: BALTIMORE State: MA Zip: 21211

The sum of 1 dollars and 1 cents

and charge to my account, for ONE PACKAGE to PAPER WINGS

☐ APPROVED

☐ NOT APPROVED

[signature] Inmate Signature B-79716 ID No.

Assistant Warden/Superintendent/Designee — Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

[signature] Inmate Signature

ID No. B-79716

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $

Less amount of payment $

Current balance after payment $

Check No. 382398 Date *JUL. 16 2004

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 4 dollars 90 cents

☐ Postage Paid

**FOR JUVENILE DIVISION USE ONLY**

Received by: (Staff) Date

Received by: (Youth) Date

DC 828 (09/91) IL 426-0207

Exhibit (A)

Cost of postage prison official charge me to send out two (2) magazines of the twelve Paper Wings Co. forwarded to me

To Whom it May Concern, FEB. 15, 2004

I sent out a Manilla envelope "Containing Three (3) pieces of paper" to: Attorney general's office which was charged against my Trust Fund account for .60¢ on Feb. 9th, 2004

Their is no way possible that a package containing three (3) pieces of paper should or could cost .60¢

prison officals at the Pontiac C.C. are routinely over charging inmates for postage.

I am requesting that your office look into this matter so that the practice of over charging inmates for postage is placed to an end.

Thank you,

FABIAN SANTIAGO
#B-79716

N-736

Mail Room Supervisor,
Trust Fund Office Supervisor.
C.C.

ILLINOIS DEPARTMENT OF CORRECTIONS

# Disposal of Denied Publication

Facility: Pontiac Housing Unit: N749

Offender's Name: Santiago ID#: B79716 Date: 7-16-04

In accordance with Ill. Admin. Code 525:Subpart C, publications listed below have been determined to be contraband or unauthorized property.

| Reference # | Publication(s) Name and Volume or Issue Number or Date | Reference # | Publication(s) Name and Volume or Issue Number or Date |
|---|---|---|---|
| 1) | Black video Vol 5 #7 | 5) | |
| 2) | Players Nasty Vol 4 #1 | 6) | |
| 3) | Nasty Vol 4 #5 | 7) | |
| 4) | Nasty Vol 4 #7 | 8) | |

You have 30 days to have the contraband items disposed of by one of the following methods. These items will be disposed of in accordance with 20 Ill. Admin. Code 501.230 after the 30 day notice due date. Please select method of disposal. Indicate specific reference number from above if more than one publication is listed.

| Reference # (Specify) | Mail to the following address at my expense (indicate mailing address on voucher.) |
|---|---|
| | Name: ______ Address: ______ City: ______ State: ______ Zip Code: ______ ExhiBitB (C) ______ Signature ______ Date Mailed Out |

| Reference # (Specify) | Have item(s) picked up by a visitor. Date to be picked up: ______ |
|---|---|
| | Visitor Name: ______ Address: ______ City: ______ State: ______ Zip Code: ______ Visitor Signature: ______ Date: ______ Reception Officer's Name ______ Signature ______ Date |

| Reference # (Specify) | I authorize the facility to dispose of these items. |
|---|---|
| | Property Officer's Name ______ Signature ______ Date |

☑ I have filed a grievance in accordance with 20 Ill. Admin. Code 504.

I AM Filing A grievance For your retaliation

Offender's Signature: J. Santiago Date: B79716 7/16/04

Distribution: Property File
Publication Review File

Printed on Recycled Paper

DOC 0213 (Eff. 8/2003)
(Replaces DCA 7025)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Publication Receipt and Course of Action**

Facility: Pontiac

Date of Notice: 7-16-04

Offender Name: Santiago ID#: B79716 Housing Unit: N749

Subject to 20 Ill. Adm. Code 525: Subpart C, you have received the following titled publication(s):

| Reference # | Publication(s) Name and Volume or Issue Number or Date | Reference # | Publication(s) Name and Volume or Issue Number or Date |
|---|---|---|---|
| 1) | Adult C.R. Nov. 03 | 5) | Black Video Ill. Vol 6 #7 |
| 2) | Adult C.R. Oct 03 | 6) | OUI Jan 04 |
| 3) | Teenz Vol 7 #1 | 7) | OUI Oct 03 |
| 4) | Hardcore Aug 03 | 8) | |

**Specify reference number(s)**

Due to the content, the publication(s) appears to:

1,2,3,4,5,6,7 Be obscene per 720 ILCS 5/1-20(b).

____ Be written in code or facilitates communication between offenders.

____ Depict, describe, or encourage activities that may lead to the use of physical violence or group disruption or it facilitates organizational activity without approval of the Chief Administrative Officer.

____ Advocate or encourage vi[...] poses an intolerable risk of violence or disruption.

____ Encourage or instruct in th[...]

____ Include sexually explicit m[...]es a threat to security, good order, or discipline or it facilitates criminal activit[...]

____ Be otherwise detrimental [...]r discipline or it might facilitate criminal activity or be detrimental to mental h[...]

____ Other: (specify)

Exhibit 6 (d)

Comments:

Print Name of Publication Review Officer | Signature | Date

**Specify reference number(s):**

____ Do not review (specify method of disposal):

____ Review

You may submit a written statement or other documentation supporting receipt of the above publication within 7 days of receipt of this notice. Extensions shall only be considered if the Publication Review Officer finds there is a legitimate reason for untimely submission.

