E-FILED
Tuesday, 14 December, 2004 03:24:24 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FABIAN SANTIAGO,
   vs.
ROGER E. WALKER, JR. ET AL.,

Civil No. 04-1429

FILED
DEC 13 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Plaintiff's Motion Requesting Appointment of Counsel

Now comes Plaintiff, FABIAN SANTIAGO, Pro Se and Prays that this Honorable Court grant Plaintiff's Motion for Appointment of Counsel. In support thereof, Plaintiff states as follows:

1. Plaintiff is without sufficient income or assets in which to retain counsel for the pending cause before the Court. Plaintiff has submitted a Declaration to proceed without prepayment of fees outlining his financial stances.

2. Plaintiff has never been appointed counsel by this Court, in this or any other civil or criminal proceeding brought before this Court.

3. Plaintiff is in dire need of Counsel to aid Plaintiff in the preparation of his case, to timely review and obtain numerous grievances filed by Plaintiff and other inmates, incident reports, etc. to further support that the defendants were engaged in the practice of targeting Plaintiff and other inmates for retribution for reporting staff misconduct and to deter inmates from seeking litigation against the I.D.O.C.

1 of 2

4. Plaintiff is also in need of counsel to obtain internal memos, reports and internal affairs documentation to demonstrate plaintiff was being monitored for reporting staff misconduct and the very reason and motivation for the defendants working in collaboration to destroy plaintiffs grievances, letters to relatives and media, and legal documentation to the courts.

5. Plaintiff is also in need of counsel to locate and interview other inmates who were being retaliated against for reporting staff misconduct to further demonstrate the pervasive and unlawful practices of the defendants, and to conduct interrogatories, depositions, etc.

WHEREFORE, plaintiffs prays that this Honorable Court grant plaintiffs' motion for appointment of counsel.

Respectfully submitted,

/s/ _____,

Fabian Santiago
#B-76714
Box 99
Pontiac, Il 61764

Executed on Oct. 16, 2004

(2 of 2)