# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA
### VIDEO WRIT

| CASE NAME:<br>Fabian Santiago v. Roger E. Walker, Jr. | CASE NO.<br>04-1429 | Beginning Date of Hearing:<br><br>1/25/05, at 1:45 p.m. | Type of Hearing:<br>Merit Review<br>Length of Hearing:<br>1 hour |
|---|---|---|---|

**TO: THE WARDEN OF PONTIAC CORRECTIONAL CENTER**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Fabian Santiago | B79716 | Pontiac Correctional Center | 1/25/05 | 1:45 p.m. - 2:45 p.m. |
| Judge Baker | N/A | Urbana | 1/25/05 | 1:45 p.m. - 2:45 p.m. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: December 29, 2004

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: ___s/___M. Leininger_____
      DEPUTY CLERK

CC: Plaintiff, Urbana Video Clerk,
 Faxed to: Warden of above Correctional Center

Format and wording approved by IDOC Legal Counsel 2/11/98