O4-1429

E-FILED
Tuesday, 04 January, 2005  08:42:25 AM
Clerk, U.S. District Court, ILCD

TO: COURT CLERK

RE: SANTIAGO VS. WALKER, JR. ET. AL,
CASE NO NOT YET ASSIGNED

FILED

JAN 03 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I FORWARDED A PETITION, Motion to
PROCEED WITHOUT PAYMENT, LETTER OR MEMORANDUM,
AND A Motion FOR APPOINTMENT OT COUNSEL.
to the COURT A FEW WEEKS AGO BUT
HAVE YET to RECEIVE A STAMPED FILED
COPY OT MY PLEADINGS. I DON'T EVEN
So much AS KNOW THE CASE NO.
ASSIGNED TO MY CASE. I AM REQUESTING
IT YOU COULD PLEASE LOOK INTO THIS MATTER
BECAUSE I SENT YOUR OFFICE ADDITIONAL
COPIES SO YOU COULD FORWARD ME A STAMPED
FILED COPY
THANKS

FABIAN SANTIAGO #B-79116
BOX 112
JOLIET, IL 60434