IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

E-FILED
Friday, 07 January, 2005 01:24:07 PM
Clerk, U.S. District Court, ILCD

FILED
JAN 07 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

TO: COURT CLERK

12/30/04

YOU ARE SENDING THE COURTS MAIL TO ME TO THE WRONG ADDRESS I AM LOCATED AT:

FABIAN SANTIAGO
BOX 112
JOLIET IL, 60434