# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA
#### VIDEO WRIT

| CASE NAME: FABIAN SANTIGO v ROGER WALKER | CASE NO. 04-1429 | Beginning Date of Trial: 1/25/2005 | Type of Trial: Length of Trial: days |
|---|---|---|---|

**TO: THE WARDEN OF STATEVILLE CORR CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Fabian Santiago | B 79716 | STATEVILLE | 1/25/2005 | 1:45 - 2:15 |
| Judge Baker | N/A | URBANA | 1/25/2005 | 1:45 - 2:15 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: January 7, 2005

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _____s/K. Wynn_____
          DEPUTY CLERK

cc: Fabian Santiago

Format and wording approved by IDOC Legal Counsel 2/11/98