To: Court Clerk

Re: Santiago J. Walker
Civil No. 1:04-CV-1429

1/4/05

**FILED**
JAN 10 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I have a civil suite pending against the Pontiac.C.C. and your office has been mistakingly had me listed at the Pontiac.C.C. address.
I never filed my suite while still being incarcerated at the Pontiac.C.C.
I am located at: Stateville.C.C.
Box 112
Joliet, Il 60434

1 of 2

THE COURT HAS ISSUED AN ORDER FOR A VIDEO CONFRENCE ON 1/25/05 FOR ME to discuss the MERITS OF MY CASE WITH THE JUDGE BUT THE CONFERENCE IS SCHEDULED AT PONTIAC.C.C.

I AM AT THE STATEVILLE.C.C. I NEVER FILED MY SUITE WHILE AT PONTIAC.C.C. YOU NEED TO CORRECT THIS ERROR SO THE CONFERENCE AND ALL FUTURE MAIL IS SENT TO ME AT:

FABIAN SANTIAGO
#B-79716
BOX 112
Joliet, Il 60434

(2 of 2)