TO: COURT CLERK

I'VE WRITTEN YOU IN THE PAST BUT FOR SOME REASON YOUR OFFICE CONTINUES TO SEND THE COURTS MAILINGS TO ME AT THE PONTIAC.C.C. MY CIVIL SUTE IS AGAINST THE PONTIAC.C.C. BUT I AM LOCATED AT THE STATEVILLE.C.C

PLEASE STOP SENDING THE COURTS MAILINGS TO ME TO THE WRONG ADDRESS IT IS CAUSING UNREASONABLE DELAY IN THE DELIVERY OF MY MAIL

THANKS

FILED
JAN 24 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

FABIAN SANTIAGO
#B-79716
BOX 112
Joliet, Il 60434