E-FILED
Tuesday, 29 March, 2005  10:00:47 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Fabian Santiago
    Vs.
Roger E. Walker, Jr. Et.Al;

Civil no. 04-142

**FILED**
MAR 28 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

<u>PLAINTIFFS MOTION CLEARIFYING THE COURTS ORDER MANDATING THE PRE-PAYMENT
OF COURT COST / FILING FEE</u>

Now comes the plaintiff, Fabian Santiago, pro-se and prays that this honorable court grant the plaintiffs motion seeking to clearify the courts order mandating the plaintiff to pre-pay the court filing fee. In support thereof, The plaintiff states as follows:

1.) Prison officals at the Stateville.c.c. have been intercepting and witholding the plaintiffs mailings to his relatives and the plaintiffs regulare mailings in general, Which has caused unreasonable delays in the delivery of the plaintiffs mailings out of the facility.

2.) The plaintiffs mailings being witheld or distroyed are currently an issue that is being litigated before this court in the plaintiffs civil rights sute brought against variouse offical at the pontiac.c.c. The plaintiffs mailing continue to be tampered with at the Stateville. c.c. as retribution against the plaintiff for filing sute against officals at the pontiac.c.c. in the central district court.

3.) The plaintiff has been vigorousely attempting to communicate with his relatives to pay the entire $150.00 filing fee payment. The plaintiff requested that his relatives forward the the central district court the entire filing fee payment, Which the plaintiffs relatives did in fact carry out. Please see exhibite (A)

4.) Although the plaintiffs relatives did in fact forward the court the entire $150.00 filing fee payment, The check was mistackenly made out to Judge Harold A. Baker ( The presiding Judge ). So the court clerk had the plaintiffs $150.00 filing fee payment returned to the plaintiff. Please see exhibite (A).

5.) The court clerk should of, at the very least, notified the court that the plaintiff had in fact attempted to pay the entire filing fee payment, but that the check had to be returned because of the check being mistakenly made out to the presiding Judge, instead of the court clerk. This information would of allowed the court to realize that the plaintiff was making evry effort to pay the filing fee and therefore, saving the court the trouble of having to actually issue an order mandating the plaintiff to pay such a fee.

6.) The plaintiffs relatives have now for the second time forwarded the court the entire $150.00 filing fee payment, Which has now been made out to the court clerk. Please see exhibite (B). The plaintiff moved to have his relatives forward the filing fee payment to the court long before the court actually issued an order mandating the plaintiff to pay such a fee. The plaintiff has moved in good faith before this court and is not attempting to deceive, mislead or cause unreasonable delays in these proceedings.

7.) The plaintiff is simply asking that this court try to understand that the plaintiff is dealing with circumstances that are out of his controll. The plaintiff mailings are being tampered with by prison officals for the sole purpose of reprisal and the plaintiff should not be looked upon by this court as scurting the provisions of the P.L.R.A. by failing to pay the filing fee, because the plaintiff has for some time now been vigorousely attempting to pay such cost.

8.) The plaintiff is requesting that this honorable court notify the plaintiff of any cost associated with the U.S. Marshells office serving the defendants in this cause with this action. The plaintiff would like to be prepared ( Ahead of time ) to make any and if possible all cost associated with service in this case to the defendants.

9.) The plaintiffs relatives have phoned the central district court clerks office requesting the they ( Relatives ) also be notified of any court cost associated with this litigation to aid and assist the plaintiff in insuring that such cost are paid. So the plaintiff is making evry effort to comply with the federal civil rules of procedure and this courts mandates, but the plaintiff is constantly facing all forms of retribution by prison officals because of the plaintiffs litigation against the I.D.O.C. So if the plaintiff were to miss a statutory or court mandated deadline it would be more than likely due to the actions of prison officals rather than the plaintiffs own culpable negligence.

10.) The plaintiff is being denied regulare access to the prison law library in order to render the plaintiff unable to properly reseach and prepare his pleadings before this court. The plaintiffs regulare mailings are being tampered with by prison officals at the Stateville.c.c., Which clearly are related and coinside with the issues that the plaintiff is currently litigating before this court involving officals at the pontiac.c.c. and the plaintiff is deliberately being keapted in a cell with an inmate that the plaintiff has been having seriouse problems living in the same cell with, yet prison officals refuse to conduct a cell change in the hopes that the plaintiff will end up in a physical con frontation. The plaintiff has filed a motion for a reconsideration to appoint counsel, in order to aid the plaintiff in obtaining injunctive relief / protection and the plaintiff would emplore this court to appoint counsel to place an end to these egregiouse abuses of authority by prison officals.

Wherefore, The plaintiff prays that this honorable court grant the plaintiffs motion to clearify the cost regarding the filing fee payment and appoint the plaintiff counsel.

Respectfully Submitted,

/s/ _____,

3 of 3

Mr.Fabian Santiago. #B-79716

Box.112    Joliet, Il 60434