

# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

March 2, 2005

Fabian Santiago B79716
Stateville Correctional Center
P O Box 112
Joliet, IL 60434

RE: SANTIAGO V WALKER
CASE NO. 04-1429

Dear Mr. Santiago:

The Clerk of the U. S. District Court received money order no. A1002128 in the amount of $150.00, however, the payee is incorrect. This office cannot accept payments when the payee is entered as Judge Harold A. Baker.

The correct payee should be **CLERK, U. S. DISTRICT COURT.** Upon submission of a corrected money order, the Clerk will mail you a receipt for the payment of $150.00.

Sincerely,

s/John M. Waters
JOHN M. WATERS, CLERK
U. S. DISTRICT COURT

JMW/lb
Enclosure-money order no. A1002128 for $150.00

Exhibit (A)