E-FILED
Tuesday, 29 March, 2005  10:22:00 AM
Clerk, U.S. District Court, ILCD

**Date:** March 10, 2005

Fabian,

I Received Your Letter Today 3/10/05, I Revised The Money Order & Resent It Today 3/10/05. Enclosed Is The Paperwork You Wanted Returned From The Office Of The Clerk. Everyone Is Doing Well & We Hope You Are As Well. Norma & Wilson Send You There **LOVE** & We All Hope We Can Soon See You Out Of There God Willing. Thank You For The Kind Words In The Letter. Again If There Is Anything You Need Help With Please Don't Hesitate To Contact Us. Take Care Of Yourself & God Bless!!!!!

Sincerely,

Pete Zervos

Exhibit (B)