# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Fabian Santiago**

      vs.    Case Number: **04-1429**

**Roger E. Walker, Jr., in his official & individual capacity**

**DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the plaintiff's lawsuit is dismissed pursuant to Fed.R.Civ.P. 12(b)(6) and 28 U.S.C. § 1915A.

ENTER this 9th day of August, 2005

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ C. Douglas
BY: DEPUTY CLERK

04-1429.wpd