E-FILED
Monday, 27 March, 2006  11:18:38 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA
### VIDEO WRIT

| CASE NAME: Fabian Santiago vs Roger E. Walker, Jr., et al. | CASE NO. 04-1429 | Beginning Date of Hearing: 4/24/06 at 11:00 a.m. | Type of Hearing: Merit Review Hearing  Length of Hearing: one hour |
|---|---|---|---|

**TO: THE WARDEN OF STATEVILLE CORRECTIONAL CENTER**

   **WE COMMAND** that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

**PERSONS TO APPEAR BY VIDEO**
**ORDER OF APPEARANCE**

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Fabian Santiago | B79716 | Stateville Corr Ctr | 4/24/06 | 11:00 a.m. |
| Judge Baker | n/a | Urbana Courthouse | 4/24/06 | 11:00 a.m. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated:    3/27/06

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _S/ M. Leininger_____
            DEPUTY CLERK

CC:      Video Coordinator
 Faxed to: Warden of Stateville CC
                Video Tech, Urbana

# FAX TRANSMISSION

### CENTRAL DISTRICT OF ILLINOIS
309 FEDERAL BUILDING, 100 N.E. MONROE
PEORIA, IL 61602
309-671-7117
FAX: 309-671-7120

**To:**

Warden, IRCC (309) 647-2087
Urbana Video Clerk, 217/373-5834

**Date:** November 10, 2005

05-1312

**Pages:** 2, including this cover sheet.

**From:** Kerin

**Subject:** Scheduling of Video Conferencing Equipment

COMMENTS:

Wardens:

Attached is the video writ for inmate/witnesses at your institution./location.  Please refer to the attached schedule and call if you have any questions.

# FAX TRANSMISSION

### CENTRAL DISTRICT OF ILLINOIS
309 FEDERAL BUILDING, 100 N.E. MONROE
PEORIA, IL 61602
309-671-7117
FAX: 309-671-7120

| | | | |
|---|---|---|---|
| **To:** | IDOC, Video Scheduler, | **Date:** | November 10, 2005 |
| **Fax #:** | 217/524-6856 | **Pages:** | 2,  including this cover sheet. |

**From:**    Kerin

**Subject:**    Scheduling of Video Conferencing Equipment

COMMENTS:   This is for 05-1312

IDOC, Video Scheduler:

Please schedule the video time as indicated.  THIS IS A POINT-TO--POINT CONNECTION. If you have any questions, please do not hesitate to call me.

*Confirmation needed*