To: Mr. John M. Waters

3/28/06

Re: Santiago Vs. Walker, Jr. Et.Al;
Civil No. 1:04-CV-1429
Judge, Harold A. Baker

    I filed a motion, entitled: Plaintiffs motion for reconsideration/reinstatement of the cause & to Amend the complaint, plaintiff requesting leave to amend.

The above enitled motion was filed in August of 2005, & I have yet to receive a ruling from the District Court on this pleading. I realize that these analysis by the court can be time consuming, & I am in no way pressing for a decision on the motion, I simply would like to know if their has been a ruling on my motion, because I wanted to prevent missing a court deadline to file my appeal regarding this cause.

I am requesting, if your office would please notify me as to whether or not a ruling has been handed down concerning this pleading.

I thank you for your assistance & time with my case.

**FILED**
MAR 3 1 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

/s/ [signature]

Mr. Fabian Santiago. #B-79716

Po Box 112  Joliet, Il 60434