E-FILED
Friday, 28 April, 2006  11:04:37 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA
#### VIDEO WRIT

| CASE NAME:<br><br>Fabian Santiago<br>v.<br>Roger E. Walker, Jr., et al. | CASE NO.<br><br>04-1429 | Beginning Date of Hearing:<br><br>5/11/06, at 11:00 a.m. | Type of Hearing:<br><br>Merit Review<br><br>Length of Hearing:<br><br>One hour |
|---|---|---|---|

**TO: THE WARDEN OF Stateville Correctional Center**
    **WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.**
### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Fabian Santiago | B79716 | Stateville Correctional Center | 5/11/06 | 11:00 a.m. |
| Judge Baker | N/A | Urbana Federal Courthouse | 5/11/06 | 11:00 a.m. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated:   April 28, 2006

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:  _s/M. Leininger_            _____
        DEPUTY CLERK