# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Fabian Santiago** ) | **WRIT OF HABEAS CORPUS** | |
| Plaintiff ) | **AD TESTIFICANDUM** | |
| ) | | |
| **vs** ) | | |
| ) | **CASE NO.:04-1429** | |
| **Walker, et al.** ) | | |
| Defendant ) | | |

**TO: THE WARDEN of** Stateville Correctional Center at Joliet, Illinois.

    **WE COMMAND** that you produce the body of **Fabian Santiago**, Register No. **B79716**, in your custody at Stateville Correctional Center before the United States District Court via the video conference site at Stateville Correctional Center, Joliet, Illinois on **May 11, 2006, at 11:00 a.m. (NOTE: All inmates must arrive at the site at least one-half hour prior to the beginning of the hearing and should not be hand-cuffed during testimony**) and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted. At the termination of said hearing you may return him to the institution.

    **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

    DATED: April 28, 2006

                                            JOHN M. WATERS, CLERK

                                            UNITED STATES DISTRICT COURT

                                            BY:     S/M. Leininger

                                                        Deputy Clerk