E-FILED
Friday, 26 May, 2006  09:20:58 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Fabian Santiago                              Civil No. 04-1429

   Vs.

Roger E. Walker, Jr. Et.Al;                  Judge, Harold A. Baker

FILED
MAY 2 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

<u>PLAINTIFF'S MOTION REQUESTING THE APPOINTMENT OF COUNSEL/ATTORNEY</u>

Now comes the plaintiff, Fabian Santiago, pro-se & prays that this Honorable Court grant the plaintiffs motion requesting the appointment of Counsel/Attorney. In support thereof, the plaintiff states as follows:

1.) The plaintiff is without sufficent income or assets in which to retain counsel for cause pending before this court. The plaintiff has submitted a financial statement outlining factors demonstrating that the plaintiff possess no real instruments of financial value. Moreover, the plaintiff has in fact attempted to retain counsel unsuccessfully by contacting the law offices of: Robert A. clifford, who is licensed to practice law in the State of Illinois & either can or has initiated litigation in the Central District Court.

2.) The plaintiff is in dire need of counsel to help aid the plaintiff in the pre-peration of his case, to timely review & obtain numerous grievances & correspondences filed by the plaintiff & numerous other inmates @ the Pontic.c.c. demonstrating that the plaintiff & inmates who spoke out against prison guard/offical misconduct were targetted for retribution by administrative officals in order to discourage & thwart inmates from seeking redress from the courts.

3.) the plaintiff currently has before the court instances of the plaintiff being systematically targetted for retribution for reporting staff misconduct through the grievance procedure, cooperating with law enforcement to criminally indict prison guards @ the Menard & Pontiac.c.c. who assaulted or carried out reprisal against the plaintiff, which resulted in the defendants in this cause unlawfully intercepting, confiscating, stealing, or distroying the plaintiffs legal documentations, grievances, publications, letters to relatives, correspondences to law enforcement, etc.

4.) The plaintiff requires obtaining the prior history records of the defendants, & internal memoes, etc., to further support that the defendants in this cause have a long history of egregious abuse against inmates & that, the plaintiff was in fact a prime target for reprisal by administration officals for exercising his 1st Amendment Rights against the employees of the I.D.O.C.

5.) The plaintiff may very well half to seek leave from the court to amend his complaint once again, in order to include various other instances of retribution against the plaintiff which took place @ the Pontiac.c.c. & are clearly pertenant to the pending cause. the plaintiff continues to face all forms of reprisal by prison guards/officals @ the Stateville.c.c., which has impeded the plaintiffs efforts to thoroughly research the issues in this pending cause. The Stateville.c.c. is constantly under lockdown statuce which also interferes with the plaintiffs access to the prison law library & in making copies of the plaintiffs pleadings & submitting such documentation to the court.

6.) The court has already scheduled a video conference with the plaintiff that, needed to be cancelled due to a conflict with the courts docketing schedul, & if counsel were appointed all of the critical factors stimying the plaintiffs cause would be vertually eliminated. Moreover, the plaintiff would like for the court to recognize that the courts mailings to the plaintiff have been delivered on an average of 2 to 3 weeks late, which might cause the plaintiff to miss a court mandated deadline.

Wherefore, The plaintiff prays that this Honorable Court grant the plaintiffs motion for the appoint of counsel.

Respectfully Submitted,

/s/ _____,

Mr. Fabian Santiago. #B-79716
Box 112   Joliet, Il 60434

IN THE
U.S. dist. Court
Central dist. of IL

Fabian Santiago
Plaintiff,

v.

Roger E. Walker Jr. et al.,
Defendant

Case No. 04-1429

## PROOF/CERTIFICATE OF SERVICE

TO: Court Clerk
100 N.E. Monroe
Peoria, IL 61602

TO: Attorney General
500 South Second St.
Springfield, IL 62706

PLEASE TAKE NOTICE that on __May 18__, 20_06_, I have placed the documents listed below in the institutional mail at __Stateville__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: __Plaintiff's Motion For the Appointment of Counsel__

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 5/18/06

/s/ [signature]
NAME: Fabian Santiago
IDOC#: B-15716
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434

Revised Oct 2002