E-FILED
Monday, 05 June, 2006 12:54:14 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS



FILED
JUN - 5 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Fabian Santiago                             Civil No. 04-1429

　　　Vs.

Roger E. Walker, Jr. Et.Al;                 Judge, Harold A. Baker

PLAINTIFFS MOTION REQUESTING A MANDATE REQUIRING THE DEFENDANTS TO NOTIFY THE PLAINTIFF OF APPEARANCE

Now comes the plaintiff, Fabian Santiago, pro-se & prays that this Honorable court grant the plaintiffs motion requesting a mandate requiring the defendantants to notify the plaintiff of appearance. In support thereof, the plaintiff states as follows:

1.) The Honorable Judge Baker has issued a mandate requiring service to be issued to every defendant named throughout the plaintiffs complaint for the defendants involvement in the unlawful actions carried out against the plaintiff.

2.) The defendants in this cause are required to respond to the civil charges which the plaintiff has brought before this court within 20 days of service or 60 days if service is waived. The defendant will more than likely file a motion to dismiss the cause well before discovery proceedings are finalized & the plaintiffs has had an-adiquite oppertunity to thoroughly assess all material/documentation to further establish the transpirings which unfolded in this action.

3.) The Honorable Judge Baker has already required the closure of discovery by September of 2006, which only leaves the plaintiff with little more than two (2) months to thoroughly anylize such discovery material & present such findings & proff to the court demonstrating the plaintiffs accounts.

4.) The plaintiff has a great deal of material/documentation/witnesses/ to anylize for the purposes of this litigation, & such a task my not be executed in the alocated time frame set for the closure of discovery by the court, this is also a contributing factor as to why the court should appoint the plaintiff counsel in this cause.

5.) The plaintiff is already restrained to a very limited time frame for the conclusion of discovery, so the plaintiff should not have to wait to be notified by the defendants of their (defendants) appearance untill the defendants have finally responded to the plaintiffs complaint. The defendants in this cause will more than likely be represented by counsel afforded by the Attorney Generals office, & such counsel should not be kept hidden from the plaintiff until the defendants have filed their responce.

6.) The plaintiff would also like for the court to be aware of the fact that, the plaintiffs mailings, legal documentations, publications, etc. have also been systematically intercepted, confiscated, stolen, & witheld for weeks, if not month(s) @ a time by prison officals @ the Stateville.c.c., which may cause the plaintiff to miss court mandated deadlines & without question hender the plaintiffs cause before this court. these impediments would be greatly deminished if the court would afford the plaintiff counsel in this case.

7.) The plaintiff has already prepared his requests for discovery material/documentation to the defendants, which has been submitted to the court with this motion. The plaintiff is in dire need of being informed that the defendants have made an appearance in this cause, so the plaintiff might be able to serve the defendants with such discovery request & immediately proceed with the plaintiffs discovery inquiries.

Wherefore, the plaintiff prays that this Honorable court grant the plaintiffs motion requesting a mandate requiring the defendants to notify the plaintiff of the defendants appearance.

/s/ *[signature]*

Mr. Fabian Santiago. #B-79716
PO Box 112  Joliet, Il 60434

2 of 2

To: Assistant Attorney General

Re: Santiago Vs. Walker, Jr. Et.Al;
Civil No. 04-1429
Judge, Harold A. Baker

PLAINTIFFS REQUEST FOR THE DISCLOSURE OF DISCOVERY MATERIAL UNDER RULE 34, FED.R.CIV.P.

1.) Any & all grievances, complaints, incident reports, memoes, etc. & responces to such documentation received & in the possession of the defendants regarding the incidents outlined throughout the plaintiffs petition involving the systematic interception, confiscation, theft, witholding, or distruction of the plaintiffs mailings, legal documentations, publications, correspondences, etc.

2.) the plaintiff is requesting the full names & badge numbers of defendants C/O-McBernny, C/O Paul, C/O or Sgt. pots, Major Kennedy, & C/O Doss.

3.) The plaintiff is requesting any internal memos, responces, or incident reports circulated through the internal affairs unit, clinical services, Warden & Directors office regarding the incidents outlined throughout the plaintiffs petition involving the systematic interception, confiscation, witholding, theft, & distruction of the plaintiffs mailings in general, legal documentation, publications, correspondences, etc.

4.) The plaintiff is requesting the prior history records regarding the reports or findings of misconduct against every defendant listed in this action.

5.) The plaintiff is requesting the grievances, complaints, etc. filed by other inmates while @ the Pontiac.c.c. from the periode of July 2003, until Nov 2004, involving the interception, confiscation, witholding, theft, or distruction of their mailings, legal documentation, correspondences, publications, etc.

6.) The plaintiff is requesting copies of all of the above mentioned materials, or to be allowed to review & inspect such documentation.

/S/ _____
Mr. Fabian Santiago. #B-79716
Po bOx 112  Joliet, Il 60434

IN THE
U.S. Dist. Court for the
Central Dist. of Illinois

Fabian Santiago )
Plaintiff, )
 )
 ) Case No. 04-1429
v. )
 )
 )
Roger E. Walker, Jr. Et.Al; )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Court Clerk                              TO:

309 Federal Building

100 N.E. Monroe

Peoria, Il  61602

PLEASE TAKE NOTICE that on June 1st, 20 06, I have placed the documents listed below in the institutional mail at Stateville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Plaintiffs motion requesting a mandate requiring the defendants to notify the plaintiff of appearance

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 6/1/06                           /s/
                                       NAME: Fabian Santiago
                                       IDOC#: B-79716
                                       Stateville Correctional Center
                                       P.O. BOX 112
                                       Joliet, IL 60434

Revised Oct 2002