

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

June 9, 2006

Fabian Santiago, B79716
Stateville Correctional Center
P O Box 112
Joliet, IL  60434

RE:  Case No. 04-1429

Dear Mr. Santiago:

    As the attached copy of the docket sheet indicates, the Notice of Lawsuit and Request For Waiver of Summons has been returned unexecuted as to one or more of the named defendants. Ultimately it is the plaintiff's responsibility to locate and effect service on the defendants pursuant to Fed. R. Civ. P. 4. Each defendant must be served within 120 days of the date the complaint was filed. The court may dismiss the complaint as to any defendant not served within that time period. See Fed. R. Civ. P. 4(m).

JOHN M. WATERS
CLERK, U.S. DISTRICT COURT

Enclosure: docket