To: Mr. John M. Waters

Re: Effecting service



**FILED**

JUN 1 2 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Santiago vs. Walker, Jr. Et.Al;
Civil No. 04-1429
Judge, Harold A. Baker

 Today I received a print out from your office of the electronic filing system, indicating that defendants Mr. Melvin could not be served due to there being a discrepency between Francis & Michael Melvin. As well as there being insufficient information to identify defendant S. Penolza.
The Mr. Melvin which is listed in my complaint is: **MR. MICHAEL MELVIN**, Mr. Michael Melvin was the **ASST. WARDEN** of the Pontiac.c.c. during the time of my detainment @ that facility. Moreover, Mr. Michael Melvin is the son of Francis Melvin. Defendant S. Penolza worked for clinical services & as a grievance officer @ the Pontiac.c.c. Ms. S. Penolza is a caucasian female. I can only hope that this information is adiquite for the U.S. Marshals to effect service upon these defendants. I am requesting that your office **PLEASE** attempt to issue service to defendants Mr. Michael Melvin & Ms.-S. Penolza once again.
I apologize for any inconvienence & misunderstanding that I may of caused, & thank you for your time.

              Mr. Fabian Santiago. #B-79716

              PO Box 112  Joliet, Il 60434