E-FILED
Monday, 28 August, 2006  02:19:42 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04-1429 |
| ROGER E. WALKER, JR., SHERRY HILE-BENTON, STEPHEN MOTE, S. PENOLZA, P. HASTINGS, JENNIFER MELVIN, CARRIE MELVIN, MELVIN, KATINA LEVINGSTON, N. OSMAN, MARK SPENCER, PAUL RICH, SHARON EDEN, MCBERNNY, WESLEY WILES, KENNEDY, EMILY RUSKIN, KIM DAILEY, MARGE HEG, POTS, CORREY WILSON, DOSS, LES AMDORE, and PAUL, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**<u>DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME</u>**

NOW COME Defendants, LES AMDOR, SHERRY BENTON, SHARON EDEN, MARGE HAAB, PATRICK HASTINGS, DELECTOR KENNEDY, KATINA LIVINGSTON, LEX McBURNEY, CARRIE MELVIN, JENNIFER MELVIN, MICHAEL MELVIN, STEPHEN D. MOTE, NANCY OSMAN, CHRISTIAN PAUL, TIMOTHY POTTS, PAULA RICH, EMILY RUSKIN, MARK SPENCER, ROGER E. WALKER, JR., WESLEY WILES, and COREY WILSON, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby move for an enlargement of time in which to file their discovery responses in this cause. In support thereof, Defendants state as follows:

1. The undersigned is the Assistant Attorney General assigned to represent the interests of Defendants in this cause.

2. Defendants' discovery responses are due on August 28, 2006.

3. Due to paternity leave, the undersigned has been out of the office and unable to prepare the required discovery responses.

4. Given the undersigned counsel's absence from the office, the Defendants respectfully request an additional 35 days in which to file their discovery responses.

5. This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of preparing correct and proper discovery responses.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request that this Honorable Court grant Defendants' Motion for Enlargement of Time, up to and including October 2, 2006, and grant any further relief that the Court feels necessary and proper.

Respectfully submitted,

LES AMDOR, SHERRY BENTON,
SHARON EDEN, MARGE HAAB,
PATRICK HASTINGS, DELECTOR KENNEDY,
KATINA LIVINGSTON, LEX McBURNEY,
CARRIE MELVIN, JENNIFER MELVIN,
MICHAEL MELVIN, STEPHEN D. MOTE,
NANCY OSMAN, CHRISTIAN PAUL,
TIMOTHY POTTS, PAULA RICH,
EMILY RUSKIN, MARK SPENCER,
ROGER E. WALKER, JR., WESLEY WILES,
and COREY WILSON,

Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

Attorney for Defendants,

By   s/ Jason P. Young
     Jason P. Young, #6279522
     Assistant Attorney General
     500 South Second Street
     Springfield, IL 62706
     Telephone: (217)782-9056
     Facsimile: (217)782-8767
     E-Mail: jyoung@atg.state.il.us

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-1429 |
| ) | |
| ROGER E. WALKER, JR., SHERRY HILE- ) | |
| BENTON, STEPHEN MOTE, S. PENOLZA, ) | |
| P. HASTINGS, JENNIFER MELVIN, CARRIE ) | |
| MELVIN, MELVIN, KATINA LEVINGSTON, ) | |
| N. OSMAN, MARK SPENCER, PAUL RICH, ) | |
| SHARON EDEN, MCBERNNY, WESLEY ) | |
| WILES, KENNEDY, EMILY RUSKIN, KIM ) | |
| DAILEY, MARGE HEG, POTS, CORREY ) | |
| WILSON, DOSS, LES AMDORE, and PAUL, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2006, I electronically filed Defendants' Motion for Enlargement of Time, with the Clerk of Court using the CM/ECF system, and I hereby certify that on said date, I mailed by United States Postal Service, the document to the following non-registered participant:

Fabian Santiago, #B79716
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Respectfully submitted,

 s/ Jason P. Young
Jason P. Young, #6279522
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217)782-9056
Facsimile:  (217)782-8767
jyoung@atg.state.il.us