IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS



E-FILED
Monday, 28 August, 2006 02:24:12 PM
Clerk, U.S. District Court, ILCD

Fabian Santiago                         Civil No.  04-1429

    Vs.

Roger E. Walker, Jr. Et.Al;             Judge, Harold A. Baker

PLAINTIFFS MOTION REQUESTING AN ORDER TO COMPELL THE DISCLOSURE OF DISCOVERY MATERIAL & PENALTIES, COST, & SANCTIONS, UNDER RULE(S) 37(A)(2), & (B), FED.R.CIV.P.;

Now comes the plaintiff, Fabian Santiago, pro-se & prays that this Honorable Court grant the plaintiffs motion requesting an order to compell the disclosure of discovery material, & penalties, cost, & sanctions. In support thereof, the plaintiff states as follows:

1.) Although the District Court has set a scheduled conference call for the month of: September regarding the request & disclosure of discovery material, in this action, the plaintiff has moved in good faith, ~~~~ with the opposing parties, requesting the disclosure of various discovery documentation/material, with the intent of moving these proceedings in a more expedited & efficient mannor, without causing the District Court/Judge Baker, any undue burdens, & in the hopes of rendering the courts conference call of: September, unnecessary.

2.) Upon the date of: July 25, 2006, the plaintiff forwarded to the opposing parties his request & supplemental request for the production of documentation/discovery material. Exhibits (A) through (C), supports & varifies these accounts. The plaintiff has requested nothing more than pertinent materials related to this action, including: the current locations of all unserved defendants, & the prior histories of misconduct of all listed/named defendants.

IN THE
U.S. District Court for
the Central Dist. of Il.

Fabian Santiago )
Plaintiff, )
)
) Case No. 04-1429
v. )
)
Roger E. walker, Jr. Et.Al; )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Court Clerk            TO: Jason P. Young
309 Federal Building           500 South. Second st.
100 N.E. Monroe                Springfield, Il 62706
Peoria, Il  61602

PLEASE TAKE NOTICE that on ___August 23rd___, 20_06_, I have placed the documents listed below in the institutional mail at **Stateville** Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: **Plaintiffs motion requesting an order to compell the disclosure of discovery material, & penalties, cost, & sanctions.**

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 8/23/06

/s/ _[signature]_
NAME: Fabian Santiago
IDOC#: B-79716
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434

IN THE
U.S. District Court for
the Central Dist. of Il.

Fabian Santiago )
Plaintiff, )
) Case No. 04-1429
v. )
)
Roger E. Walker, Jr. Et.Al; )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Mr. Jason P. Young     TO: _____
    Asst. Attorney General
    500 S. Second st.
    Springfield, Il 62706

PLEASE TAKE NOTICE that on __July 25th__, 20_06_, I have placed the documents listed below in the institutional mail at __Stateville__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: **Plaintiffs request for disclosure of discovery material, & supplemental request for disclosure.**

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: __7/25/06__     /s/ _____
                      NAME: Fabian Santiago
                      IDOC#: B-79716
                      __Stateville__ Correctional Center
                      P.O. BOX __112__
                      __Joliet__, IL __60434__

EXHIBIT (A)

To: Assistant Attorney General

Re: Santiago Vs. Walker, Jr. Et.Al;
Civil No.  04-1429
Judge, Harold A. Baker

PLAINTIFFS REQUEST FOR THE DISCLOSURE OF DISCOVERY MATERIAL UNDER RULE 34, FED.R.CIV.P.

1.) Any & all grievances, complaints, incident reports, memoes, etc. & responces to such documentation received & in the possession of the defendants regarding the incidents outlined throughout the plaintiffs petition involving the systematic interception, confiscation, theft, witholding, or distruction of the plaintiffs mailings, legal documentations, publications, correspondences, etc.

2.) the plaintiff is requesting the full names & badge numbers of defendants C/O-McBernny, C/O Paul, C/O or Sgt. pots, Major Kennedy, & C/O Doss.

