E-FILED
Thursday, 31 August, 2006 11:58:24 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Fabian Santiago B79716** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 04-1429** |
| **Roger E. Walker, Jr.** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Stateville Correctional Center at Joliet, Illinois.

**WE COMMAND** that you produce the body of **Fabian Santiago**, Register No. **B79716**, who is in your custody at **9:30 a.m.** before the United States District Court on **Tuesday, September 12, 2006** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: 8/31/06

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _____/s/ K. Burns_____
Deputy Clerk