IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04-1429 |
| ROGER E. WALKER, JR., SHERRY HILE-BENTON, STEPHEN MOTE, S. PENOLZA, P. HASTINGS, JENNIFER MELVIN, CARRIE MELVIN, MELVIN, KATINA LEVINGSTON, N. OSMAN, MARK SPENCER, PAUL RICH, SHARON EDEN, MCBERNNY, WESLEY WILES, KENNEDY, EMILY RUSKIN, KIM DAILEY, MARGE HEG, POTS, CORREY WILSON, DOSS, LES AMDORE, and PAUL, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S
## MOTION TO COMPEL DISCLOSURE OF DISCOVERY

NOW COME Defendants, LES AMDOR, SHERRY BENTON, SHARON EDEN, MARGE HAAB, PATRICK HASTINGS, DELECTOR KENNEDY, KATINA LIVINGSTON, LEX MCBURNEY, CARRIE MELVIN, JENNIFER MELVIN, MICHAEL MELVIN, STEPHEN D. MOTE, NANCY OSMAN, CHRISTIAN PAUL, TIMOTHY POTTS, PAULA RICH, EMILY RUSKIN, MARK SPENCER, ROGER E. WALKER, JR., WESLEY WILES, and COREY WILSON, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby respond to Plaintiff's motion to compel discovery. In support thereof, Defendants state as follows:

1.  On or about July 25, 2006, Plaintiff served upon the Defendants a request for the disclosure of discovery materials.

2.  On August 28, 2006, Defendants filed a motion for enlargement of time in which to respond to Plaintiff's discovery request.

1

3. On August 28, 2006, Plaintiff filed a motion requesting an order to compel the disclosure of discovery material [doc 78].

4. Defendants are in the process of responding to the Plaintiff's discovery request and have not yet missed the deadline in which to provide a response.

5. Accordingly, Plaintiff's motion to compel is premature and should be denied.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request that this Honorable Court deny Plaintiff's Motion to Compel Disclosure of Discovery, and grant any further relief that the Court feels necessary and proper.

Respectfully submitted,

LES AMDOR, SHERRY BENTON,
SHARON EDEN, MARGE HAAB,
PATRICK HASTINGS, DELECTOR KENNEDY,
KATINA LIVINGSTON, LEX McBURNEY,
CARRIE MELVIN, JENNIFER MELVIN,
MICHAEL MELVIN, STEPHEN D. MOTE,
NANCY OSMAN, CHRISTIAN PAUL,
TIMOTHY POTTS, PAULA RICH,
EMILY RUSKIN, MARK SPENCER,
ROGER E. WALKER, JR., WESLEY WILES,
and COREY WILSON,

Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

Attorney for Defendants,

By    s/ Jason P. Young
Jason P. Young, #6279522
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217)782-9056
Facsimile: (217)782-8767
E-Mail: jyoung@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, )<br>)<br>                Plaintiff, )<br>)<br>v.                                  )<br>)<br>ROGER E. WALKER, JR., SHERRY HILE-)<br>BENTON, STEPHEN MOTE, S. PENOLZA, )<br>P. HASTINGS, JENNIFER MELVIN, CARRIE )<br>MELVIN, MELVIN, KATINA LEVINGSTON, )<br>N. OSMAN, MARK SPENCER, PAUL RICH, )<br>SHARON EDEN, MCBERNNY, WESLEY )<br>WILES, KENNEDY, EMILY RUSKIN, KIM )<br>DAILEY, MARGE HEG, POTS, CORREY )<br>WILSON, DOSS, LES AMDORE, and PAUL, )<br>)<br>                Defendants. ) | No. 04-1429 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2006, I electronically filed Defendants' Response to Plaintiff's Motion to Compel Disclosure of Discovery, with the Clerk of Court using the CM/ECF system, and I hereby certify that on said date, I mailed by United States Postal Service, the document to the following non-registered participant:

Fabian Santiago, #B79716
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

                Respectfully submitted,

                s/ Jason P. Young
                Jason P. Young, #6279522
                Assistant Attorney General
                500 South Second Street
                Springfield, IL  62706
                Telephone:  (217)782-9056
                Facsimile:  (217)782-8767
                jyoung@atg.state.il.us