E-FILED
Monday, 11 September, 2006 01:12:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS



SEP 11 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Fabian santiago                             Civil No. 04_1429

    Vs.

Roger E. Walker, Jr. Et.Al;                 Judge, Harold A. Baker

PLAINTIFFS REBUTTAL, REGARDING THE DEFENDANTS RESPONCE FOR AN ORDER TO COMPELL THE
DISCLOSURE OF DISCOVERY MATERIAL, PENALTIES, COST & SANCTIONS

Now comes the plaintiff, Fabian Santiago, pro-se & prays that this Honorable Court grant the plaintiffs rebuttal, regarding the defendants responce for an order to compell the disclosure of discovery material, penalties, cost & sanctions. In support thereof, the plaintiff states as follows:

1.) The plaintiff in this cause has submitted his discovery request to the defendants almost (40) day ago, in fact by the time the court receives & rules upon this motion it will more than likely have been well within or serpassed the (50) to (60) day mark since the plaintiff has made his discovery request to the defendants, yet opposing counsel Mr.Jason P. Young, is claiming that the court should excuse his disregard for the plaintiffs discovery request, & grant the defendants an additional (35) day enlargement of time to respond to the plaintiffs inquiraries, due to opposing counsel being on a materity leave.

2.) Surely any maternity leave opposing counsel was absent from his office, did not consume a (35) day periode of time, so the defendants have had more than adiquite time to respond &/or provide the plaintiff with such discovery documentation. Moreover, the Attorney Generals Office is fully staffed & capable to deal with & handle any absences by its staff, therefore, a collegue/assistant @ the Attorney Generals office could of easily addressed & responded to the plaintiffs inquiries on behalf of Mr.Young during his absence from office.

3.) The plaintiff is not attempting to be unreasonable & difficult, but opposing counsel could of easily cummunicated with the plaintiff, either by correspondence or conference call, & simply informed the plaintiff that additional time would be required to furnish the plaintiff with whatever documentation the defendants intended on providing the plaintiff with, instead the defendants chose to simply completely disregard the plaintiff various inquiries concerning the disclosure of dicovery, which compelled & left the plaintiff with no other alternitive but to move with the court requesting an order to compell the disclosure of discovery & levy the appropreate penalties, cost & sanctions.

4.) The plaintiff is not opposed to the defendants being allowed an additional (35) days to afford the plaintiff with the disclosure of discovery material. However, the plaintiff is vehemently opposed to the defendants utilizing the (35) day enlargement of time as a stall tactic, to provide the plaintiff with some discovery materials, yet object to the plaintiff being afforded the most critical documentation, as a means to thwart the plaintiff from demonstrating to the court/jury the actual tranpirings in this cause. The plaintiff would also like to remind the court that, the disclosure of discovery material by the defendants may lead to the plaintiff needing to make additional request for documentation, & these proceedings should not be burried in red tape & legal ranggling.

5.) Opposing counsel Mr.Jason P. Young, is an experienced Attorney who is fully capable of determining @ this time what documentation will & will not be afforded to the plaintiff. The plaintiff has made very explict & concise request for the disclosure of documentation, & such material is clearly pertinent to proving the plaintiffs accounts before this forum of law. Therefore, the plaintiff would not be oppose the defendants being afforded an additional (35) day enlargement of time to provide the plaintiff with whatever documentation the defendants intend on submitting to the plaintiff, yet the plaintiff would request that the court require the defendants to inform the court @ this time what material the defendants are objecting to providing the plaintiff with so the court may analize the factors in dispute & render its (courts) verdict, @ the courts earliest conveinence regarding the plaintiffs request for the disclosure of discovery.

Wherefore, the plaintiff prays that this Honorable Court grant the plaintiffs rebuttal to the defendants responce, grant the defendants an additional (35) days to provide the plaintiff with the disclosure of discovery, require the defendants to inform the court @ this time as to what materials the defendants are refusing to provide the plaintiff, & mandate the defendants to disclose any materials/documentation which the defendants are objecting to submit to the plaintiff, & levy the appropreate penalties, cost & sanctions against the defendants.

/s/ _____,
Mr.Fabian Santiago. #B-79716

PO Box 112  Joliet, Il 60434

2 of 2

IN THE
U.S. District Court for the
Central district of Illinois

Fabian santiago )
Plaintiff, )
) Case No. 04-1429
v. )
)
Roger E. Walker, Jr. Et.Al; )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Court Clerk                    TO: Mr. Jason P. Young
    309 Federal Building                500 South. Second st.
    100 N.E. Moroe                      Springfield, Il 62706
    Peoria, Il 60602

PLEASE TAKE NOTICE that on September 6th, 20 06, I have placed the documents listed below in the institutional mail at Stateville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Plaintiffs rebuttal, regarding the defendants responce for an order to compel the disclosure of discovery material, penalties, cost, & sanctions.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 9/6/06        /s/ [signature]
                    NAME: Fabian Santiago
                    IDOC#: B-79716
                    Stateville Correctional Center
                    P.O. BOX 112
                         Joliet         , IL 60434