E-FILED
Monday, 18 September, 2006  09:16:31 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED
SEP 1 5 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Fabian Santiago                                Civil No. 04-1429

    Vs.

Roger E. walker, Jr. Et.Al                     Judge, Harold A. Baker

PLAINTIFFS MOTION FOR THE SUBSTITUTION OF PARTIES/DEFENDANTS

Now comes the plaintiff, Fabian Santiago, pro-se & prays that this Honorable Court grant the plaintiffs motion for the substitution of parties/defendants. In support thereof, the plaintiff states as follows:

1.) The plaintiff in this cause has has been having serious difficulties deciphering certain names listed upon the plaintiffs grievances, in order to issue service to such defendants. The plaintiff has made a good faith effort to once again submit the proper names of such defendants to the court for the perposes of service & has submitted a new caption page to the court for the sole perpose of fleshing out any deficentcies within the plaintiffs caption page.

2.) The plaintiff would request that the court issue service upon defendants: **S. PENORA, & KIM WILY.** Defendant S. Penora reviewed the plaintiffs grievance of: 10/21/03, & defendant Kim Wily reviewed the plaintiff grievance of: 7/22/04. These defendants refused to take corrective action & sought out to conceal the abuses carried out against the plaintiff.

Wherefore, The plaintiff prays that this Honorable Court grant the plaintiffs motion for the substitution of parties/defendants.

/s/ _[signature]_,

Mr.Fabian Santiago. #B-79716
PO Box 112  Joliet, Il 60434

IN THE
U.S. District Court for the
Central District of Il.

Fabian Santiago            )
Plaintiff,                 )
                           )  Case No.  04-1429
     v.                    )
                           )
Roger E. Walker, Jr. Et.Al;)
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Court Clerk                 TO: Attorney General
    309 Federal Building            500 South. Second st.
    100 N.E. Monroe st.             Springfield, Il 62706
    Peoria, Il 61602

PLEASE TAKE NOTICE that on  September 12th , 20 06 , I have placed the documents listed below in the institutional mail at  Stateville  Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:  Plaintiffs motion for the substitution of parties/defendants

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 9/12/06              /s/ [signature]
                           NAME: Fabian Santiago
                           IDOC#: B-79716
                           Stateville Correctional Center
                           P.O. BOX 112
                           Joliet , IL 60434