RECEIVED
SEP 1 5 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Fabian Santiago | Civil No. 04-C-1429 |
| Vs. | |
| Roger E. Walker, Jr., Sherry Hile Benton, Stephen Mote, S.Penora, P. Hastings, Jenniffer Melvin, Carrie Melvin, Micheal-Melvin, Katina Levingston, N. Osman, Mark G. Spencer, Paula Rich, Sharon Eden, Lex McBurney, Wesley Wiles, Delector Kennedy, Emily Ruskin, Kim Wily, Marge Haab, Timothy-Potts, Correy Wilson, Les Amdor, Christian-Paul. Et.Al; Offical & Individual Capacities | Judge, Harold A. Baker |

## PLAINTIFFS AMENDED COMPLAINT UNDER 42 U.S.C. § 1983

Now comes the plaintiff, Fabian Santiago, Pro-se & brings his complaint against the defendants named herein, & states as follows:

1.) This is a civil action for monitary damages by the plaintiff, Fabian Santiago. The plaintiff seeks relief from the defendants for subjecting him to retalitory treatment in violation of his Rights to Due process & Equal Protection of the Laws under the 1st, 4th, 5th, 8th, 9th, & 14th Amendments to Constitution of the United states of America & title 42 U.S.C. § 1983, Wherein, the plaintiff claims that rights secured to him were violated by the above named defendants acting in there individual capacities under color of State Laws.

### JURISDICTION & VENUE

2.) Jurisdiction of this court is invoked persuant to art IV, § 2; art VII, 1st, 4th, 5th, 8th, 9th, & 14th Amendments to the Constitution of the United States of America & in accordance with provisions if title 28 U.S.C. § 1342. This action arises under title 42 U.S.C. § 1983. Venue is proper in the Central District Court since all actions transpired in this district.