IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716,<br>            Plaintiff,<br><br>v.<br><br>ROGER E. WALKER, JR., SHERRY HILE-BENTON, STEPHEN MOTE, S. PENOLZA, P. HASTINGS, JENNIFER MELVIN, CARRIE MELVIN, MELVIN, KATINA LEVINGSTON, N. OSMAN, MARK SPENCER, PAUL RICH, SHARON EDEN, MCBERNNY, WESLEY WILES, KENNEDY, EMILY RUSKIN, KIM DAILEY, MARGE HEG, POTS, CORREY WILSON, DOSS, LES AMDORE, and PAUL,<br>            Defendants. | No. 04-1429 |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

NOW COME Defendants, LES AMDOR, SHERRY BENTON, SHARON EDEN, MARGE HAAB, PATRICK HASTINGS, DELECTOR KENNEDY, KATINA LIVINGSTON, LEX MCBURNEY, CARRIE MELVIN, JENNIFER MELVIN, MICHAEL MELVIN, STEPHEN D. MOTE, NANCY OSMAN, CHRISTIAN PAUL, TIMOTHY POTTS, PAULA RICH, EMILY RUSKIN, MARK SPENCER, ROGER E. WALKER, JR., WESLEY WILES, and COREY WILSON, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby move for an enlargement of time in which to provide names. In support thereof, Defendants state as follows:

    1.    On September 12, 2006, the Court ordered the Defendants to identify names of officers on specified grievances and to provide those names to the Plaintiff by September 18, 2006.

2. On September 14, 2006, the undersigned received Plaintiff's motion to substitute parties/defendants. In said motion, Plaintiff appears to have been able to identify the individuals in question.

3. The undersigned is currently working with officials at Stateville Correctional Center to verify that the names asserted by Plaintiff are the correct individuals.

4. Given Plaintiff's motion, Defendants respectfully request an additional 14 days in which to verify the names as correct.

5. This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of proper compliance with the Court's Order.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request that this Honorable Court grant Defendants' Motion for Enlargement of Time, and grant any further relief that the Court feels necessary and proper.

Respectfully submitted,

LES AMDOR, SHERRY BENTON,
SHARON EDEN, MARGE HAAB,
PATRICK HASTINGS, DELECTOR KENNEDY,
KATINA LIVINGSTON, LEX McBURNEY,
CARRIE MELVIN, JENNIFER MELVIN,
MICHAEL MELVIN, STEPHEN D. MOTE,
NANCY OSMAN, CHRISTIAN PAUL,
TIMOTHY POTTS, PAULA RICH,
EMILY RUSKIN, MARK SPENCER,
ROGER E. WALKER, JR., WESLEY WILES,
and COREY WILSON, Defendants,
LISA MADIGAN, Attorney General
State of Illinois,
    Attorney for Defendants,
By   s/ Jason P. Young
    Jason P. Young, #6279522
    Assistant Attorney General
    500 South Second Street
    Springfield, IL 62706
    Telephone: (217)782-9056
    Facsimile: (217)782-8767
    E-Mail: jyoung@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-1429 |
| | ) |
| ROGER E. WALKER, JR., SHERRY HILE-BENTON, STEPHEN MOTE, S. PENOLZA, P. HASTINGS, JENNIFER MELVIN, CARRIE MELVIN, MELVIN, KATINA LEVINGSTON, N. OSMAN, MARK SPENCER, PAUL RICH, SHARON EDEN, MCBERNNY, WESLEY WILES, KENNEDY, EMILY RUSKIN, KIM DAILEY, MARGE HEG, POTS, CORREY WILSON, DOSS, LES AMDORE, and PAUL, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2006, I electronically filed Defendants' Motion for Enlargement of Time, with the Clerk of Court using the CM/ECF system, and I hereby certify that on said date, I mailed by United States Postal Service, the document to the following non-registered participant:

> Fabian Santiago, #B79716
> Stateville Correctional Center
> P.O. Box 112
> Joliet, IL 60434

Respectfully submitted,

 s/ Jason P. Young
Jason P. Young, #6279522
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217)782-9056
Facsimile:  (217)782-8767
jyoung@atg.state.il.us