E-FILED
Monday, 02 October, 2006  11:53:10 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-1429 |
| | ) |
| ROGER E. WALKER, JR., SHERRY HILE-BENTON, STEPHEN MOTE, S. PENOLZA, P. HASTINGS, JENNIFER MELVIN, CARRIE MELVIN, MELVIN, KATINA LEVINGSTON, N. OSMAN, MARK SPENCER, PAUL RICH, SHARON EDEN, MCBERNNY, WESLEY WILES, KENNEDY, EMILY RUSKIN, KIM DAILEY, MARGE HEG, POTS, CORREY WILSON, DOSS, LES AMDORE, and PAUL, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO COURT'S ORDER OF SEPTEMBER 12, 2006**

NOW COME Defendants, LES AMDOR, SHERRY BENTON, SHARON EDEN, MARGE HAAB, PATRICK HASTINGS, DELECTOR KENNEDY, KATINA LIVINGSTON, LEX MCBURNEY, CARRIE MELVIN, JENNIFER MELVIN, MICHAEL MELVIN, STEPHEN D. MOTE, NANCY OSMAN, CHRISTIAN PAUL, TIMOTHY POTTS, PAULA RICH, EMILY RUSKIN, MARK SPENCER, ROGER E. WALKER, JR., WESLEY WILES, and COREY WILSON, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby respond to the Court's Order of September 12, 2006. In support thereof, Defendants state as follows:

1. On September 12, 2006, the Court ordered the Defendants to identify names of officers on specified grievances and to provide those names to the Plaintiff by September 18, 2006.

2. On September 14, 2006, the undersigned received Plaintiff's motion to substitute parties/defendants. In said motion, Plaintiff appears to have been able to identify the individuals in question.

3. On September 18, 2006, Defendants requested an additional 14 days to respond to the Court's Order.

4. Despite Plaintiff's motion indicating his ability to identify the individuals in question, Defendants have attempted to independently identify the names on the asserted grievances.

5. It appears that the individual responsible for the review of Plaintiff's grievance dated October 21, 2003, is Stewart Penoyer. (Defendants' Exhibit A).

6. It appears that the individual responsible for the review of Plaintiff's grievance dated July 22, 2004, is Mark McNabb. (Defendants' Exhibit B).

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request that this Honorable Court find the Defendants to have complied with the Court's Order of September 12, 2006, and grant any further relief that the Court feels necessary and proper.

Respectfully submitted,

LES AMDOR, SHERRY BENTON,
SHARON EDEN, MARGE HAAB,
PATRICK HASTINGS, DELECTOR KENNEDY,
KATINA LIVINGSTON, LEX McBURNEY,
CARRIE MELVIN, JENNIFER MELVIN,
MICHAEL MELVIN, STEPHEN D. MOTE,
NANCY OSMAN, CHRISTIAN PAUL,
TIMOTHY POTTS, PAULA RICH,
EMILY RUSKIN, MARK SPENCER,
ROGER E. WALKER, JR., WESLEY WILES,
and COREY WILSON, Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

By    s/ Jason P. Young
      Jason P. Young, #6279522
      Assistant Attorney General
      500 South Second Street
      Springfield, IL  62706
      Telephone:  (217)782-9056
      Facsimile:  (217)782-8767
      E-Mail:  jyoung@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04-1429 |
| ROGER E. WALKER, JR., SHERRY HILE-BENTON, STEPHEN MOTE, S. PENOLZA, P. HASTINGS, JENNIFER MELVIN, CARRIE MELVIN, MELVIN, KATINA LEVINGSTON, N. OSMAN, MARK SPENCER, PAUL RICH, SHARON EDEN, MCBERNNY, WESLEY WILES, KENNEDY, EMILY RUSKIN, KIM DAILEY, MARGE HEG, POTS, CORREY WILSON, DOSS, LES AMDORE, and PAUL, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2006, I electronically filed Defendants' Response to Court's Order of September 12, 2006, with the Clerk of Court using the CM/ECF system, and I hereby certify that on said date, I mailed by United States Postal Service, the document to the following non-registered participant:

Fabian Santiago, #B79716
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Respectfully submitted,

s/ Jason P. Young
Jason P. Young, #6279522
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217)782-9056
Facsimile:  (217)782-8767
jyoung@atg.state.il.us