

**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

November 25, 2003

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance received on November 21, 2003, regarding Mailroom (Mailing of Correspondence 9/3/03 and ongoing), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

You allege in your grievance that Mailroom staff are not mailing out your documents and are preventing you from seeking legal recourse, as you allege your documents are not being mailed out.

The Grievance officer's report (035464) and subsequent recommendation dated November 10, 2003 and approval by the Chief Administrative Officer on November 12, 2003 have been reviewed.

Per the Grievance officer's report, Mailroom staff stated they did not receive the items you refer to and are not withholding or denying any outgoing mail correspondence.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:  Warden Stephen D. Mote, Pontiac Correctional Center
     Fabian Santiago, Register No. B79716
     Chron. File

**EXHIBIT A**

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

## Grievance Officer's Report

Date Received: 10/28/03      Date of Review: 11/10/03      Grievance # (optional): 035464

Committed Person: SANTIAGO, FABIAN      ID#: B34716

Nature of Grievance: MAIL HANDLING

Facts Reviewed: THE GRIEVANCE OFFICER HAS REVIEWED THE OFFENDER'S GRIEVANCE. THE OFFENDER REFERENCES SPECIFICALLY THE HANDLING OF LEGAL MAIL AND DEDUCTIONS FROM THE OFFENDER'S TRUST FUND ACCOUNT FOR THE COST OF SUCH MAIL. PER THE COUNSELOR'S RESPONSE (DATED 10/24/03) THE MAIL ROOM INDICATED THEY DID NOT RECEIVE THE ITEMS YOU REFERENCE TO NOT HAVING GONE OUT BY THE LEGAL LAW ATTENDS ARE NOT WITHHOLDING OR DENYING ANY MAIL CORRESPONSE."

Recommendation: BASED UPON A TOTAL REVIEW OF THE INFORMATION AVAILABLE, IT IS (IN)(OUT) THIS THE OFFENDER'S ISSUE WAS FULLY ADDRESSED. IT IS RECOMMENDED THIS GRIEVANCE BE DENIED.

COUNSELOR PELOTA
Print Grievance Officer's Name                        Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: _____      ☑ I concur      ☐ I do not concur      ☐ Remand

Comments: _____

Chief Administrative Officer's Signature                        11/12/03 Date

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature      B-79716 ID#      11/19/2002 Date

NOV 21 2003

Distribution: Master File; Committed Person      Page 1      DOC 0047 (Eff. 10/2001)
Printed on Recycled Paper      (Replaces DC 5657)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

035464

| | | |
|---|---|---|
| Date: 10/21/2003 | Committed Person: FABIAN SANTIAGO | ID#: B-79716 |
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [x] Other (specify): Trust Fund Office
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Disciplinary Report: ___ Date of Report ___ Facility where issued ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** For over a month and a half now mail room and trust fund staff "who handle money voucher correspondences" have not provided me with the money voucher receipts to my mailings. I have sent out numerous letters and packages, the majority which have been legal mailings. But I have only received 3 money voucher receipts, with the exception of publication subscription receipts.

According to my inmate transaction statement many of my mailings (not all) have been charged to my account but there is no way to clarify exactly which ones.

**Relief Requested:** Case (2) states relief.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

___ Committed Person's Signature   ID#   Date
(Continue on reverse side if necessary)

**Counselor's Response (If applicable)**

Date Received: 10/22/03
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ATTACHED ARE BOTH TRUST FUND STATEMENTS SHOWING YOUR POSTAGE ACTIVITY AND OUTGOING AND INCOMING LEGAL MAIL MAILROOM STATES THEY DID NOT RECEIVE THE ITEMS YOU REFER TO NOT HAVING GONE OUT AND BY THE LEGAL LOG ATTACHED ARE NOT WITHOLDING OR DENYING ANY MAIL CORRESPONDENCE

WESLEY G. WILES    [signature]    10/24/03
Print Counselor's Name   Counselor's Signature   Date of Response

BY YOU OR ANY OTHER OFFENDER UNLESS THEY DON'T HAVE FUNDS

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

NOV 2 1 2003
___ Chief Administrative Officer's Signature   Date

[Stamp: OCT 2003 Pontiac Corr. Ctr. Grievance Off.]

