E-FILED
Wednesday, 11 October, 2006 03:01:40 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Fabian Santiago** | ) | **WRIT OF HABEAS CORPUS** |
|     Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 04-1429** |
| **Walker, et al.** | ) | |
|     Defendant | ) | |

**TO:  THE WARDEN of** Stateville Correctional Center at Joliet, IL.

      **WE COMMAND** that you produce the body of **Fabian Santiago**, Register No. **B79716**, who is in your custody at Stateville Correctional Center before the United States District Court on **Monday, October 30, 2006, at 10:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

    DATED:  October 11, 2006

                                           JOHN M. WATERS, CLERK
                                           UNITED STATES DISTRICT COURT

                                           BY:   s/M. Leininger
                                                 Deputy Clerk