IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED
OCT 1 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Fabian Santiago                              Civil No.  04-1429
        Vs.
Roger E. Walker, Jr. Et.Al;                  Judge, Harold A. Baker

PLAINTIFFS 2ND MOTION FOR THE SUBSTITUTION OF PARTIES & SUBMISSION OF A NEW CAPTION PAGE

Now comes the plaintiff, Fabian Santiago, pro-se & prays that this Honorable Court grant the plainrtiffs motion for the substitution of parties & the submission of a new caption page. In support thereof, The plaintiffs states as follows:

1.) The plaintiff has been attempting for quite some time now, to decipher the names of various prison officals who reviewed the plaintiffs grievances, & had full knowledge of the systematic abuses being carried out against the plaintiff, yet refused to take or recommend corrective action. It was critical for the plaintiff to uncover the names/ identification of such defendants, for the perpose of issuing service upon these defendants. The plaintiff had previously filed a motion requesting the substitution of parties & the submission of a new caption page, under the impression that the plaintiff had in fact uncovered the names of such defendants, but is was only after the plaintiff became in receipt of the defendants pleading revealing the names of such defendants that, the plaintiff realized that, the plaintiff was (incorrect) in the naming/identifying of such defendants, in the plaintiffs (prior) motion for the substitution of parties.& the submission of a new caption page.

2.) The plaintiff apologizes to the court for any inconveniences that may of been caused due to the plaintiff submitting a pleading with the incorrect names of such defendants. The plaintiff request that, the court take into consideration that the plaintiff has always moved in good faith & did not file such a pleading with the court to deliberately cause confusion or unwarrented burdend upon the court.

3.) The plaintiff has since been made aware of the names of such officals by the defendants, & seeks to file a proper motion for the substitution of parties, with the correct names of such defendants, & the plaintiff seeks to submit a new caption page to cure any deficiency that may of lied in the plaintiffs previous caption page. Clearly the court was wise, in requesting that the defendants disclose the names of such parties to the plaintiff, otherwise these matters would of only caused further unnecessary delays upon these proceedings. @ this time the plaintiff would request the defendants <u>Mark McNabb</u>, & <u>Stewart Penoyer</u> be included into this action.

Wherefore, The plaintiff prays that this Honorable Court grant the plaintiffs 2nd motion requesting to substitute parties & the submission of a new caption page

/s/ _____

Mr. Fabian Santiago. #B-79716

Note: The plaintiff has submitted a new caption page togeather with the filing of this motion.

PO Box 112  Joliet, Il 60434

2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Fabian Santiago<br>Vs.<br>Roger E. Walker, Jr., Sherry Hile-Benton, Stephen Mote, Stewart Pen-oyer, Patrick Hastings, Jennifer -Melvin, Carrie Melvin, Michael -Melvin, Katina Levingston, Nancy -Osman, Mark spencer, Paula rich, Sharon Eden, Lex McBerney, Wesley-Wiles, Delector Kennedy, Emily -Ruskin, Marge Haab, Timothy Potts, Correy Wilson, Les Amdor, Christian-Paul, Mark McNabb. Et.Al;<br>Offical & Individual Capacities | Civil No. 04-1429<br><br>Judge, Harold A. Baker |

PLAINTIFFS AMENDED FEDERAL CIVIL RIGHTS COMPLAINT UNER 42 U.S.C. SUBSECTION 1983
___

Now comes the plaintiff, Fabian Santiago, pro-se & brings his complaint against the defendants named herein, & states as follows:

1.) This is a civil action for monitary damages by the plaintiff, Fabian Santiago The plaintiff seeks relief from the defendants for subjecting him to cruel & unusual punishment & retalitory treatment in violation of the plaintiffs rights to Due Process & equal Protection of the Laws under the 1st, 4th, 5th, 8th, 9th, & 14th Amendments to the Constitution of the United States & title 42 U.S.C. § 1983, Wherein, the plaintiff claims that rights secured to him were violated by the above named defendants acting in their individual capacities under color of State Laws.

JURISDICTION & VENUE

2.) Jurisdiction of this court is invoked persuant to Art.IV, § 2; Art.VII, 1st, 4th, 5th, 8th, 9th, & 14th Amendments to the Constitution of the United States in accordance with the provisions of title 28 U.S.C. § 1983. Venue is proper in the Central District of Illinois, since all actions transpired in this district.

IN THE
U.S. District Court for the
Central Dist. Of Illinois

Fabian Santiago  )
Plaintiff,  )
  )  Case No. 04-1429
v.  )
  )
Roger E. Walker, Jr. Et.Al;  )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Court Clerk          TO: Mr. Jason P. Young
309 Federal Building         500 South Second st.
100 N.E. Monroe              Springfield, Il 62706
Peoria, Il 61602

PLEASE TAKE NOTICE that on __Oct. 10th__, 20_06_, I have placed the documents listed below in the institutional mail at __Stateville__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: __Plaintiffs 2nd motion for the substitution of parties & the submission of a new caption page,__

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 10/10/06        /s/ _(signature)_
NAME: Fabian Santiago
IDOC#: B-79716
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434