IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

E-FILED
Monday, 16 October, 2006 10:41:05 AM
Clerk, U.S. District Court, ILCD

FILED
OCT 1 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Fabian Santiago                                    Civil No. 04-1429

    Vs.

Roger E. Walker, Jr. Et.Al;                        Judge, Harold A. Baker


PLAINTIFFS MOTION REQUESTING AN ORDER TO COMPELL THE DISCLOSURE OF DISCOVERY MATERIAL
& PENALTIES, COST, & SANCTIONS, UNDER RULE(S) 37 (A)(2), & (B), FED.R.CIV.P;

Now comes the plaintiff, Fabian Santiago, pro-se, & prays that this Honorable Court grant the plaintiffs motion requesting an order to compell the disclosure of discovery material, penalties, cost, & sanctions. In support therefore, The plaintiff states as follows:

1.) The plaintiff has filed a (prior) motion requesting an order to compell the disclosure of discovery material, in which the court granted the defendants an enlargement of time to respond to the plaintiffs request for the disclosure of discovery documentation, this deadline was set for Oct. 2nd, 2006, yet the plaintiff has not become in receipt of the defendants responce regarding the plaintiffs request for the production of documentation. The court record is crystal clear on the fact the plaintiff has already served the defendants with his discovery request on: July 25, 2006, & then forwarded the defendants a correspondence on: August 10, 2006, regarding the plaintiffs request for the disclosure of documentation, yet the defendant completely disregarded the plaintiffs inquiries.

2.) The plaintiff forwarded the defendant a revised discovery request on: Sept. 22, 2006, limiting the plaintiffs request for documentation, for the convenience of both parties in this cause. The plaintiff did not make any new or additional request for the production of discovery material, & simply edited various materials from the plaintiffs prior request, therefore, the defendants can not claim that they should be afforded an additional (30) days due to the plaintiff revised request,

3.) Exhibits (A) through (D), varifies the plaint revised request for the production1 of documentation, & the defendant acknowledgement of receiving the plaintiffs correspondence. The plaintiff has made a good faith effort to engage the defendants with his discovery request, in the hopes of resolving these matters without the intervention of the court, yet the defendants have time, & time again refused to move in good faith with the plaintiff & disclose such material.

4.) The court afforded the defendants an additional extention of time to respond &/or produce the materials which the plaintiffs has requested (by) Oct. 2, 2006, yet the defendants has not only completely disregarded the plaintiffs request & inquiries, but the defendants has now blatantly disregarded & violated the very mandates of this court. The court should make it loud & clear that, it will not tolerate the defendants burrying the plaintiffs discovery request in red tape, & legal rangling, continue to afford the defendant enlargements of time to respond to the plaintiffs request, only to violate the courts orders.

5.) The defendants are clearly taking advantage of the courts patients & understanding with respect to this matter, & are attempting to stall these proceedings out, for all that they are worth. How many more inquires must the plaintiff make to the defendants regarding the disclosure of discovery material, & how many more enlargements of time will be afforded to the defendants, before the court takes action to end these shenanignas by the defendants in this cause?

6.) The materials which the plaintiff has requested are clearly pertinent to this action, & critical to support the claims & accounts which the plaintiff has brought before this forum of law. The plaintiff has not intitiated this action to waste the courts time with frivilous claims, & causing unwarrented delays. It could not be made anymore evident that, the defendants will continue to impliment every impediment to thwart the plaintiffs efforts from obtaining such materials, so it would only be proper for the court to intervein @ this time. The corrupt prison officals who carried out such abuses against the plaintiff should not be allowed to hide behind there Attorneys, burry this litigation in red tape, & creating a fiasco.

Wherefore, The plaintiff prays that this Honorable Court grant the plaintiffs motion for an order to compell the disclosure of discovery material, which the plaintiff has requested, & levy a $1,500.00 fine against the defendants for violating the courts orders, & deliberately causing unwarrented delays.

