E-FILED
Friday, 20 October, 2006  01:47:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-1429 |
| | ) |
| ROGER E. WALKER, JR., SHERRY HILE-BENTON, STEPHEN MOTE, S. PENOLZA, P. HASTINGS, JENNIFER MELVIN, CARRIE MELVIN, MELVIN, KATINA LEVINGSTON, N. OSMAN, MARK SPENCER, PAUL RICH, SHARON EDEN, MCBERNNY, WESLEY WILES, KENNEDY, EMILY RUSKIN, KIM DAILEY, MARGE HEG, POTS, CORREY WILSON, DOSS, LES AMDORE, and PAUL, | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION REQUESTING AN ORDER TO COMPEL DISCLOSURE OF DISCOVERY MATERIAL & PENALTIES, COST, & SANCTIONS, UNDER RULE(S) 37 (A)(2), & (B), FED.R.CIV.P**

NOW COME Defendants, LES AMDOR, SHERRY BENTON, SHARON EDEN, MARGE HAAB, PATRICK HASTINGS, DELECTOR KENNEDY, KATINA LIVINGSTON, LEX MCBURNEY, CARRIE MELVIN, JENNIFER MELVIN, MICHAEL MELVIN, STEPHEN D. MOTE, NANCY OSMAN, CHRISTIAN PAUL, TIMOTHY POTTS, PAULA RICH, EMILY RUSKIN, MARK SPENCER, ROGER E. WALKER, JR., WESLEY WILES, and COREY WILSON, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby respond to Plaintiff's Motion Requesting an Order to Compel the Disclosure of Discovery Material & Penalties, Cost, & Sanctions, Under Rule(s) 37 (A((2), & (B), Fed.R.Civ.P.  In support thereof, Defendants state as follows:

1.      On or about July 25, 2006, Plaintiff served upon the Defendants a request for the disclosure of discovery materials.

2. On August 28, 2006, Defendants filed a motion for enlargement of time in which to respond to Plaintiff's discovery request.

3. On September 8, 2006, the Court granted Defendants' motion for enlargement of time and ordered Defendants to respond to Plaintiff's discovery request by October 2, 2006.

4. On or about September 26, 2006, Plaintiff served upon the Defendants a revised discovery request.

5. On September 29, 2006, Defendants sent a letter to Plaintiff indicating their intention to treat his revised discovery request as a withdrawal of his previous discovery request.

6. Under Rule 26 of the Federal Rules of Civil Procedure, the Defendants are entitled to 30 days in which to respond to the Plaintiff's revised discovery request; making Defendants' Response due on October 26, 2006.

7. On October 16, 2006, Plaintiff filed the instant motion to compel discovery and for penalties and sanctions, etc., e-filed by this Court as Document 87.

8. On October 19, 2006, Defendants mailed to Plaintiff, by regular U.S. mail, their Response to Plaintiff's Revised Discovery Request, well in advance of their 30-day deadline.

9. Accordingly, Plaintiff's motion to compel and for sanctions, etc., is premature and should be denied.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request that this Honorable Court deny Plaintiff's Motion Requesting an Order to Compel the Disclosure of Discovery Material & Penalties, Cost, & Sanctions, Under Rule(s) 37

(A((2), & (B), Fed.R.Civ.P, and grant any further relief that the Court feels necessary and proper.

        Respectfully submitted,

        LES AMDOR, SHERRY BENTON,
        SHARON EDEN, MARGE HAAB,
        PATRICK HASTINGS, DELECTOR KENNEDY,
        KATINA LIVINGSTON, LEX McBURNEY,
        CARRIE MELVIN, JENNIFER MELVIN,
        MICHAEL MELVIN, STEPHEN D. MOTE,
        NANCY OSMAN, CHRISTIAN PAUL,
        TIMOTHY POTTS, PAULA RICH,
        EMILY RUSKIN, MARK SPENCER,
        ROGER E. WALKER, JR., WESLEY WILES,
        and COREY WILSON,

            Defendants,

        LISA MADIGAN, Attorney General
        State of Illinois,

            Attorney for Defendants,

By    s/ Jason P. Young
        Jason P. Young, #6279522
        Assistant Attorney General
        500 South Second Street
        Springfield, IL 62706
        Telephone: (217)782-9056
        Facsimile: (217)782-8767
        E-Mail: jyoung@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04-1429 |
| ROGER E. WALKER, JR., SHERRY HILE-BENTON, STEPHEN MOTE, S. PENOLZA, P. HASTINGS, JENNIFER MELVIN, CARRIE MELVIN, MELVIN, KATINA LEVINGSTON, N. OSMAN, MARK SPENCER, PAUL RICH, SHARON EDEN, MCBERNNY, WESLEY WILES, KENNEDY, EMILY RUSKIN, KIM DAILEY, MARGE HEG, POTS, CORREY WILSON, DOSS, LES AMDORE, and PAUL, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2006, I electronically filed Defendants' Response to Plaintiff's Motion Requesting an Order to Compel the Disclosure of Discovery Material & Penalties, Cost, & Sanctions, Under Rule(s) 37 (A((2), & (B), Fed.R.Civ.P, with the Clerk of Court using the CM/ECF system, and I hereby certify that on said date, I mailed by United States Postal Service, the document to the following non-registered participant:

Fabian Santiago, #B79716
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

                                              Respectfully submitted,

                                              s/ Jason P. Young
                                              Jason P. Young, #6279522
                                              Assistant Attorney General
                                              500 South Second Street
                                              Springfield, IL  62706
                                              Telephone:  (217)782-9056
                                              Facsimile:  (217)782-8767
                                              jyoung@atg.state.il.us