**E-FILED**
Tuesday, 14 November, 2006  02:53:03 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

FABIAN SANTIAGO, #B-79716,           )
                                     )
                  Plaintiff,         )
                                     )
      v.                             )     No. 04-1429
                                     )
ROGER E. WALKER, JR., SHERRY HILE-   )
BENTON, STEPHEN MOTE, S. PENOLZA,    )
P. HASTINGS, JENNIFER MELVIN, CARRIE )
MELVIN, MELVIN, KATINA LEVINGSTON,   )
N. OSMAN, MARK SPENCER, PAUL RICH,   )
SHARON EDEN, MCBERNNY, WESLEY        )
WILES, KENNEDY, EMILY RUSKIN, KIM    )
DAILEY, MARGE HEG, POTS, CORREY      )
WILSON, DOSS, LES AMDORE, and PAUL,  )
                                     )
                  Defendants.        )


**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION REQUESTING AN
ORDER TO COMPEL DISCLOSURE OF DISCOVERY MATERIAL & PENALTIES,
COST, & SANCTIONS, UNDER RULE(S) 37 (A)(2), & (B), FED.R.CIV.P**


        NOW COME Defendants, LES AMDOR, SHERRY BENTON,  SHARON EDEN,

MARGE HAAB, PATRICK HASTINGS, DELECTOR KENNEDY, KATINA LIVINGSTON,

LEX MCBURNEY, CARRIE MELVIN, JENNIFER MELVIN, MICHAEL MELVIN, STEPHEN

D. MOTE, NANCY OSMAN, CHRISTIAN PAUL, TIMOTHY POTTS, PAULA RICH, EMILY

RUSKIN, MARK SPENCER, ROGER E. WALKER, JR., WESLEY WILES, and COREY

WILSON, by and through their attorney, Lisa Madigan, Attorney General for the State of

Illinois, and hereby respond to Plaintiff's Motion Requesting an Order to Compel the

Disclosure of Discovery Material & Penalties, Cost, & Sanctions, Under Rule(s) 37 (A((2),

& (B), Fed.R.Civ.P.  In support thereof, Defendants state as follows:

1

1.      On or about September 26, 2006, Plaintiff served upon the Defendants a revised discovery request.  (Defendants' Exhibit A).

2.      On October 19, 2006, Defendants mailed to Plaintiff, by regular U.S. mail, their Response to Plaintiff's Revised Discovery Request.  (Defendants' Exhibit B).

3.      On November 3, 2006, Plaintiff filed the instant motion to compel discovery and for penalties and sanctions, etc., e-filed by this Court as Document 91.  In said motion, Plaintiff asserts that Defendants have not provided him with the requested documents, and that Defendants have attempted to mislead the Court and Plaintiff into believing that the Plaintiff may obtain the requested documents from the master files at any of the 27 Illinois Department of Corrections facilities.  (Plaintiff's motion, generally).

4.      The Plaintiff requested any & all internal memos, incident reports, etc. regarding the grievances which the plaintiff has filed in this action, and the systematic interception, withholding, theft, destruction, and tampering of the plaintiff's correspondences, publications, legal mailings, etc. (Exhibit A, ¶ 1).  In response to this request, Defendants provided Plaintiff with all grievance officer's reports and Administrative Review Board responses to Plaintiff's grievances. (Exhibit B, ¶ 1).  Those documents were the only responsive documents to Plaintiff's request.  No memos, incident reports, or other responsive documents exist.  Defendants are not required to create documents in order to answer Plaintiff's discovery requests.  The undersigned acknowledges that should any of the requested documents be further discovered that he has an ongoing duty to supplement his discovery response.

5.      The Plaintiff also requested the prior histories of misconduct of every defendant listed or named in this cause of action.  (Exhibit A, ¶ 2).  Defendants objected to Plaintiff's request as it is irrelevant to this cause of action.  (Exhibit B, ¶ 2).  Any prior history of misconduct by the Defendants is unrelated to any alleged retaliation suffered by the Plaintiff.

