E-FILED
Friday, 01 December, 2006  09:32:39 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-1429 |
| | ) |
| ROGER E. WALKER, JR., SHERRY HILE-BENTON, STEPHEN MOTE, S. PENOLZA, P. HASTINGS, JENNIFER MELVIN, CARRIE MELVIN, MELVIN, KATINA LEVINGSTON, N. OSMAN, MARK SPENCER, PAUL RICH, SHARON EDEN, MCBERNNY, WESLEY WILES, KENNEDY, EMILY RUSKIN, KIM DAILEY, MARGE HEG, POTS, CORREY WILSON, DOSS, LES AMDORE, and PAUL, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

NOW COME the Defendants, STEWART PENOYER and MARK McNABB, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submit Defendants' Answer to Plaintiff's Amended Complaint. In support thereof, Defendants state as follows:

### STATEMENT OF CLAIM

1. Pursuant to the Court's Order dated May 15, 2006, the Defendants are filing their Answer as directed.

2. **The defendants violated the Plaintiff's First Amendment rights when they repeatedly interfered with his grievances by refusing to make copies, refusing to respond, failing to forward them on or destroying them in retaliation for plaintiff's previous grievances or lawsuits.**

ANSWER:    Defendants deny the allegations of paragraph 2.

3. **The defendants violated the plaintiff's right to meaningful access to the courts under the First Amendment when they interfered with the plaintiff's grievances.**

ANSWER:    Defendants deny the allegations of paragraph 3.

4. **The defendants violated the plaintiff's First Amendment rights when they repeatedly interfered with his outgoing mail in retaliation for previous lawsuits and grievances.**

ANSWER: Defendants deny the allegations of paragraph 4.

5. **The defendants violated the plaintiff's First and Fourth Amendment rights based on repeated delays and/or tampering and/or censoring of his outgoing mail.**

ANSWER: Defendants deny the allegations of paragraph 5.

### RELIEF REQUESTED

Defendants deny that the Plaintiff is entitled to any relief whatsoever in this cause of action.

### AFFIRMATIVE DEFENSES

1. To the extent Plaintiff has failed to exhaust his administrative remedies, Defendants are entitled to judgment as a matter of law.

2. At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

3. Plaintiff has alleged no physical injury in this matter, and is therefore, barred from recovering mental or emotional damages pursuant to 42 U.S.C. 1997e(e).

Respectfully submitted,

STEWART PENOYER and MARK McNABB,

Defendants,

LISA MADIGAN, Attorney General
of the State of Illinois,

Attorney for Defendants,

By   s/ Jason P. Young
Jason P. Young, #6279522
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217)782-9056
Facsimile: (217)782-8767
E-Mail: jyoung@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-1429 |
| | ) |
| ROGER E. WALKER, JR., SHERRY HILE-BENTON, STEPHEN MOTE, S. PENOLZA, P. HASTINGS, JENNIFER MELVIN, CARRIE MELVIN, MELVIN, KATINA LEVINGSTON, N. OSMAN, MARK SPENCER, PAUL RICH, SHARON EDEN, MCBERNNY, WESLEY WILES, KENNEDY, EMILY RUSKIN, KIM DAILEY, MARGE HEG, POTS, CORREY WILSON, DOSS, LES AMDORE, and PAUL, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2006, I electronically filed Defendants' Answer to Plaintiff's Amended Complaint, on behalf of Defendants Penoyer and McNabb, with the Clerk of Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

Fabian Santiago, #B79716
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Respectfully submitted,

s/ Jason P. Young
Jason P. Young, Attorney Bar #6279522
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217)782-9056
Facsimile: (217)782-8767
jyoung@atg.state.il.us