### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, | ) |
| Plaintiff, | ) |
| v. | ) No. 04-1429 |
| ROGER E. WALKER, JR., SHERRY HILE-BENTON, STEPHEN MOTE, S. PENOLZA, P. HASTINGS, JENNIFER MELVIN, CARRIE MELVIN, MELVIN, KATINA LEVINGSTON, N. OSMAN, MARK SPENCER, PAUL RICH, SHARON EDEN, MCBERNNY, WESLEY WILES, KENNEDY, EMILY RUSKIN, KIM DAILEY, MARGE HEG, POTS, CORREY WILSON, DOSS, LES AMDORE, and PAUL, | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO WITHDRAW

NOW COME the Defendants, STEWART PENOYER and MARK McNABB, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby move to withdraw the Answer filed as Doc 95, under the name of Assistant Attorney General Michael J. Lanzdorf, and to withdraw Assistant Attorney General Michael J. Lanzdorf as an attorney of record in this case. In support thereof, Defendants state as follows:

1. Assistant Attorney General Jason P. Young is assigned to represent the interests of the above-named Defendants in this matter.

2. An Answer (Doc 95) was inadvertently e-filed on December 1, 2006, in this case under the name of Assistant Attorney General Michael J. Lanzdorf.

3. The proper Answer was subsequently e-filed on December 1, 2006, as Doc 96 in this case, under the name of the proper assigned Assistant Attorney General, Jason P. Young, as soon as the error was discovered.

4. Defendants request that Assistant Attorney General Michael J. Lanzdorf be removed as counsel for Defendants, and that the Answer filed under his name be withdrawn.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court to withdraw the Answer filed as Doc 95, under the name of Assistant Attorney General Michael J. Lanzdorf, and to withdraw said attorney as an attorney of record in this case.

Respectfully submitted,

STEWART PENOYER and MARK McNABB,

Defendants,

LISA MADIGAN, Attorney General of the State of Illinois,

Attorney for Defendants,

By   s/ Jason P. Young
Jason P. Young, #6279522
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217)782-9056
Facsimile:  (217)782-8767
E-Mail:  jyoung@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, | ) |
| Plaintiff, | ) |
| v. | ) No. 04-1429 |
| ROGER E. WALKER, JR., SHERRY HILE-BENTON, STEPHEN MOTE, S. PENOLZA, P. HASTINGS, JENNIFER MELVIN, CARRIE MELVIN, MELVIN, KATINA LEVINGSTON, N. OSMAN, MARK SPENCER, PAUL RICH, SHARON EDEN, MCBERNNY, WESLEY WILES, KENNEDY, EMILY RUSKIN, KIM DAILEY, MARGE HEG, POTS, CORREY WILSON, DOSS, LES AMDORE, and PAUL, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2006, I electronically filed Defendants' Motion to Withdraw, on behalf of Defendants Penoyer and McNabb, with the Clerk of Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

Fabian Santiago, #B79716
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Respectfully submitted,

By   s/ Jason P. Young
Jason P. Young, #6279522
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217)782-9056
Facsimile:  (217)782-8767
jyoung@atg.state.il.us