IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS



FILED

JAN - 8 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Fabian Santiago                                Civil No. 04-1429

    Vs.

Roger E. Walker, Jr. Et.Al;                    Judge, Harold A. Baker

PLAINTIFFS MOTION REQUESTING AN ORDER, MANDATING THE DEFENDANTS TO ALLOW THE PLAINTIFF ACCESS TO DEPOSE
─────────────────────────────────────────────────────────────────────────

Now comes the plaintiff, Fabian Santiago, pro-se & prays that this Honorable Court grant the plaintiffs motion requesting an order, mandating the defendants to allow the plaintiff access to depose. In support thereof, the plaintiff states as follows:

1.) The defendants in this cause have been granted leave to depose the plaintiff in this litigation, & in turn, the plaintiff has moved in good faith with the defendants requesting the oppertunity to depose the defendants name throught this civil action. The plaintiff has already made three (3) attempts seeking confermation from the defendants that, the plaintiff will be provided with the oppertunity to depose the defendants, yet the defendants in this cause have blatantly disregarded the plaintiffs efforts to conduct any depositions. Exhibit(s) (A) through (F) demonstrate the plaintiffs various inquiries to the defendants for the scheduling of such depositions.

2.) The defendants clearly fear that, the plaintiff will discover inconsistent or outright bald face lies by the defendants during the execution of such depositions, & therefore, have stymied the plaintiffs efforts to obtain a scheduling to depose the defendants. The plaintiff is clearly entitled to question/depose the defendants under oath, & the defendants have demonstrated that, the plaintiff will never be grated access to depose the defendants without the court mandating compliance.

3.) If the defendants are found to have given contradictory/false claims during depositions, in contrast to any testimony that may be offered by the defendants during trial, the plaintiff will afford the defendants the oppertunity to recant such claims, & if the defendants refuse to rectify their misleading accounts, the plaintiff will move, with question, with the district court, seeking to impeach the defendant(s).

Wherefore, The plaintiff prays that this Honorable Court grant the plaintiffs mtion requesting an order, mandating the defendants to allow the plaintiff access to depose, & require the defendants to issue a scheduling for the plaintiff to conduct such depositions.

/s/ [signature]

Mr. Fabian Santiago. #B-79716

PO Box 112   Joliet, Il 60434

2 of 2

IN THE
U.S. District Court for the
Central District of Il.

Fabian Santiago                    )
Plaintiff,                         )
                                   ) Case No. 04-1429
    v.                             )
                                   )
Roger E. Walker, Jr. Et.Al;        )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Mr. Jason P. Young            TO: _____
    Asst. Attorney General            _____
    500 S. Second st.                 _____
    Springfield, Il 62706             _____

PLEASE TAKE NOTICE that on September 6th, 2006, I have placed the documents listed below in the institutional mail at Stateville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Plaintiffs correspondence regarding deposition, & request to depose the defendants

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 9/6/06                       /s/ _____
                                   NAME: Fabian Santiago
                                   IDOC#: B-79716
                                   Stateville Correctional Center
                                   P.O. BOX 112
                                   Joliet, IL 60434

Exhibit (A)

To: Mr. Jason P. Young　　　　　　　　　　　　　　　　　August 31st, 2006
Asst. attorney General


Re: Santiago Vs. walker, Jr. Et.Al;
Civil No. 04-C-1429
Judge, Harold A. Baker


　　　　　　Since the court has already granted you access to depose, I would request that you please afford me adiquite notice, as to the date(s), & time, in which you will proceed with the deposition. I am requesting @ least two (2) weeks prior notice, I have five (5) legal property boxes stored @ the law library, where the great majority of all of my legal documents are stored, including all materials related to this cause, so it is absolutely necessary for me to be given such notice.

Moreover, I would also like the oppertunity to depose all of the defendants listed/named in this cause, & therefore, would request that you please contact me @ your earliest conveinence, so we might be able to make the proper arrangements for me to depose your clients.

