IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 04-1429 |
| ) | |
| ROGER E. WALKER, JR., SHERRY HILE- ) | |
| BENTON, STEPHEN MOTE, S. PENOLZA, ) | |
| P. HASTINGS, JENNIFER MELVIN, CARRIE ) | |
| MELVIN, MELVIN, KATINA LEVINGSTON, ) | |
| N. OSMAN, MARK SPENCER, PAUL RICH, ) | |
| SHARON EDEN, MCBERNNY, WESLEY ) | |
| WILES, KENNEDY, EMILY RUSKIN, KIM ) | |
| DAILEY, MARGE HEG, POTS, CORREY ) | |
| WILSON, DOSS, LES AMDORE, and PAUL, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

NOW COME the Defendants, LES AMDOR, SHERRY BENTON, SHARON EDEN, MARGE HAAB, PATRICK HASTINGS, DELECTOR KENNEDY, KATINA LIVINGSTON, LEX MCBURNEY, CARRIE MELVIN, JENNIFER MELVIN, MICHAEL MELVIN, STEPHEN D. MOTE, NANCY OSMAN, CHRISTIAN PAUL, TIMOTHY POTTS, PAULA RICH, EMILY RUSKIN, MARK SPENCER, ROGER E. WALKER, JR., WESLEY WILES, and COREY WILSON, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby move for an enlargement of time in which to conduct discovery and file a dispositive motion in this cause. In support thereof, Defendants state as follows:

1.   The undersigned is the Assistant Attorney General assigned to represent the interests of Defendants in this cause.

2.   The current discovery deadline is set for May 31, 2007.

3.   The current dispositive motion deadline is June 12, 2007.

4. Defendants have not yet conducted a deposition of the Plaintiff.

5. Given that a deposition is necessary to prepare a proper dispositive motion, the undersigned respectfully requests an additional 35 days in which to conduct a deposition.

6. A deposition of the Plaintiff is currently scheduled for June 22, 2007.

7. As the discovery deadline would be extended beyond the current dispositive motion deadline, the undersigned respectfully requests an additional 30 days from the extended discovery deadline to file any dispositive motion.

8. This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of properly conducting discovery and filing a dispositive motion.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully pray that the Honorable Court grant Defendants' Motion for Enlargement of Time and grant any further relief that the Court feels necessary and proper.

Respectfully submitted,

LES AMDOR, SHERRY BENTON, SHARON EDEN, MARGE HAAB, PATRICK HASTINGS, DELECTOR KENNEDY, KATINA LIVINGSTON, LEX MCBURNEY, CARRIE MELVIN, JENNIFER MELVIN, MICHAEL MELVIN, STEPHEN D. MOTE, NANCY OSMAN, CHRISTIAN PAUL, TIMOTHY POTTS, PAULA RICH, EMILY RUSKIN, MARK SPENCER, ROGER E. WALKER, JR., WESLEY WILES, COREY WILSON,

Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

Attorney for Defendants,

By   s/ Jason P. Young
Jason P. Young, #6279522
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 785-4555
Facsimile:  (217) 524-5091
E-Mail:  jyoung@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-1429 |
| ) | |
| ROGER E. WALKER, JR., SHERRY HILE- ) | |
| BENTON, STEPHEN MOTE, S. PENOLZA, ) | |
| P. HASTINGS, JENNIFER MELVIN, CARRIE ) | |
| MELVIN, MELVIN, KATINA LEVINGSTON, ) | |
| N. OSMAN, MARK SPENCER, PAUL RICH, ) | |
| SHARON EDEN, MCBERNNY, WESLEY ) | |
| WILES, KENNEDY, EMILY RUSKIN, KIM ) | |
| DAILEY, MARGE HEG, POTS, CORREY ) | |
| WILSON, DOSS, LES AMDORE, and PAUL, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2007, I electronically filed Defendants' Motion for Enlargement of Time, with the Clerk of Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

Fabian Santiago, #B79716
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Respectfully submitted,

 s/ Jason P. Young
Jason P. Young, #6279522
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 785-4555
Facsimile:  (217) 524-5091
jyoung@atg.state.il.us