E-FILED
Friday, 15 June, 2007 12:41:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS



FILED

JUN 1 5 2007

JOHN M. WATE. . . .
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Fabian Santiago                          Civil No.   04-1429

     Vs.

Roger E. Walker, Jr. Et.Al;              Judge, Harold A. Baker

---

<u>PLAINTIFFS MOTION REQUESTING AN ENLARGEMENT OF TIME FOR THE CLOSURE OF DISCOVERY</u>

Now comes the plaintiff, Fabian Santiago, pro-se & prays that this Honorable Court grant
the plaintiffs motion requesting an enlargement of time for the closure of discovery. In
support thereof, the plaintiff states as follows:

1.) The plaintiff has moved requesting various discovery materials from the defendants,
which the defendants have completely disregarded, & simply provided the plaintiff with
certain copies of grievances, which the plaintiff never even requested in his (plain-
tiffs) supplemental request for the production of discovery materials. The plaintiff
has been left with no other alternative, but to file a motion requesting that, the
District Court issue an order (compelling) the disclosure of discovery materials.

2.) The plintiff has filed his motion requesting an order to compell the disclosure
of discovery matetial from the defendants, about six (6) month(s) ago, however, the
District Court has yet to issue its ruling, with respect to the plaintiffs motion,
& the closure of discovery proceedings has been set for May 31st, 2007.

3.) The plaintiff has requested various discovery documentation, which is clearly critical & pertinent in supporting the plaintiffs accounts before this forum of law. The plaintiff has made his discovery request in good faith & has stipulated well established Federal Court presidence reiterating the fact that, the plaintiff is entitled to such materials.

4.) The defendants in this cause have already moved with the court requesting an enlargement of time of the discovery deadline presently set for May 31st, 2007, for the perposes of conducting dispositive motions, & the plaintiff should also be granted such an enlargement of time due to the plaintiff never being afforded any discovery materials since the commencement of this civil action, & the discovery materials which the plaintiff has requesting is currently in limbo awaiting a court ruling/order to compell the disclosure of such documentation from the defendants.

5.) The plaintiff was in dire need for the court to compell the disclosure of discovery from the defendants (before) the closure of discovery proceedings, which was set for May 31st, 2007, in the event that, the plaintiff might need to make further discovery request from the defendants after reviewing the materials which the plaintiff has requested this court to issue an order to compell/disclose from the defendants. The plaintiff has certainly not been afforded a fair oppertunity to reveiw the discovery materials requested, as the court has yet to issue its ruling regarding the plaintiffs request for an order to compell disclosure.

6.) The entire periode of time set for discovery proceedings has been consumed with the plaintiff simply attempting to obtain an order to compell the disclosure of discovery materials from the defendants, & in the event that, the court would issue an order to compell the disclosure of discovery materials from the defendants, the plaintiff would obviously require some time to thoroughly review such materials, which may very well result in the plaintiff makes additional request for the production of discovery documentation.

7.) The defendants have made every effort imaginable to thwart the plaintiffs attempts from recovery such discovery materials, in order to prevent the plaintiff from gathering evidence further supporting the plaintiffs accounts, & the plaintiff believes that, its quite safe to say that the defendants will impliment every tactic to downplay, mislead, & deceive the court/jury from ever learning of the actual transpirings involve in this cause.

8.) The plaintiff is a pro-se litigant, who must bare the burden of carrying out this entire litigation process without the assistance of counsel, dispite the numerous instances of misconduct & reprisals, which the plaintiff was subjected to, & are involved in this cause, not to mention the large number of defendants. The court should certainly take such factors into consideration & grant the plaintiffs request for an enlargement of time for the closure of dicovery proceedings.

9.) In spacific, the plaintiff is seeking for the defendants to disclose the grievances which other I/Ms have filed regarding the thief, mishandling, & distruction, etc. of mailings, in order to demonstrate to the jury that, such unlawful practices by the defendants witholding, stealing, & distroying I/M mailings were an unwritten practic, condoned, concealed, & systematically carried out by th e defendants involved in this cause, & that, such unlawful practices were even more previlent against I/Ms who documented staff misconduct through the grievance? let alone sought litigation against the employees of the I.D.O.C. The disclosure of such grievances may very well result in the need for further discovery request.


10.) In the even that, the court would grant the plaintiffs motion requesting an order to compell the disclosure of discovery material, the plaintiff would require (@ least) a sixty (60) day periode of time from the date of actually receiving such documentation from the defendants, to thoroughly review & determine (if) any further discovery request are needed from the defendants.



Wherefore, The plaintiff prays that this Honorable Court grant the plaintiffs motion requesting an enlargement of time for the closure of discovery proceedings, & grant the plaintiff a sixty (60) day periode of time from the date of receiving discovery materials from the defendants, before discovery proceedings are to conclude, (in the event that, the court would issue an order to compell discovery/disclosure from the defendants).

/s/_____,

Mr.Fabian Santiago. #B-79716

PO Box 112  Joliet, Il 60434

3 of 3

IN THE
U.S. Dist. Court for the
Central Dist. of Illinois

Fabian Santiago                          )
Plaintiff,                               )
                                         )  Case No.   04-1429
        v.                               )
                                         )
Roger E. Walker, Jr. Et.Al;              )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Court Clerks Office              TO: Attorney Generals Office
    309 Federal Building                 Mr.Jason P. Young
    100 N.E. Monroe                      500 South. Second st.
    Peoria, Il  61602                    Springfield, Il  62706

PLEASE TAKE NOTICE that on __June  12th__, 20_07_, I have placed the
documents listed below in the institutional mail at __Stateville__ Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service:

Plaintiffs motion requesting an enlargement of time for the closure of
discovery

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: __6/ 12 /07__

/s/ _____
NAME: Mr.Fabian Santiago
IDOC#:   B-79716
__Stateville__ Correctional Center
P.O. BOX 112
__Joliet__, IL  60434

Revised Jan 2002