E-FILED
Friday, 15 June, 2007  12:42:19 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS



FILED

JUN 1 5 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Fabian Santiago                          Civil No.   04-1429

     Vs.

Roger E. Walker, Jr. Et. Al;             Judge, Harold A. Baker


PLAINTIFFS RENEWED MOTION REQUESTING THE APPOINTMENT OF COUNSEL


Now comes the plaintiff, Fabian Santiago, pro-se & prays that this Honorable Court grant
the plintiffs renewed motion requesting the appointment of counsel. In support thereof,
the plaintiff states as follows:


1.) Although the District Court has previosly (denied) the plaintiffs prior motion re-
questing the appointment of counsel, new & unforseen developements in this civl action
warrent & give the plaintiff just cause in renewing his request for the appointment of
counsel. The plaintiff in this cause was systematically subjected to all forms of mis-
conduct & reprisal by the defendants, which resulted in blatant & egregious violations
of the plaintiffs well established Constitutional Rights, & the plaintiff has alwaysed
moved diligently & in good faith before the court to properly present the facts in this
action, however, due to the lage number of defendants, the numerious incidents involved
in this litigation, the large number of dicovery needing to be disclosed by the defen-
dants, the necessity of needing to locate witnesses, the filing of dispositive motions,
& trial itself, the plaintiff is in dire need of counsel @ this time.

2.) The plaintiff has already filed his motion requesting an order to compell the disclosure of discovery materials from the defendants, which the plaintiff is clearly entitled to, & if the court were to compell such disclosure, of such documentation from the defendants, the plaintiff would be faced with the overwhelming burden of properly analyzing & thoroughly reviewing literally hundreds of documents which would further support the plaintiffs accounts before this court & demonstrate beyond a shadow of a doubt to the jury, the sadistic, evil, & unlawful practices of the defendants. Such materials must be reviewed within a limited time frame, so the plaintiff meets the courts deadlines to file his dispostive motions, stipulate to the court what materials will be presented @ trial-within the pre-trial order, & properly present such facts to the jury itself.

3.) The plaintiff has made certain discovery request that, may very well require the plaintiff to submit additional request for the disclosure of discovery materials, & the plaintiff is truely in need of the assistance of counsel to more readily execute this process without further delays. The plaintiff has requested as a part of discovery, the grievances which other I/Ms have filed regarding the mishandling, witholding, & distruction of mail, in order to demonstrate to the jury that, such unlawful practices by the defendants were systematic & the norm, yet warden Mote, & director Walker, Jr. sought out every tactic & lie imaginable to conceal these practices rather than taking corrective action. The plaintiff surely requires the assistance of counsel to locate (some) of these I/M witnesses, & present their testimonies (other I/Ms) to the jury.

4.) The plaintiff is also somewhat confused as to what stipulations the plaintiff is required to submit to the court, with respect to the filing of dispostive motions, & the plaintiff certainly requires some example format from the court, in order to properly submit such a filing to the court, & the assistance of counsel would address these matters without further confusion or delays. Since the commencement of this civil action, the plaintiff has vigorously sought the assistance of counsel to represent the plaintiff in this litigation. The plaintiff has forwarded literally dozen(s) of correspondences & copies of the plaintiffs complaint to numerous law firms, in the hopes of securing counsel for this cause, however, the majority of such firms have either refused to contact the plaintiff or have refused to undertake representation of the plaintiff.

5.) Without the assistance of counsel, the plaintiffs cause will not be properly presented to the court, let alone the jury, which would surely result in the plaintiff being denied a fair oppertunity of a proper presentation/review throughout these proceedings, & trial itself. The plaintiffs accounts/claims are well grounded within the law, are colorable & merotorious, therefore, the plaintiff moves in good faith @ this time for the appointment of counsel.

Wherefore, The plaintiff prays that this Honorable Court grant the plaintiffs renewed motion requesting the appointment of counsel.

/s/ _____,
Mr. Fabian Santiago. #B-79716
PO Box 112  Joliet, Il 60434

**Wildman, Harrold, Allen & Dixon LLP**
225 West Wacker Drive
Chicago, Illinois 60606-1229
312-201-2000
312-201-2555 fax
www.wildmanharrold.com



Wildman Harrold
*Attorneys and Counselors*

**David R. Askew**
**Director of Pro Bono and**
**Community Service**
**312-201-2554 Direct**
**312-416-4832 Fax**
**askew@wildman.com**

June 1, 2007

Mr. Fabian Santiago
Statevilie Correctionai Center
B79716
P.O. Box 112
Joliet, IL 60434

Dear Mr. Santiago:

Thank you for your letter requesting pro bono representation.  After carefully reviewing your request, we have determined that we will not be able to undertake the representation you are seeking.

