E-FILED
Thursday, 16 August, 2007  02:12:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-1429 |
| | ) |
| ROGER E. WALKER, JR., SHERRY HILE-BENTON, STEPHEN MOTE, S. PENOLZA, P. HASTINGS, JENNIFER MELVIN, CARRIE MELVIN, MELVIN, KATINA LEVINGSTON, N. OSMAN, MARK SPENCER, PAUL RICH, SHARON EDEN, MCBERNNY, WESLEY WILES, KENNEDY, EMILY RUSKIN, KIM DAILEY, MARGE HEG, POTS, CORREY WILSON\, DOSS, LES AMDORE, and PAUL, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

NOW COME the Defendants, LES AMDOR, SHERRY BENTON, SHARON EDEN, MARGE HAAB, PATRICK HASTINGS, DELECTOR KENNEDY, KATINA LIVINGSTON, LEX MCBURNEY, CARRIE MELVIN, JENNIFER MELVIN, MICHAEL MELVIN, STEPHEN D. MOTE, NANCY OSMAN, CHRISTIAN PAUL, TIMOTHY POTTS, PAULA RICH, EMILY RUSKIN, MARK SPENCER, ROGER E. WALKER, JR., WESLEY WILES, and COREY WILSON, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby move for an enlargement of time in which to file a dispositive motion in this cause. In support thereof, Defendants state as follows:

1.  The undersigned is the Assistant Attorney General assigned to represent the interests of Defendants in this cause.

2.  The current dispositive motion deadline is August 17, 2007.

3.  The undersigned is currently in the process of obtaining affidavits and exhibits for a dispositive motion, but is unable to obtain all of the necessary documents within the necessary time to meet the current dispositive motion deadline.

4.  Given that the exhibits are necessary to prepare a proper dispositive motion, the undersigned respectfully requests an additional 14 days, from August 17, 2007, up to and including August 31, 2007, within which to file a dispositive motion.

5.  This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of properly filing a dispositive motion.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully pray that this Honorable Court grant Defendants' Motion for Enlargement of Time to file a dispositive motion, up to and including August 31, 2007, and grant any further relief that the Court deems necessary and proper.

Respectfully submitted,

LES AMDOR, SHERRY BENTON, SHARON EDEN, MARGE HAAB, PATRICK HASTINGS, DELECTOR KENNEDY, KATINA LIVINGSTON, LEX MCBURNEY, CARRIE MELVIN, JENNIFER MELVIN, MICHAEL MELVIN, STEPHEN D. MOTE, NANCY OSMAN, CHRISTIAN PAUL, TIMOTHY POTTS, PAULA RICH, EMILY RUSKIN, MARK SPENCER, ROGER E. WALKER, JR., WESLEY WILES, and COREY WILSON,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

By   s/ Jason P. Young
    Jason P. Young, #6279522
    Assistant Attorney General
    500 South Second Street
    Springfield, IL  62706
    Telephone:  (217) 782-9056
    Facsimile:  (217) 782-8767
    E-Mail:  jyoung@atg.state.il.us

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04-1429 |
| ROGER E. WALKER, JR., SHERRY HILE-BENTON, STEPHEN MOTE, S. PENOLZA, P. HASTINGS, JENNIFER MELVIN, CARRIE MELVIN, MELVIN, KATINA LEVINGSTON, N. OSMAN, MARK SPENCER, PAUL RICH, SHARON EDEN, MCBERNNY, WESLEY WILES, KENNEDY, EMILY RUSKIN, KIM DAILEY, MARGE HEG, POTS, CORREY WILSON, DOSS, LES AMDORE, and PAUL, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2007, I electronically filed Defendants' Motion for Enlargement of Time, with the Clerk of Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

Fabian Santiago, #B79716
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Respectfully submitted,

 s/ Jason P. Young
Jason P. Young, #6279522
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-9056
Facsimile:  (217) 782-8767
jyoung@atg.state.il.us