IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| FABIAN SANTIAGO, #B-79716, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1429 |
| | ) | |
| ROGER E. WALKER, JR., SHERRY HILE-BENTON, STEPHEN MOTE, S. PENOLZA, P. HASTINGS, JENNIFER MELVIN, CARRIE MELVIN, MELVIN, KATINA LEVINGSTON, N. OSMAN, MARK SPENCER, PAUL RICH, SHARON EDEN, MCBERNNY, WESLEY WILES, KENNEDY, EMILY RUSKIN, KIM DAILEY, MARGE HEG, POTS, CORREY WILSON, DOSS, LES AMDORE, and PAUL, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION(S) FOR
AN ORDER OF PENALTIES, COSTS, & SANCTIONS**

NOW COME Defendants, LES AMDOR, SHERRY BENTON, SHARON EDEN, MARGE HAAB, PATRICK HASTINGS, DELECTOR KENNEDY, KATINA LIVINGSTON, LEX MCBURNEY, CARRIE MELVIN, JENNIFER MELVIN, MICHAEL MELVIN, STEPHEN D. MOTE, NANCY OSMAN, CHRISTIAN PAUL, TIMOTHY POTTS, PAULA RICH, EMILY RUSKIN, MARK SPENCER, ROGER E. WALKER, JR., WESLEY WILES, and COREY WILSON, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby respond to Plaintiff's Motion for an Order of Penalties, Cost, & Sanctions, and to Plaintiff's Supplemental Motion for an Order of Penalties, Costs, & Sanctions. In support thereof, Defendants state as follows:

1

1. On August 20, 2007, Plaintiff filed his motion for sanctions against the Defendants. (Court Document #106). On August 23, 2007, Plaintiff filed a supplemental motion for sanctions. (Court Document #107). In both of said motions, Plaintiff seeks sanctions against the Defendants for an alleged failure to properly provide Plaintiff with requested discovery documents.

2. On or about July 27, 2006, Plaintiff served upon Defendants a discovery request seeking production of various documents. (Defendants' attached Exhibit A).

3. On or about September 27, 2006, and prior to Defendants' response to Plaintiff's initial discovery request, Defendants received a revised discovery request from Plaintiff, dated September 18, 2006, along with Plaintiff's letter of explanation. (Defendants' attached Exhibit B).

4. On October 1, 2006, Defendants sent a letter to the Plaintiff indicating that it was their interpretation that Plaintiff's revised discovery request was in essence a withdrawal of his prior discovery request. (Defendants' attached Exhibit C)  Plaintiff did not respond to Defendants' letter.

5. On October 19, 2006, Defendants mailed to Plaintiff, by regular U.S. mail, their Response to Plaintiff's Revised Discovery Request. (Defendants' attached Exhibit D).

6. On November 3, 2006, Plaintiff filed a motion to compel discovery and for penalties and sanctions. (Court Document #91). In said motion, Plaintiff asserted that Defendants did not provide him with the requested documents, and that Defendants attempted to mislead the Court.

7.     On June 25, 2007, the Court denied Plaintiff's motion to compel. (Court Document #103). In said Order, the Court also stated that all discovery must be completed on or before July 27, 2007.

8.     On or about August 5, 2007, Defendants received a letter dated August 3, 2007, from the Plaintiff requested that the Defendants provide the Plaintiff with copies of all correspondences sent by the Plaintiff to Defendants Mote, Wilson, and Walker regarding his filed grievances. The Plaintiff also requested copies of log books indicating that certain law enforcement officials had visited the Plaintiff. (Plaintiff's Exhibit B attached to Court Document #106).

9.     On August 7, 2007, Defendants sent a letter to the Plaintiff objecting to his requests because discovery had closed on July 27, 2007, and Plaintiff had not previously requested said documents. (Plaintiff's Exhibit C attached to Court Document #106).

10.    In Plaintiff's September 18, 2006, revised discovery request, Plaintiff made the following request:

1.) The plaintiff is requesting any & all internal memoes [sic], incident reports, etc. circulated through the Internal Affairs unit, Clinical Services, Warden & Directors Office regarding the grievances which the plaintiff has filed in this action, & the systematice [sic] interception, withholding, theft, distruction [sic], & tampering of the plaintiffs correspondences, publications, legal mailings, access to the court, etc. [sic]

(Defendants' attached Exhibit B).

11.    Plaintiff's request in no way indicates that Plaintiff is requesting copies of letters he sent to the defendants regarding his grievances, or log books detailing visits made by law enforcement personnel.

12.    Given that Plaintiff had not previously requested the documents in his September 18, 2006, revised discovery request, and given that discovery closed prior to

3

Plaintiff's August 3, 2007, request, Defendants' objection was proper and Plaintiff's motion should be dismissed.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request that this Honorable Court deny Plaintiff's Motion for an Order of Penalties, Cost, & Sanctions, and Plaintiff's Supplemental Motion regarding same, and grant any further relief that the Court feels necessary and proper.

> Respectfully submitted,
>
> LES AMDOR, SHERRY BENTON,
> SHARON EDEN, MARGE HAAB,
> PATRICK HASTINGS, DELECTOR KENNEDY,
> KATINA LIVINGSTON, LEX McBURNEY,
> CARRIE MELVIN, JENNIFER MELVIN,
> MICHAEL MELVIN, STEPHEN D. MOTE,
> NANCY OSMAN, CHRISTIAN PAUL,
> TIMOTHY POTTS, PAULA RICH,
> EMILY RUSKIN, MARK SPENCER,
> ROGER E. WALKER, JR., WESLEY WILES,
> and COREY WILSON,
>
> > Defendants,
>
> LISA MADIGAN, Attorney General
> State of Illinois,
>
> > Attorney for Defendants,
>
> By   s/ Jason P. Young
>     Jason P. Young, #6279522
>     Assistant Attorney General
>     500 South Second Street
>     Springfield, IL  62706
>     Telephone:  (217)782-9056
>     Facsimile:  (217)782-8767
>     E-Mail:  jyoung@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04-1429 ) |
| ROGER E. WALKER, JR., SHERRY HILE-BENTON, STEPHEN MOTE, S. PENOLZA, P. HASTINGS, JENNIFER MELVIN, CARRIE MELVIN, MELVIN, KATINA LEVINGSTON, N. OSMAN, MARK SPENCER, PAUL RICH, SHARON EDEN, MCBERNNY, WESLEY WILES, KENNEDY, EMILY RUSKIN, KIM DAILEY, MARGE HEG, POTS, CORREY WILSON, DOSS, LES AMDORE, and PAUL, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2007, I electronically filed Defendants' Response to Plaintiff's Motion(s) for Penalties, Costs, & Sanctions, with the Clerk of Court using the CM/ECF system, and I hereby certify that on said date, I mailed by United States Postal Service, the document to the following non-registered participant:

Fabian Santiago, #B79716
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Respectfully submitted,

 s/ Jason P. Young
Jason P. Young, #6279522
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217)782-9056
Facsimile:  (217)782-8767
jyoung@atg.state.il.us