E-FILED
Thursday, 23 August, 2007  03:02:15 PM
Clerk, U.S. District Court, ILCD

To: Assistant Attorney General

Re: Santiago Vs. Walker, Jr. Et.Al;
Civil No.  04-1429
Judge, Harold A. Baker

### PLAINTIFFS REQUEST FOR THE DISCLOSURE OF DISCOVERY MATERIAL UNDER RULE 34, FED.R.CIV.P.

1.) Any & all grievances, complaints, incident reports, memoes, etc. & responces to such documentation received & in the possession of the defendants regarding the incidents outlined throughout the plaintiffs petition involving the systematic interception, confiscation, theft, witholding, or distruction of the plaintiffs mailings, legal documentations, publications, correspondences, etc.

2.) the plaintiff is requesting the full names & badge numbers of defendants C/O-McBernny, C/O Paul, C/O or Sgt. pots, Major Kennedy, & C/O Doss.

3.) The plaintiff is requesting any internal memos, responces, or incident reports circulated through the internal affairs unit, clinical services, Warden & Directors office regarding the incidents outlined throughout the plaintiffs petition involving the systematic interception, confiscation, witholding, theft, & distruction of the plaintiffs mailings in general, legal documentation, publications, correspondences, etc.

4.) The plaintiff is requesting the prior history records regarding the reports or findings of misconduct against every defendant listed in this action.

5.) The plaintiff is requesting the grievances, complaints, etc. filed by other inmates while @ the Pontiac.c.c. from the periode of July 2003, until Nov 2004, involving the interception, confiscation, witholding, theft, or distruction of their mailings, legal documentation, correspondences, publications, etc.

6.) The plaintiff is requesting copies of all of the above mentioned materials, or to be allowed to review & inspect such documentation...

/S/ _____
Mr. Fabian Santiago. #B-79716
Po bOx 112  Joliet, Il 60434

1 of 1


EXHIBIT A

To: Mr. Jason P. Young  
Asst. Attorney General

July 25th, 2006

Re: Santiago Vs. Walker, Jr. Et. Al;  
Civil No. 04-1429  
Judge, Harold A. Baker

PLAINTIFFS SUPPLEMENTAL REQUEST FOR THE DISCLOSURE OF DISCOVERY MATERIAL & DOCUMENTATION

7.) The plaintiff is requesting the full first name of Ms.(S) Penolza, & any information with regards to her discription/identification, & current place of residence/location.

8.) The plaintiff is requesting any information with regards to the discription/ identification, & current place of residence/location, concerning defendants C/O Mr. Jacob Doss, & Ms. Kim Dailey.

9.) The attorney general may disregard paragraph two (2) of the plaintiffs discovery request. Defendants: McBernny, Paul, Pots, Kennedy, have since identified & serviced withnthis action.

/S/ [signature]

Mr. Fabian Santiago, #B-79716

PO Box 112  Joliet, Il  60434

To: Mr. Jason P. Young  
Asst. Attorney General

September 18, 2006

Re: Santiago Vs. Walker, Jr. Et.Al;  
Civil No.  
Judge, Harold A. Baker

**PLAINTIFFS REQUEST FOR THE DISCLOSURE OF DISCOVERY MATERIAL UNDER RULE 34 FED.R.CIV.P;**

1.) The plaintiff is requesting any & all internal memoes, incident reports, ect. circulated through the Internal Affairs unit, Clinical Services, Warden & Directors Office regarding the grievances which the plaintiff has filed in this action, & the systematice interception, witholding, theft, distruction, & tampering of the plaintiffs correspondences, publications, legal mailings, access to the court, ett.

2.) The plaintiff is requesting the prior histories of misconduct, any & all reports & findings of misconduct concerning every defendant listed/named in this action, that have been documented within the last two years.

3.) The plaintiff is requesting to (inspect) any & all grievances, responces related to such grievances, incident reports, internal memos, etc. circulated throughout Clinical Services, Internal Affairs, Warden & Directors Office concerning the complaints/grievances which other inmates have filed regarding the interception, witholding, theft, distruction, & tampering of those inmates correspondences, publications, legal mailings, acess to the court, etc., within the time span of: July 2003 to Nov. 2004.

