E-FILED
Wednesday, 29 August, 2007 12:27:39 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED

AUG 29 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Fabian Santiago                                 Civil No. 04-1429

    Vs.

Roger E. Walker, Jr. Et.Al;                     Judge, Harold A. Baker


PLAINTIFFS OBJECTION TO THE DEFENDANTS REQUEST FOR AN ENLARGEMENT OF TIME TO SUBMIT
DISPOSITIVE PLEADINGS

Now comes the plaintiff, Fabian Santiago, pro-se & prays that this Honorable Court grant the the plaintiffs objection to the defendants request for an enlargement of time to submit dispositive pleadings. In support thereof, the plaintiff states as follows:

1.) The defendants involved in this action have been served, & in receipt of the plaintiffs Federal Civil Rights Suit for well over a year(s) time now, more than ample time in which to become familar with every aspect of this litigation, & the plaintiffs accounts. The defendants have had a years time in which to gather all pertinent materials, documents, & evidence to properly prepare their defense to the plaintiffs Civil Charges. The defendants deposition of the plaintiff was conducted several month(s) ago, & the plaintiffs account to opposing counsel, Mr. Jason P. Young, during the deposition was consistant with all of the plaintiffs claims listed throughout the plaintiffs complaint, & grievances. The plaintiff afford no saprizing revelations during the deposition, in order to warrent an extra ordinary effort on the part of the defendants to gather or inquire as to unheard of facts, with respect to this cause, however, the defendants wish to prolong these proceedings with the request for an enlargement of time, dispite having

more than enough time in which to prepare their dispositive pleadings. The defendants failure to properly prepare their dispositive pleadings within the courts mandated deadline, is due to the defendants own culpable negligence, & the District Court certainly should not save the defendants from their own culpable negligence, waiver, & default from preparing & submitting their dispositive pleadings. The District Court should allow these proceedings to go forward without any dispositive pleadings being filed, as they have been waived, & defaulted by the defendants.

2.) The defendants involved in this cause, have already implimented every stall tactic, lie, & deceptive practic imaginable, in order to deceive & mislead this court into believing that, the defendants had no involvement in systematically targetting the plaintiff for abuse, harassment, reprisal, & torment, & that, the plaintiff was afforded all relevant discovery materials related to this cause, & no further materials/evidence existing, dispite the fact that, there exist numerous other documentation pertinent to this action. The defendants certainly should not be rewarded for their condescending, manipulative, & propagated misconception, by being afforded an enlargement of time in which to prepare dispositive pleadings, which could of easily been submitted to the court well within the District Courts deadline.

3.) Opposing counsel, Mr.Jason P. Young, is a highly experienced attorney, with many resorces @ his disposal, which the plaintiff is not privy to, & if the plaintiff, who is incarcerated, indigent, & proceeding pro-se is capable of preparing & submitting his pleadings to the court within court mandated or statutory deadlines, then certainly Mr.Young, & the defendants involved in this action should be held to those very same stringent standards. The defendants claim that, their request for an enlargement of time is for the preperation & gathering of exhibits, & affidavits, yet such exhibits, & affidavits are more than likely to further mislead, & deceive the court into believing further misconstrued facts, & falsehoods. The District Court should no longer tollerate the defendants stall tactics, lies, & unwarrented delays, & deny the defendants request for an enlargement of time.

Wherefore, The plaintiff prays that this Honorable Court grant the plaintiffs objection to the defendants request for an enlargement of time to submit their dispositive pleadings, & allow these proceedings to go forward without such dispositive motions.

/s/ _____

2 of 2

Mr.Fabian Santiago. #B-79716

PO Box 112  Joliet, Il 60434

IN THE
U.S. Dist. Court for the
Central, Dist. of Illinois

| | |
|---|---|
| Fabian Santiago <br> Plaintiff, <br><br> v. <br><br> Roger E. Walker, Jr. Et.Al; <br> Defendant | ) <br> ) <br> ) Case No. 04-1429 <br> ) <br> ) <br> ) <br> ) |

## PROOF/CERTIFICATE OF SERVICE

TO: Court Clerks Office
309 Federal Building
100 N.E. Monroe
Peoria, Il 61602

TO: Mr. Jason P. Young
500 South. Second st.
Springfield, Il 62706

PLEASE TAKE NOTICE that on __August 22nd__, 20_07_, I have placed the documents listed below in the institutional mail at _Stateville_ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: **Plaintiffs objection to the defendants request for an enlargement of time to submit dispositive pleadings**

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 8/22/07

/s/ [signature]
NAME: Fabian Santiago
IDOC#: B-79716
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434