STATE OF ILLINOIS          )          *Fabian Santiago v. Roger E. Walker, et al.,*
                           ) ss.      USDC-CDIL No. 04-1429
LIVINGSTON COUNTY          )

## AFFIDAVIT

I, STEWART PENOYER, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed as a correctional counselor at Sheridan Correctional Center.

2. I have read the complaint of Fabian Santiago B-79716 and am familiar with its contents.

3. At all times relevant to the Plaintiff's Complaint, I was employed as a grievance officer at Pontiac Correctional Center.

4. I never refused to copy, forward, or respond to any of the Plaintiff's grievances that came into my possession.

5. At no time did I have any involvement with the Plaintiff's outgoing mail.

6. On November 10, 2003, I recommended that the Plaintiff's grievance dated October 21, 2003, be denied as Plaintiff's claims of staff misconduct could not be substantiated. My recommendation was based upon a total review of all available information.

7. I never interfered with or denied the Plaintiff's grievances in retaliation for the Plaintiff prior lawsuits or grievances.

8. I had no knowledge regarding the Plaintiff's filed grievances or lawsuits.

9. There was no official policy at Pontiac Correctional Center to destroy,


EXHIBIT H

tamper with, or delay inmate grievances or mail.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

_____
STEWART PENOYER

Subscribed and sworn to before me this 30 day of August, 2007.

_____
Notary Public

OFFICIAL SEAL
A S MITTAPALLI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/13/09

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | Fabian Santiago v. Roger E. Walker, et al., |
| | ) ss. | USDC-CDIL No. 04-1429 |
| LIVINGSTON COUNTY | ) | |

### AFFIDAVIT

I, EMILY RUSKIN, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed as a correctional counselor at Pontiac Correctional Center.

2. I have read the complaint of Fabian Santiago B-79716 and am familiar with its contents.

3. At all times relevant to the Plaintiff's Complaint, I was employed as a grievance officer and counselor at Pontiac Correctional Center.

4. I never refused to copy, forward, or respond to any of the Plaintiff's grievances that came into my possession.

5. At no time did I have any involvement with the Plaintiff's outgoing mail.

6. As grievance officer, I recommended that the Plaintiff's grievances dated June 29, 2004, and July 16, 2004 be denied as Plaintiff's claims of staff misconduct could not be substantiated. My recommendation was based upon a total review of all available information.

7. As a counselor, on October 22, 2003, I responded to and investigated Plaintiff's grievance dated October 10, 2003, and found that Plaintiff's allegations could not be substantiated.

8. I never interfered with or denied the Plaintiff's grievances in retaliation for

EXHIBIT I

the Plaintiff's prior lawsuits or grievances.

9. I had no knowledge regarding the Plaintiff's filed grievances or lawsuits.

10. There was no official policy at Pontiac Correctional Center to destroy, tamper with, or delay offender grievances or mail.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

_____
EMILY RUSKIN

Subscribed and sworn to before me this 30th day of August, 2007.

_____
Notary Public

OFFICIAL SEAL
MICHELLE RAE CLARK
Notary Public - State of Illinois
My Commission Expires Sep. 13, 2008

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | *Fabian Santiago v. Roger E. Walker, et al.,* |
| | ) ss. | USDC-CDIL No. 04-1429 |
| LIVINGSTON COUNTY | ) | |

## AFFIDAVIT

I, WESLEY WILES, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed as a correctional counselor at Pontiac Correctional Center.

2. I have read the complaint of Fabian Santiago B-79716 and am familiar with its contents.

3. At all times relevant to the Plaintiff's Complaint, I was employed as a counselor at Pontiac Correctional Center.

4. I never refused to copy, forward, or respond to any of the Plaintiff's grievances that came into my possession.

5. At no time did I have any involvement with the Plaintiff's outgoing mail.

6. As a counselor, on October 22, 2003, I responded to and investigated Plaintiff's grievance dated October 21, 2003, and found that Plaintiff's allegations could not be substantiated.

7. As a counselor, on January 20, 2004, I responded to and investigated Plaintiff's grievance dated December 29, 2003, and found that Plaintiff's allegations could not be substantiated.

8. I never interfered with or denied the Plaintiff's grievances in retaliation for the Plaintiff's prior lawsuits or grievances.

EXHIBIT J

9.  I never received grievances from the Plaintiff dated October 3, 2003; October 9, 2003; January 30, 2004 or March 3, 2004.

10.  There was no official policy at Pontiac Correctional Center to destroy, tamper with, or delay offender grievances or mail.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

_____
WESLEY WILES

Subscribed and sworn to before me
this 24th day of August, 2007.

_____
Notary Public

OFFICIAL SEAL
MICHELLE RAE CLARK
Notary Public - State of Illinois
My Commission Expires Sep. 13, 2008

**STATE OF ILLINOIS** )  *Fabian Santiago v. Roger E. Walker, et al.,*
) ss.  USDC-CDIL No. 04-1429
**LIVINGSTON COUNTY** )

## AFFIDAVIT

I, MARK MCNABB, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed as a correctional counselor at Pontiac Correctional Center.

