AUG-29-2007 14:39    IL ATTORNEY GENERAL    217 782 5747

STATE OF ILLINOIS ) 
) ss. 
VERMILION COUNTY )

Fabian Santiago v. Roger E. Walker, et al.,
USDC-CDIL No. 04-1429

## AFFIDAVIT

I, COREY WILSON, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am no longer employed by the Illinois Department of Corrections.

2. I have read the complaint of Fabian Santiago B-79716 and am familiar with its contents.

3. At all times relevant to the Plaintiff's Complaint, I was employed as an Internal Investigator at Pontiac Correctional Center.

4. At no time did I have any involvement with the Plaintiff's grievances.

5. At no time did I have any involvement with the Plaintiff's outgoing mail.

6. There was no official policy at Pontiac Correctional Center to destroy, tamper with, or delay inmate grievances or mail.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

_____
COREY WILSON

Subscribed and sworn to before me
this 29 day of August, 2007.

_____
Notary Public

OFFICIAL SEAL
MEKENZIE PEAK
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-21-07

EXHIBIT
P

TOTAL P.002

STATE OF ILLINOIS ) Fabian Santiago v. Roger E. Walker, et al.,
) ss. USDC-CDIL No. 04-1429
LIVINGSTON COUNTY )

## AFFIDAVIT

I, LEX McBURNEY, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed as a correctional officer at Pontiac Correctional Center.

2. I have read the complaint of Fabian Santiago B-79716 and am familiar with its contents.

3. At all times relevant to the Plaintiff's Complaint, I was employed as a correctional officer at Pontiac Correctional Center.

4. At no time did I have any involvement with the Plaintiff's grievances.

5. I never delayed, tampered with, or censored the Plaintiff's outgoing mail.

6. I never destroyed any of the Plaintiff's outgoing mail. Specifically, I never destroyed any of Plaintiff's petitions for mandamus, letters to prosecutors, letters to family, or letters to newspapers.

7. I never interfered with the Plaintiff's outgoing mail in retaliation for the Plaintiff's prior lawsuits or grievances.

8. There was no official policy at Pontiac Correctional Center to destroy, tamper with, or delay offender grievances or mail.

EXHIBIT Q

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

_____
LEX McBURNEY

Subscribed and sworn to before me this 30th day of August, 2007.

_Michelle Rue Clark_
Notary Public

OFFICIAL SEAL
MICHELLE RAE CLARK
Notary Public, State of Illinois
My Commission Expires 2008

STATE OF ILLINOIS )  Fabian Santiago v. Roger E. Walker, et al.,
) ss.  USDC-CDIL No. 04-1429
LIVINGSTON COUNTY )

## AFFIDAVIT

I, MARGE HAAB, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed as the mail room supervisor at Pontiac Correctional Center.

2. I have read the complaint of Fabian Santiago B-79716 and am familiar with its contents.

3. At all times relevant to the Plaintiff's Complaint, I was employed as the mail room supervisor at Pontiac Correctional Center.

4. At no time did I have any involvement with the Plaintiff's grievances.

5. I never interfered with the Plaintiff's outgoing mail in retaliation for the Plaintiff's prior lawsuits or grievances.

6. I had no knowledge regarding the Plaintiff's filed grievances or lawsuits.

7. I never delayed, tampered with, or censored Plaintiff's outgoing mail.

8. There was no official policy at Pontiac Correctional Center to destroy, tamper with, or delay offender grievances or mail.



EXHIBIT R

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

_____
MARGE HAAB

Subscribed and sworn to before me this 24th day of August, 2007.

_____
Notary Public

OFFICIAL SEAL
MICHELLE RAE CLARK
Notary ... Illinois
My Com... 12 2008

STATE OF ILLINOIS             )    *Fabian Santiago v. Roger E. Walker, et al.,*
                              ) ss. USDC-CDIL No. 04-1429
LIVINGSTON COUNTY             )

## AFFIDAVIT

I, MARK SPENCER, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed as an Executive I at Pontiac Correctional Center.

2. I have read the complaint of Fabian Santiago B-79716 and am familiar with its contents.

3. At all times relevant to the Plaintiff's Complaint, I was employed as an Executive I at Pontiac Correctional Center.

4. I never improperly refused to provide Plaintiff with copies of his grievances.

5. I never destroyed any of Plaintiff's grievances, lawsuits, or outgoing mail.

6. In August 2003, Plaintiff forwarded a grievance to the law library for copying. Plaintiff was provided with one copy of his grievance and Plaintiff's request for additional copies was refused.

7. At no time did I have any involvement with the Plaintiff's outgoing mail.

8. At no time did I retaliate against the Plaintiff in any manner for his prior lawsuits or grievances.

9. There was no official policy at Pontiac Correctional Center to destroy, tamper with, or delay inmate grievances or mail.

