E-FILED
Friday, 31 August, 2007  04:21:45 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS          )        *Fabian Santiago v. Roger E. Walker, et al.,*
                           ) ss.    **USDC-CDIL No. 04-1429**
LIVINGSTON COUNTY          )

## AFFIDAVIT

I, SHERRY BENTON, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1.      I am currently employed as a Chairperson for the Office of Inmate Issues for the Illinois Department of Corrections.

2.      I have read the complaint of Fabian Santiago B-79716 and am familiar with its contents.

3.      At all times relevant to the Plaintiff's Complaint, Chairperson for the Office of Inmate Issues for the Illinois Department of Corrections.

4.      As an Administrative Review Board ("ARB") Chairperson, my duties involve, among other things, review and respond to grievances filed by Department inmates in accordance with Departmental Rule 504.

4.      I never refused to copy, forward, or respond to any of the Plaintiff's grievances that came into my possession.

5.      At no time did I have any involvement with the Plaintiff's outgoing mail.

6.      All of the Plaintiff's grievances that I reviewed were denied based upon a total review of all available information. Given that review, it was the opinion of the ARB that the issue was appropriately addressed by the institutional administration and the allegations of staff misconduct could not be substantiated.

7.      I had no knowledge that any of the Plaintiff's outgoing mail or grievances



EXHIBIT

W

were being improperly delayed, tampered with, censored, or destroyed.

8.    I never interfered with or denied the Plaintiff's grievances in retaliation for the Plaintiff prior lawsuits or grievances.

9.    I had no knowledge regarding the Plaintiff's filed lawsuits.

10.    There was no official policy at Pontiac Correctional Center to destroy, tamper with, or delay inmate grievances or mail.

11.    I hereby affirm the following attached documents are true and correct photocopies of documents made at or near the time of the events depicted in the documents, which are maintained in the ordinary course of business of the Administrative Review Board.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

_____
SHERRY BENTON

Subscribed and sworn to before me
this 30th day of August, 2007.

_____
Notary Public

OFFICIAL SEAL
MARGARET E. BAUGHER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-5-2011



**Rod R. Blagojevich**
Governor

**Illinois**
Department of
**Corrections**

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

October 25, 2004

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance received on October 22, 2004, regarding Staff Conduct (C/O McBernny – Mail Tampering June 2, 2004), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your written grievance dated June 2, 2004 regarding allegations that Officer Paul returned a letter to you that Officer McBernny denied processing due to an argument you were having with relatives. You allege that Officer McBernny consistently destroys or refuses to process your mail.

The Grievance officer's report (038686) and subsequent recommendation dated October 11, 2004 and approval by the Chief Administrative Officer on October 12, 2004 have been reviewed.

Per the Grievance officer's report, Officer Paul was contacted and denied the incident ever took place. Officer McBernny was contacted and stated that he does not recall the incident ever occurring.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Charges of staff misconduct could not be substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD:

Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED:

Roger E. Walker Jr.
Director

cc:  Warden Guy Pierce, Pontiac Correctional Center
     Fabian Santiago, Register No. B79716
     Chron. File

**EXHIBIT**
tabbies
**1**

TO: A.R.B                                          10/20/04

I FORWARDED A GRIEVANCE to your office DATED July 16, 2004 with the G.O. FINAL RESPONCE to the MATTER I HAVE BEEN WAITING FOR your (A.R.B) RESPONCE to this MATTER FOR SOME time AND HAVE NOT HEARD ANYTHING this MATTER WAS IN REGARD to My (PUBLICATIONS) BEING CONFISCATED out of RETALIATION.

I AM REQUESTING that you RESPOND to My GRIEVANCE of July 16, 2004 AND the INCLOSED GRIEVANCES AS SOON AS possible BECAUSE your office HAS BEEN BURRYING MY GRIEVANCES IN RED TAPE.

B-79714

**RECEIVED**
OCT 2 2 2004
**OFFICE OF INMATE ISSUES**

**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

ILLINOIS DEPARTMENT OF CORRECTIONS

## Grievance Officer's Report

**Date Received:** June 15, 2004          **Date of Review:** October 11, 2004          **Grievance #** (optional): 038686

**Committed Person:** Santiago                                                **ID#:** B79716

**Nature of Grievance:** Staff Conduct

**Facts Reviewed:** Offender states on 6/02/04 C/O Paul returned a letter to him, which he had mailed out the day before. C/O Paul informed the offender that C/O McBurney refused to forward the letter to the mailroom because the offender had been arguing with his relatives in the content of the letter. He states he has mailed out numerous letters that never leave the facility. He states that C/O McBurney is destroying his letters.

This Grievance Officer contacted C/O Paul who denies the incident ever took place. This Grievance Officer contacted C/O McBurney who stated he does not recall such an incident ever occurring. He denies the offender's allegations of destroying mail.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be DENIED, as the offender's allegation of staff misconduct is not substantiated. There is no evidence to verify the alleged incident ever occurred.

