E-FILED
Friday, 31 August, 2007 04:23:34 PM
Clerk, U.S. District Court, ILCD

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

October 29, 2004

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance received on September 16, 2004, regarding Publications (12 Magazines Denied) and Business/Trust (Postage to Send out 2 Magazines), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your written grievance dated June 29, 2004 regarding denial of 12 magazines and that postage charged to mail out 2 of them was not correct.

The Grievance officer's report (037926) and subsequent recommendation dated September 1, 2004 and approval by the Chief Administrative Officer on September 3, 2004 have been reviewed.

Per the Grievance officer's report, offender's are charged first class postage to mail out mail versus the bulk rate (lesser charge) used by the magazine vendor. Additionally, the magazines were denied in accordance with 525C.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: [signature]
Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED: [signature]
Roger E. Walker Jr.
Director

cc: Warden Guy Pierce, Pontiac Correctional Center
Fabian Santiago, Register No. B79716
Chron. File

EXHIBIT
5

# RESPONSE TO COMMITTED PERSON'S GRIEVANCE

## Grievance Officer's Report

[illegible] 4, 2004 Date of Review: September 1, 2004 Grievance # (optional): 037926

[illegible]: Fabian Santiago ID#: B79716

**Nature of Grievance:** Publication Review Committee

**Facts Reviewed:** Grievance officer concurs with counselors response. Offender Santiago is grieving the handling and denial of publications received from an outside vendor. Grievance officer contacted member of Publication Review Committee and inquired about the handling of offender Santiagos publications. Grievance witnessed offender Santiago received 2 shipments of magazines from the vendor. An initial shipment of 2 magazines were received and the request for offenders disposition was requested and sent back. 1 other shipment arrived of 10 other magazines the separation of the magazines was due to the fact 5 were on the automatic denial list and 5 were sent a notice of disposition of mail back or forward to Springfield for final review. The difference in the postage to mail items back to the vendor and postage paid by the vendor is justified by the bulk mail postage rate paid by the vendor compared to the first class rate offenders are charged to return them. Grievance notes that offender Santiago has returned all magazines.

**Recommendation:** Based on counselors response and research cited above by grievance officer that the magazine order was separated in order to be addressed by differences in review time frames and the explanation of differences in postal rates that all departmental rules and guidelines in regards to processing by the Publication Review Committee were handled in accordance to procedures this grievance is without foundation.

Emily Ruskin — Print Grievance Officer's Name

[signature] — Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: ______ ☒ I concur ☐ I do not concur ☐ Remand

Comments:

[signature] — Chief Administrative Officer's Signature

9-3-04 — Date

## Committed Person's Appeal to the Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature ______ ID# ______ Date ______

RECEIVED SEP 15 2004 PONTIAC CORR. CENTER RECORD OFFICE

To Mrs. Sherry Hile Sept. 11, 2004

From me but I had been (11) Magazines Confiscated. Mrs. Furry (Grievance Officer) claims that five (5) of my magazines were on the denial list. Yet this stupid bitch (Grievance Officer) refuses to direct the Publication Review Committee to afford me the remaining six (6) magazines, (which were <u>not</u> on the denial list.) The remaining six (6) magazines are approved publications and should of been afforded to me. This grievance officer was looking for whatever excuse imaginable to deny my grievance and the reason why these grievance officers are so belligerant is because they know you people is stupid about going to do too much of anything but go along with this bullshite.

RECEIVED
SEP 16 2004
OFFICE OF INMATE ISSUES

Fabian Santiago
#B-79716
Box 99
Pontiac, IL 61764

P.S.

Were the Grievance Officer claims that these magazines were confiscated out of two orders, but I only placed one ticket order. The Publications Review Comm. initially only confiscate a couple of my magazines, but after I filed my grievance they retaliated by confiscating all my magazines. I will be considering this to small claims if it is not properly addressed.

8 of 11 1 of 4

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

Date: June 29, 2004 | Committed Person: (Please Print) Fabian Santiago | ID#: B-79716

Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C.

NATURE OF GRIEVANCE:

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☑ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disciplinary Report: ___/___/___ Date of Report

Exhibit (E)

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I have filed over two dozen grievances concerning the systematic break down of the institutional mailing system at this facility and the fact that there have been hundreds of instances where the mailings of inmates are being disposed of or prevented from leaving this institution by staff, or where the mailings that inmates do receive are often delivered a month and a half or two months late to inmates. Yet despite the breakdown regarding this institution's mailing system the warden, grievance officers and counselors have all gone out of their way to conceal and downplay these incidents and since no correct.

Relief Requested: Have two (2) staffs fired

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Committed Person's Signature | B-79716 ID# | 6, 29, 04 Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name | Counselor's Signature | Date of Response ___/___/___

### EMERGENCY REVIEW

Date Received: 7, 7, 04

Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance
☑ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

RECEIVED SEP 16 2004 OFFICE OF INMATE ISSUES

Stephen D. Mote Chief Administrative Officer's Signature | 7, 2, 03 Date

Distribution: Master File; Committed Person

DOC 0046 (Eff. 10/2001)

tive Action has been taken these Corrupt prison staff in the Mail Room and Cellhouses, and have Continued to Commit such abuses. I forwarded fifty five dollar 55.00 to the Paper Wings Co. over a Month and a half ago and this Company in return forwarded me a package of Magazines to this facility about 30 days ago. (But I have yet to receive my Magazines to this very day)

There is no way in this wicked world that prison staff should delay over a Month before affording me my Mailings. These mail room staff members must be spending their time reading the Magazines of inmates, and sitting on their lazy asses instead of doing their fucking jobs. There simply is no excuse in this world for such unreasonable delays. Moreover, C/O McBrearty who works the cellhouse cage in the North unit has been known to boast about distributing the mail of inmates. I forwarded letters to Mr. Hardesty of the federal bureau of investigation and the Chicago Tribune news with money vouchers attached, yet these mailings never left this facility. I have also brought these matters to the attention of internal affairs yet these abuses persist with no end in sight. To only add to this problem is warden Mote's cover ups and refusal to take corrective action.

Relief Being Requested

1) Warden Mote be removed as the Chief Administrative Officer of the Pontiac C.C. for continually allowing and condoning misconduct, abuse and corruption to plague this facility.

2) Mail room supervisor be suspended and reassigned for allowing such a breakdown.

3) My magazines and any and all mailings currently being withheld from me by mail room staff be immediately afforded to me.

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE

Date: July 16, 2004 | Committed Person: (Please Print) Fabian Santiago | ID#: B-79716

Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C.

