To: Court Clerks Office
U.S. Dist. Court, Central

September 18th, 2007

Re: Santiago Vs. Walker, Jr. et.al;
Civil No. 04-1429
Judge, Harold A. Baker



04-1429

**THE CONTENTS OF THIS CORRESPONDENCE CONSIST OF AN URGENT MATTER, &
MUST BE SUBMITTED TO: <u>JUDGE, HAROLD A. BAKER</u>.**

Upon the date of: August 31st, 2007, the defendants moved with the District Court requesting summary judgement. Upon the date of: September 5th, 2007, the plaintiff became in receipt of the defendants pleadings requesting summary judgement. The plaintiffs current instituion of incarceration (Stateville.c.c.) has been under lockdown statuce for month(s), & the law library supervisor, Ms.Crystal Mason refuses to make regular rounds throughout the cellhouse, so the plaintiff is left with little other alternative, but to forward Ms.Mason his legal documents through the institutional mailing system. Upon the date of: September 6th, 2007, the plaintiff forwarded to Ms.Mason his four (4) page <u>response</u> to the defendants request for summary judgement, togeather with a note, informing Ms.Mason of the plaintiffs deadline, & dire need to submit such materials to the court @ the earliest possible time.

Upon the date of: September 9th, 2007, the plaintiff forwarded to his assigned counselor, Ms.Landria Dennis, nine (9) pages of legal documents, consisting of affidavits, exhibits, etc., which were to be submitted togeather with the plain-tiffs <u>response</u> to the defendants request for summary judgement. The plaintiff submitted a note, togeather with his materials to Ms.Dennis, explaining to Ms.-Dennis that, the plaintiff had forward such materials to Ms.Dennis, due to Ms.-Mason continually witholding the plaintiffs legal documents for unreasonable periodes of time, & the plaintiff required the return of such materials as soon as possible, in order to meet his court mandated deadline.

The plaintiff forwarded his materials for copying to Ms.Mason & Ms.Dennis, & from the dates of: September 10th through 14th, 2007, the plaintiff forwarded correspondences every day to either or both Ms.Mason & Ms.Dennis regarding the copying & return of the plaintiffs documents. Upon the date of: September 13th, 2007, the plaintiff received his legal documents from Ms.Mason, however, upon the date of: September 14th, the plaintiff personally spoke to, & was informed by Ms.Dennis that she (Ms.Dennis) had yet to receive the plaintiffs legal materials.

The plaintiff has forwarded numerous correspondences, grievances, etc., to his assigned counselor, Ms.Landria Dennis, & Ms.Dennis has never had any problems receiving the plaintiffs mailings, however, now that the plaintiff is under a critical deadline, where summary judgement in this cause will be entered in against the plaintiff, if the plaintiff does not respond to the defendants pleadings, Ms.Dennis is now (claiming) not to have received the plaintiffs materials. The plaintiff seriously doubts that Ms.Dennis has not received his (plaintiffs) documents, & it is more than likely that, Ms.Dennis has received the plaintiffs documents, & is either witholding, or has distroyed the plaintiffs pleading, in order to strike a fatal blow against the plaintiffs litigation, where summary judgement is entered in against the plaintiff, & the plaintiffs case is dismissed.

The plaintiff has filed an <u>emergency grievance</u> dated: September 14th, 2007, directly to warden Mr.Terry McCann regarding Ms.Dennis' claim not to have received the plaintiffs legal documents. The plaintiff has requested an inquiry into this matter, the copying & return of the plaintiffs materials, before the plaintiffs deadline in this cause, however, no such action has been taken. The plaintiff has also prepared & is currently in receipt of his (plaintiffs) motion requesting an enlargement of time to submit his response to the defendants request for summary judgement. The plaintiff has written & has had the cellhouse staff personally call Ms.Crystal Mason to come to the cellhouse & provide the plaintiff with legal assistance, where the plaintiffs motion requesting an enlargement of time to submit his response, is personally recovered & copied by Ms.Mason, in order to insure that the plaintiff submits his filing before the courts deadline, however, Ms.Mason refuses to come to the cellhouse & provide the plaintiff with such assistance.

