**E-FILED**
Monday, 24 September, 2007  11:48:47 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS



**FILED**

SEP 2 4 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Fabian Santiago                                    Civil No. 04-1429

     Vs.

Roger E. Walker, Jr. et.al;                        Judge, Harold A. Baker

---

PLAINTIFFS MOTION REQUESTING AN ENLARGEMENT OF TIME TO RESPOND TO THE DEFENDANTS REQUEST
FOR SUMMARY JUDGEMENT

---

Now comes the plaintiff, Fabian Santiago, pro-se & prays that this Honorable Curt grant
the plaintiffs request for an enlargement of time to respond to the defendants request
for summary judgement. In support thereof, the plaintiff states as follows:

1.) The plaintiff in this cause became in receipt of the defendants request for summary
judgement upon the date of: September 5th, 2007. Upon the date of: September 6th, 2007,
the plaintiff forwarded his response to the defendants request for summary judgement to:
Ms.Crystal Mason, who is the law library supervisor @ the Stateville.c.c. The plaintiff
made Ms.Mason fully aware of the urgent need for the plaintiffs documents to be copied
& submitted to the court. The plaintiff requested four (4) copies of his pleading from
Ms.Mason, & stipulated the urgent need to have such documents forwarded to the court,
due to Ms.Mason having a tendency to withold the plaintiffs pleading for ten (10) to
fifteen (15) days before actually returning the plaintiffs pleading. On several occasions
Ms.Mason has even witheld the plaintiffs legal documents for three (3) weeks before
affording the plaintiff his materials.

2.) Upon the date of: September 9th, 2007, the plaintiff prepared a six (6) page affidavit, in support of the plaintiff response to the defendants request for summary judgement. The plaintiff also prepared a one (1) page affidavit, in support of the plaintiffs two (2) page correspondence/formal complaint for crim- inal prosecution with the U.S. Department of Justice, for an inquiry into Mr.Jason P. Young filing completely false & misleading pleading with the District Court, in order to conceal the unlawful misconduct of the defendants involved in this cause. In sum, the plaintiff prepared affidavits, exhibits, etc., consisted of nine (9) pages, which were seperate, yet in support of the plaintiff response to the defendants request for summary judgement.

3.) Upon the date of: September 9th, 2007, the plaintiff forwarded his nine (9) pages of affidavits, exhibits, etc., to his assigned counselor, Ms.Landria Dennis for copying. The plaintiff requested four (4) copies of all his pleadings, & explained to Ms.Dennis that, the basis for the plaintiff forwarding his pleadings to her (Ms.Dennis), rather than Ms.Mason, was due to Ms.Mason witholding the plain- tiffs pleading for unresonable periodes of time, & the plaintiff being under an urgent deadline, & needing to file such documents with the immediately. The plain- tiff also informed Ms.Dennis that, the plaintiff has forwarded Ms.Mason his (plain- tiffs) response to the defendants request for summary judgement, for copying, & needed these pleading copied & returned from Ms.Mason as soon as possible.

4.) Throughout the time periode of: September 10th through the 14th, 2007, the plaintiff forwarded a correspondence every single day to either or both Ms.Crystal Mason, & MsLandria Dennis requesting the copies & return of the plaintiff documents. The plaintiff also brought this matter to the attention of various cellhouse staff who personally called both Ms.Mason & MsDennis about the plaintiffs concerns. Upon the date of: September 13th, 2007, the plaintiff finally received his four (4) page response to the defendants request for summary judgement, from Ms.Mason. However, upon the date of: September 14th, 2007, Ms.Dennis informed the plaintiff that, she (Ms.Dennis) had not received the nine (9) pages of the plaintiffs affidavits, exhibits, etc..

