E-FILED
Friday, 28 September, 2007  02:10:09 PM
Clerk, U.S. District Court, ILCD

To: Court Clerks Office
U.S. Dist. Court, Central

September 24th, 2007

Re: Santiago Vs. Walker, Jr. et.al;
Civil No. 04-1429
Judge, Harold A. Baker



FILED
SEP 28 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

    I am a pro-se litigant in the above entitled cause, & currently being detained @ the Stateville.c.c. I have made various inquiries to the law library legal staff regarding subpeona forms for the U.S. Dist. Court, however, I have been notified that the prisons law library simply does not possess such forms. I am requesting @ this time if your office might be able to forward me <u>seven (7) subpeona forms,</u> so I might be able to compel the appearance/attendence of witnesses critical to the issues involved in my litigation, & have them testify with respect to the accounts/claims which I have brought before the court.
Thank you,

/s/ [signature],

Mr. Fabian Santiago. #B-79716

PO Box 112  Joliet, Il 60434