IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| FABIAN SANTIAGO, #B-79716, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1429 |
| | ) | |
| ROGER E. WALKER, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, LES AMDOR, SHERRY BENTON, SHARON EDEN, MARGE HAAB, PATRICK HASTINGS, DELECTOR KENNEDY, KATINA LIVINGSTON, LEX McBURNEY, MARK McNABB, CARRIE MELVIN, JENNIFER MELVIN, MICHAEL MELVIN, STEPHEN D. MOTE, NANCY OSMAN, CHRISTIAN PAUL, STEWART PENOYER, TIMOTHY POTTS, PAULA RICH, EMILY RUSKIN, MARK SPENCER, ROGER E. WALKER, JR., WESLEY WILES, and COREY WILSON, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submit Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment. In support thereof, Defendants state as follows:

**ARGUMENT**

Plaintiff contends that Defendants' Motion for Summary Judgment should be denied. He asserts that summary judgment is not warranted because virtually every material fact is disputed. For support, Plaintiff primarily relies on the allegations of his Amended Complaint and the allegations asserted in his response to Defendants' Motion for Summary Judgment. Further, Plaintiff attempts to support his response to Defendants' summary judgment motion through a recitation of evidence he intends to present at trial and anticipated testimony from witnesses he intends to subpoena. Plaintiff has attached no documents, affidavits, or other supporting evidence to support his allegations or to refute Defendants' motion for summary judgment. In fact, Plaintiff's allegations and claims are not based on his own personal

1

knowledge, but rather the alleged reputation of the Defendants and Plaintiff's own speculation that the Defendants must have engaged in the alleged behavior.

Where party is proceeding pro se, court has obligation to read party's supporting papers liberally and interpret them to raise strongest arguments that they suggest, but pro se party's bald assertion, completely unsupported by evidence, is not sufficient to overcome motion for summary judgment. Lee v. Coughlin, 902 F.Supp. 424 (S.D.N.Y.,1995). Moreover, the mere existence of an alleged factual dispute will not defeat a summary judgment motion; instead, the nonmovant must present definite competent evidence in rebuttal. Butts v. Aurora Health Care, Inc., 387 F.3d 921, 924 (7th Cir. 2004). Accordingly, Plaintiff's reliance on mere allegations is insufficient to refute Defendants' motion for summary judgment which is properly based upon documentary evidence and affidavits.

WHEREFORE, for the above and forgoing reasons, Defendants respectfully request that this Honorable Court enter summary judgment in their favor and grant any further relief the Court deems necessary and proper.

Respectfully submitted,

LES AMDOR, SHERRY BENTON, SHARON EDEN,
MARGE HAAB, PATRICK HASTINGS,
DELECTOR KENNEDY, KATINA LIVINGSTON,
LEX McBURNEY, MARK McNABB, CARRIE MELVIN,
JENNIFER MELVIN, MICHAEL MELVIN,
STEPHEN D. MOTE, NANCY OSMAN, CHRISTIAN PAUL,
STEWART PENOYER, TIMOTHY POTTS, PAULA RICH,
EMILY RUSKIN, MARK SPENCER, ROGER E. WALKER, JR.,
WESLEY WILES, and COREY WILSON,

  Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

  Attorney for Defendants,

By   s/ Jason P. Young
   Jason P. Young, #6279522
   Assistant Attorney General
   500 South Second Street
   Springfield, IL  62706
   Telephone:  (217) 782-9056
   Facsimile:  (217) 782-8767
   E-Mail:  jyoung@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| FABIAN SANTIAGO, #B-79716, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-1429 |
| | ) |
| ROGER E. WALKER, JR., et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 11, 2007, I electronically filed Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

    Fabian Santiago, #B79716
    Stateville Correctional Center
    P.O. Box 112
    Joliet, IL 60434

    Respectfully submitted,

    s/ Jason P. Young
    Jason P. Young, #6279522
    Assistant Attorney General
    500 South Second Street
    Springfield, IL  62706
    Telephone:  (217) 782-9056
    Facsimile:  (217) 782-8767
    jyoung@atg.state.il.us