**E-FILED**
Thursday, 20 December, 2007  03:05:41 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| FABIAN SANTIAGO, #B-79716, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1429 |
| | ) | |
| ROGER E. WALKER, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO
### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME the Defendants, LES AMDOR, SHERRY BENTON,  SHARON EDEN, MARGE HAAB, PATRICK HASTINGS, DELECTOR KENNEDY, KATINA LIVINGSTON, LEX McBURNEY, MARK McNABB, CARRIE MELVIN, JENNIFER MELVIN, MICHAEL MELVIN, STEPHEN D. MOTE, NANCY OSMAN, CHRISTIAN PAUL, STEWART PENOYER, TIMOTHY POTTS, PAULA RICH, EMILY RUSKIN, MARK SPENCER, ROGER E. WALKER, JR., WESLEY WILES, and COREY WILSON, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submit Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment.  In support thereof, Defendants state as follows:

### ARGUMENT

Plaintiff contends that Defendants' Motion for Summary Judgment should be denied. He asserts that summary judgment is not warranted because virtually every material fact is disputed.  For support, Plaintiff primarily relies on the allegations asserted in his response to Defendants' Motion for Summary Judgment.  Further, Plaintiff attempts to support his response to Defendants' summary judgment motion through affidavits not based on his own personal knowledge, but rather the alleged reputation of the Defendants and Plaintiff's own speculation that the Defendants must have engaged in the alleged behavior.  Not once did Plaintiff offer any indication that he knew that the Defendants actually destroyed any of the alleged documents, rather he simply assumes that the Defendants destroyed the documents.

Where party is proceeding pro se, court has obligation to read party's supporting papers liberally and interpret them to raise strongest arguments that they suggest, but pro se party's bald assertion, completely unsupported by evidence, is not sufficient to overcome motion for summary judgment. Lee v. Coughlin, 902 F.Supp. 424 (S.D.N.Y.,1995). Moreover, the mere existence of an alleged factual dispute will not defeat a summary judgment motion; instead, the nonmovant must present definite competent evidence in rebuttal. Butts v. Aurora Health Care, Inc., 387 F.3d 921, 924 (7th Cir. 2004). Accordingly, Plaintiff's reliance on reputation and mere speculation is insufficient to refute Defendants' motion for summary judgment, which is properly based upon documentary evidence and affidavits.

WHEREFORE, for the above and forgoing reasons, Defendants respectfully request that this Honorable Court enter summary judgment in their favor and grant any further relief the Court deems necessary and proper.

Respectfully submitted,

LES AMDOR, SHERRY BENTON, SHARON EDEN,
MARGE HAAB, PATRICK HASTINGS,
DELECTOR KENNEDY, KATINA LIVINGSTON,
LEX MCBURNEY, MARK McNABB, CARRIE MELVIN,
JENNIFER MELVIN, MICHAEL MELVIN,
STEPHEN D. MOTE, NANCY OSMAN, CHRISTIAN PAUL,
STEWART PENOYER, TIMOTHY POTTS, PAULA RICH,
EMILY RUSKIN, MARK SPENCER, ROGER E. WALKER, JR.,
WESLEY WILES, and COREY WILSON,

     Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

     Attorney for Defendants,

By     s/ Jason P. Young        
     Jason P. Young, #6279522
     Assistant Attorney General
     500 South Second Street
     Springfield, IL 62706
     Telephone: (217) 782-9056
     Facsimile: (217) 782-8767
     E-Mail: jyoung@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| FABIAN SANTIAGO, #B-79716, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1429 |
| | ) | |
| ROGER E. WALKER, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2007, I electronically filed Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

Fabian Santiago, #B79716
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Respectfully submitted,

 s/ Jason P. Young
Jason P. Young, #6279522
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-9056
Facsimile:  (217) 782-8767
jyoung@atg.state.il.us