# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Fabian Santiago**

vs.

**Roger E Walker, Jr., et al**

Case Number: **04-cv-1429**

**DECISION BY THE COURT**. This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to Minute Order entered September 12, 2006, Defendant Doss is dismissed from this lawsuit for failure to provide service or process. Further ordered pursuant to Text Order entered October 18, 2006, Defendants Kim Dailey and S. Penolza are dismissed. Pursuant to Summary Judgment Order entered September 8, 2008 judgment is entered in favor of Defendants. Parties are to bear their own costs.

ENTER this 8th day of September, 2008

PAMELA E. ROBINSON, CLERK

s/ K. Burns
BY: DEPUTY CLERK