You may request to appear before the Publication Review Officer. Appearances shall only be granted if it is considered necessary by the Publication Review Officer.

You may request assistance or information regarding the Publication Review Process.

In approximately 60 days, you will either receive the publication, or the publication shall be deemed disapproved and you may file a grievance in accordance with 20 Ill. Admin. Code 504.

If this form is not returned within 10 days to the Publication Review Officer, a review shall not be conducted and the publication shall be disposed of in accordance with 20 Ill. Admin. Code 501

Offender's Signature: [signature] Date: 7/16/04

Distribution: Publication Review File; Offender; Central Publication Review Committee File (if applicable)

*Printed on Recycled Paper*

DOC 0211 (Eff. 8/2003) (Replaces DC 1026)

ILLINOIS DEPARTMENT OF CORRECTIONS

# Disposal of Denied Publication

Facility: Pon CC Housing Unit: NCh 749

Offender's Name: SANTIAGO ID#: B79716 Date: 7-27-04

In accordance with Ill. Admin. Code 525:Subpart C, publications listed below have been determined to be contraband or unauthorized property.

| Reference # | Publication(s) Name and Volume or Issue Number or Date | Reference # | Publication(s) Name and Volume or Issue Number or Date |
|---|---|---|---|
| 1) | Adult Cinema Review 11/03 | 5) | Black Video Illustrated Vol 6 No 1 |
| 2) | Adult Cinema Review 10/03 | 6) | OUI 1/04 Vol 39 No 1 |
| 3) | Teenz Vol 7 No 1 1/04 | 7) | OUI 10/03 Vol 37 No 10 |
| 4) | Hardcore DVD 8/03 No 13 | 8) | |

You have 30 days to have the contraband items disposed of by one of the following methods. These items will be disposed of in accordance with 20 Ill. Admin. Code 501.230 after the 30 day notice due date. Please select method of disposal. Indicate specific reference number from above if more than one publication is listed.

| Reference # (Specify) | Mail to the following address at my expense (indicate mailing address on voucher.) |
|---|---|
| | Name: |
| | Address: |
| | City: State: Zip Code: |
| | Employee's Name / Signature / Date Mailed Out |

| Reference # (Specify) | Have item(s) picked up by a visitor. Date to be picked up: |
|---|---|
| | Visitor Name: |
| | Address: |
| | City: State: Zip Code: |
| | Visitor Signature: Date: |
| | Reception Officer's Name / Signature / Date |

| Reference # (Specify) | I authorize the facility to dispose of these items. |
|---|---|
| | Property Officer's Name / Signature / Date |

☑ I have filed a grievance in accordance with 20 Ill. Admin. Code 504.

Offender's Signature: [signature] Date: 7/28/04

Distribution: Property File
Publication Review File

*Printed on Recycled Paper*

DOC 0213 (Eff. 8/2003)
(Replaces DCA 7025)

1 of 4

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

**Date:** June 29, 2004
**Committed Person:** (Please Print) Fabian Santiago
**ID#:** B-79716
**Present Facility:** Pontiac C.C.
**Facility where grievance issue occurred:** Pontiac C.C.

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☒ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disciplinary Report: ___/___/___ Date of Report

Exhibit (B)

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I have filed over two dozen grievances concerning the systematic break down of the institutional mailing system at this facility and the fact that there have been hundreds of instances where the mailings of inmates are being disposed of or prevented from leaving this institution by staff, or where the mailings that inmates do receive are often delivered a month and a half or two months late to inmates. Yet despite the breakdown regarding this institution's mailing system the Warden, grievance officers and counselors have all gone out of their way to conceal and downplay these incidents and since no correct.

**Relief Requested:** Page two (2) states relief

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] B-79716 6, 29, 04
Committed Person's Signature — ID# — Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

**Date Received:** ___/___/___
☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:**

Print Counselor's Name — Counselor's Signature — Date of Response

**EMERGENCY REVIEW**

**Date Received:** 7, 7, 04

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Stephen D. Mote — 7, 7, 04
Chief Administrative Officer's Signature — Date

tive action has been taken these corrupt prison staff in the mail room and cellhouses, and have continued to commit such abuses. I forwarded fifty five dollar 55.00 to the Paper Wings Co. over a month and a half ago and this company in return forwarded me a package of magazines to this facility about 30 days ago. (But I have yet to receive my magazines to this very day.) There is no way in this fucked world that prison staff should delay over a month before affording me my mailings. These mail room staff members must be spending their time reading the magazines of inmates and sitting on their lazy asses instead of doing their fucked jobs. There simply is no excuse in this world for such unreasonable delays. Moreover, C/O McBerney who works the cellhouse cage in the North unit has been known to boast about destroying the mail of inmates. I forwarded letters to Mr. Hardesty of the Federal Bureau of Investigation and the Chicago Tribune news with money vouchers attached, yet these mailings never left this facility. I have also brought these matters to the attention of Internal Affairs yet these abuses persist with no end in sight. To only add to this problem is Warden Mote's cover ups and refusal to take corrective action.