3.) The plaintiff is requesting any internal memos, responces, or incident reports circulated through the internal affairs unit, clinical services, Warden & Directors office regarding the incidents outlined throughout the plaintiffs petition involving the systematic interception, confiscation, witholding, theft, & distruction of the plaintiffs mailings in general, legal documentation, publications, correspondences, etc.

4.) The plaintiff is requesting the prior history records regarding the reports or findings of misconduct against every defendant listed in this action.

5.) The plaintiff is requesting the grievances, complaints, etc. filed by other inmates while @ the Pontiac.c.c. from the periode of July 2003, until Nov 2004, involving the interception, confiscation, witholding, theft, or distruction of their mailings, legal documentation, correspondences, publications, etc.

6.) The plaintiff is requesting copies of all of the above mentioned materials, or to be allowed to review & inspect such documentation.

/s/ _____

Mr. Fabian Santiago. #B-79716
Po bOx 112  Joliet, Il 60434

EXHIBIT (B)

1 of 1

To: Mr.Jason P. Young                                          July 25th, 2006
Asst. Attorney General


Re: Santiago Vs. Walker,Jr. Et.Al;
Civil No. 04-1429
Judge, Harold A. Baker


PLAINTIFFS SUPPLEMENTAL REQUEST FOR THE DISCLOSURE OF DISCOVERY MATERIAL & DOCUMENTATION
_____


7.) The plaintiff is requesting the full first name of Ms.(S) Penolza, & any information with regards to her discription/identification, & current place of residence/location.


8.) The plaintiff is requesting any information with regards to the discription/ identification, & current place of residence/location, concerning defendants C/O Mr.Jacob Doss, & Ms.Kim Dailey.


9.) The attorney general may disregard paragraph two (2) of the plaintiffs discovery request. Defendants: McBernny, Paul, Pots, Kennedy, have since identified & serviced withnthis action.



EXHIBIT (C)                                          /S/ _____,

                                                     Mr.Fabian Santiago, #B-79716

                                                     PO Box 112  Joliet, Il  60434

IN THE
_____
_____

| | |
|---|---|
| Fabian Santiago | ) |
| Plaintiff, | ) |
| | ) Case No. 04-1429 |
| v. | ) |
| | ) |
| Roger E. Walker, Jr. Et.Al; | ) |
| Defendant | |

## PROOF/CERTIFICATE OF SERVICE

TO: Mr. Jason P. Young          TO: _____
    Asst. Attoney General            _____
    500 S. Second st.                _____
    Springfield, Il 62706            _____

PLEASE TAKE NOTICE that on __August 10th__, 20 _06_, I have placed the documents listed below in the institutional mail at __stateville__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: __Plaintiffs inquiry regarding the disclosure of discovery material/documentation__

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: __8/10/06__                /s/ _____
                                 NAME: Fabian Santiago
                                 IDOC#: B-79716
                                 __Stateville__ Correctional Center
                                 P.O. BOX 112
                                 __Joliet__, IL 60434

EXHIBIT (D)

To: Mr. Jason P. Young  
Asst. Attorney General

August 10th, 2006

Re: Santiago Vs. Walker,Jr. Et.Al;  
Civil No. 04-1429  
Judge, Harold A. Baker

      I have forwarded to your office my request & supplemental request for the disclosure of discovery material/documentation. I am requesting that you please attempted to afford me such material @ your earliest convenience.

I have not received any correspondences from your office in regards to my request, so I am unable to determine, if in fact your office will be able to gather & submit such material within the thirty (30) day time periode allocated for such disclosure.

I would request that you please contact me. either through correspondence or conference call to resolve & address this matter.

I thank you for your time.

/s/ _____

EXHIBIT (E)

Mr. Fabian Santiago. #B-79716  
PO Box 112  Joliet, Il 60434

1 of 1