Distribution: Master File; Committed Person   Page   DOC 0046 (Eff.10/2001) (Replaces DC 5657)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE** (Continued)

The Money Vouchers attached to my mailings have the name and address to their destinations. So it is necessary for me to be afforded such receipts. I have sent out a "certified letter" to: The Livingston County Prosecutors Office, (2) packages to: The Livingston County Courthouse, (1) package each to: The United States Supreme Court, Attorney Generals Office and U.S. Department of Justice - Washington D.C. I've also sent various letters to my relatives concerning the illegal and corrupt practices of prison guards at the Pontiac C.C. And their have been instances where I have sent out 3 letters taped together with one Money Voucher.

And have sent out (1) letter to my relatives and (2) letters to publication companies and upon receiving the money voucher receipt it would indicate that I was only charged for (2) letters.

The letters to my relatives are not leaving this facility and certain legal packages of mine, to the courts and law enforcement are being intercepted and prevented from leaving this institution. Ever since Warden Mote and his staff was made aware I was seeking litigation against the Pontiac C.C. I have been held incommunicado from my relatives and the courts.

Mr. Mote has been fully aware of Cellhouse staff, Mail Room and Trust Fund officials destroying the mailings of inmates and claiming they never received them.

Regardless of how the Warden and staff may feel about my communication with my relatives or the courts they have no right to retaliate against me and have me held (in-communicado)

_____

Relief Being Requested

Mail Room And Trust Fund Officals provide me with any and all money voucher receipts immediately after charging me for such mailings

I be provided with the money voucher receipts or photo copies of the money voucher to the following mailings: (description)
328884 - doc postage   $1.71 - Mailed on 9/3/03
333111 - doc postage   $5.11 - Mailed on 10/3/03
334735 - doc postage   $5.94 - Mailed on 10/3/03

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

Date: Jul 22, 2004  Committed Person: Fabian Santiago  ID#: B-79116
Present Facility: Pontiac C.C.  Facility where grievance issue occurred: Pontiac C.C.

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [x] Other (specify): Retaliation
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Disciplinary Report: ___ Date of Report ___ Facility where issued ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On July 21, 2004 I forwarded a letter to the Chicago Tribune c/o Voice of the People, 435 N Michigan, Chi, Il 60611. This letter contained information which outlined widespread corruption and heinous person abuse at the Pontiac C.C. and throughout the I.D.O.C. I forwarded out my letter in a blank envelope with an money voucher attached for postage. All mail sent leaving this facility and any that has been likely distributed for exercising my first amendment rights against the I.D.O.C.

Relief Requested: Case Law States Relief

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature  ID# B-79116  Date 7.22.04

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 8/11/04
[ ] Send directly to Grievance Officer  [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: If this is the mailing you asked me about at the time - I asked the Lt. and he told me - as I told you - he processed it into all pgs and out going mail. Your trust account history show many charges for postage - I cannot verify which is which.

Print Counselor's Name  Counselor's Signature  Date of Response 8/11/04

**EMERGENCY REVIEW**

Date Received: 7/30/04  Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[x] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Stephen D. Mote, Chief Administrative Officer's Signature  Date 7/30/04


EXHIBIT B

I had to write all letters complaining of such abuses and make copys of this letter and forwarded a copy to: USA Today 7950 Jones Branch Dr. McLean VA. 22108. I forwarded this letter out of this facility on July 14, 2004 in a brown envelope with a money voucher attached for postage, yet this letter never left this institution. On July 16, 2004 I forwarded directly to warden Hulks office, in a large manila envelope a letter, brown envelope and money voucher for postage, which was to be forwarded to Steve Chapman of the Chicago Tribune News. In a letter to warden Hulk I stipulated that I had already sent out several letters to various news organizations being critical of I.D.O.C. and that mail room staff were here had likely distroyed by mailing and refusing to forward all letters out for being critical of first amendment right against I.D.O.C. that I had now enclosed all letters to Steve Chapman to the warden office in order for Mr. Hulk to insure all letter was finally mailed out, yet all letter to Steve Chapman of the Chicago Tribune News was never mailed out of this institution. It is crystal clear that warden Hulk staff of mailroom distroyed all letter to the Tribune news and that Mr. Hulk has condoned and has even possibly sanctioned mail room staff to intercept and distroy all mailing to the media.