/S/ *[signature]*,

Mr. Fabian Santiago. #B-79716

2 of 2

PO Box 112  Joliet, Il 60434

IN THE
U.S. District Court for the
Central District Of Illinois

| | |
|---|---|
| Fabian Santiago<br>Plaintiff, | )<br>)<br>) Case No. _____<br>) |
| v. | ) |
| Roger E. Walker, Jr. Et.Al;<br>Defendant | )<br>) |

### PROOF/CERTIFICATE OF SERVICE

TO: Court Clerk      TO: Jason P. Young
     309 Federal Builiding      500 South. Second st.
     100 N.E. Monroe      Springfield, Il 62706
     Peoria, Il 61602

PLEASE TAKE NOTICE that on September 22, 2006, I have placed the documents listed below in the institutional mail at Stateville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Plaintiff correspondence regarding revised request for the production of documentation. (&) the plaintiff request for the disclosure of the production of documentation.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 9/22/06

/s/ _Fabian Santiago_
NAME: Fabian Santiago
IDOC#: B-79716
Stateville Correctional Center
P.O. BOX 112
     Joliet, IL 60434

Exhibit (A)

TO: Mr.Jason P. Young                                          September 18, 2006
Asst. Attorney General


Re: Santiago Vs. Walker, Jr.Et.Al;
Civil No.
Judge, Harold A. Baker

          I am inclosing a revised request for the disclosure of discovery material. The materials/documentation which I am requesting were already outlined in my prior request for the production of documentation, but I have since been able to obtain various materials which I formally requested of your office & would like to exclude those materials for the convenience of both parties involved in this action. It will (not) be necessary for your office to disclose/produce copies of any grievances & all related responces, regarding the issues which I have grieved & are currently being litigated before the court in this cause. I have since obtained all the grievances which (I) have filed concerning the issues pertinent in this case.

Moreover, I would retract my request for your office to disclose the current location & discription of any defendants which have not been serviced with this action, with respect to defendant Jacob Doss, seeing that I have withdrawn my claims against defendant Doss. I have since attempted to provide the court with the appropreate names of defendants Penora (&) Wily, if for whatever reason, the court is unable to issues service to these defendants, I would request that your office provide me with the correct names of these defendants, as the court has already directed your office to afford me. Please find inclosed my revised request for the production of documentation, which does not include additional/new request for materials.

Exhibit (B)

/s/ _____

Mr.Fabian Santiago. #B-79716
PO Box 112   Joliet, Il 60434

To: Mr. Jason P. Young                                September 18, 2006
Asst. Attorney General


Re: Santiago Vs. Walker, Jr. Et.Al;
Civil No.
Judge, Harold A. Baker


<u>PLAINTIFFS REQUEST FOR THE DISCLOSURE OF DISCOVERY MATERIAL UNDER RULE 34 FED.R.CIV.P;</u>


1.) The plaintiff is requesting any & all internal memoes, incident reports, ect. circulated through the Internal Affairs unit, Clinical Services, Warden & Directors Office regarding the grievances which the plaintiff has filed in this action, & the systematice interception, witholding, theft, distruction, & tampering of the plaintiffs correspondences, publications, legal mailings, access to the court, ett.


2.) The plaintiff is requesting the prior histories of misconduct, any & all reports & findings of misconduct concerning every defendant listed/named in this action, that have been documented within the last two years.


3.) The plaintiff is requesting to (inspect) any & all grievances, responces related to such grievances, incident reports, internal memos, etc. circulated throughout Clinical Services, Internal Affairs, Warden & Directors Office concerning the complaints/grievances which other inmates have filed regarding the interception, witholding, theft, distruction, & tampering of those inmates correspondences, publications, legal mailings, acess to the court, etc., within the time span of: July 2003 to Nov. 2004.


/s/ [signature]

Mr. Fabian Santiago. #B-79716

Po Box 112  Joliet, Il 60434

Exhibit (C)



# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

October 1, 2005

Fabian Santiago, #B-79716
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, IL 62988

Re:   *Fabian Santiago v. Roger Walker, Jr., et al.*
      USDC-CD Ill. No. 04-1429

Mr. Santiago:

This letter is in response to your recent correspondence dated September 18, 2006. In said letter, you stated that you would like to revise your discovery requests. I interpret your letter to be a withdrawal of the prior requests. Accordingly, I will only respond to the newly submitted discovery request.

If you have any questions or concerns regarding this matter, please contact me.

Sincerely,

Jason P. Young
Assistant Attorney General

Exhibit (d)

500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (217) 785-2771 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (312) 814-3374 • Fax: (312) 814-3806
1001 East Main, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (618) 529-6403 • Fax: (618) 529-6416