6.      The Plaintiff also requested any and all grievances, responses to grievances, incident reports, or internal memos concerning grievances filed by other inmates regarding the interception, withholding, theft, destruction, and tampering of the inmates' correspondences, publications, legal mailings, etc.. (Exhibit A, ¶ 3).  Defendants objected to Plaintiff's request as it overly broad, unduly burdensome, and irrelevant to this cause of action.  (Exhibit B, ¶ 3).  The Defendant further justified the objections by informing the Plaintiff that grievances and complaints are not filed or indexed by subject name, they are filed by the name of the offender filing the grievance or complaint.  In order to respond to this request, the master file of every offender who had been housed at the facility between July 2003 and November 2004 would have to be reviewed for responsive grievances and complaints.  These master files could now be located at any of the Department's 27 facilities housing adult felons or in the Department's record archives in Springfield, Illinois. (Exhibit B, ¶ 3).  At no time did the Defendants insinuate that the Plaintiff could obtain these documents by searching the above referenced master files.

7.      Since the Plaintiff's discovery has been answered and Defendants have provided documents in existence in response thereto, Plaintiff's motion should be denied.

3

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request that this Honorable Court deny Plaintiff's Motion Requesting an Order to Compel the Disclosure of Discovery Material & Penalties, Cost, & Sanctions, Under Rule(s) 37 (A((2), & (B), Fed.R.Civ.P, and grant any further relief that the Court feels necessary and proper.

Respectfully submitted,

LES AMDOR, SHERRY BENTON,
SHARON EDEN, MARGE HAAB,
PATRICK HASTINGS, DELECTOR KENNEDY,
KATINA LIVINGSTON, LEX McBURNEY,
CARRIE MELVIN, JENNIFER MELVIN,
MICHAEL MELVIN, STEPHEN D. MOTE,
NANCY OSMAN, CHRISTIAN PAUL,
TIMOTHY POTTS, PAULA RICH,
EMILY RUSKIN, MARK SPENCER,
ROGER E. WALKER, JR., WESLEY WILES,
and COREY WILSON,

Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

Attorney for Defendants,

By      s/ Jason P. Young
        Jason P. Young, #6279522
        Assistant Attorney General
        500 South Second Street
        Springfield, IL 62706
        Telephone: (217)782-9056
        Facsimile: (217)782-8767
        E-Mail: jyoung@atg.state.il.us

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-1429 |
| ) | |
| ROGER E. WALKER, JR., SHERRY HILE- ) | |
| BENTON, STEPHEN MOTE, S. PENOLZA, ) | |
| P. HASTINGS, JENNIFER MELVIN, CARRIE ) | |
| MELVIN, MELVIN, KATINA LEVINGSTON, ) | |
| N. OSMAN, MARK SPENCER, PAUL RICH, ) | |
| SHARON EDEN, MCBERNNY, WESLEY ) | |
| WILES, KENNEDY, EMILY RUSKIN, KIM ) | |
| DAILEY, MARGE HEG, POTS, CORREY ) | |
| WILSON, DOSS, LES AMDORE, and PAUL, ) | |
| ) | |
| Defendants. ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 14, 2006, I electronically filed Defendants' Response to Plaintiff's Motion Requesting an Order  to Compel the Disclosure of Discovery Material & Penalties, Cost, & Sanctions, Under Rule(s) 37 (A((2), & (B), Fed.R.Civ.P, with the Clerk of Court using the CM/ECF system, and I hereby certify that on said date, I mailed by United States Postal Service, the document to the following non-registered participant:

Fabian Santiago, #B79716
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Respectfully submitted,

 s/ Jason P. Young
Jason P. Young, #6279522
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217)782-9056
Facsimile:  (217)782-8767
jyoung@atg.state.il.us