Thank you,

　　　　　　　　　　　　　　　　　　　　　　/s/ _____,

　　　　　　　　　　　　　　　　　　　　　　Mr. Fabian Santiago. #B-79716

Exhibit (B)　　　　　　　　　　　　　　　　PO Box 112  Joliet, Il 60434

IN THE

_____

_____

Fabian Santiago. ) 
Plaintiff, )
) Case No. 04-1429
v. )
)
Roger E. Walker, Jr. Et.Al; )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Mr. Jason P. Young      TO: _____
Asst. Attorney General           _____
500 South. Second st.            _____
Springfield, Il 62706            _____

PLEASE TAKE NOTICE that on Oct. 17th, 20 06, I have placed the documents listed below in the institutional mail at Stateville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Plaintiffs inquiry, regarding depositions correspondence dated: Oct. 16th, 2006

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 10/17/06

/s/ _____
NAME: Fabian Santiago
IDOC#: B-79716
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434

Exhibit (C)

To: Mr. Jason P. Young                                          Oct. 16, 2006
Assistant Attorney General


RE: Santiago Vs. Walker. Et.Al;
Civil No. 04-1429
Judge, Harold A. Baker


I have forwarded a prior correspondence to your office concerning your deposition of me, I have requested that you please afford me ampile time, & @ least a several weeks notice of the date in which you intend on conducting the deposition.

I have also requested that you please insure that the necessary arrangements are made, so that I am afforded the oppertunity to depose your clients. I have not received any confermation that, your office intends on providing me with prior notice of the date, in which I will be deposed, or that the necessary arrangement will be made for me to depose your clients. If I do not receive a responce from your office concerning this matter, I will interpret this action, as a rejection from your office to provide me prior notice of the date, in which I will be deposed, & refusal to allow me the oppertunity to depose your clients.

/s/ _____

Mr. Fabian Santiago. #B-79716
PO Box 112  Joliet, Il 60434

Exhibit (d)

IN THE

_____

_____

| | |
|---|---|
| Fabian Santiago | ) |
| Plaintiff, | ) |
| | ) Case No. 04-1429 |
| v. | ) |
| | ) |
| Roger E. Walker, Jr. Et.Al; | ) |
| Defendant | |

## PROOF/CERTIFICATE OF SERVICE

TO: Mr. Jason P. Young      TO: _____

500 South. Second st.         _____

Springfield, Il 62706         _____

                              _____

PLEASE TAKE NOTICE that on **Nov. 5th**, 20 **06**, I have placed the documents listed below in the institutional mail at **Stateville** Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: **Plaintiffs thrid (3rd) correspondence regarding prior notice of deposition, & requesting to depose the defendants.**

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 11/5/06

/s/ [signature]

NAME: Fabian Santiago
IDOC#: B-79716
**Stateville** Correctional Center
P.O. BOX 112
**Joliet**, IL **60434**

Exhibit (B)

To: Mr. Jason P. Young                                    Nov. 4th, 2006
Assistant Attorney General

Re: Santiago Vs. Walker, Jr. Et.Al;
Civil No. 04-1429
Judge, Harold A. Baker

    I have forwarded to your office two (2) prior correspondences, & this being the third (3rd), regarding my inquiry requesting prior notice of being informed of the approximate date in which you intend on conducting your deposition of me.
I realize that your office may have yet to determine this exact date, but I would request @ least a rough figure, such as, your thoughts as to the month, in which the deposition will be taken.
Moreover, I have also requested that you confirm that the necessary preperations will be made to insure that I am afforded the oppertunity to depose your clients as well. Mr. Young, as you are already well aware of, I am well within my rights to request prior notice of your deposition of me, & requesting to depose your clients in turn.
Considering that, I have now made three (3) attempts to be informed/notified about such matters from your office, & my concerns have yet to be addressed, I can only hope that you intend on responding to my inquiry. I will not contact your office again regarding this issue, & dont believe it should be necessary for me to move with the district court requesting a court order requiring your office to provide me with prior notice of your deposition, & mandating that I be afforded the oppertunity to depose your clients.
I thank you for your time, & hope to be hearing from you.

/s/ _____

Mr. Fabian Santiago. #B-79716

PO Box 112   Joliet, Il 60434

Exhibit (F)

IN THE
U.S. Dist. Court for the
Central Dist. of Illinois

Fabian Santiago
Plaintiff,

v.

Roger E. Walker, Jr. Et.Al;
Defendant

Case No. 04-1429

## PROOF/CERTIFICATE OF SERVICE

TO: Court Clerk
309 Federal Building
100 N.E. Monroe
Peoria, Il 61602

TO: Mr. Jason P. Young
500 S. Second st.
Springfield, Il 62706

PLEASE TAKE NOTICE that on Jan. 4th, 2007, I have placed the documents listed below in the institutional mail at Stateville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Plaintiffs motion requesting an order, mandating the defendants to allow the plaintiff access to depose

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 1/4/07

/s/ [signature]
NAME: Fabian Santiago
IDOC#: B_79716
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434