Each year we receive hundreds of requests for pro bono representation. Each request is examined on a case-by-case basis according to various criteria, including geographical location, jurisdiction, conflict of interest, etc. Unfortunately, because of the tremendous volume of requests we receive, we are simply not able to undertake each one – regardless of merit.

We wish you the best of luck in your pursuit of legal representation.

Kindest regards,

David R. Askew

DRA:kf

Wildman, Harrold, Allen & Dixon LLP

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD

April 2, 2007

david.chizewer@goldbergkohn.com
direct phone: 312.201.3938
direct fax: 312.863.7438

**VIA U.S. MAIL**

Mr. Fabian Santiago, #B-79716
Illinois Department of Corrections
P.O. Box 112
Joliet, Illinois  60434

Dear Mr. Santiago:

I have received your letter regarding your incarceration.  I am sorry, but I am unable to assist you.  Best of luck.

Sincerely,

David J. Chizewer

DJC/dmo

WALKER

TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

525668v27 4/2/2007 10:33:20 AM          8888.001

⏶ MERITAS LAW FIRMS WORLDWIDE

MAYER
BROWN
R O W E
& M A W

April 4, 2007

Mayer, Brown, Rowe & Maw LLP
190 South La Salle Street
Chicago, Illinois 60603-3441

Mr. Fabian Santiago
B79716
Box 112
Joliet, IL 60434

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

Dear Mr. Santiago:

We have received your letter dated March 22nd, and have forwarded it to Marc Kadish, Director of Pro Bono Activities at Mayer, Brown, Rowe & Maw LLP.

Mayer, Brown only accepts pro bono cases or projects which come from either court appointments or public interest legal organizations with which we have a pre-existing relationship. Even when limiting ourselves to these criteria, we cannot accept all requests.

A college intern working part-time for our pro bono program, has briefly reviewed your letter. We believe your letter should be at least read. Although we are not accepting your case we have forwarded it on to a new project of the John Howard Association of Illinois. The Association has no attorneys to handle criminal or civil litigation, but it has recently established the Prisoner Advocacy, Information and Referral (PAIR) project, in collaboration with several law firms, public service, and community agencies. The project receives and reviews letters regarding claims of current inmates.

Your letter and the nature of your complaint will be organized into a database with those of inmates who have similar issues. We hope that this project will increase the efficiency of handling inmates' pro bono requests so that it is feasible for more individuals such as you to obtain quality legal assistance.

If the Association's staff believes they can assist you by telephoning or writing someone in the Department of Corrections, they will do so. If they believe that your complaint requires the immediate attention of an attorney or an agency, they will refer your letter to them for their review—this is not a guarantee that your case will be accepted. Otherwise, your issue will be available for review on the database by PAIR partners.

We consider your correspondence a consultation between attorney and prospective client and are attaching a basic level of confidentiality to those materials you sent us. If the Association's staff refers your letter to a law firm or agency, they will not reveal information that the Department of Corrections can link to you. If you do not want the Association to process your letter, please let us know so that we can retrieve it. If you have more information that you would like to be reviewed, please send it directly to the John Howard Association at 300 West Adams, Suite 423, Chicago, IL 60606.

Sincerely,

Student intern responding on behalf of Marc Kadish

Brussels Charlotte Chicago Cologne Frankfurt Houston London Los Angeles Manchester New York Palo Alto Paris Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete, Nader y Rojas, S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

IN THE

U.S. Dist. Court for the

Central Dist. of Illinois

Fabian Santiago )
Plaintiff, )
) Case No. 04-1429
v. )
)
Roger E. Walker, Jr. Et.Al; )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Court Clerks Office

309 Federal Building

100 N.E. Monroe

Peoria, Illinois 61602

TO: Mr.Jason P. Young

Asst. Attorney General

500 South. Second

Springfield, Illinois 62706

PLEASE TAKE NOTICE that on ___June 12+h___, 20_06_, I have placed the documents listed below in the institutional mail at _Stateville_ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: **Plaintiffs renewed motion requesting the appointment of counsel**

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _6/ 12 /07_

/s/ _____

NAME: Fabian Santiago

IDOC#: _B-79716_

Stateville_ Correctional Center

P.O. BOX 112_

_Joliet_, IL 60434