/s/ [signature]

Mr. Fabian Santiago. #B-79716

Po Box 112  Joliet, Il 60434



EXHIBIT B

TO: Mr. Jason P. Young  
Asst. Attorney General

September 18, 2006

Re: Santiago Vs. Walker, Jr. Et. Al;  
Civil No.  
Judge, Harold A. Baker

    I am inclosing a revised request for the disclosure of discovery material. The materials/documentation which I am requesting were already outlined in my prior request for the production of documentation, but I have since been able to obtain various materials which I formally requested of your office & would like to exclude those materials for the convenience of both parties involved in this action. It will (not) be necessary for your office to disclose/produce copies of any grievances & all related responces, regarding the issues which I have grieved & are currently being litigated before the court in this cause. I have since obtained all the grievances which (I) have filed concerning the issues pertinent in this case.

Moreover, I would retract my request for your office to disclose the current location & discription of any defendants which have not been serviced with this action, with respect to defendant Jacob Doss, seeing that I have withdrawn my claims against defendant Doss. I have since attempted to provide the court with the appropreate names of defendants Penora (&) Wily, if for whatever reason, the court is unable to issues service to these defendants, I would request that your office provide me with the correct names of these defendants, as the court has already directed your office to afford me. Please find inclosed my revised request for the production of documentation, which does not include additional/new request for materials.

/s/ [signature]

Mr. Fabian Santiago. #B-79716  
PO Box 112  Joliet, Il 60434

IN THE
U.S. District Court for the
Central District Of Illinois

Fabian Santiago )
Plaintiff, )
)  Case No. _____
v. )
)
Roger E. Walker, Jr. Et.Al; )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

TO: Jason P. Young
500 South. Second st.
Springfield, Il 62706

PLEASE TAKE NOTICE that on __September 22__, 2006, I have placed the documents listed below in the institutional mail at __Stateville__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: __Plaintiff correspondence regarding revised request for the production of documentation. (&) the plaintiff request for the disclosure of the production of documentation.__

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: __9/22/06__

/s/ _____
NAME: Fabian Santiago
IDOC#: B-79716
__Stateville__ Correctional Center
P.O. BOX 112
__Joliet__, IL 60434



# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

October 1, 2006

Fabian Santiago, #B-79716
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, IL 62988

    Re:  *Fabian Santiago v. Roger Walker, Jr., et al.*
           USDC-CD Ill. No. 04-1429

Mr. Santiago:

This letter is in response to your recent correspondence dated September 18, 2006. In said letter, you stated that you would like to revise your discovery requests. I interpret your letter to be a withdrawal of the prior requests. Accordingly, I will only respond to the newly submitted discovery request.

If you have any questions or concerns regarding this matter, please contact me.

Sincerely,

Jason P. Young
Assistant Attorney General



EXHIBIT C

500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (217) 785-2771 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (312) 814-3374 • Fax: (312) 814-3806
1001 East Main, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (618) 529-6403 • Fax: (618) 529-6416

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FABIAN SANTIAGO, #B-79716,            )
                                      )
           Plaintiff,                 )
                                      )
     v.                               )   No. 04-1429
                                      )
ROGER E. WALKER, JR., SHERRY HILE-    )
BENTON, STEPHEN MOTE, S. PENOLZA,     )
P. HASTINGS, JENNIFER MELVIN, CARRIE  )
MELVIN, MELVIN, KATINA LEVINGSTON,    )
N. OSMAN, MARK SPENCER, PAUL RICH,    )
SHARON EDEN, MCBERNNY, WESLEY         )
WILES, KENNEDY, EMILY RUSKIN, KIM     )
DAILEY, MARGE HEG, POTS, CORREY       )
WILSON, DOSS, LES AMDORE, and PAUL,   )
                                      )
           Defendants.                )

**DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR
THE DISCLOSURE OF DISCOVERY MATERIAL UNDER RULE 34 FED.R.CIV.P.**