2. I have read the complaint of Fabian Santiago B-79716 and am familiar with its contents.

3. At all times relevant to the Plaintiff's Complaint, I was employed as a counselor at Pontiac Correctional Center.

4. I never refused to copy, forward, or respond to any of the Plaintiff's grievances that came into my possession.

5. At no time did I have any involvement with the Plaintiff's outgoing mail.

6. As a counselor, on May 10, 2004, I responded to and investigated Plaintiff's grievance dated May 7, 2004, and found that Plaintiff's allegations could not be substantiated.

7. As a counselor, on June 14, 2004, I responded to Plaintiff's grievance dated June 2, 2004, and told the Plaintiff that I could not read his handwriting

8. As a counselor, on July 18, 2004, I responded to and investigated Plaintiff's grievance dated July 16, 2004, and found that Plaintiff's allegations could not be substantiated.

EXHIBIT K

9.    I did not respond to Plaintiff's grievance dated June 29, 2004, because Plaintiff filed the grievance as an emergency directly to the Warden's office.

8.    I never interfered with or denied the Plaintiff's grievances in retaliation for the Plaintiff's prior lawsuits or grievances.

9.    I never received grievances from the Plaintiff dated October 3, 2003; October 9, 2003; January 30, 2004 or March 3, 2004.

10.    There was no official policy at Pontiac Correctional Center to destroy, tamper with, or delay offender grievances or mail.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

_____
MARK McNABB

Subscribed and sworn to before me this 24th day of August, 2007.

_____
Notary Public

OFFICIAL SEAL
MICHELLE RAE CLARK
Notary Public, State of Illinois
My Commission Expires Sep. 13, 2008

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | *Fabian Santiago v. Roger E. Walker, et al.,* |
| | ) ss. | USDC-CDIL No. 04-1429 |
| LIVINGSTON COUNTY | ) | |

### AFFIDAVIT

I, TIMOTHY POTTS, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed as a sergeant at Pontiac Correctional Center.

2. I have read the complaint of Fabian Santiago B-79716 and am familiar with its contents.

3. At all times relevant to the Plaintiff's Complaint, I was employed as a sergeant at Pontiac Correctional Center.

4. At no time did I have any involvement with the Plaintiff's grievances.

5. At no time did I have any involvement with the Plaintiff's outgoing mail.

6. There was no official policy at Pontiac Correctional Center to destroy, tamper with, or delay offender grievances or mail.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

_____
TIMOTHY POTTS

Subscribed and sworn to before me
this 31st day of August, 2007.

_____
Notary Public

OFFICIAL SEAL
MICHELLE RAE CLARK
Notary Public  State of Illinois
My Commission Expires Sep. 13, 2008

EXHIBIT L

STATE OF ILLINOIS ) Fabian Santiago v. Roger E. Walker, et al.,
) ss. USDC-CDIL No. 04-1429
LIVINGSTON COUNTY )

### AFFIDAVIT

I, DELECTOR KENNEDY, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed as a Major at Pontiac Correctional Center.

2. I have read the complaint of Fabian Santiago B-79716 and am familiar with its contents.

3. At all times relevant to the Plaintiff's Complaint, I was employed as a Major at Pontiac Correctional Center.

4. At no time did I have any involvement with the Plaintiff's grievances.

5. At no time did I have any involvement with the Plaintiff's outgoing mail.

6. There was no official policy at Pontiac Correctional Center to destroy, tamper with, or delay inmate grievances or mail.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

_____
DELECTOR KENNEDY

Subscribed and sworn to before me
this 30th day of August, 2007.

_____
Notary Public

OFFICIAL SEAL
MICHELLE RAE CLARK
Notary Public, State of Illinois
My Commission Expires Sep. 13, 2008



EXHIBIT
M

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | *Fabian Santiago v. Roger E. Walker, et al.,* |
| | ) ss. | USDC-CDIL No. 04-1429 |
| LIVINGSTON COUNTY | ) | |

### AFFIDAVIT

I, MICHAEL MELVIN, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed as a Unit Superintendent at Pontiac Correctional Center.

2. I have read the complaint of Fabian Santiago B-79716 and am familiar with its contents.

3. At all times relevant to the Plaintiff's Complaint, I was employed as Unit Manager at Pontiac Correctional Center.

4. At no time did I have any involvement with the Plaintiff's grievances.

5. At no time did I have any involvement with the Plaintiff's outgoing mail.

6. There was no official policy at Pontiac Correctional Center to destroy, tamper with, or delay offender grievances or mail.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

_____
MICHAEL MELVIN

Subscribed and sworn to before me
this 24th day of August, 2007.

_____
Notary Public

OFFICIAL SEAL
MICHELLE RAE CLARK
Notary Public, State of Illinois
My Commission Expires Sep. 13, 2008

EXHIBIT
N