EXHIBIT S

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

_____
MARK SPENCER

Subscribed and sworn to before me this 24th day of August, 2007.

_____
Notary Public

```
OFFICIAL SEAL
MICHELLE RAE CLARK
Notary Public    State of Illinois
My Commission Expires Sep. 13, 2008
```

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | Fabian Santiago v. Roger E. Walker, et al., |
| | ) ss. | USDC-CDIL No. 04-1429 |
| LIVINGSTON COUNTY | ) | |

### AFFIDAVIT

I, SHARON EDEN, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed as a paralegal at Pontiac Correctional Center.

2. I have read the complaint of Fabian Santiago B-79716 and am familiar with its contents.

3. At all times relevant to the Plaintiff's Complaint, I was employed as a paralegal at Pontiac Correctional Center.

4. I never improperly refused to provide Plaintiff with copies of his grievances.

5. I never destroyed any of Plaintiff's grievances, lawsuits, or outgoing mail.

6. In August 2003, Plaintiff forwarded a grievance to the law library for copying. Plaintiff was provided with one copy of his grievance and Plaintiff's request for additional copies was refused.

7. At no time did I have any involvement with the Plaintiff's outgoing mail.

8. At no time did I retaliate against the Plaintiff in any manner for his prior lawsuits or grievances.

9. There was no official policy at Pontiac Correctional Center to destroy, tamper with, or delay offender grievances or mail.

EXHIBIT T

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

_____Sharon Eden_____
SHARON EDEN

Subscribed and sworn to before me this 24th day of August, 2007.

_____Michelle Rae Clark_____
Notary Public

OFFICIAL SEAL
MICHELLE RAE CLARK
Notary Public   State of Illinois
My Commission Expires Sep. 13, 2008

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | Fabian Santiago v. Roger E. Walker, et al., |
| | ) ss. | USDC-CDIL No. 04-1429 |
| LIVINGSTON COUNTY | ) | |

## AFFIDAVIT

I, PAULA RICH, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed as a paralegal at Pontiac Correctional Center.

2. I have read the complaint of Fabian Santiago B-79716 and am familiar with its contents.

3. At all times relevant to the Plaintiff's Complaint, I was employed as a paralegal at Pontiac Correctional Center.

4. I never improperly refused to provide Plaintiff with copies of his grievances.

5. I never destroyed any of Plaintiff's grievances, lawsuits, or outgoing mail.

6. In August 2003, Plaintiff forwarded a grievance to the law library for copying. Plaintiff was provided with one copy of his grievance and Plaintiff's request for additional copies was refused.

7. At no time did I have any involvement with the Plaintiff's outgoing mail.

8. At no time did I retaliate against the Plaintiff in any manner for his prior lawsuits or grievances.

9. There was no official policy at Pontiac Correctional Center to destroy, tamper with, or delay offender grievances or mail.



EXHIBIT U

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

*[Signature]*
PAULA RICH

Subscribed and sworn to before me this 29th day of August, 2007.

*[Signature]*
Notary Public

OFFICIAL SEAL
MICHELLE RAE CLARK
Notary Public    State of Illinois
My Commission Expires Sep. 13, 2008

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | *Fabian Santiago v. Roger E. Walker, et al.,* |
| | ) ss. | USDC-CDIL No. 04-1429 |
| McLEAN COUNTY | ) | |

## AFFIDAVIT

I, STEPHEN MOTE, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am a former Warden of Pontiac Correctional Center.

2. I was employed as Warden at Pontiac Correctional Center from July 1, 2002, until October of 2004.

3. At no time did I have any personal involvement with the Plaintiff's outgoing mail.

4. Either I or my designee concurred in the denial of Plaintiff's grievance based upon the recommendations and investigations conducted by the grievance officers and correctional counselor.

5. At no time did I or my designee deny any grievance out of retaliation for the Plaintiff having filed prior grievances or lawsuits.

6. At no time did I or my designee fail to respond to any grievance filed by the Plaintiff out of retaliation for the Plaintiff having filed prior grievances or lawsuits.

7. I had no knowledge of any of the Plaintiff's mail or grievances being improperly delayed, tampered with, censored, or destroyed.

8. I never retaliated against the Plaintiff for his prior lawsuits or grievances.

9. There was no official policy at Pontiac Correctional Center to destroy, tamper with, or delay inmate grievances or mail.

EXHIBIT V

AUG-30-2007 11:07   IL ATTORNEY GENERAL   217 782 8767   P.003

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

_____
STEPHEN MOTE

Subscribed and sworn to before me this 30th day of August, 2007.

_____
Notary Public

**OFFICIAL SEAL**
**DIANA M. DESALLE**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-14-2011

TOTAL P.003

08/30/2007 10:31   3096614570   KEANE INC   PAGE 02/02