Carrie Melvin
_____                    _____
**Print Grievance Officer's Name**                    **Grievance Officer's Signature**
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

---

### Chief Administrative Officer's Response

**Date Received:** _____    ☑ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

RECEIVED

OCT 22 2004

OFFICE OF
INMATE ISSUES

_____                    _____
**Chief Administrative Officer's Signature**                    **Date**

---

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____          B-79716          10/19/04
**Committed Person's Signature**              **ID#**              **Date**

---

**Distribution:** Master File; Committed Person          Page 1          DOC 0047 (Eff. 10/2001)
(Replaces DC 5657)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

038686

| Date: June 2, 2004 | Committed Person: (Please Print) FABIAN SANTIAGO | ID#: B-79116 |

| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] Other (specify): _____
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Disciplinary Report: _____ _____
  Date of Report    Facility where issued

RECEIVED JUN - 7 2004 WARDEN'S OFFICE

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On the above date C/o Gall - the gallery (7) gallery officer returned a letter back to me which I had mailed out the day before 6/1/04 to my caseam creed. This C/o notified me that C/o McDermott (who works the cellhouse clerk where all mail is stored until it is taken to the mailroom) why refusing to forward my letter to the mailroom because I had been arguing with my relatives. I had been arguing with my relatives about various personal matters (which were none of C/o McDermott's ficken business) including discussing some of my legal affairs with my relatives - forwarding this message to an attorney for

**Relief Requested:** C/o McDermott be suspended and directed to cease from distributing, tampering with my mail as retaliation against me.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| _(signature)_ | B-79116 | 6, 2, 04 |
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

**RECEIVED**

---

**Counselor's Response (if applicable)**

OCT 2 2 2004

| Date Received: 6, 14, 04 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. INMATE ISSUES |

**Response:** I am sorry, but I cannot read your writing.

RECEIVED JUL 3 0 2004 OFFICE OF INMATE ISSUES

| _(Print Counselor's Name)_ | _(Counselor's Signature)_ | 6, 14, 04 |

---

**EMERGENCY REVIEW**

| Date Received: 06, 08, 04 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [x] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |

Stephen D Mote
Chief Administrative Officer's Signature

JUN 2 _____

_____ 06 08 04
Date

Distribution: Master File; Committed Person    Printed on Recycled Paper    DOC 0046 (Eff.10/2001) (Replaces DC 5657)



**Rod R. Blagojevich**
Governor

# Illinois
### Department of
# Corrections

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

November 25, 2003

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance received on November 21, 2003, regarding Staff Conduct (Counselor Wiles 10/5/03), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

You allege in your grievance that on October 5, 2003 you gave Counselor Wiles a grievance regarding Warden Mote that was never returned to you. You also allege that Counselor Wiles is trying to prevent you from mailing to the Livingston County Court.

The Grievance officer's report (035488) and subsequent recommendation dated November 10, 2003 and approval by the Chief Administrative Officer on November 14, 2003 have been reviewed.

Per the Grievance officer's report, Counselor Wiles was contacted and stated that all paperwork was returned to you and the mailroom advised that they never received copies of your lawsuit.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Charges of staff misconduct could not be substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:  Warden Stephen D. Mote, Pontiac Correctional Center
     Fabian Santiago, Register No. B79716
     Chron. File

**EXHIBIT**
**2**

Civil Action Against the facility C.C.:
Clark/Brown ect., in that case the first (B) writes a day
based out of his ficken hind, with nothing else better to do,
but to stick his face into the personal family affairs of inmates. These
facts to list that ficken prison staff has the audacity
to focus on the difficulties I am having with my relatives
when they (clerks) can freely throughout this prison brutally
battle and having inmates brought in on false disciplinary ch.
which has already resulted in two (2) inmates being beaten to
death and conditions so intolerable in this facility that inmates
have committed suicide.

If my relatives ever feel I shouldn't be writing them about the
difficulties with them. All they have to tell me is to stop contacting
them and they never have to worry about the writing I'm doing
with them again. But the fact of the matter is that my relatives
have called this prison on (my behalf) to complain about staff
abuse against me. Within the last (14) days alone I've sent out
(3) letters to my relatives and (1) letter to Mr. Hardesty of the
Federal Bureau of Investigation, which never left this facility.
This doesn't even include the dozens of other mailing I've sent during
the last few months so it is crystal clear Clo McBreyly has
been directly involved in the distribution of my mail. It is only
because of my complaints that I have filed that Clo McBre-
yly decided to finally start returning my mail, Clo McBreyly is
not even a mailroom employee or the mailroom so he has no business
sorting through my mail, yet alone refusing to send it out. It is
because of Clo McBreyly, distribute, withholding of refusing to
forward my mail out of the institution that I am unable to
communicate with my relatives to attend to my legal matters.
I have lost count of all of the grievances that I have filed to
addres these ongoing constant such abuses in which no steps
have been taken to correct these ongoing incidents. I can assure
Mr. Hurt and Clo McBreyly that I intend to do every step necessary
to have them held responsible for these abuse, including having
my relatives testify in court as to these matters. My personal
and legal affairs are not for the entertainment of some racist
ass staff who has no business or the ass silly to believe
that "sticking" his nose into my affairs and distribute, my
mail is some hobby. These prison already cried about about my
mail that I filed about the ties of inmates from reading out mail.
So they've de it out of spite, to sick and retaliate against inmates,
using the excuse that it's for security purposes.