NATURE OF GRIEVANCE:

- [x] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): Confiscation of Publications
- [ ] Disciplinary Report: ____ Date of Report ____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I filed a grievance date June 25, 2004 concerning the Paper Wings Co. forwarding me twelve (12) magazines to this institution on June 1, 2004 which mailroom staff were withholding and had not delivered to me. Please see letter from Paper Wings Co. My grievance of June 25, 2004 is documented with the Pontiac C.C. and should be taken into consideration. On July 7, 2004, I received notification from the publication review committee that they had confiscated two (2) magazines from me out of the twelve (12) magazines that the

Relief Requested: Page three (3) states relief

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Committed Person's Signature | ID#: B-79716 | Date: 7, 16, 04

(Continue on reverse side if necessary)

## Counselor's Response (If applicable)

Date Received: 7, 18, 04

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ① Postage is charged according to the weight of the package ② Ex. C was a notification of denial Ex. D was a request for action by you. that is why the magazines became "separated". You must grieve the decision of the Review Committee to the Grievance officer. I see no violation of procedures

Print Counselor's Name: [signature] | Counselor's Signature: [signature] | Date of Response: 7, 27, 04

## EMERGENCY REVIEW

Date Received: 7, 20, 04

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Stephen D. Mote — Chief Administrative Officer's Signature | Date: 7, 20, 04

Distribution: Master File; Committed Person

Printed on Recycled Paper

DOC 0046 (Eff. 10/2001) (Replaces DC 5657)

RECEIVED SEP 16 2004 OFFICE OF INMATE ISSUES

(Left margin handwritten:) ... magazines. Keeping some longer. ... for compilation

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

Paper Wiley Co. had forwarded to me and that I needed to forward these magazines out of the institution. I then filled out a money voucher so these two (2) magazines could be mailed out of the facility and prison officials ended up over charging me for postage, deducting 4.50 to mail out two (2) magazines, when it only costed 3.20 for the Paper Wiley Co. to send me all twelve (12) magazines. Please see exhibits (A) money voucher receipt charging me 4.50 to send out two (2) magazines.
Please see exhibits (B) 3.20 was the cost of postage for Paper Wiley to forward me twelve (12) magazines.
So on July 7, 2004 when I received notification from the publications review committee that they would be confiscating and expecting me to mail out (2) of the twelve (12) magazines. I anticipated on receiving at least ten (10) of my magazines back. But prison officials held on to my magazines until July [illegible], 2004 and then notified me that they would also be confiscating their other ten (10) magazines as well. There are three (3) distinctive elements which must (all) be met before any literature or publication can be confiscated yet the publications review committee seems to be making up their own criteria as they go along.
Moreover, if my magazines were all in violation of the three elements then they should of all been confiscated all at once. Instead of having me mail out two (2) of the magazines then withholding the other ten (10) magazines for over a week then mandating me to send those magazines out as well. It seem obvious that prison officials held on to my ten magazines for an additional week just to see if I would resolve my grievance of June 25, 2004 (concerning the handling of my mail and my publications)
and then just decided to make me send them all out of the institution out of retaliation against me for documenting the incident. The fact that it took prison officials over a month and a half to fully process my package clearly demonstrates a serious break down in the mailing process. This break down has been ongoing for years at this facility and has caused numerous of incidents of unreasonable delays of the distriction of inmate mailings. The fact that I have been systematically targeted for retribution by staff and no end to these abuses clearly indicates warden Norris condoning and or sanctioning these altercations against me.

Printed on Recycled Paper

Relief Being Requested

1. Warden Motes employment with the I.D.O.C. be terminated for continuously condoning and concealing staff abuse.

2. Publications Review Committee be mandated to implement (all) three element clearly established by the U.S. Supreme Court before confiscating such publications. (not just (1) or some)

3. All further acts of retribution against me be placed to an end. especial by mail room staff

4. I be reimbursed for the over charge of postage. Exhibite (A)

5. The ten (10) publications confiscated from me by the publications review committe / mail room staff be returned to me. Exhibite (C) and (d)

RECEIVED
SEP 1 [illegible]
OFFICE OF
INMATE ISSUES

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

49

# REQUEST FOR PAYMENT

Date: 7/7/04

Name (print): FABIAN SANTIAGO I.D. No.: B-79716 Housing Unit: N-749 U

Please pay to: PAPER WINGS

Address: P.O. BOX 11855

City: BALTIMORE State: MD Zip: 21711

The sum of ______ dollars and ______ cents

and charge to my account for ONE PACKAGE to PAPER WINGS

☐ APPROVED
☐ NOT APPROVED

[signature] Inmate Signature — B-79716 ID No.

Assistant Warden/Supervisor Signature — Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

[signature] Inmate Signature

ID No. B-79716

**FOR TRUST FUND USE ONLY**

Trust Fund Balance $ ______
Less amount of payment $ ______
Current balance after payment $ ______

Check No. 382398 Date *JUL. 16 2004

Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested in the amount of 4 dollars 90 cents

☐ Postage Paid

**FOR JUVENILE DIVISION USE ONLY**

Received by: ______ (Staff) ______ Date

Received by: ______ (Youth) ______ Date

DC 828 (09/91) IL 426-0207

Exhibit (A)

Cost of postage prison officals charge me to send out two (2) magazines of the twelve Paper Wings Co. forwarded to me

RECEIVED
SEP 10 2004
OFFICE OF
INMATE ISSUES

Exhibit (B)

Cost of postage for Paper Wings Co. to forward me twelve (12) magazines which was mailed to the Pontiac.C.C on June 1, 2004

RECEIVED

SEP 16 2004

OFFICE OF
INMATE ISSUES

Denial

6 of 11

ILLINOIS DEPARTMENT OF CORRECTIONS

# Disposal of Denied Publication

Facility: Pontiac Housing Unit: N749

Offender's Name: Santiago ID#: B79716 Date: 7-16-04

In accordance with Ill. Admin. Code 525:Subpart C, publications listed below have been determined to be contraband or unauthorized property.

| Reference # | Publication(s) Name and Volume or Issue Number or Date | Reference # | Publication(s) Name and Volume or Issue Number or Date |
|---|---|---|---|
| 1) | Black Video Vol 5 #7 | 5) | |
| 2) | Player Nasty Vol 4 #8 | 6) | |
| 3) | Nasty Vol 4 #5 | 7) | |
| 4) | Nasty Vol 4 #7 | 8) | |

You have 30 days to have the contraband items disposed of by one of the following methods. These items will be disposed of in accordance with 20 Ill. Admin. Code 501.230 after the 30 day notice due date. Please select method of disposal. Indicate specific reference number from above if more than one publication is listed.

| Reference # (Specify) | Mail to the following address at my expense (indicate mailing address on voucher.) |
|---|---|
| | Name: ______ Address: ______ City: ______ State: ______ Zip Code: ______ Signature ______ Date Mailed Out ______ |

Exhibit (C)

| Reference # (Specify) | Have item(s) picked up by a visitor. Date to be picked up: ______ |
|---|---|
| | Visitor Name: ______ Address: ______ City: ______ State: ______ Zip Code: ______ Visitor Signature: ______ Date: ______ Reception Officer's Name ______ Signature ______ Date ______ |

| Reference # (Specify) | I authorize the facility to dispose of these items. |
|---|---|
| | Property Officer's Name ______ Signature ______ Date ______ |

☑ I have filed a grievance in accordance with 20 Ill. Admin. Code 504.

I AM FILING A GRIEVANCE FOR YOUR RETALIATION

Offender's Signature: [signature] Date: B79716 7/16/04

RECEIVED SEP 16 2004 OFFICE OF INMATE ISSUES

Distribution: Property File
Publication Review File

Printed on Recycled Paper

DOC 0213 (Eff. 8/2003)
(Replaces DCA 7025)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Publication Receipt and Course of Action**

Pontiac
Facility

Date of Notice: 7-16-04

Offender Name: Santiago ID#: B79716 Housing Unit: N749

Subject to 20 Ill. Adm. Code 525: Subpart C, you have received the following titled publication(s):

| Reference # | Publication(s) Name and Volume or Issue Number or Date | Reference # | Publication(s) Name and Volume or Issue Number or Date |
|---|---|---|---|
| 1) | Adult C.R. Nov. 03 | 5) | Black Video Ill. Vol 6 #1 |
| 2) | Adult C.R. Oct 03 | 6) | OUI Jan 04 |
| 3) | Teenz Vol 7 #1 | 7) | OUI Oct 03 |
| 4) | Hardcore Aug 03 | 8) | |

**Specify reference number(s)**

Due to the content, the publication(s) appears to:

1,2,3,4,5,6,7 Be obscene per 720 ILCS 5/1-20(b).