The plaintiff will no longer forward his legal documents through the institutional mail, due to the plaintiffs pleadings submitted to Ms.Dennis having yet to be copied & returned to the plaintiff, & Ms.Mason refuses to appear @ the cellhouse & provide the plaintiff with para-legal assistance, dispite the fact that, it is the duty & within Ms.Masons job discription to afford I/Ms within the cellhouse with legal assistance during lockdown periodes. The plaintiff has filed an <u>emergency grievance</u> dated: September 17th, 2007, directly to warden Mr.Terry Mccann regarding the plaintiffs deadline, & Ms.Masons refusal to afford the plaintiff with legal assistance & copies of his (plaintiffs) motion requesting an enlargement of time to respond to the defendants request for summary judgement, however, no action has been taken.

The plaintiff would like to emphasize to the court that, all of the plaintiffs pleadings in opposition to the defendants request for summary judgement have been prepared by the plaintiff, however due to Ms.Dennis refusing to finally copy & return all of the plaintiffs affidavits, exhibits, etc., the plaintiff is being precluded from submitting his documents to the court. Furthermore, Ms.Mason refusing to appear @ the cellhouse, & personally recover & provide the plaintiff with copies of his motion requesting an enlargement of time has prevented the plaintiff from even submitting this filing to the court.

In sum, the plaintiff is currently being held incommunicado from the court, due to the plaintiff being denied/prevented from obtaining copies of his documents, or where the plaintiffs pleadings to the court are being witheld, or possibley distroyed by Ms.Landria Dennis, & dispite the plaintiffs emergency grievances to warden Mr.McCann no corrective action has been taken to insure that, the plaintiff is afforded his right to communicate & submit his filings to the court.

The very foundation of the plaintiffs cause is in regards to prison guards/officals systematically engaging in the unlawful practic of exployting the institutional mailing system, grievance procedure, & law library @ the Pontiac.c.c., & now that, the plaintiff is under a critical deadline where summary judgement will be entered in against the plaintiff, if the plaintiff fails to oppose such a request by the defendant, prison officals @ the Stateville.c.c. have engaged in unlawful practices against the plaintiff, where the plaintiffs documents have been intercepted, witheld, or possibley distroyed, for the sole means of having the plaintiffs case dismissed. It would not saprize the plaintiff, if defendant Roger E. Walker, Jr himself is involved with such action being carried out against the plaintiff, so summary judgement might be entered in against the plaintiff.

THE PLAINTIFF IS REQUESTING THAT, THE DISTRICT COURT MANDATE DEFENDANT ROGER E. WALKER, JR, TO INSURE THAT ALL OF THE PLAINTIFFS PLEADINGS, AFFIDAVITS, EXHIBITS, ETC., ARE RECOVERED, COPIED & RETURNED TO THE PLAINTIFF FROM MS.LANDRIA DENNIS, SO THE PLAINTIFF MIGHT BE ABLE TO FILE HIS RESPONSE TO THE DEFENDANTS REQUEST FOR SUMMARY JUDGEMENT,
OR THAT, A STAY OF COURT PROCEEDINGS BE ISSUED, UNTIL THE PLAINTIFF IS PROVIDED WITH LEGAL ASSISTANCE TO COPY & SUBMIT HIS REQUEST FOR AN ENLARGEMENT OF TIME.

/s/ [signature],

Mr.Fabian Santiago. #B-79716

PO Box 112  Joliet, Il 60434

IN THE
U.S. Dist. Court for the
Central Dist. of Illinois

Fabian Santiago                    )
Plaintiff,                         )
                                   )
                                   ) Case No. 04-1429
    v.                             )
                                   )
Roger E. Walker, Jr. et.al;        )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Court Clerks Office            TO:

    309 Federal Building
    100 N.E. Monroe
    Peoria, Il 61602

PLEASE TAKE NOTICE that on __September 18th__, 20_07_, I have placed the documents listed below in the institutional mail at __Stateville__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

Plaintiffs correspondence to the court, regarding the plaintiff being being denied access to the court, & prevented from submitting his pleadings in opposition to the defendants request for summary judgement.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 9/18/07                      /s/ [signature]
                                   NAME: Fabian Santiago
                                   IDOC#: B-79717
                                   Stateville Correctional Center
                                   P.O. BOX 112
                                   Joliet, IL 60434

Revised Jan 2002