5.) The plaintiff has forwarded numerous correspondences, grievances, etc., to his assigned counselor, Ms.Landria Dennis, with no problems, however, now that the plain- tiff has forwarded critical legal documents to Ms.Dennis for copying, the plaintiffs pleadings to the court have mysteriously disappeared. The plaintiff is well known by the prison staff @ the Stateville.c.c. for his litigation against the employees of the I.D.O.C., & considering the circumstance of these transpirings, & Ms.Dennis' statement that, it was not her problem that the plaintiffs documents cant be found, the plaintiff is inclind believe that, Ms.Dennis has in fact received the plaintiffs documents, & is either witholding such materials or has distroyed the plaintiffs documents, in order to strike a fatal blow against the plaintiffs case, & have the district Court enter in summary judgement in favor for the defendants in this cause, & ultimately dismiss the plaintiffs case.

6.) The plaintiff has filed an emergency grievance, directly to warden Terry McCanns office regarding the plaintiffs legal documents not being located, witheld or possibly distroyed by Ms.Dennis. The plaintiff has made the warden aware of his (plaintiffs) urgent court deadline, currently set for: September 21st, 2007, & the plaintiffs critical need to have such materials located & returned to the plaintiff for filing with the District Court. The plaintiff believes that, it may take prison officals an average of two (2) to three (3) weeks before an inquiry is concluded, & the plaintiff is either afforded/returned his documents, or the plaintiff is notified with certainty that his (plaintiffs) pleading cannot be located/recovered.

7.) Although highly irregular, the plaintiff has stipulated/cited Federal Court presidence within his affidavits, in order to support the plaintiffs sworn statements, & the plaintiffs argument contained within the plaintiffs "response" to the defendants request for summary judgement. The plaintiffs draft affidavits & Federal Court Case Law cited within such affidavits (notes), were distroyed by the plaintiff, after the completion of his formal affidavits, exhibits, etc. Every statement contained within the plaintiffs affidavits, case law, etc., have been forever lost, if the plaintiff cannot recover the orginals from Ms.Dennis, due to the plaintiff no longer having his notes, drafts, etc., so the plaintiff will be required to start from scratch & retype all of his affidavits, exhibits, etc., if prison officals are unable to locate & return the plaintiffs pleading, or if in fact, prison officals are deliberately witholding or have distroyed the plaintiffs documents.

8.) The plaintiff has always moved in good faith before the court, & proceeding in an expedited manner to file his pleadings before this forum of law. All of the plaintiffs affidavits were sworn to under penalty of perjury, & the plaintiff would remind the court that, the plaintiff has already prepared all of his pleadings in response to the defendants request for summary judgement, however, due to prison officals failing to locate, witholding, or distroying the plaintiffs pleading the plaintiff is being precluded from filing his reponse, due to the actions of prison officals, rather than the plaintiffs own failure or refusal to submit his response. The plaintiff will require @ least three (3) weeks to reformulate, locate relevant case law, & consimplate the initial statements/arguments outlined within the plaintiffs original documents, if prison officals are unable to locate/recover the plaintiffs original materials.

Wherefore, the plaintiff prays that this Honorable Court grant the plaintiff request for an enlargement of time to respond to the defendants request for summary judgement, & afford the plaintiff sixty (60) days to submit his response.

/s/ _____,

3 of 3

Mr.Fabian Santiago. #B-79716

PO Box 112  Joliet, Il 60434

IN THE

U.S. Dist. Court for the

Central Dist. of Illinois

| | |
|---|---|
| Fabian Santiago | ) |
| Plaintiff, | ) |
| | ) Case No. 04-1429 |
| v. | ) |
| | ) |
| Roger E. Walker, Jr. et.al; | ) |
| Defendant | |

## PROOF/CERTIFICATE OF SERVICE

TO: Court Clerks Office

    309 Federal Building

    100 N.E. Monroe

    Peroria, Illinois 61602

TO: Mr.Jason P. Young

    500 South. Second st

    Springfield, Il 62706

PLEASE TAKE NOTICE that on ___September 10th___, 2007 , I have placed the documents listed below in the institutional mail at _Stateville_ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

Plaintiffs motion requesting an enlargement of time to respond to the

defendants request for summary judgement

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 9/ 30 /07

/s/ _____

NAME: Fabian Santiago

IDOC#:  B-79716

Stateville Correctional Center

P.O. BOX 112

    Joliet , IL 60434

Revised Jan 2002