Relief Being Requested

1) Warden Mote be removed as the Chief Administrative Officer of the Pontiac C.C. for continually allowing and condoning misconduct, abuse and corruption to plague this facility.

2) Mail room supervisor be suspended and reassigned for allowing such a breakdown.

3) My magazines and any and all mailing currently being withheld from me by mail room staff be immediately afforded to me.

Printed on Recycled Paper

10 06 11

UNITED STATES
POSTAL SERVICE

# Track & Confirm

## Current Status

You entered 9102 0114 7386 0016 3136 42

Your item was delivered at 7:10 am on June 01, 2004 in PONTIAC, IL 61764.

Shipment Details >

## Notification Options

▸ Track & Confirm by email What is this? Go >

**Track & Confirm**

Enter label number:

Track & Confirm FAQs

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy

# *Paper Wings, LTD*
# *INVOICE*

*Wednesday, June 23, 2004*

***customer #*** 206287

Fabian Santiago B79716
Pontiac Corr Facility
P.O. Box 99
Pontiac IL 61764

***order #*** *20503*

| ***order_date*** | ***ship_date*** | ***shipped via*** | ***tracking #*** |
|---|---|---|---|
| 5/18/2004 | 12:00:00 A | USM | 9102011473860016313642 |

| ***items*** | ***description*** | ***qty ordered*** |
|---|---|---|
| M10[illegible] | [illegible] $50 + 2 FREE | 1 |
| SFP5 | SHIPPING FEES PAID - $5 | 1 |

***order_total*** $55.00

***balance*** $0.00



Illinois
Department of
Corrections

Exhibit B (H)

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

September 27, 2004

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance received on September 23, 2004, regarding Mailroom (Delivery/Processing 6/24/04), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your written grievance regarding allegations that letters you have mailed to the *Chicago Tribune*, *USA Today* and others are being destroyed by Pontiac staff.

The Grievance officer's report (038070) and subsequent recommendation dated September 16, 2004 and approval by the Chief Administrative Officer on September 17, 2004 have been reviewed.

Per the Grievance officer's report, the Trust Fund Office was contacted and verified that monies have been taken out of Offender Santiago's trust for postage. Which postage paid for what outgoing mail could not be determined. Additionally, mailroom staff do not log out every piece of mail, so they cannot determine whether the alleged mail was sent or not. Mailroom staff do not destroy mail and process mail as received.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: [signature]
Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED: [signature]
Roger E. Walker Jr.
Director
TA

cc: Warden, Pontiac Correctional Center
Fabian Santiago, Register No. B79716
Chron. File

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

**Grievance Officer's Report**

**Date Received**: September 3, 2004 **Date of Review**: September 16, 2004 **Grievance #** (optional): 038070

**Committed Person:** Santiago, Fabian **ID#:** B - 79716

**Nature of Grievance:** OFFENDER IS GRIEVING STAFF CONDUCT, MAIL HANDLING, AND RETRIBUTION.

**Facts Reviewed:** OFFENDER STATES ON 06/24/2004 HE FORWARDED A LETTER CONTAINING INFORMATION WHICH OUTLINED STATE WIDE CORRUPTION TO THE CHICAGO TRIBUNE NEWS - VOICE OF THE PEOPLE. OFFENDER STATES HE SENT THE LETTER IN A BLANK ENVELOPE WITH A MONEY VOUCHER ATTACHED FOR POSTAGE. OFFENDER ALLEDGES THAT THE LETTER NEVER LEFT THE FACILITY. OFFENDER STATES HE THEN RE-WROTE THE LETTER CONCERNING STAFF ABUSE, MADE COPIES OF THE LETTER AND SENT THEM TO OUTSIDE SOURCES. OFFENDER ALLEDGES THAT AGAIN, THE LETTERS NEVER LEFT THE FACILITY. OFFENDER STATES HE SENT THE LETTERS TO THE RELATIVES OF THE OFFENDERS WOULD REALIZE THE ALLEDGED ABUSES. OFFENDER STATES HE HAS A WELL ESTABLISHED RIGHT TO COMMUNICATE WITH THE MEDIA.

OFFENDER IS REQUESTING THAT THE WARDEN BE TERMINATED, THE OFFENDER BE AFFORDED HIS CONSTITUTIONAL REIGHT OF FREEDOM OF SPEECH AS WELL AS COMMUNICATION WITH THE MEDIA, THE MAIL ROOM STAFF BE DIRECTED TO IMMEDIATELY FORWARD THE OFFENDER'S LETTERS TO THE NEWS ORGANIZATIONS HE HAS ATTEMPTED TO COMTACT, INVOLVED STAFF BE SUSPENDED, AND THAT CELL HOUSE STAFF BE DIRECTED TO CEASE FROM OPENING AND DESTROYING MAILING AND ALLOWING THE MAIL ROOM AND LAW LIBRARY STAFF TO PERFORM THEIR DUTIES ANDINSPECT AND PROCESS SUCH MAILINGS.