I have had dozens of mailings of mine to all relatives the media, attorneys and legal documents distroyed by prison officals. Warden Hulks administration has clearly exploited the institutional mailing system grievance procedure and law library in order to prevent inmates from bringing such matters to the attention of the relatives, the media documenting such abuses through the grievance procedure of bringing litigation against the routine c.c. there have been literally hundreds of incidents of inmates being subjected to such instances. Yet warden Hulk and his administration has used every excuse and is uncurable to deny and conceal these abuses. And disregard the inmates complaints the grievance officers continue to play ignorant and portray a facad as if these matters don't exist, yet the majority of inmates at this facility receive the mailings they are afford 3 weeks to the months from the post mail date.

Because I have reported staff misconduct, sought litigation against the I.D.O.C. and have attempted to bring the felonious abuses of prison employees to the attention of the media, I have been systematically targeted from retribution. Regardless of how critical I've been of I.D.O.C. or how wardens here may feel about the matter personally I have a well established right to communicate with the media and if I have violated any rules or regulations of the I.D.O.C. or state and federal laws then I must be afforded due process and issued an investigation of disciplinary ticket.

The lost of First Amendment rights for even a minimal periods of time unquestionably constitutes irreparable harm. Elrod v. Burns, 427 U.S. 347, 373, 96 S.Ct 2673 (1976)

3 of 4

## Relief Requested

1.) Warden Motley Employment with the I.D.O.C. be terminated for continually committing of sanctioning acts of misconduct and retribution against me.

2.) Any further acts of misconduct/retribution being taken against me immediately be placed to an end.

3.) I be immediately afforded my constitutional right to freedom of speech and communication with the media.

4.) Mail room staff be directed to immediately forward my letters to the news organizations I have attempted to contact.

5.) C/o McDonell, Lt. Foster be suspended for their misconduct.

6.) Cellhouse staff be directed to cease from opening and destroying mailings and to allow mail room and law library staff to perform their duties and inspect and process such mailings.

4 of 4

In Addition - (Note)

Within the last month alone I have had a 1/2 dozen letters which I have attempted to forward out of this facility or documents I have attempted to forward to the law library for copies, which have been destroyed. (Cellhouse staff, which include (C/O McBerney) who work the cellhouse C/Acs and various other C/Os have been known to open, read and destroy the mailings of inmates out of spite.

I have filed numerous grievances regarding prison guard misconduct and these staff members have been allowed to continue to commit such abuses against me. Cellhouse prison guards are a major source of why the mailings of inmates are destroyed. These staff members need to be prevented from opening, reading and destroying such mailings and justly allowing the mail room and law library staff to inspect and process such mailings.

Lt. Potter who supervises the second shift and Warden Hare have been fully aware of these abuses plaguing this facility, yet have refused to place an end to these malicious practices. And now C/O McBerney is mandating all inmates to turn in their mailings by 10:00 P.M. or such mailings will not be forwarded out of facility and more than likely destroyed. Yet there is no regulations mandating inmates to turn in their mailings by 10:00 P.M.

1 of 1

# AFFIDAVIT / DECLARATION

I, FABIAN SANTIAGO, hereby declare under penalty of perjury that I have filed numerous grievances regarding the obstruction, mishandling and confiscation of my mailing at the Pont.C.C.

As a result of my complaints and documenting such abuses through the established grievance procedure, Warden Mote, this administration and mail room staff have not only continued, but escalated such abuses against me as retribution. Within the last several weeks alone I have had various letters to the media destroyed and prevented from leaving this facility, I have had (12) adult magazines confiscated and withheld out of spite. I was decieved into signing a form allowing mail room staff to destroy several pages of an (August 2004 Maxim Magazine) because mail room staff claimed it was inappropriate.

(After) receiving my August 2004 issue of Maxim I saw the table of contents and realized the mail room staff had distroyed pages concerning police corruption. This material was not inappropriate and Maxim magazine is an approved publication for the I.d.o.c. I have a subscription to the Chicago Tribune which often reports on police corruption. So mail room staff are clearly abusing their authority out of no reference to obey the Moreover, mail room staff are now refusing to forward me any of my mailings on saturdays, which include the delivery of my Chicago Tribune news paper. These matters have been brought to the attention of Warden Mote and he has done little more than to conceal these on going incidents.