NOW COME Defendants, LES AMDOR, SHERRY BENTON, SHARON EDEN, MARGE HAAB, PATRICK HASTINGS, DELECTOR KENNEDY, KATINA LIVINGSTON, LEX MCBURNEY, CARRIE MELVIN, JENNIFER MELVIN, MICHAEL MELVIN, STEPHEN D. MOTE, NANCY OSMAN, CHRISTIAN PAUL, TIMOTHY POTTS, PAULA RICH, EMILY RUSKIN, MARK SPENCER, ROGER E. WALKER, JR., WESLEY WILES, and COREY WILSON, and in Response to Plaintiff's Request for the Disclosure of Discovery Material under Rule 34 Fed.R.Civ.P., state and produce as follows:

1.) The plaintiff is requesting any & all internal memoes [sic], incident reports, etc. circulated through the Internal Affairs unit, Clinical Services, Warden & Directors Office regarding the grievances which the plaintiff has filed in this action, & the systematice [sic]

1


EXHIBIT D

interception, withholding, theft, distruction [sic], & tampering of the plaintiffs correspondences, publications, legal mailings, access to the court, etc. [sic]

**RESPONSE: Attached as Exhibit A are Grievance Officer's Reports and Administrative Review Board responses to grievances filed by Plaintiff.**

2.) The plaintiff is requesting the prior histories of misconduct, any & all reports & findings of misconduct concerning every defendant listed/named in this action, that have been documented within the last two years.

**RESPONSE: Defendants object to Plaintiff's request as it is irrelevant to this cause of action. Also, the requested documents have no bearing on the propriety of the Defendants' actions in this matter.**

3.) The plaintiff is requesting to (inspect) any & all grievances, responses related to such grievances, incident reports, internal memos, etc. circulated throughout Clinical Services, Internal Affairs, Warden & Directors Office concerning the complaints/grievances which other inmates have filed regarding the interception, withholding, theft, distruction, [sic] & tampering of those inmates correspondences, publications, legal mailings, access to the court, etc. within the time span of: July 2003 to Nov. 2004.

**RESPONSE: Defendants object to producing this information as the request is overly broad, unduly burdensome, and irrelevant to this matter. Grievances and complaints are not filed or indexed by subject name, they are filed by the name of the offender filing the grievance or complaint. In order to respond to this request, the master file of every offender who had been housed at the facility between July 2003 and November 2004 would have to be reviewed for responsive grievances and**

2

complaints. These master files could now be located at any of the Department's 27 facilities housing adult felons or in the Department's record archives in Springfield, Illinois.

        Respectfully submitted,

        LES AMDOR, SHERRY BENTON, SHARON EDEN, MARGE HAAB, PATRICK HASTINGS, DELECTOR KENNEDY, KATINA LIVINGSTON, LEX MCBURNEY, CARRIE MELVIN, JENNIFER MELVIN, MICHAEL MELVIN, STEPHEN D. MOTE, NANCY OSMAN, CHRISTIAN PAUL, TIMOTHY POTTS, PAULA RICH, EMILY RUSKIN, MARK SPENCER, ROGER E. WALKER, JR., WESLEY WILES, COREY WILSON,

        Defendants,

Jason P. Young, #6279522  
Assistant Attorney General  
500 South Second Street  
Springfield, IL 62706  
Telephone: (217)782-9056  
Facsimile: (217)782-8767  
E-Mail: jyoung@atg.state.il.us

LISA MADIGAN, Attorney General  
State of Illinois,

Attorney for Defendants,

By _____  
    Jason P. Young  
    Assistant Attorney General

3

## CERTIFICATE OF SERVICE

Jason P. Young, Assistant Attorney General, hereby certifies that he has served a copy of the foregoing Defendants' Response to Plaintiff's Request for the Disclosure of Discovery Material under Rule 34 Fed.R.Civ.P., upon:

Fabian Santiago, #B79716
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

by causing a copy to be placed in the United States Mail in Springfield, Illinois, in an envelope bearing the address above and proper postage, on October 19, 2006.

By _____
Jason P. Young
Assistant Attorney General

Jason P. Young, #6279522
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Phone: (217) 782-9056
Fax: (217) 782-8767

4