RECEIVED

OCT 2 2 2004
OFFICE OF
INMATE ISSUES

DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)

| Grievance Officer's Report |
|---|

Date Received: 10/28/03   Date of Review: 11/10/03   Grievance # (optional): 035488

Committed Person: FABIAN SANTIAGO   ID#: B79716

Nature of Grievance: STAFF CONDUCT

Facts Reviewed: This Grievance officer Reviewed Abuve Offender's Grievance of Staff misconduct by counselor Wiles in not forwarding a grievance of his concerning warden Mote back to the offender in regards to litigation which he alleges "never made it outside the facility." Offender also indicates counselor Wiles is trying to further delay and prevent his communication with the court. Offender also states the counselors, grievance officers and warden's office has been known to destroy grievances of inmates.

This Grievance officer also reviewed counselor Response by E. Ruskin who indicates counselor Wiles stated he sent all the paperwork to the offender and a copy of the grievance. Mailroom never received copies of the lawsuit

Recommendation: Based upon a total review of all available information its the recommendation of this grievance officer that the offender's grievance be denied as the offender's allegations of staff misconduct cannot be substantiated.

P. Hastings COII
Print Grievance Officer's Name

_____
Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: _____   ☑ I concur   ☐ I do not concur   ☐ Remand

Comments: _____

_____
Chief Administrative Officer's Signature

11/14/03
Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____
Committed Person's Signature

B-79716
ID#

NOV 21 2003

11/19/2003
Date

✓

0 35188

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 10/10/2003 | Committed Person: (Please Print) FABIAN SANTIAGO | ID#: B-79716 |
|---|---|---|
| Present Facility: PontiAC.C.C. | Facility where grievance issue occurred: PontiAC.C.C. | |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☑ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ Other (specify): _____
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___
Date of Report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

Brief Summary of Grievance: On 10/5/03 I forwarded a grievance dated 10/3/03
to my Assigned counselor Mr. Wesley Wiles concerning Mr. Mote
having mail room staff intercepting my legal mailings in order
to prevent me from having my documents filed with the Livingston
County court in seeking injuntive relief against Mr. Mote And
the PontiAC.C.C.
I forwarded several letters to Mr. Wiles inquiring about my
grievance dated 10/3/03 And Mr. Wiles sent me a letter stating
he had responded to my grievance And mailed it back to me.
But I never received my grievance back dated 10/3/03 from Mr Wiles.

Relief Requested: Mr. Wiles be suspended for 3 days without pay, removed as my
counselor, prevented from distroying the grievances of inmates And All
counselor be Mandated to do their jobs And Make their rounds once A week

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    _____    ___/___/___
Committed Person's Signature    ID#    Date
(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 10 / 22 / 03    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Counselor Wiles was contacted and stated
he sent you all the paperwork you requested
with a copy of the grievance. Mail room
never received copies of your lawsuit.

Emily Ruskin    _Emily Ruskin_    10, 27, 03
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated.
Committed person should submit this grievance in the normal manner.

NOV 21 2003

_____    ___/___/___
Chief Administrative Officer's Signature    Date

Mr. Wiles is well aware of the fact that I have "3" pending litigations in the state and federal courts and that I am currently under a "court deadline." That on 9/24/03, I forwarded "3" packages to: The Livingston County Court, The United States Supreme Court, and to Lisa Madigan-Attorney Generals Office. "Which neither made it outside of this facility."

Mr. Wiles has used every tactic and ploy imaginable to further delay and prevent my communication with the court. This counselor has not even so much as spoken to law library staff to provide me with double the amount of legal supplies so I can at the very least re-write all of my legal pleadings to the court anew.

If Mr. Wiles were acting in good faith, he would of immediately brought these matters to internal affairs, so I might personally submit my documents to these officials to insure my pleadings were forwarded outside of this facility and filed with the court. The counselors, grievance officers and wardens office has been known to destroy the grievances of inmates and then claim they never received such mails.

Such practices are being implemented at this Pontiac C.C. as a means to prevent inmates from exposing or challenging in a court of law the corrupt and illegal misconduct of staff. Considering the circumstances I ▇▇▇ find it impossible to believe Mr. Wiles ever attempted to forward my grievance back to me. If anything, Mr. Wiles has gone out of his way to completely discredit or downplay the accounts of misconduct I've cited. This counselor is suppose to assist me with such matters, but has been nothing more than an addict on behalf of his co-workers and you don't have to be to bright to figger out that Mr. Wiles has as taken in sabataging my efforts to bring these matters to the court, but is doing all he can to cover the asses of his superiors because of the liabilities involved.