______ Be written in code or facilitates communication between offenders.

______ Depict, describe, or encourage activities that may lead to the use of physical violence or group disruption or it facilitates organizational activity without approval of the Chief Administrative Officer.

______ Advocate or encourage vi[...] poses an intolerable risk of violence or disruption.

______ Encourage or instruct in th[...]

Include sexually explicit m[...]es a threat to security, good order, or discipline or it facilitates criminal activit[...]

______ Be otherwise detrimental [...]r discipline or it might facilitate criminal activity or be detrimental to mental h[...]

______ Other: (specify)

Exhibit 6 (d)

Comments:

Print Name of Publication Review Officer — Signature — Date

**Specify reference number(s):**

______ Do not review (specify method of disposal):

______ Review

You may submit a written statement or other documentation supporting receipt of the above publication within 7 days of receipt of this notice. Extensions shall only be considered if the Publication Review Officer finds there is a legitimate reason for untimely submission.

You may request to appear before the Publication Review Officer. Appearances shall only be granted if it is considered necessary by the Publication Review Officer.

You may request assistance or information regarding the Publication Review Process.

In approximately 60 days, you will either receive the publication, or the publication shall be deemed disapproved and you may file a grievance in accordance with 20 Ill. Admin. Code 504.

If this form is not returned within 10 days to the Publication Review Officer, a review shall not be conducted and the publication shall be disposed of in accordance with 20 Ill. Admin. Code 501

Offender's Signature: [signature] Date 7-16-04

RECEIVED
SEP 16 2004
OFFICE OF INMATE ISSUES

Distribution: Publication Review File; Offender; Central Publication Review Committee File (if applicable)

*Printed on Recycled Paper*

DOC 0211 (Eff. 8/2003) (Replaces DC 1026)

Filing a grievance for your people retaliating against me

10 of 11

# Track & Confirm

**Current Status**

You entered 9102 0114 7386 0016 3136 42

Your item was delivered at 7:10 am on June 01, 2004 in PONTIAC, IL 61764.

Shipment Details >

**Notification Options**

▸ **Track & Confirm by email** What is this? Go >

**Track & Confirm**

Enter label number:

**Track & Confirm FAQs**

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy

RECEIVED
SEP 1 6 2004
OFFICE OF
INMATE ISSUES

11-811

# Paper Wings, LTD
# INVOICE

Wednesday, June 23, 2004

***customer #*** 206287

Fabian Santiago B79716
Pontiac Corr Facility
P.O. Box 99
Pontiac IL 61764

***order #*** *20503*

| order_date | ship_date | shipped via | tracking # |
|---|---|---|---|
| 5/18/2004 | 12:00:00 A | USM | 9102011473860016313642 |

| items | description | qty ordered |
|---|---|---|
| M10[illegible] | [illegible]S $50 + 2 FREE | 1 |
| SFP5 | SHIPPING FEES PAID - $5 | 1 |

***order_total*** $55.00

***balance*** $0.00

RECEIVED
SEP 16 2004
OFFICE OF INMATE ISSUES



Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

November 14, 2003

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance received on November 13, 2003, regarding Staff Conduct (Paula Rich 9/24/03), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

You allege in your grievance that Law Library Staff, specifically Paula Rich, are falsifying notaries and sabotaging work orders and your efforts to contact the Livingston County Courts.

The Grievance officer's report (035269) and subsequent recommendation dated October 31, 2003 and approval by the Chief Administrative Officer on October 31, 2003 have been reviewed.

Per the Grievance officer's report, Counselor Wiles visited the law library and reported that records were reviewed and show all the offender's requests for services were provided. Additionally, at no time were library staff informed of any deadlines.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Charges of staff misconduct could not be substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: [signature]
Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED: [signature]
Roger E. Walker Jr.
Director

cc: Warden Stephen D. Mote, Pontiac Correctional Center
Fabian Santiago, Register No. B79716
Chron. File

EXHIBIT
6

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

**Grievance Officer's Report**

Date Received: 10 / 9 / 03 Date of Review: 10 / 31 / 03 Grievance # (optional): 035269

Committed Person: Santiago, Fabian ID#: B79716

Nature of Grievance: Staff Conduct: Falsifying Documents

Facts Reviewed: Offender Santiago states the law library staff are falsifying notaries, sabotaging work orders and his (Santiago) efforts to petition the Livingston County Court. The offender claims staff is falsifying notary, work order forms and money voucher receipts to prevent the offender from filing petitions concerning an assault by staff.

The Counselors response states the law library records were reviewed and they show all the offender's requests for services, attached to the work orders on the following dates: 9/19/03 9/22/03 (2 requests) and 9/23/03. At no time was the staff advised of a deadline and the offender signed all workorders. Advised grievances were to be routed and all services requested were provided.

This Grievance Officer confirmed and concurs with the Counselors response

Recommendation: Based on a total review of all available information it is the recommendation of this grievance officer that the offenders grievance be DENIED, as the offenders allegations are not substantiated.

Tom Kennedy [signature]
Print Grievance Officer's Name — Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

**Chief Administrative Officer's Response**

Date Received: ______ ☒ I concur ☐ I do not concur ☐ Remand

Comments:

[signature] 10 / 31 / 03
Chief Administrative Officer's Signature — Date

**Committed Person's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

[signature] B79716 11 / 2 / 03
Committed Person's Signature — ID# — Date

RECEIVED
NOV 13 2003
OFFICE OF INMATE ISSUES

1 of 3

035269

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

Date: 9/26/2003 | Committed Person: (Please Print) FABIAN SANTIAGO | ID#: B-79716

Present Facility: PONTIAC C.C. | Facility where grievance issue occurred: PONTIAC C.C.

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☑ Other (specify): FALSIFYING DOCUMENTS
- ☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON 9/24/2003 MS. TIANA RICH OF THE LAW LIBRARY CAME TO THE CELLHOUSE TO RECOVER MY DOCUMENTS. WHICH NEEDED TO BE NOTARIZED, COPIED AND FILED WITH THE LEVINGSTON COUNTY COURTHOUSE. I HAD BEEN REQUESTING LAW LIBRARY ASSISTENCE FOR THE LAST WEEK AND SUBMITTING A REQUEST EVERY SINGLE DAY UNTILL I WAS FINALLY PROVIDED WITH ASSISTENCE.
BUT I NOTICED THAT ONLY MY MOST RECENT REQUESTS FOR ASSISTENCE WERE ATTACHED TO MS. RICH'S WORK ORDER. WHICH GAVE THE MISLEADING IMPRESSION THAT I WAS PROVIDED WITH LEGAL ASSISTENCE IMMEDIATELY.