**Recommendation:** THE COUNSELOR ADVISED THE OFFENDER THAT HE IS UNABLE TO VERIFY WHICH MAILING IS WHICH. THE COUNSELOR ADVISED THAT IF THE MAILING HE WAS LOOKING AT WAS THE MAILING THE OFFENDER WAS REFERRING TO AT THE TIME, THE COUNSELOR SPOKE WITH THE LT. AND THE LT. ADVISED THAT HE PROCESSED IT LIKE ALL P - 96'S AND OUTGOING MAIL. THE COUNSELOR SPOKE WITH THE TRUST OFFICE WHO ADVISED THAT THERE WERE SEVERAL CHARGES FOR POSTAGE AND THEY WERE UNABLE TO DETERMINE WHAT EXACTLY HAD BEEN SENT OUT. THE TRUST OFFICE NOR THE MAIL ROOM LOG ALL OUTGOING MAIL, SO THERE IS NO WAY TO DETERMINE WHAT THE OFFENDER SENT OUT. THERE IS NO INDICATION THAT THE OFFENDER'S OUTGOING MAIL HAD BEEN DESTROYED. BASED ON THE ABOVE INFORMATION, THIS GRIVANCE OFFICER FINDS THIS GRIEVANCE TO BE WITHOUT BASIS.

Kim Kelley
Print Grievance Officer's Name

[signature]
Grievance Officer's Signature

**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

**Chief Administrative Officer's Response**

**Date Received:** 9/17/04 ☒ I concur ☐ I do not concur ☐ Remand

**Comments:**

Stephen D. Mote
Chief Administrative Officer's Signature

9/17/04
Date

**Committed Person's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

[signature]
Committed Person's Signature

B-79716
ID#

9/17/04
Date

ILLINOIS DEPARTMENT OF CORRECTIONS

**COMMITTED PERSON'S GRIEVANCE**

Date: July 22, 2004 | Committed Person: (Please Print) Fabian Santiago | ID#: B-79716

Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C.

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): Retaliation
- [ ] Disciplinary Report: ___/___/___ Date of Report ______ Facility where Issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if **EMERGENCY** grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On June 21, 2004 I forwarded a letter to the Chicago Tribune News - Voice of the People. 435 N. Michigan Chi, IL 60611. This letter contained information which outlined wide spread corruption and serious prison guard abuse at the Pontiac C.C. and throughout the I.D.O.C. I forward out my letter in a blank envelope with an money voucher attached for postage. My mail never left this facility, and was more than likely destroyed for exercising my first amendment rights against the I.D.O.C.

**Relief Requested:** Page four states relief

- [x] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Committed Person's Signature | B-79716 ID# | 7,22,04 Date

(Continue on reverse side if necessary)

*Margin note:* See Attachments - Three page exhibits. 8 pages total

## Counselor's Response (If applicable)

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ______

Print Counselor's Name ______ Counselor's Signature ______ Date of Response ___/___/___

## EMERGENCY REVIEW

Date Received: ___/___/___

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ______ Date ___/___/___

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE (Continued)**

I then re-wrote my letter concerning prison staff abuse and made copies of this letter and forwarded a copy to: USA Today News 7950 Jones Branch Dr. McLean VA 22108. I forwarded this letter out of this facility on July 14, 2004 in a blank envelope with a money voucher attached for postage, yet this letter never left the institution. On July 16, 2004 I forwarded directly to Warden Mote's office in a large manila envelope, a letter, blank envelope and money voucher for postage, which was to be forwarded to Steve Chapman of the Chicago Tribune News. In a letter to Warden Mote I stipulated that I had already sent out several letter to various news organizations being critical of I.D.O.C.

And that mail room staff were more than likely disrupting my mailing and refusing to forward my letters out for free. Citing my first amendment right against I.D.O.C. that I had now inclosed my letter to Steve Chapman to the Warden's office in order for Mr. Mote to insure my letter was finally mailed out, yet my letter to Steve Chapman of the Chicago Tribune News was never mailed out of this institution. It is crystal clear that Warden Mote's staff of whom disrupted my letter to the Tribune News and that Mr. Mote has condoned and may very well have sanctioned mail room staff to intercept and disrupt my mailings to the media.

I have had dozens of mailings of mine to my relatives, the media, grievances and legal documents disrupted by [redacted] prison officials. Warden Mote's administration has clearly exploited the institutional mailing system, grievance procedure and law library in order to prevent inmates from bringing such matter's to the attention of their relatives, the media, documenting such abuses through the grievance procedure or seeking litigation against the Pontiac C.C. There have been literally hundreds of incidents of inmates being subjected to such instances, yet Warden Mote and his administration has used every excuse and are incapable to deny and conceal these abuses. And despite the numerous complaints the grievance officers continue to play ignorant and portray a fallacy as if these matters don't exist. Yet the majority of inmates at this facility receive the mailings they are afford 3 weeks to two months from the post mark date.

Printed on Recycled Paper

Because I have reported staff misconduct, sought litigation against the I.D.O.C. and have attempted to bring the egregious abuses of prison employees to the attention of the media, I have been systematically targeted from retribution.

Regardless of how critical I've been of I.D.O.C. or how Warden Mote may feel about the matter personally I have a well established right to communicate with the media. And if I have violated any rules of regulations of the I.D.O.C or state and federal laws then I must be afforded due process and issued an investigation of disciplinary ticket.

The lost of First Amendment rights, for even a minimal periods of time, unquestionably constitutes irreparable harm. Elrod v. Burns, 427 US 347, 373, 96 S.Ct 2673 (1976)

Relief Being Requested

1.) Warden Mote's employment with the I.D.O.C. be terminated for continuously committing of sanctioning acts of misconduct and retribution against me.