/s/ _[signature]_

Executed on July 24, 2004

FABIAN SANTIAGO #B-79116
P.O. Box 99
Pontiac, Il 61764

10 of 1

To Chicago Tribune News                                    July 27, 2004

Officers with, I have forwarded several letters to your this institution because Prison Officials have continually utilizations against the I.D.O.C, and to prevent me from speaking out and exposing the heinous abuses of the employees of the I.D.O.C.

There have been literally hundreds of incidents involving Prison Officials destroying the mailing, grievances, and legal documents of inmates, in order to prevent inmates from documenting Prison Employee abuse and seeking litigation against the Pontiac C.C.

The Tribune featured an article on the closure of the Pontiac C.C. and possible impact such a closure would have on the locale economy. No Prison in this nation or throughout the state is to function as a means of economic stimulous of stability. Such facilities are to be maintained for the health and safety of the public at large, not as a fuck cash crop for the politicians and media to portray otherwise only supports how fucked outrageous the focus of this state has become.

This nation is not the land of the free, but the land of the fucked incarcerated. America has more human rights abuses and its citizens incarcerated than any other nation in the world. Yet its politicians have the audacity to blast Russia, China, Iraq, etc. for these very same abuses.

This nation has abolished slavery only to re-implement the practice and make it more profitable than ever through the judicial system and prison industrial complex, and these judges, prosecutors, attorneys, law enforcement and Prison Officials are loving every minute of it, with their over blown budgets, bureaucracies, that insure their financial stability.

                                    1 of 3

This facility is being ran by one of the most corrupt and politically connected wardens in the state. Prison guards futilely brutally beat, deny medical attention and have inmates brought up on completely false disciplinary charges to justify their abuses.

Conditions at this institution are so deplorable and inhumane that inmates often engage in the flinging of urine and defecation.

There have been dozens of incidents of inmates attempting suicide to escape these unbearable conditions which has already resulted in several deaths including the beating death of an inmate by prison guards. Many of these inmates simply do not belong in the custody of the I.D.O.C. and should of been transferred into the custody of a medical facility to receive the appropriate treatment.

If one does not enter the Pont.C.C.C. suffering from severe mental and emotional problems, you will certainly leave psychologically scared for the rest of your life. The I.D.O.C. now has an unwritten policy of condoning and allowing prison guards to have inmates brought up on the most petty, ridiculous or even completely false disciplinary charges to fill the segregation units of these institutions, in order to relieve overcrowding in general population.

Many of these prison guards have been known to provoke physical confrontations with inmates in the hopes of being assaulted to obtain days off a promotion and higher pay. The prison guards have little or nothing to fear cause they always have the backing of their unions and are well aware that the great majority of these inmates know little or nothing about the law let alone litigation.

And the internal affairs units throughout these institutions are a joke and mockery. They often investigate these abuses only to conceal and cover up the incidents and protect I.D.O.C. from liability.

2 of 3

The current governor has often preached about widespread corruption and wasteful spending, but has done nothing to bring about true reform. The I.D.O.C. has been known to have been mismanaging hundreds of millions of dollars for years. The majority of these funds have been misappropriated through contracting. The food services etc. And God only knows how many of these contracts have been awarded through cronyism, kick backs and back door deals.

Much of the overcrowding plaguing these institutions could of easily been resolved through the release of these petty and non-violent offenders who have been funneled into the system and have no business being incarcerated in the first place and wasting tax payer dollars. These facilities are being ran as if they were still the fucked up dark ages. With 23 hour lock down periods in general population, double man celling in maximum security units, which has lead to countless inmate on inmate assaults and sexual assaults.

The majority of these incidents go unreported and undocumented. So there is no way to fully assess the totality of the circumstances. The I.D.O.C. seems to condone the heinous abuses of its prison guards and it amazes me that upon release one of these inmates has not returned to one of these facilities to cause serious bodily harm or death to one of these guards. This state is literally turning out even more hardened criminals, sexual predators, deviants and worse offenders. Anyone condoning these atrocities should also bare in mind that they are contributing to the creation of a ticking time bomb. The tribune is long over due in conducting an indepth investigation of the corruption plaguing I.D.O.C.

3 of 3

Fabian Santiago
#B-79716
P.O. Box 99
Pontiac, Il 61764