Mr. Wiles is suppose to personally visit the inmates on his work load once a week. Yet this counselor makes his rounds once a month.

I don't see how the hell Mr. Wiles is allowed to function in this manner without being terminated, especially the salary he's being paid.

The I.D.O.C. has no god damn business requesting more money from the legislators to higher more employees, when the ones they do have, do as little or no fucken work as it is.



**Illinois**
Department of
**Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

April 5, 2004

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

APR 2 6 2004

Dear Mr. Santiago:

This is in response to your grievance received on April 2, 2004, regarding Mailroom (Delivery 12/24/03) and Grievance Process (Ongoing) and Staff Conduct (Law Library Ongoing), which were alleged to have occurred at Pontiac Correctional Center. This office has determined the issues will be addressed without a formal hearing.

You allege in your grievance that Mailroom staff are opening your legal mail and withholding your mail from you for periods at a time. You further allege that staff are preventing you from exhausting your legal remedies by not answering your grievances and that Library staff are not aiding you to exhaust your remedies.

The Grievance officer's report (036259) and subsequent recommendation dated March 11, 2004 and approval by the Chief Administrative Officer on March 12, 2004 have been reviewed.

As you do not mention a specific date or name specific staff that has hindered you in exhausting your remedies, this office cannot address the issue regarding the Grievance Process or Library Staff. Inmate Santiago is encouraged to file a grievance as outlined in Department Rule 504 F, relating *specific* incidents with regards to the grievance process and law library staff.

As for the issue of Mailroom Staff disregarding mailroom procedures, based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Additionally, charges of staff misconduct could not be substantiated. It is, therefore, recommended the grievance be denied. However, Warden Mote is to reiterate to staff Department Rule 525, as it relates to Offender Mail procedures.

FOR THE BOARD: _Sherry Hile_
Sherry Hile
Administrative Review Board
Office of Inmate Issues

I concur. Warden Mote is to proceed accordingly.

_Roger E. Walker Jr._
Roger E. Walker Jr.
Director

RECEIVE

**EXHIBIT**
**3**

PONTIAC CORR CENTER
RECORD OFFICE

APR 2 3 2004

cc:    Warden Stephen D. Mote, Pontiac Correctional Center
       Fabian Santiago, Register No. B79716
       Chron. File

Jul 28, 2006 09:18

P.03

0362508

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 12/29/2003 | Committed Person: (Please Print) FABIAN SANTIAGO | ID#: B-79716 |
|---|---|---|
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [x] Other (specify): Greivance Procedure

- [ ] Disciplinary Report: _____
   Date of Report

RECEIVED JAN -5 2004 Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On the date of 12/24/2003 C/O BASTER notified Me that I had some Legal Mail which required My signature. I then witnessed C/O BASTER refuse to open the package in front of Me, despite the fact that the package had already been open outside of My presence and sloppely taped back together. The package which I received was from the ILL. supreme court and clearly Marked Legal Mail. Prison officials at the Pontiac C.C. sistematically open, search and read the Legal documents of inmates outside the presence of inmates and often loss some if not all of the Legal Materials of inmates and then claim complete ignorence to such abuses which is a blatant violation of the inmates Priviliged communication

Relief Requested: Page 6 and 7 state relief

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Committed Person's Signature | B-79716 | 12/30/2003 |
|---|---|---|
| | ID# | Date |

(Continue on reverse side if necessary)

---

| **Counselor's Response (if applicable)** |
|---|

Date Received: 1/20/04   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: I CONTACTED THE MAIL ROOM REGARDING YOUR LEGAL MAIL. YOU DID NOT RECEIVE LEGAL MAIL ON THAT DATE. MAIL FROM CLERK'S ARE NOT LEGAL. THEY STATE THEY DELIVER MAIL AS QUICKLY AS THEY RECEIVE IT. THE HOLIDAYS DID POSE A PROBLEM WITH VACATIONS AND STAFF SHORTAGES BUT ADDITIONAL STAFF WAS SENT TO ASSIST

| WESLEY G. WILES | Wesley G. Wiles | 1/21/04 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| AND SOME MINOR | **EMERGENCY REVIEW** | PROBLEMS MIGHT HAVE |
|---|---|---|

BEEN RESULTED. DUE TO THE VOLUME OF MAIL STAFF DOES NOT

Date Received: 1/5/04   Is this determined to be of an emergency nature? [x] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

HAVE THE LUXURY OF TIME TO READ LEGAL MAIL THE DR'S EXPLICITLY STATE SEG COUNSELORS ARE TO SEE THEIR CASELOADS ONCE EVERY 30 DAYS

| Chief Administrative Officer's Signature | 1/05/04 |
|---|---|
| | Date |

Distribution: Master File; Committed Person    Page 1    DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)

Printed on Recycled Paper

RESPONSE TO COMMITTED PERSON'S GRIEVANCE

## Grievance Officer's Report

Date Received: 1 23 ,04     Date of Review: 3, 11, 04     Grievance # (optional) 036259