Relief Requested: PAGE 3 THREE STATES RELIEF

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

______ Committed Person's Signature ______ ID# ___/___/___ Date

(Continue on reverse side if necessary)

PAGE 1 OF 3 TOTAL (margin note)

**Counselor's Response** (if applicable)

Date Received: 10/1/03 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: I WENT TO LAW LIBRARY AND WAS SHOWN ALL YOUR REQUESTS FOR SERVICE, ATTACHED TO WORK ORDERS ON THE FOLLOWING DATES 9/19/03, 9/22/03 - 2 REQUESTS, 1 ON 9/23/03 AT NO TIME WAS DEADLINE ADVISED AND YOU SIGNED ALL. ADVISED GRIEVANCES WERE TO BE MAILED AND ALL SERVICES REQUESTED WERE PROVIDED

WESLEY G WILES — Print Counselor's Name | [signature] Counselor's Signature | 10/3/03 Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

RECEIVED NOV 1 3 2003 OFFICE OF INMATE ISSUES

______ Chief Administrative Officer's Signature ___/___/___ Date

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE (Continued)

Every time I have been provided with the Assistance of A Notary only My Most recent request for Assistance have been Attached, to the work order.
I told Ms. Rich to notarize My documents And she stated that she would do so At the Law Library, despite her being required to notarize such documents in My presence.
I Also made Ms. Rich Aware that I had Already lost 5 packages containing legal documents, grievances And Affidavits when mailing them to the Library And that the only time I received My documents back from the Law Library is when the para-legals personally came to the cellhouse. Yet Ms. Rich continued to demand that I mail My documents through the mail.
When I received My documents back through the mail, I noticed that Ms. Rich is notary was stamped 9/23/2003.
I Also received A money voucher receipt indicating that I was charged for the copies of My petition on 9/22/03.
There is no way possible I could of been charged for copies on 9/22/03 or Ms. Rich could of notarized My documents on 9/23/03 because none of this had taken place until 9/24/03
Warden Mote And Law Library staff Are well Aware of My Attempts to petition the Livingston County Courthouse About incidents of Assault And the incompetence And deliberate indifference of Law Library staff.
Warden Mote And his subordinates have used every tactic And ploy imaginable to conceal these incidents, prevent And sabatage My Attempts to bring these matters before the courts.
In fact, My first written petition to the Livingston County Court never even made it outside of this institution And now Law Library staff Are falsifying work order forms, notary's, And money voucher receipts.
If Mr. Mote And Law Library staff Actually believe these factors Are not going to be stipulated before the Court, They Are sadly mistaken.
Considering the circumstances, it is crystal clear Mr. Mote has not only condoned but may very well be sactioning these Actions. I Am not Asking for Mr. Mote or Law Library staff to do me Any personal favors. These officials have an obligation to insure My Access to the Court is not stonewalled or sabatage. And since Mr. Mote doesn't seem to know how to prevent staff from Assaulting And retaliating Against me hopefully the Judge will know how to Address these matters.

Relief Being Requested

1. Ms. Paula Rich be suspended for 3 days without pay for falsifying documents and Ms. Rich be directed to cease from harassing and demanding that I "forward" my documents through the institutional mail.

2. Warden Mote be fully investegated by springfields internal affairs and suspended for 29 days without pay, for having full knowledge of the currupt practices being implimented at this facility and refusing to place an end to such abuses.

3. Law Library staff be mandated to attach "All" written request for assistence to work orders and to cease the practice of falsifying notaries and money voucher receipts.

RECEIVED
NOV 13 2003
OFFICE OF INMATE ISSUES

STATE OF ILLINOIS )
)SS
COUNTY OF )

**AFFIDAVIT**

I Lawrence Don Jenkins, being first duly sworn under oath, depose and state that the following informatic within this affidavit is true and correct in substance and in facts:

that on 9/24/03 I witness ms Paula G Rich state to mr Santiago that to Hand Her His (mr santiago) documents and that she would notirize them in the law liBrary during the evening Hours of 9-24-03 mr santiago showed me His petition of mandamus to Be filed in the livingston county courtHouse and ms Rich notary was stamped 9-23-03 which was the "incorrect date" I also read a money voucher receipt that mr Santiago showed me which Indicated that mr Santiago was charged for the copies of His mandamus petition on 9-22-03 But such copies were not made until 9-24-03 yet the Date on ms Rich notary and the Dates on the money voucher were Falsified Because ms Rich never even came to the CellHouse until 9-24-03 to provide mr santiago with a notary and mr santiago never SUBmitted His Documents for Coping until 9-24-03

Lawrence D Jenkins K-83900
Affiant Signature

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 26 DAY OF Sept 2003.

RECEIVED
NOV 13 2003
OFFICE OF
INMATE ISSUES

Illinois
Department of
Corrections

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

October 29, 2004

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance received on September 16, 2004, regarding Mailroom (Processing of Magazines Too Long) and Staff Conduct (C/O McBurney), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your written grievance dated June 29, 2004 regarding allegations that Mailroom Staff delay the delivery of your magazines by over a month and that Officer McBurney brags about how he destroys offender mail.

The Grievance officer's report (037782) and subsequent recommendation dated September 2, 2004 and approval by the Chief Administrative Officer on September 3, 2004 have been reviewed.

Per the Grievance officer's report, Officer McBurney was contacted and denied the allegations advising that he does not handle magazines. Additionally, other staff contacted advised that magazines can take some time from property or mailroom to the cell house.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Charges of staff misconduct could not be substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: [signature]
Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED: [signature]
Roger E. Walker Jr.
Director

cc: Warden Guy Pierce, Pontiac Correctional Center
Fabian Santiago, Register No. B79716
Chron. File

EXHIBIT
7

ILLINOIS DEPARTMENT OF CORRECTIONS

# RESPONSE TO COMMITTED PERSON'S GRIEVANCE

## Grievance Officer's Report

**Date Received:** July 21, 2004 **Date of Review:** September 2, 2004 **Grievance # (optional):** 037782

**Committed Person:** Fabian Santiago **ID#:** B79716

**Nature of Grievance:** Staff Conduct/ Mail Handling

**Facts Reviewed:** Offender Santiago states that the mail and magazines taken 1 1/2 - 2 months to be received and that the Mail Room staff is mishandling his mail/magazines. He states that he ordered magazines from Paper Wings and the company advised him that the package was delivered to the prison on 6/1/04 but he has not yet received them. He states that C.O. McBurney has be known to boast about destroying inmate mail and that counselors, grievance officers and the Warden have "downplayed these incidents".

Relief Requested: Warden Mote be removed from his position, Mail Room Supervisor be suspended and reassigned and that he receive his magazines and mail that is being withheld from him.

Counselor's Response: Counselor McNabb responded that C.O. McBurney denied his allegations and that he does not handle magazines. Other officers in the cellhouse advised him that magazines take a long time to come from property or from the mail room. Counselor McNabb could not verify that staff are intentionally mishandling offender Santiago's mail.

Grievance Officer notes that the Mail Room does not log in magazines that are received for offenders. The Mail Room Supervisor states that when magazines are received the cell assignment is written on them and they are put in the mail bag going to the appropriate cell house. There is no way for the Mail Room to ensure that the magazine gets to the appropriate offender once the mail bag leaves the Mail Room. Due to ongoing lack of staff, processing of mail and magazines has been somewhat delayed.

**Recommendation:** Based on review of all available information, this Grievance Officer recommends the offender's grievance be denied due to insufficient documentation to support the offender's allegations that mail is not processed correctly.

Sandra Eaton
Print Grievance Officer's Name

Sandra Eaton
Grievance Officer's Signature

**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

## Chief Administrative Officer's Response

**Date Received:** ____________

☒ I concur ☐ I do not concur ☐ Remand

**Comments:**

[signature]
Chief Administrative Officer's Signature

9-3-04
Date

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

[signature] RECEIVED SEP 16 2004 OFFICE OF INMATE ISSUES
Committed Person's Signature

B-79716
ID#

9/11/04
Date

N-27 1074

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

037782

| Date: Jun 29, 2004 | Committed Person: (Please Print) Fabian Santiago | ID#: B-79716 |
|---|---|---|
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] Other (specify): ______
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Disciplinary Report: ___ / ___ / ___ (Date of Report) ______ (Facility where issued)

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I have filed over two dozen grievances concerning the systematic break down of the institutional mailing system at this facility and the fact that there have been hundreds of instances where the mailings of inmates are being destroyed or prevented from leaving this institution by staff, or where the mailings that inmates do receive are often delivered a month and a half or two months late to inmates. Yet despite the breakdown regarding this institution's mailing system the warden, grievance officers and counselors have all gone out of their way to conceal and downplay these incidents and since no correct.