2.) Any further acts of misconduct/retribution being taken against me immediately be placed to an end.

3.) I be immediately afforded my constitutional right to freedom of speach and communication with the media.

4.) Mail room staff be directed to immediately forward my letters to the news organizations I have attempted to contact.

# Affidavit / Declaration

I, Fabian Santiago hereby declare under penalty of perjury that I have filed numerous grievances regarding the destruction, mishandling and confiscation of my mailing at the Pontiac C.C.

As a result of my complaints and documenting such abuses through the established grievance procedure, Warden Mote, this administration and mail room staff have not only continued but escalated such abuses against me as retribution. Within the last several weeks alone I have had letters to the media destroyed and prevented from leaving this facility. I have had (12) adult magazines confiscated and withheld out of state. I was coerced into signing a form allowing mail room staff to destroy several pages of an (August 2004 Maxim Magazine) because mail room staff claimed it was inappropriate.

(After) receiving my August 2004 issue of Maxim I saw the table of contents and realized the mail room staff had destroyed pages concerning police corruption. This material was not inappropriate and Maxim Magazine is an approved publication for the I.D.O.C. I have a subscription to the Chicago Tribune which often reports on police corruption so mail room staff are clearly abusing their authority out of indifference towards me.

Moreover, mail room staff are now refusing to forward me any of my mailings on Saturdays, which include the delivery of my Chicago Tribune news paper. These matters have been brought to the attention of Warden Mote and he has done little more than to conceal these on going incidents.

/s/ Fabian Santiago

Executed on July 24, 2004

Fabian Santiago #B-75716
P.O. Box 99
Pontiac, Il 61764

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

# REQUEST FOR PAYMENT

Date: July 6, 04

Name (print): [illegible] I.D. No.: B-[illegible] Housing Unit: [illegible]

Please pay to: ✓

Address: ✓

City: ✓ State: ✓ Zip: ✓

The sum of ✓ dollars and ✓ cents

and charge to my account for [illegible]

☐ APPROVED
☐ NOT APPROVED

Inmate Signature ID No.

Assistant Warden/Superintendent Designee Witness

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of ______ dollars 37 cents

☐ Postage Paid

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Inmate Signature

ID No. B-[illegible]

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $ ______

Less amount of payment $ ______

Current balance after payment $ ______

Check No. 385153 Date *AUG. 05. 2004

Business Office

**FOR JUVENILE DIVISION USE ONLY**

Received by: ______ (Staff) ______ Date

Received by: ______ (Youth) ______ Date

DC 826 (09/91) IL 426-0207

Exhibit (A)

I Forwarded this letter out on July 6, 2004 But it wasn't Actually Forwarded out of the Institution until August 5, 2004 Almost A Month After the Fact And only After I Filed A grievance on the Matter.

To: Chicago Tribune News July 22, 2004

I have forwarded several letters to your officers within the last month, which have never left this institution because prison officials have continually destroyed my mailings out of retribution against me for my litigations against the I.D.O.C. and to prevent me from speaking out and exposing the heinous abuses of the employees of the I.D.O.C.

There have been literally hundreds of incidents involving prison officials destroying the mailing, grievances and legal documents of inmates, in order to prevent inmates from documenting prison employee abuse and seeking litigation against the Pontiac C.C.

The Tribune featured an article on the closure of the Pontiac C.C. and possible impact such a closure would have on the locale economy. No prison in this nation or throughout the state is to function as a means of economic stimulus or stability.

Such facilities are to be maintained for the health and safety of the public at large, not as a fuck cash crop for the politicians and media to portray otherwise only supports how fucked outrageous the focus of this state has become.

This nation is not the land of the free, but the land of the fucked incarcerated. America has more human rights abuses and its citizens incarcerated than any other nation in the world. Yet its politicians have the audacity to blast Russia, China, Iraq, etc. for these very same abuses.

This nation has abolished slavery only to re-implement the practice and make it more profitable than ever through the judicial system and prison industrial complex and these judges, prosecutors, attorneys, law enforcement and prison officials are loving every moment of it with their over blown budgets, bureaucracies, that insure there financial stability.

This facility is being ran by one of the most corrupt and politically connected wardens in the state. Prison guards routinely brutally beat, deny medical attention and have inmates brought up on completely false disciplinary charges to justify their abuses.

Conditions at this institution are so deplorable and inhuman that inmates often engage in the flinging of urine and defecation.

There have been dozens of incidents of inmates attempting suicide to escape these unbearable conditions which has already resulted in several deaths including the beating death of an inmate by prison guards.

Many of these inmates simply do not belong in the custody of the I.D.O.C. and should of been transferred into the custody of a medical facility to receive the appropriate treatment.

If one does not enter the Pontiac C.C. suffering from severe mental and emotional problems, you will potentially leave psychologically scared for the rest of your life. The I.D.O.C. now has an unwritten policy of condoning and allowing prison guards to have inmates brought up on the most petty, ridiculous or even completely false disciplinary charges to fill the segregation units of these institutions, in order to relieve overcrowding in general population.