Committed Person: Fabian Santiago     ID#: B79716

Nature of Grievance: Mail Handling
Staff Conduct - grievances, law library assistance

Facts Reviewed: Offender's grievance was reviewed. He states that on 12/24/03, he had legal mail which required his signature; that it had already been opened outside of his presence; that staff destroy and lose originals of grievances, that the law library staff are supposed to help prepare meaningful papers with the courts but are reluctant to assist offenders. The counselor's response was reviewed and states that the mail run was written and stated that the offender did not receive legal mail on date listed; that mail is delivered as quickly as they receive it; that the holiday season affected the normal running of the mail office; that mail office staff do not have time to read legal mail; that there is no interfering or delaying of offender's mail per Internal Affairs; that their mail was process/accepted as they are received per the Grievance Office and that the paralegals are assisting the offender as documented in the offender's file in the law library.

Recommendation: Based on the above, it is the recommendation of the Grievance Officer that the Grievance be DENIED as the offender's allegations of staff misconduct are NOT substantiated.

Jennifer Melvin                          Jennifer Melvin
Print Grievance Officer's Name           Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: _____     ☒ I concur    ☐ I do not concur    ☐ Remand

Comments: _____

Sim h                                    3, 12, 04
Chief Administrative Officer's Signature          Date

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature          ID#          /        /   Date

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE (Continued)

INTERNAL AFFAIRS WAS CONTACTED IN REGARDS TO THE POSSIBILITY OF INTERFERING OR DELAYING YOUR MAIL AND THEY ASSURED ME THAT THEY HAVE NO REASON TO DELAY, HOLD OR EVEN RECEIVE YOUR MAIL FOR REVIEW. THE GRIEVANCE YOU GAVE THIS COUNSELOR 10/03 WAS HANDLED AS YOU REQUESTED THAT WAS TO RESPOND AND FORWARD TO GRIEVANCE OFFICE DUE TO YOUR PARANOIA AND FEAR OF STAFFS MISHANDLING OF YOUR MAIL. I CONTACTED THE LAW LIBRARY AND PERSONALLY REVIEWED YOUR FILE, ALL REQUESTS ARE DOCUMENTED, AND YOUR FILE IS QUITE FULL OF REQUESTS SO YOUR CLAIM TO NOT RECEIVING ASSISTANCE IS INACCURATE AND UNJUSTIFIED PARA-LEGALS DO NOT GIVE OR PROVIDE ADVICE, JUST SERVICES AND ON YOUR BEHALF IT IS BEING MET. THE GRIEVANCE OFFICE WAS CONTACTED REGARDING YOUR CONCERN ABOUT GRIEVANCES BEING ACCEPTED AND WAS ASSURED THIS WOULD BE, A COPY OF YOUR GRIEVANCE LOG IS AVAILABLE BY REQUEST BY WRITING THEM AND ASKING.

036259

JAN - 5 2004

to this very day. Mr. Wiles has used every ploy and tactic
imaginable to stonewall and prevent me from exhausting my
administrative remedies, so I am unable to raise such
issues in a court of law. Mr. Wiles can only claim he
didn't receive my grievances so many times, before such
an excuse starts to become incredible, unbelievable
and absolutely rediculous.

Moreover, the grievance officers at the Pontiac C.C. have
been refusing to review the "copies" of inmate grievances
claiming they will only review the originals of such griev-
ances. The grievance officers are well aware of the counselors
and mail room staff distroying and lossing the originals
of the grievances inmates have been filing.

So the grievance officers have refused to review the copies
of inmate grievances as a means to further unreasonably
delay the grievance procedure and prevent inmates from exhaust-
ing their administrative remedies.

Regardless of whether or not a grievance is the original or
a copy, as long as an inmate has filed a grievance on
proper grievance form and the grievance is legiable
prison officials "must" make a good faith effort to review
such matters, instead of looking for whatever vague
excuse imaginable to dismiss the grievance and prevent
inmates from exhausting their administrative remedies
and seeking redress from the courts.

036259

THE LAW LIBRARY STAFF AT THE PONTIAC.C.C. HAVE CONTINUELY DEMANDED AND INSISTED THAT I SEND ALL OF MY LEGAL DOCUMENTS AND GRIEVANCES THROUGH THE INSTITUTIONAL MAIL TO THEM. DISPITE THE FACT THAT IT IS WITHIN THE LAW LIBRARY STAFF'S JOB DISCRIPTION AND OBLIGATION TO PERSONALLY VISIT THE CELLHOUSE ONCE A WEEK AND RECOVER THE LEGAL DOCUMENTS OF INMATES.

YET THESE ARE IN NO WAY THE PRACTICES BEING IMPLEMENT AT THE PONTIAC.C.C. THESE STAFF MEMBERS ARE THE LAZZYIEST, MOST INCOMPETENT AND DELIBERATELY INDIFFERENT LAW LIBRARY STAFF I HAVE EVER HAD ANY INCOUNTER WITH. THESE STAFF MEMBERS ARE SAPAGE TO HELP INMATES PREPARE MEANINGFUL PAPERS WITH THE COURTS.