**Relief Requested:** Page two (2) states relief

[x] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| [signature] | B-79716 | 6, 29, 04 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

**(Continue on reverse side if necessary)**

**Counselor's Response (if applicable)**

Date Received: 7 / 15 / 04

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: C/O McBurney denies allegation also he state he does not handle magazines. Other officers reg. state that magazines take a long time to come from property or from mail room. I cannot verify that staff are intentionally mishandling your mail.

| M. [illegible] | [signature] | 7, 16, 04 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

**EMERGENCY REVIEW**

Date Received: 7 / 1 / 04

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

RECEIVED
SEP 16 2004
OFFICE OF INMATE ISSUES

| Stephen D. Mote | 7, 2, 04 |
|---|---|
| Chief Administrative Officer's Signature | Date |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE (Continued)**

tive Action has been taken these corrupt prison staff in the mail room and cellhouses, and have continued to commit such abuses. I forwarded fifty five dollar 55.00 to the Paper Wings Co. over a month and a half ago and this company in return forwarded me a package of magazines to this facility about 30 days ago. (But I have yet to receive my magazines to this very day.)

There is no way in this fucked world that prison staff should detain over a month before forwarding me my mailings. These mail room staff members must be spending their time reading the magazines of inmates and sitting on their lazy asses instead of doing their fucked jobs. There simply is no excuse in this world for such unreasonable delays. Moreover C/O McBride who works the cellhouse cage in the North unit has been known to boast about destroying the mail of inmates. I forwarded letters to Mr. Hardesty of the Federal Bureau of Investigation and the Chicago Tribune News with money vouchers attached, yet these mailings never left this facility. I have also brought these matters to the attention of Internal Affairs yet these abuses persist with no end in sight. To only add to this dilemma is Warden Mote's cover ups and refusal to take corrective action.

Relief Being Requested

1.) Warden Mote be removed as the Chief Administrative Officer of the Pontiac C.C.C. for continually allowing and condoning misconduct, abuse and corruption to plague this facility.

2.) Mail room supervisor be suspended and reassigned for allowing such a breakdown.

3.) My magazines and any and all mailings currently being withheld from me by mail room staff be immediately afforded to me.

RECEIVED
SEP 16 200[illegible]
OFFICE OF INMATE ISSUES

Printed on Recycled Paper

Illinois
Department of
Corrections

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

October 24, 2003

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance (035037) received on October 23, 2003, regarding Staff Conduct (Mailroom Staff 8/24/03) and Mailroom (Delivery of Mail 8/24/03), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

You allege in your grievance that mailroom staff are destroying your publications and delivering your mail 10-14 days late and could cause you to be tardy in responding to legal actions.

The Grievance officer's report and subsequent recommendation dated October 9, 2003 and approval by the Chief Administrative Officer on October 10, 2003 have been reviewed.

Per the Grievance officer's report, the Mailroom Supervisor was contacted and stated that per department policy subscription cards are to be removed from all magazines. Additionally, mail is processed as quickly as possible from the date of delivery by the U.S. Postal Service.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Charges of staff misconduct could not be substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: [signature]
Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED: [signature]
Roger E. Walker Jr.
Director

cc: Warden Stephen Mote, Pontiac Correctional Center
Fabian Santiago, Register No. B79716
Chron. File

EXHIBIT
8

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

**Grievance Officer's Report**

**Date Received:** September 22, 2003 **Date of Review:** October 9, 2003 **Grievance #** (optional): 035037

**Committed Person:** Santiago, Fabian **ID#:** B79716

**Nature of Grievance:** Mail Handling: Staff Conduct

**Facts Reviewed:** Offender Santiago states the mail room continuously removes the subscription cards from the magazines he receives. The offender states this process alters or destroys his magazines. He also grieves the time taken to process and deliver the mail. He states this may cause him to miss court mandated deadlines and default on his claims.

The Counselor's response states the mailroom indicated that it is policy to remove subscription forms from magazines and that they process the mail as quickly as possible.

This Grievance Officer contacted the Mail Room Supervisor. She confirmed that it is an administrative policy/decision to remove the subscription cards from all magazines. She also confirmed that the mail is processed as quickly as possible.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be DENIED, the issue of removing subscription cards is an administrative policy/decision, therefore no further action is warrented. Furthermore, the offender's allegations of staff misconduct are not substanitated.

Teri Kennedy

Print Grievance Officer's Name Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

**Chief Administrative Officer's Response**

**Date Received:** ________

☒ I concur ☐ I do not concur ☐ Remand

**Comments:**

Chief Administrative Officer's Signature 10-10-03 Date

**Committed Person's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

Committed Person's Signature B79716 ID# 10/16/03 Date

RECEIVED OCT 23 2003 OFFICE OF INMATE ISSUES

035037

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

Date: 8/24/2003 | Committed Person (Please Print): FABIAN SANTIAGO | ID#: B-79716

Present Facility: PONTIAC C.C. | Facility where grievance issue occurred: PONTIAC C.C.

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☒ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ Other (specify): ______
- ☐ Disciplinary Report: ___/___/___ (Date of Report) ______ (Facility where issued)

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**
**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I HAVE VARIOUS SUBSCRIPTIONS TO DIFFERENT PUBLICATIONS, SUCH AS: MAXIM MAGAZINE, ROLLINGSTONE MAGAZINE, MEN'S HEALTH, POPULAR MECHANICS, CAR AND DRIVER, AND RECEIVE AN AVERAGE OF 2 TO 4 MAGAZINES FROM MY FAMILY EACH MONTH. NOT ONE OF THESE PUBLICATIONS POSES A THREAT TO THE SECURITY OF THIS INSTITUTION, DEPICTS HARD CORE PORNOGRAPH OR GANG ACTIVITY.
IN FACT, EVERYONE OF THESE PUBLICATIONS HAS BEEN APPROVED FOR REVIEW BY OFFICIALS OF THE I.D.O.C.

**Relief Requested:** PAGE "2 TWO" STATES RELIEF.

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

______ Committed Person's Signature ______ ID# ___/___/___ Date

(Continue on reverse side if necessary)

RECEIVED SEP 2003 Pontiac Corr. Ctr. Grievance Off.

**Counselor's Response** (if applicable)

Date Received: 8/26/03 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Mailroom indicates that it is our policy to remove subscription forms from magazines and that they process the mail as quickly as possible!

William Myers (Print Counselor's Name) | William Myers (Counselor's Signature) | 9/17/03 (Date of Response)

**EMERGENCY REVIEW**

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

______ Chief Administrative Officer's Signature ___/___/___ Date

RECEIVED OCT 23 2003 OFFICE OF INMATE ISSUES

Distribution: Master File; Committed Person

DOC 0046 (Eff. 10/2001) (Replaces DC 5657)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

yet since I have been in the custody of the Pontiac C.C. I have received 9 different magazines, at an average cost of 7.50 per publication and mail room staff have taken upon themselves to remove the "subscription forms" out of every single one of my magazines and in the process of removing these forms, mail room staff have also torn out and distroyed numerous other pages.

rendering my publications completely defaced and illegible. inmates are allowed to use the subscriptions forms of these publications and have funds from their prison account issued to pay for such subscriptions. many of the addresses of these publications are only located on the subscription forms and because of mail room staff removing these forms I have been unable to notify the distributors of my publications that I was transferred from Menard to the Pontiac C.C. (address change).