Many of these prison guards have been known to provoke physical confrontations with inmates in the hopes of being assaulted to obtain days off, a promotion and higher pay. The prison guards have little or nothing to fear cause they always have the backing of there unions and are well aware that the great majority of these inmates know little or nothing about the law let alone litigation.

And the internal affairs units throughout these institutions are a joke and mockery. They often investigate these abuses only to conceal and downplay the incidents and protect I.D.O.C. from liability.

The Current Governor has often preached about wide spread corruption and wasteful spending, but has done nothing to bring about true reform. The I.D.O.C. has been known to have been mismanaging hundreds of millions of dollars for years. The majority of these funds have been misappropriated through contracting, the food services, etc. And God only knows how many of these contracts have been awarded through cronyism, kick backs and back door deals.

Much of the overcrowding plaguing these institutions could of easily been resolved through the release of these petty and non-violent offenders who have been flooded into the system and have no business being incarcerated in the first place and wasting tax payer dollars. These facilities are being ran as if this were still the fucked dark ages. With 23 hour lock down periods in general population, double man celling in maximum security units, which has lead to countless inmate on inmate assaults and sexual assaults.

The majority of these incidents goes unreported and undocumented. So there's no way to fully assess the totality of the circumstances. The I.D.O.C. seems to condone the egregious abuses of its prison guards and it amazes me that upon release one of these inmates, one has not returned to one of these facilities to cause serious bodily harm or death to one of these guards. This state is literally turning out even more hardened criminals, sexual predators, deviants and worse offenders. Anyone condoning these practices should always bare in mind that they are contributing to the creation of a ticking time bomb. The Tribune is long over due in conducting an indepth investigation of the corruption plaguing I.D.O.C.

Fabian Santiago
#B-79716
P.O. Box 99
Pontiac, Il 61764



Illinois
Department of
Corrections

Exhibit B (d)

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

September 27, 2004

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance received on September 23, 2004, regarding Staff Conduct (C/O McBernny 7/28/04), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your written grievance regarding allegations that Officer McBernny opened your privileged mail to the Inspector General's Office and frequently destroys outgoing mail.

The Grievance officer's report (038069) and subsequent recommendation dated September 16, 2004 and approval by the Chief Administrative Officer on September 17, 2004 have been reviewed.

Per the Grievance officer's report, mail to the Inspector General's Office is not considered outgoing *privileged* mail. Additionally, staff deny intentionally tampering with or destroying offender mail.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Charges of staff misconduct could not be substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: Sherry Hile
Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED: Roger E. Walker
Roger E. Walker Jr.
Director

cc: Warden, Pontiac Correctional Center
Fabian Santiago, Register No. B79716
Chron. File

ILLINOIS DEPARTMENT OF CORRECTIONS

RESPONSE TO COMMITTED PERSON'S GRIEVANCE

## Grievance Officer's Report

**Date Received**: September 3, 2004 **Date of Review**: September 16, 2004 **Grievance #** (optional): 038069

**Committed Person:** Santiago, Fabian **ID#:** B - 79716

**Nature of Grievance:** OFFENDER IS GRIEVING STAFF CONDUCT AND MAIL HANDLING.

**Facts Reviewed:** OFFENDER STATES ON 07/28/2004 HE ATTEMPTED TO FORWARD A LETTER TO THE OFFICE OF THE INSPECTOR GENERAL. OFFENDER STATES HE SEALED THE LETTER AS HE FELT IT CONTAINED PRIVILEGED INFORMATION. OFFENDER STATES THE GALLERY OFFICER HAD HIS LETTER RETURNED TO THE OFFENDER, STATING HE WOULD NOT ALLOW THE LETTER TO LEAVE THE CELL HOUSE SINCE THE LETTER WAS SEALED. OFFENDER ALLEDGES THAT CELL HOUSE STAFF OPENS, AT TIMES DESTROYS THE OFFENDERS MAIL, AND LOOSES OFFENDER'S MAIL. OFFENDER STATES HE HAS MADE THE LT. AWARE OF THIS SITUATION AND NOTHING HAS BEEN DONETO REMEDY THE SITUATION.

OFFENDER IS REQUESTING THAT THE WARDEN BE TERMINATED FOR ALLOWING SUCH ABUSE, THE INVOLVED STAFF ON THE 3 - 11 SIFT BE SUSPENDED, THE MAIL ROOM AND LIBRARY STAFF BE ALLOWED TO PERFROM THEIR DUTIES AND INSPECT AND PROCESS SUCH MAILINGS AND CELL HOSUE STAFF BE DIRECTED TO CEASE FROM OPENING AND TAMPERING WITH THE OFFENDER'S MAIL, AND THAT THE OFFENDER BE IMMEDIATELY AFFORDED HIS PRIVILIGED COMMUNICATION WITH THE INSPECTOR GENERAL.

**Recommendation:** THE COUNSELOR ADVISED THE OFFENDER THAT HE HAD CONTACTED THE MAIL OFFICE, AND THEY ADVISED THAT LETTERS TO THE INSPECTOR GENERAL ARE NOT CONSIDERED PRIVILEGED, THUS THEY MAY NOT BE SEALED. CELL HOUSE STAFF WAS CONTACTED, THEY ADVISED THEY DO NOT UNDER ANY CONDITION INTENTIONALLY TAMPER WITH, ALTER, OR LOOSE THE OFFENDER'S MAIL. THEY ACT IN A PROFESSIONAL MANNER AT ALL TIMES. BASED ON THE ABOVE INFORMATION, THIS GRIEVANCE OFFICER FINDS THIS GRIEVANCE TO BE WITHOUT BASIS.