YET THESE STAFF MEMBERS ARE RELUCTENT TO EVEN COME TO THE CELLHOUSE TO ASSIST INMATES AND WHEN THESE STAFF FINALLY DO COME TO THE CELLHOUSE THEY OFTEN LEAVE THE MAJORITY OF ALL INMATES WITHOUT ANY ASSISTENCE WHATSOEVER. THEY OFTEN GIVE INMATES THE WRONG ADVICE, IGNORE THE REQUEST OF INMATES OR SABATAGE THE ATTEMPTS OF INMATES TO SEEK REDRESS FROM THE COURTS.

IN FACT, THIS IS THE SECOND TIME I HAVE HAD TO FIRE THIS VERY GRIEVANCE. BECAUSE THE FIRST TIME I SENT MY GRIEVANCE TO THE LAW LIBRARY IT MYSTERIOUSLY DISAPPEARED. I HAVE LOST OVER A DOZEN PACKAGES, CORRESPONDENCES, DOCUMENTS, AFFIDAVITS, GRIEVANCES, ETC. WHICH I HAVE SENT TO THE LAW LIBRARY FOR COPYING. YET LAW LIBRARY HAVE THE AUDASITY TO CONTINUE TO INSIST THAT I SEND THEM MY LEGAL PLEADINGS THROUGH THE

JAN - 5 2004

institutional Mail. Prison Officals At the Pontiac.C.C. have
continuely And Calculatingly Exploited the Grievance
procedure And institutional Mailing system At this
Facility in order to prevent inmates From exhausting
there Administrative Remedies And seeking Redress
From the Courts.

There Are Literally hundreads of incidents Which take
place At the Law Library Alone Where the documents of inmates
Are Routienly distroyed or Lossed.

And the Fact the Warden Mote has Flat out Refused
to Approprately Address this Matter Clearly Estab-
lishes his deliberately indifference in Allowing And
or sactioning such Abuses.

036259

P.09

Relief Being Requested

JAN - 5 2004

1. Warden More Be Suspended For 29 days Without Pay
   And Removed As the Chief Administrative Officer.

2. Counselor Wesley Wiles Be Suspend For 3 days Without
   Pay And directed to Review My grievance of 10/9/2003
   And Prevented From Causing Me Any Further Unreasonable
   delays.

3. The grievance Officers Be directed to Review And Respond
   to Any And All grievances Which Are Legiable And Written
   on the Proper Form, Regardless of Whether or Not the
   grievance is the Original or A Copy.

4. Prison Officials And Mail Room Staff Cease From Further
   Unreasonabtely delaying the delivery of My Mail And
   Violating My Privileged, Confidential Legal Communication
   And Any And All Mail Being Currently Witheld From
   Me By Officals Be Immediately Provided to Me

036259

JAN - 5 2004

Relief Being Requested

5. All Counselors At the Pontiac C.C. Be Mandated to
Personally visit the inmates on their work loads
once a week as outlined By the Rules And Regulations
of I.D.O.C. And Personally Receive the grievances
of inmates And Provide inmates with a Receipt or
slip indicating the date of the grievances, Nature of
grievance, How Many Pages the grievances consist of,
And who the grievance is to Be submitted to.

6. Law Library Staff Cease From Mandating inmates
to submitte their legal documents, Materials, grievances
Etc. through the institutional Mail.
Law Library Staff Be Mandated to Personally Receive
the legal Material of inmates And Provide inmates
with a Receipt or slip of the documents Being
submitted For Copying.

036259

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

On the date of 12/24/2003 during the second shift C/O HARRIS distributed a package to me from Mrs. CARMEN CRESPO (grandmother) Containing some Magazines a letter and notification that Mrs. Crespo had sent me 50.00. The "Post Mark" on the package I received on 12/24/2003 was dated 11/22/2003. So Prison officials and Mail room staff Withheld my mail and refused to accredit the 50.00 Mrs. Crespo sent me to my inmate Trust Fund account for over a Month.

Either if internal affairs has no undep investigation itself or if of state such details in the delivery of my mail are completely outragious, insane and inexceptable. Warden Hote has been fully aware of the numerous and ongoing incidents of my regular and legal mail being systematically targeted and intercepted distroyed, lossed or unreasonably delayed from being delivered to me or mailed out of the institution. Prison officials are well aware that I am not an inmate known for engaging in dangerous communication, planning escapes from the Prison or conducting drug deals through the mail.

In fact, Either single drug test that Prison officials have submitted me to in the last 8½ years of my incarceration, I have never failed.

So Prison officials at the Pontiac C.C. have no justification or excuse to carry out such practices against me. Time and time again these matters have been brought to the Attention of Warden Hote, yet Mr. Hote has refused to take the necessary action to correct and prevent the abuses from continuing.