Mail room staff have no right or real justification to continue tearing out pages of my magazines, moreover, I have a due-process right to grievance such issues "before" staff members can distroy, tamper with, alter or deface any of my property. some of these publications sometimes offer their subscribers the opportunity to purchase various items, such as as stuff bears, jewelry, etc., and although inmates are not allowed to purchase such items for themselves, inmates can have funds issued from their account or other sources to purchase such items for their family members or loved ones. so mail room staff should not be allowed to use the excuse that they have reason to at least distroy those certain parts of my publications. I also have "3 three" pending litigations in the state and federal courts and have noticed that such mailings are being delivered to me 10 to 14 days from the post mark date. If mail room staff continue to delay or withold my legal mailings they are going to cause me to miss court mandated deadlines and default on my claims. therefore it is critical for my legal mailings to be delivered to me immediately.

- Relief Being Requested -

Mail room staff stop delaying or witholding my legal or any other mailings, the practice of distroying or defacing such publications as listed above be placed to an end, I be compensated in the amount of 67.50 for the "9 nine publication" distroyed by mail room staff

Printed on Recycled Paper



Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

June 3, 2004

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance received on June 2, 2004, regarding Staff Conduct (C/O Doss 3/1/04 and 3/22/04), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your written grievance regarding allegations that C/O Doss continues to harass you; deny you hygiene products; ample time in the shower; tampers with your food tray and basically has a grudge against you.

The Grievance officer's report (036981) and subsequent recommendation dated May 20, 2004 and approval by the Chief Administrative Officer on May 21, 2004 have been reviewed.

Per the Grievance officer's report, C/O Doss denies the allegations and further denies taking extra steps to deprive Inmate Santiago of his property.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Charges of staff misconduct could not be substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: [signature]
Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED: [signature]
Roger E. Walker Jr.
Director

cc: Warden Stephen D. Mote, Pontiac Correctional Center
Fabian Santiago, Register No. B79716
Chron. File

EXHIBIT
9

14 JUN 2004

ILLINOIS DEPARTMENT OF CORRECTIONS

# RESPONSE TO COMMITTED PERSON'S GRIEVANCE

## Grievance Officer's Report

**Date Received:** April 16, 2004 **Date of Review:** May 20, 2004 **Grievance #** (optional): 036981

**Committed Person:** Santiago, Fabian **ID#:** B79716

**Nature of Grievance:** Staff Conduct

**Facts Reviewed:** Offender Santiago states CO Doss took his (Santiago) property on 3/1/04, by order of Assistant Warden Melvin. The offender states that since that date to officer has been harassing him (Santiago). The offender claims the officer is tampering with food trays, he (Santiago) has been forced to shower in inhumane and unsanitary conditions, and the officer has torn up his (Santiago) cell during shakedowns.

The Counselor's response states that CO Doss stated he followed the odor to collect the offender's property. The officer denied harassing the offender. The offender's property was logged and returned. The officer denied taking extra steps to deprive the offender of his (Santiago) property.

This Grievance Officer confirmed and concurs with the Counselor's response. The restriction of property was an administrative decision, therefore no further action is warranted.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be DENIED, as the offender's allegations of staff misconduct are not substantiated.

Teri Kennedy [signature]

Print Grievance Officer's Name — Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

**Date Received:** ______ ☒ I concur ☐ I do not concur ☐ Remand

**Comments:**

RECEIVED
JUN 02 2004
OFFICE OF INMATE ISSUES

[signature] 5-21-04

Chief Administrative Officer's Signature — Date

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

[signature] B-79716 5/28/04

Committed Person's Signature — ID# — Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** 036981

| | | |
|---|---|---|
| Date: MArch 22, 2004 | Committed Person: (Please Print) FABIAN SANTIAGO | ID#: B-79716 |
| Present Facility: PONTIAC C.C. | Facility where grievance issue occurred: PONTIAC C.C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
- ☒ Staff Conduct ☐ Dietary ☐ Medical Treatment ☒ Other (specify): Retaliation
- ☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator
- ☐ Disciplinary Report: ___/___/___ (Date of Report) ______ (Facility where issued)

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if **EMERGENCY** grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** D[redacted] issued a directive to cellhouse staff to strip me of my property because I had been writing warden mote complaining about my letters to my relative's being distorted and preventing my mailing's from leaving this institution. [redacted] was the officer who carried out the order of having my property removed on March 1, 2004.
And ever since the incident [redacted] has lead himself to believe that since the warden's office issued orders to remove my property that he [redacted] has the green light and free rein to harass and target me for retribution.

**Relief Requested:** Stephen Mote be removed as warden for his deliberate indifference and continuely allowing C/O to target and retaliate against me. C/O Doss be suspended and directed to cease from any further reprisal against me.

☒ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Committed Person's Signature — B-79716 ID# — 3, 22, 04 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 4, 5, 04 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: C/O Doss state he followed order to collect your property. He denies harrasing you. Your property was logged and returned. He denies taking extra steps to deprive you of property.

[signature] Print Counselor's Name — [signature] Counselor's Signature — 4, 15, 04 Date of Response

**EMERGENCY REVIEW**

Date Received: 03 26, 04 Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☒ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Stephen D. Mote — Chief Administrative Officer's Signature — 03 26, 04 Date

RECEIVED JUN 03 2004 OFFICE OF INMATE ISSUES

Printed on Recycled Paper

1:04-cv-01429-HAB-JAG # 110-6 Page 32 of 41

For the past several week's now every time C/O doss has ran the shower's on Friday or Saturday the shower area has been covered in filthy standing water, the shower's covered in film and scum and the floor's riddled with dirty empty packages of shampoo and soap boxes. yet C/O doss has refused to allow the inmate worker's to clean or even sweep the shower area despite the inhuman and unsanitary conditions that accumulate from so many men washing their bodies's. This C/O ha's even refused to afford me nail clipper's to attend to my hygein needs. C/O doss has continuely for the past several weeks demanded and ordered me to leave the shower area after only about a 5 min. periods. despite the fact that, I have made it loud and clear to C/O doss that shower's are only afforded once every week and inmates are to be given at the very least 10 to 15 min shower periods.

Because of these instinces and C/O [redacted] refusal to comply with the rules and regulations of the I.D.O.C. and perform his ~~duties there has~~ been a personal grudge held against me by this C/O. on March 22, 2004 C/O doss informed me that I was scheduled to see the Administrative Review Board, and after being handcuffed and secured C/O doss begins to search my cell and throw my mattress around. I then protest C/O dosses methods, in which he is searching my cell, C/O doss then begins to verbally abuse and disrespect me and use the (excuse) that my cell was not in compliance. despite the fact that I am probably one of the most hygenic and well organized inmates in this entire dungeon. C/O doss then escort's me down to the cage area where ~~(C/O doss)~~ starts to brag to Lt. Hobart that he's going to start taking up more cells.

during the lunch hour C/O doss hand's me my tray which only had about 4 spoon fulls of food and looked as it someone had emptied the majority of the food portion out. once C/O doss entered my cell to search and started to throw my mattress around he was obligated to afford me a shake down slip, yet I never received one. it is also clear that C/O doss is now tampering with my food tray's.