[signature] Print Grievance Officer's Name [signature] Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

**Date Received:** 9/17/04 ☒ I concur ☐ I do not concur ☐ Remand

**Comments:**

Stephen D. Mote [signature] Chief Administrative Officer's Signature 9/17/04 Date

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

Committed Person's Signature ID# Date

RECEIVED PONTIAC CORR CENTER RECORD OFFICE

Nch749

038069

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: July 28, 2004 | Committed Person: (Please Print) Fabian Santiago | ID#: B-79716 |
|---|---|---|
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Mail Handling
- ☐ Restoration of Good Time
- ☐ Disability
- ☒ Staff Conduct
- ☐ Dietary
- ☐ Medical Treatment
- ☐ Other (specify):
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where Issued

RECEIVED JUL 30 WARDEN'S OFFICE PONTIAC

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if **EMERGENCY** grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On the above date, I attempted to forward out a letter to: the office of the Inspector General 32 West Randolph St. Chicago, Il 60601 I ended up sealing my letter because it is privileged mail. Yet C/O McBride (who works the cellhouse cage) opened my letter outside of my presence and had the seven gallery officer return my letter back to me claiming he (C/O McBride) would not allow my letter outside the cellhouse while it was sealed.

**Relief Requested:** Page three (3) states relief

☒ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Committed Person's Signature — B-79716 ID# — 7, 29, 04 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 8 / 11 / 04

☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: according to the mail office - letters to the Inspector General are NOT considered privileged

Ms Moss — Print Counselor's Name
[signature] — Counselor's Signature
8, 11, 04 — Date of Response

**EMERGENCY REVIEW**

Date Received: 8 / 2 / 04

Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Committed Person should submit this grievance in the normal manner.

RECEIVED SEP 2 Pontiac Grievance Office — PONTIAC CORR CENTER RECORD OFFICE

Stephen D. Mote — Chief Administrative Officer's Signature — 8 / 2 / 04 Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

C/O McDonald has been known to open, read and destroy the mailings of inmates. Cellhouse staff in the North unit which has been mainly headed by C/O McDonald have been opening, reading and destroying the regular and legal mailings of inmates including all documents being forwarded to the law library for copying.
Despite the fact that it is the duty of mail room and law library staff to inspect and process such mailings.
C/O McDonald has hid behind the excuse that such practices are being implemented as a security concern, but in all reality this prison guard has implemented such practices because he is bored out of his mind and has nothing better to do than commit such abuses out of malicious spite towards inmates.
Because of C/O McDonald and cellhouse staff being allowed to open and tamper with the mailings of inmates, there have been an avalanch of incidents involving the destruction and loss of inmate mail in the North unit. And it is crystal clear that if C/O McDonald were to be reassigned to a new cellhouse and staff were prevented from tampering with the mailings of inmates, these incidents would cease to exist.
Lt. Potter who is the second shift (Lt) and supervisor as well as Warden Mote have been well aware of the hundreds of incidents involving the destruction and loss of inmate mail, yet have refused to take the neccessary action to place an end to these abuses. Within the last month alone I have had a 1/2 dozen letters or packages I have sent to to the law library for copying, destroyed and simply vanish off the face of the earth. One could easily conclude that C/O McDonald is more than likely involved in these incidents and is also carrying out such abuses against me for reporting staff misconduct.
This C/O is also concocting his own un-written policies by mandating all inmates to turn in their mail by 10:00 PM. Despite their being no such regulation for the Pont.C.C.
C/O McDonald is blatantly violating my legal and privileged communication and retaliating against me.
This C/O is long over due in needing to be removed from the cellhouse to prevent any further incidents of the destruction and mishandling of inmate mail.

# Relief Being Requested

1.) Warden Mote's employment with the I.D.O.C. be terminated for continually condoning and allowing such abuses.

2.) C/O McDernny and Lt. Potter be suspended, C/O McDernny be reassigned.

3.) Mail room and law library staff be allowed to perform their duties and inspect and process such mailings, and Colhoune staff be directed to cease from opening and tampering with inmate mail.

4.) I immediately be afforded my privileged communication with the Inspector General.



STATE OF ILLINOIS
OFFICE OF EXECUTIVE INSPECTOR GENERAL

32 WEST RANDOLPH STREET, SUITE 1300
CHICAGO, ILLINOIS 60601

ROD R. BLAGOJEVICH
GOVERNOR

Z. SCOTT
INSPECTOR GENERAL

REFERRAL

September 1, 2004

Fabian Santiago
#B79716
PO Box 99
Pontiac, IL 61764

Re: Complaint Number 04-00771

Dear Mr. Santiago:

We received and have reviewed your complaint. The Office of Executive Inspector General ("OEIG") was created by the Governor to investigate misconduct in the agencies, boards and commissions directly responsible to the Governor. The OEIG works closely with other inspectors general and agency investigators to complete its investigations. The nature of your allegation is such that the complaint is more appropriately addressed by the Chief of Investigations and Intelligence for the Illinois Department of Corrections, Mary Hodge, who specializes in these types of complaints. Accordingly, we have referred your complaint to that office. Please be aware that there are stringent "whistleblower" protections provided in the State Employees and Officials Ethics Act that prohibit retaliation against those who make good faith allegations of misconduct. Our office has closed the complaint upon this referral.