So it could not be any more evident that Mr. Hote and his subordinates have implemented such tactics against me as a means of harassment retrisal, retribution and spite, because of my litigations against the I.D.O.C., speaking out against the corrupt and illegal practices of the officials of the I.D.O.C. and because I am currently involved in cooperating with a criminal investigation headed by the Illinois State Police to indict several Prison guards who were directly involved or witnessed brutal assaults against me.

I filed an emergency grievance dated 10/9/2003 directly to Warden Hotes office giving account of the numerous incidents involving the misshandling, distruction or loss of my mail as well as various other matters regarding staff misconduct. My grievance of 10/9/2003 was stamped filed on 10/22/2003 by the Wardens office and returned back to me.

I submitted my grievance of 10/9/2003 to my assigned counselor Mr. Wesley Wiles and Mr. Wiles claims he never received my grievance of 10/9/2003 so I personally handed counselor Wiles an additional copy of my grievance dated 10/9/2003 But I have yet to receive a response →



**Rod R. Blagojevich**
Governor

# Illinois
**Department of**
# Corrections

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

July 26, 2004

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance received on July 23, 2004, regarding Mailroom (Delivery/Processing 5/5/04) and Staff Conduct (Warden Mote), which were alleged to have occurred at Pontiac Correctional Center. This office has determined the issues will be addressed without a formal hearing.

This office has reviewed your written grievance regarding allegations that Mailroom staff are deliberately losing your mail and that Warden Mote covers up their indiscretions.

The Grievance officer's report (037314) and subsequent recommendation dated July 9, 2004 and approval by the Chief Administrative Officer on July 13, 2004 have been reviewed.

Per the Grievance officer's report, Mailroom staff contacted advised that offenders' mail is processed as soon as it is received. And that there is nothing they can do if a letter is not contained in either the incoming or outgoing envelope.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Charges of staff misconduct could not be substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _Sherry Hile_____
Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED: _Roger E. Walker_____
Roger E. Walker Jr.
Director

cc:  Warden Stephen D. Mote, Pontiac Correctional Center
    Fabian Santiago, Register No. B79716
    Chron. File

**EXHIBIT**
tables
**4**

31 AUG 2004

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: 5/21/04    Date of Review: 7/9/04    Grievance # (optional): 037314

Committed Person: Fabian Santiago                    ID#: B-79716

Nature of Grievance: Mail handling: Offender states he mailed out a letter w/ P.96 for postage. He received the envelope & P.96 back stating "no contents in envelope" when arrived in mail room. Also found by audit $550.00 was placed on acct. but never received any letter that came with it.

Facts Reviewed: Counselor Mc Nabb responded on 5-19-04: Since non-legal mail is not recorded, I can not track the letter you state was lost. I can also not track the incoming letter.

Grievance officer concurs with Counselors response. There is no way to track down stated letters. Mail room states they send mail to offenders as soon as it is processed and there is nothing they can do if there is not a letter in an envelope.

Recommendation: Grievance officer recommends grievance be Denied based on above

N. Osman
**Print Grievance Officer's Name**

N Osman
**Grievance Officer's Signature**

**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

Date Received: _____    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments: _____

JMcN
**Chief Administrative Officer's Signature**

7/13/04
**Date**

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

J N Santiago
**Committed Person's Signature**

B-79716
**ID#**

7/18/04

**RECEIVED**

JUL 2 3 2004

OFFICE OF
INMATE ISSUES

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 5/7/2004 | Committed Person: (Please Print) FABIAN SANTIAGO | ID#: B-79716 |
|---|---|---|
| Present Facility: PONTIAC C.C. | Facility where grievance issue occurred: PONTIAC C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

- [ ] Disciplinary Report: _____/_____/_____
  Date of Report        Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: On 5/5/2004 I forwarded out letter addressed to Mr. CARLOS CRESPO (B-81476) and on the very next day 5/6/2004 I received an empty envelope back with a small envelope stapled to the envelope, indicating that Mail Room Staff received ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ [see Exhibit (A)] small envelope with Mail Room Staff Note written. I had to re-write and send a new letter out to Mr. Crespo because Mail Room Staff either distroyed or lost my letter ▓▓▓▓▓▓▓▓▓▓ I received an ▓▓▓▓▓▓▓▓▓▓ sheet from the inmate Trust Fund Office, And noticed th▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ had been

Relief Requested: Facts four (4) Stated Relief ▓▓▓▓▓▓▓▓▓▓▓

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Committed Person's Signature | B-79716 ID# | 5/7/04 Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

Date Received: 5/18/04    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Denie non-legal mail is not recorded, I cannot track th letter you state was lost. I can also not track th incoming letter.

| Print Counselor's Name: M. Moore | Counselor's Signature: Moore | Date of Response: 5/19/04 |

---

**EMERGENCY REVIEW**

Date Received: 5/18/04    Is this determined to be of an emergency nature?    [ ] Yes; expedite emergency grievance    [x] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Stephen D. Clinton
Chief Administrative Officer's Signature        Date

**RECEIVED**
JUL 23 2004
OFFICE OF
INMATE ISSUES

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

Accredited to my account by my Cashier. I never received any letter of package from my relatives indicating that they had sent me the ~~money~~ of any notification from mail room staff of such funds being accredited to my account. If it were not for the transaction sheet, I would never have been made aware of the funds being placed on my account. It has been about a month and a half since my relatives sent me the $50.00, and I have yet to receive the letter of package which the funds were sent in.