I am only afforded the most basic of property items in the segregation unit such as legal supplies and hygenic products, yet C/O doss want's to make it seem as if I've got kilos and rocket launcher's hidden in my god damn cell.

I am not going to be left as a target to C/O dosses acts of retribution against me simply because C/O doss is looking to kiss ass, impress and win favor with Lt. Hobart, and because warden Mote has refused to place an end to such abuses against me. It amazes me that even in the face of a criminal investigation being headed by the F.B.I into the assaults and incidents of retribution against me that warden Mote continue's to allow and condone prison guards targetting and provoking me into physical confrontations.

RECEIVED
JUN 02 2004
OFFICE OF INMATE ISSUES



Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

September 10, 2004

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance received on September 9, 2004, regarding Staff Conduct (Counselor McNabb June 8 & 22, 2004), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your written grievance dated June 25, 2004 regarding allegations that Counselor McNabb is not adequately performing his job responsibilities as he sent two grievances back to you to be rewritten as he did not find them legible. You state that Counselor McNabb has answered other written grievances in the past, thereby is able to read your grievances, and was resending them as a ploy to discredit your allegations.

The Grievance officer's report (037734) and subsequent recommendation dated August 18, 2004 and approval by the Chief Administrative Officer on August 23, 2004 have been reviewed.

Additionally, grievances may be returned by either the Counselor or the Grievance officer in order to obtain a more legible report.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Charges of staff misconduct could not be substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: [signature]
Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED: [signature]
Roger E. Walker Jr.
Director

cc: Warden Stephen D. Mote, Pontiac Correctional Center
Fabian Santiago, Register No. B79716
Chron. File

EXHIBIT
10

ILLINOIS DEPARTMENT OF CORRECTIONS

## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

### Grievance Officer's Report

Date Received: 7, 14, 04 Date of Review: 8, 18, 04 Grievance # (optional): 037734

Committed Person: Santiago ID#: B79716

Nature of Grievance: Staff Conduct.

Facts Reviewed: Grievant states that C/O McNabb have stated they are unable to read his grievances although they have answered some of them. Counselor responded that Counselor McNabb indicates he advised offender he couldn't read the grievance and asked him to re write it. Grievance Officer Concurs.

Recommendation: Based on a review of all available information, Grievance Officer recommends grievance be denied as allegations of Misconduct are not substantiated.

N. Osman — Print Grievance Officer's Name

N. Osman — Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: ______ ☒ I concur ☐ I do not concur ☐ Remand

Comments:

RECEIVED

SEP 09 2004

OFFICE OF INMATE ISSUES

[signature] — Chief Administrative Officer's Signature

8, 23, 04 — Date

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

[signature] Santiago — Committed Person's Signature

B-79716 — ID#

9, 3, 04 — Date

037734

ILLINOIS DEPARTMENT OF CORRECTIONS

**COMMITTED PERSON'S GRIEVANCE**

N749

**Date:** June 25, 2004 **Committed Person:** (Please Print) Fabian Santiago **ID#:** B-79716

**Present Facility:** Pontiac C.C. **Facility where grievance issue occurred:** Pontiac C.C.

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ Disability
- ☑ Staff Conduct
- ☐ Dietary
- ☐ Medical Treatment
- ☐ Other (specify)
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Disciplinary Report: ____ Date of Report ____ Facility where issued

RECEIVED JUN 28 2004

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I filed two (2) separate grievances. The first dated June 8, 2004 concerning [redacted] [illegible] of retaliation [illegible] my [redacted] this institution. The second dated [redacted] regarding [redacted] misconduct and retaliation against me, in which Counselor McNabb claims he was unable to read my accounts of those incidents. And where the grievance officer refused to review the matter citing that my writing was illegible. Counselor McNabb and especially the grievance officer have already reviewed various grievances of mine concerning staff misconduct, so they are all familiar with my handwriting.

**Relief Requested:** [illegible] two (2) stated relief

☑ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Committed Person's Signature B-79716 ID# 6, 25, 04 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

**Date Received:** 7, 12, 04 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Counselor McNabb indicates he advised offender he couldn't read the grievance and asked him to re-write it.

T Wade Print Counselor's Name [signature] Counselor's Signature 7/12/04 Date of Response

**EMERGENCY REVIEW**

**Date Received:** 6, 29, 04 Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☒ No; an emergency is not substantiated. Committed Person should submit this grievance in the normal manner.

JUL 2004 [illegible] Corr. [illegible]ance

RECEIVED SEP 09 2004 OFFICE OF INMATE ISSUES

Stephen D. Mote [signature] Chief Administrative Officer's Signature 6, 29, 04 Date

Distribution: Master File; Committed Person

DOC 0046 (Eff. 10/2001) (Replaces DC 5657)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE (Continued)

Not only has Counselor [illegible] of whatever counselor I've been assigned to, the grievance officers and wardens, have refused to afford me a fair review of the grievances I have filed, but these officials have have used every ploy, tactic and excuse imaginable to discredit my accounts of any incidents I've reported and have gone out of their way to cover-up and conceal these instances no matter how blatant and obviously such misconduct has been. I am not being detained in [illegible], I am being housed in the North unit where these counselor and grievance officers have access to. Yet not once have these official interviewed me or any of the witnesses I have stipulated yet alone conducted any real inquiry into these matters.

Moreover, Mrs. Sherry Hile - of the Administrative Review Board and director Roger Walker have never even so much as conducted a formal and thorough review of these incidents and have done nothing more than to rubber stamp my grievances denied, because of my litigations against the I.D.O.C. and the liabilities involved. I don't believe that there is anyone in this entire state who will believe these employees ever provided me with a fair review and thorough inquiry of these matters and the record will clearly demonstrate these factors.

Relief being requested

1.) Counselor [illegible] grievance officer, warden Mote, Mrs. Sherry Hile and director Walker be suspended for three 3 days without pay.

2.) All of the above mentioned officials cease from all further misconduct against me and intending my efforts to seek redress, and a fair review through the established grievance procedure.

RECEIVED
SEP 0 9 2004
OFFICE OF INMATE ISSUES

Printed on Recycled Paper



Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

September 27, 2004

Fabian Santiago
Register No. B79716
Pontiac Correctional Center

Dear Mr. Santiago:

This is in response to your grievance received on September 23, 2004, regarding Staff Conduct (C/O McBernny 7/28/04), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your written grievance regarding allegations that Officer McBernny opened your privileged mail to the Inspector General's Office and frequently destroys outgoing mail.

The Grievance officer's report (038069) and subsequent recommendation dated September 16, 2004 and approval by the Chief Administrative Officer on September 17, 2004 have been reviewed.