Sincerely,
Office of Executive Inspector General

# Affidavit or Declaration

I, Gregory Koger, affiant being first duly sworn upon oath state that the following information is true and correct to the best of my knowledge:

1. I am an inmate incarcerated at Pontiac Correctional Center and have been here since September 14, 2000.

2. During my time at Pontiac, the mail room has continually delayed in delivering me my mail, sometimes holding my mail for two, three, even four weeks before giving it to me.

3. This has caused a serious miscommunication between me and my relatives and may very well cause me to miss court mandated dead lines in my litigations.

4. My relatives have contacted this facility on various occasions regarding my mail and prison officials have continually mislead and lied to my relatives claiming that there is only a one week backup delay when infact I received my mail up to a month late from the post mark date.

5. Prison officials have been well aware of the systematic break down of the institutional mailing system and have done every thing to conceal these abuses instead of correcting it.

I, Gregory Koger, declare under penalty of perjury that the foregoing Statements given account to in this affidavit are correct and true in substance and fact.

[signature]
Gregory Koger
Signed on March 20, 2004

EXHIBIT (O)

**STATE OF ILLINOIS )**
**)SS**
**COUNTY OF )**

**AFFIDAVIT**

**I** James Hill (D.O.C.# K02647) **being first duly sworn under oath, depose and state that the following information within this affidavit is true and correct in substance and in facts:**

Internal affairs and the mailroom are sabotaging my mail. I have sent, and had sent to me, personal and legal mail that has not been sent to addressed parties and has not been received by me. I have filed many grievances - But my grievances always "disappear", even though I personally hand-to-hand give them to counselors. These grievances have merit that would be evident to the A.R.B., and I feel there is a conspiracy to sabotage and discard these grievances so I do not receive relief for my issues and the injustices occuring at this institution. Many times I receive envelopes from family members and friends that are empty - And the mailroom writes on the exterior of the envelope "no letter enclosed when opened in the mailroom". I have these envelopes as proof. My family and friends claim, without a doubt, that they are certain they enclosed letters they have written within these envelopes. I have never had this occur in all the eight years I have been incarcerated before being transferred to Pontiac C.C. Now it has become a frequent occurance here. Progressively frequent. I had a lawsuit dismissed because I did not receive my legal mail - to this day still I have not received it - and knew not when to forward my legal work to the courts in response to this mail they sent to me that I did not receive. I have filed grievances on this, too - Four of them, but I fear they have been sabotaged, intercepted, and thrown in the garbage, for it has been several months and I have not received a response to them.

James Hill #K02647
**Affiant Signature**

**SUBSCRIBED AND SWORN TO BEFORE ME**
**THIS______ DAY OF** 10/26/ **20**03.

____________________________

STATE OF ILLINOIS )
)SS
COUNTY OF Levingston )

**AFFIDAVIT**

I James L. Howard, being first duly sworn under oath, depose and state that the following information within this affidavit is true and correct in substance and in facts:

That since I have been in the custody of the pontiac. C. C. I have experienced serious difficulty with the handling of my mailing's. Many of the letters which I have forwarded to my relatives have taken 3 to 4 weeks for my relatives to receive and any of the mailings which my relatives or friends have forwarded to me have taken an average of one month for me to receive, causing a (2) month delay in my communication to anyone outside of this facility.

Since I have been at the pontiac. C.C. I have personally known of literally dozens of inmates at this facility who have experienced similar problems with. The mailing and prison officals have been fully aware of this systematic problem yet have refused to take the necessary action to correct these ongoing incidents which have been known to counselers, grievance officers and the wardens office

James L. Howard
Affiant Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS ____ DAY OF ________ 20__.

10/24/2003

James L. Howard-B10325

P.O. Box-99, Pontiac Ill 61764

**STATE OF ILLINOIS )**
**)SS**
**COUNTY OF** LEVIGSTON)

**AFFIDAVIT**

I Peter Ramos N-33336 **being first duly sworn under oath, depose and state that the following information within this affidavit is true and correct in substance and in facts:**

That Since I have been in the custody of the Pontiac C.C. about (3½ months) the majority of all my mailings have been delivered to me. at an Average of (1) to (1½) months After The Post-mark Date on all letters, packages, Etc. the institutional mailing system at the Pontiac C.C. is Plagued with the mishanding, distruction loss or unreasonable delays of Inmates Mailing Many Relatives and love ones of Inmates have called to inquiry About such abuse yet Prison officals Continue to deny or downplay the saverity of such Abuses

I Peter Ramos declair under Penalty of perjury that the Accounts given to Herein are treve and correct in substance and Fact

**Affiant Signature** Peter Ramos. N-33336

P.O Box 99.
Pontiac ILL 61764.

**SUBSCRIBED AND SWORN TO BEFORE ME THIS______DAY OF_____________20___.**

__________________________

**Notary Public**