In the ten (10) months I have been in the custody of the Pontiac C.C. I have had destroyed or lost over two dozen to almost two-dozen packages, letters etc. not only to my relatives but to the courts and public officials.

I have filed over a dozen different grievances directly to Warden ~~Chrans~~ ~~~~ ~~~~ alone and internal affairs has also been aware of the literally hundreds of complaints and incidents involving mail room staff ~~~~ ~~~~ and ~~~~ ~~~~ yet Warden Hulick has refused to take the appropriate action and has instead condoned such abuses and approved such staff errors because of the liabilities involved, which has only resulted in even more incidents of mail that being destroyed.

I am currently communicating with my relatives to retain the service(s) of an attorney to talk about me in seeking civil action against Warden Hulick and this may very well be a contributing factor as to why my mail is being destroyed and unreasonably delayed from being delivered to me.

Mail of the packages whether do receive containing books, magazines, etc. are often forwarded to personal property staff who often take a month and a half to two months before they finally afford whatever their handling, which is absolutely ridiculous and unacceptable.

God only knows how many of my mailings which have been forwarded to me at this institution have been destroyed or is currently being withheld from me.

It is because of Warden Hulick's indifference that constitutional cruelty and staff misconduct have become the norm and have plagued this facility.

So Warden Hulick is long over due in needing to be relieved by the Chief Administrative Officer.

Printed on Recycled Paper

DC 5046 (Eff. 10/2001)
(Replaces DC 5657)

**RECEIVED**

JUL 2 3 2004

OFFICE OF
INMATE ISSUES

<u>Relief Being Requested</u>

0 3 7 3 1 4

1. Warden Notes Employment With the I.D.O.C. Be Terminated for Condoning such Abuses And Refusing to Correct And Place An End to such incidents.

2. Mail Room And Personal Property Supervisors Be Suspended And Re-Assigned For Allowing such Breakdown in their Assignments.

3. I Be Afforded Any And All Mail Currently Being Withheld From Me By Mail Room And Personal Property Staff.

4. Prison Officials At the Pontiac C.C. Take the Necessary Action to Place An End to such Abuses.



RECEIVED

JUL 2 3 2004

OFFICE OF
INMATE ISSUES

ADA

# REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Date: 5/4/2004

Name (print): FABIAN SANTIAGO    I.D. No.: B-79716    Housing Unit: N-736

Please pay to: _____

Address: _____

City: _____ State: _____ Zip: _____

The sum of _____ dollars and _____ cents

and charge to my account, for One Letter to

CARLOS CASTRO

_____

☐ APPROVED
☐ NOT APPROVED

Inmate Signature    ID No.

Assistant Warden/Superintendent/Designee    Witness

## REQUEST FOR PAYMENT OF POSTAGE

I hereby request and authorize payment of postage for the attached mail.

_____

Inmate Signature

ID No.: B-79716

## FOR TRUST FUND USE ONLY

Trust Fund Balance    $ _____
Less amount of payment    $ _____
Current balance after payment    $ _____

Check No. _____ Date _____

Business Office

## REQUEST FOR PAYMENT OF POSTAGE

Postage requested
in the amount of _____ dollars _____ cents

☐ Postage Paid    No Contents in Envelope

When arrived in mail Room

## FOR JUVENILE DIVISION USE ONLY

Received by: _____
(Staff)    Date

Received by: _____
(Youth)    Date

DC 828 (09/91)    IL 426-0207

Exhibit (A)

Money voucher and note from man from staff indicating no letter was in the Envelope I sent out on 5/5/2004

CC 7314

MAY 11 2004

RECEIVED

JUL 2 3 2004

OFFICE Of
INMATE ISSUES

3 of 4

5/7/2004

TO: MAIL ROOM

I SENT OUT FOR AN AUDIT OF MY TRUST FUND ACCOUNT AND NOTICED THAT MY RELATIVES SENT ME $50.00 ALMOST A MONTH AGO BUT I NEVER RECEIVED ANY LETTER FROM MY FAMILY

WHY THE HELL ARENT YOU PEOPLE SENDING ME MY GOD DAMN MAIL. THEIRS NO EXCUSE IN THE WORLD WHY I SHOULD HAVE TO WAITE OVER A MONTH BEFORE YOU SEND ME THE LETTERS MY RELATIVES SEND ME SEND ME MY DAMN MAIL

FABIAN SANTIAGO
# B-79716

name unknow

RECEIVED

JUL 2 3 2004

OFFICE OF
INMATE ISS