Per the Grievance officer's report, mail to the Inspector General's Office is not considered outgoing *privileged* mail. Additionally, staff deny intentionally tampering with or destroying offender mail.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. Charges of staff misconduct could not be substantiated. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: [signature]
Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED: [signature]
Roger E. Walker Jr.
Director

cc: Warden, Pontiac Correctional Center
Fabian Santiago, Register No. B79716
Chron. File

EXHIBIT
11

ILLINOIS DEPARTMENT OF CORRECTIONS

# RESPONSE TO COMMITTED PERSON'S GRIEVANCE

## Grievance Officer's Report

**Date Received:** September 3, 2004 **Date of Review:** September 16, 2004 **Grievance # (optional):** 038069

**Committed Person:** Santiago, Fabian **ID#:** B - 79716

**Nature of Grievance:** OFFENDER IS GRIEVING STAFF CONDUCT AND MAIL HANDLING.

**Facts Reviewed:** OFFENDER STATES ON 07/28/2004 HE ATTEMPTED TO FORWARD A LETTER TO THE OFFICE OF THE INSPECTOR GENERAL. OFFENDER STATES HE SEALED THE LETTER AS HE FELT IT CONTAINED PRIVILEGED INFORMATION. OFFENDER STATES THE GALLERY OFFICER HAD HIS LETTER RETURNED TO THE OFFENDER, STATING HE WOULD NOT ALLOW THE LETTER TO LEAVE THE CELL HOUSE SINCE THE LETTER WAS SEALED. OFFENDER ALLEDGES THAT CELL HOUSE STAFF OPENS, AT TIMES DESTROYS THE OFFENDERS MAIL, AND LOOSES OFFENDER'S MAIL. OFFENDER STATES HE HAS MADE THE LT. AWARE OF THIS SITUATION AND NOTHING HAS BEEN DONETO REMEDY THE SITUATION.

OFFENDER IS REQUESTING THAT THE WARDEN BE TERMINATED FOR ALLOWING SUCH ABUSE, THE INVOLVED STAFF ON THE 3 - 11 SIFT BE SUSPENDED, THE MAIL ROOM AND LIBRARY STAFF BE ALLOWED TO PERFROM THEIR DUTIES AND INSPECT AND PROCESS SUCH MAILINGS AND CELL HOSUE STAFF BE DIRECTED TO CEASE FROM OPENING AND TAMPERING WITH THE OFFENDER'S MAIL, AND THAT THE OFFENDER BE IMMEDIATELY AFFORDED HIS PRIVILIGED COMMUNICATION WITH THE INSPECTOR GENERAL.

RECEIVED
SEP 23 2004
OFFICE OF INMATE ISSUES

**Recommendation:** THE COUNSELOR ADVISED THE OFFENDER THAT HE HAD CONTACTED THE MAIL OFFICE, AND THEY ADVISED THAT LETTERS TO THE INSPECTOR GENERAL ARE NOT CONSIDERED PRIVILEGED, THUS THEY MAY NOT BE SEALED. CELL HOUSE STAFF WAS CONTACTED, THEY ADVISED THEY DO NOT UNDER ANY CONDITION INTENTIONALLY TAMPER WITH, ALTER, OR LOOSE THEOFFENDER'S MAIL. THEY ACT IN A PROFESSIONAL MANNER AT ALL TIMES. BASED ON THE ABOVE INFORMATION, THIS GRIEVANCE OFFICER FINDS THIS GRIEVANCE TO BE WITHOUT BASIS.

[signature] Print Grievance Officer's Name — [signature] Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

**Date Received:** 9/17/04 ☒ I concur ☐ I do not concur ☐ Remand

**Comments:**

Stephen D. Mote — Chief Administrative Officer's Signature — Date: 9/17/04

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

[signature] Committed Person's Signature — ID#: B-79716 — Date: 9/17/04

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE

038069

Date: July 28, 2004
Committed Person: (Please Print) Fabian Santiago
ID#: B-79716

Present Facility: Pontiac C.C.
Facility where grievance issue occurred: Pontiac C.C.

RECEIVED JUL 30 WARDEN'S OFFICE PONTIAC

NATURE OF GRIEVANCE:

- ☐ Personal Property
- ☑ Mail Handling
- ☐ Restoration of Good Time
- ☐ Disability
- ☑ Staff Conduct
- ☐ Dietary
- ☐ Medical Treatment
- ☐ Other (specify):
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor**, unless the issue ~~involves discipline, is deemed an emergency~~, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On the above date, I attempted to forward out a letter to: the Office of the Inspector General 32 West Randolph St. Chicago, Il 60601 I ended up sealing my letter because it is privileged mail. Sgt. C/o McDermand (who works the cellhouse cage) opened my letter outside of my presence and had the seven gallery officer return my letter back to me claiming he (C/o McDermand) won't not allow my letter out unless the cellhouse white [illegible] was sealed.

Relief Requested: Page three (3) states relief

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Committed Person's Signature | B-79716 ID# | 7, 29, 04 Date

(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

Date Received: 8 / 11 / 04

☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: according to the mail office - letters to the Inspector General are NOT considered privileged

M. Ross — Print Counselor's Name | [signature] Counselor's Signature | 8, 11, 04 Date of Response

## EMERGENCY REVIEW

Date Received: 8 / 2 / 04

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Stephen D. Mote — Chief Administrative Officer's Signature | 8, 2, 04 Date

RECEIVED SEP 2 3 2004 OFFICE OF INMATE ISSUES

Distribution: Master File; Committed Person

Printed on Recycled Paper

DOC 0046 (Eff.10/2001)
(Replaces DC 5657)

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

C/O McBerny has been known to open, read and destroy the mailings of inmates. Cellhouse staff in the North Unit, which has been mainly headed by C/O McBerny, have been opening, reading and destroying the regular and legal mailings of inmates including all documents being forwarded to the law library for copying.
Despite the fact that it is the duty of mail room and law library staff to inspect and process such mailings.
C/O McBerny has hid behind the excuse that such practices are being implemented as a security concern, but in all reality this prison guard has implemented such practices because he is bored out of his mind and has nothing better to do than commit such abuses out of malicious spite towards inmates.
Because of C/O McBerny and cellhouse staff being allowed to open and tamper with the mailings of inmates, there have been an avalanche of incidents involving the destruction and loss of inmate mail in the North Unit. And it is crystal clear that if C/O McBerny were to be reassigned to a new cellhouse and staff were prevented from tampering with the mailings of inmates, these incidents would cease to exist.
Lt. Potter who is the second shift (Lt.) and supervisor as well as Warden Mote have been well aware of the numerous of incidents involving the destruction and loss of inmate mail, yet have refused to take the necessary action to place an end to these abuses. Within the last month alone I have had a 1/2 dozen letters or packages I have sent to to the law library for copying destroyed and simply vanish off the face of the earth. One could easily conclude that C/O McBerny is more than likely involved in these incidents and is also carrying out such abuses against me for reporting staff misconduct.
This C/O is also concocting his own un-written policies by mandating all inmates to turn in their mail by 10:00 pm. despite their being no such regulation for the Pont. C.C.
C/O McBerny is blatantly violating my legal and privileged communication and retaliating against me.
This C/O is long over due in needing to be removed from the cellhouse to prevent any further incidents of the destruction and mishandling of inmate mail.

RECEIVED
SEP 2 3 2004
OFFICE OF INMATE ISSUES

**STATE OF ILLINOIS** ) ***Fabian Santiago v. Roger E. Walker, et al.,***
) **SS.** **USDC-CDIL No. 04-1429**
**LIVINGSTON COUNTY** )

**AFFIDAVIT**

I, TERRI ANDERSON, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am the Manager of the Office of Inmate Issues for the Illinois Department of Corrections ("the Department"). I have been employed by the Department in various capacities since May 1984. As Manager, my duties involve, among other things, overseeing the operations and record keeping of the ARB, which reviews grievances filed by Department inmates.

2. The Director of the Department of Corrections, Roger E. Walker Jr., did not personally review any grievances filed by Fabian Santiago, B-79716.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

[signature]
TERRI ANDERSON

Subscribed and sworn to before me
this 31 day of August, 2007.

[signature: Margaret E. Baugher]
Notary Public

OFFICIAL SEAL
MARGARET E. BAUGHER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-6-2011

EXHIBIT
X